IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IGOR KOZLOV | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:10-cv-03211-LSC-FG3 |
| | ) | |
| ASSOCIATED WHOLESALE GROCERS, INC, A Kansas Corporation, and PAMELA SCOTT, Personal Representative of the Estate of Michael E. Scott, Deceased. | ) ) ) ) | ORDER TO SHOW CAUSE |
| ANDREI TCHIKOBAVA, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:10-cv-03212-LSC-FG3 |
| | ) | |
| ASSOCIATED WHOLESALE GROCERS, INC, A Kansas Corporation, and PAMELA SCOTT, Personal Representative of the Estate of Michael E. Scott, Deceased. | ) ) ) ) | ORDER TO SHOW CAUSE |

This matter is before the magistrate judge for full pretrial supervision.

The records of the court show that, by letters dated November 22, 2010, attorney John G. Schultz was directed to register to practice in this district and to register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System") within fifteen (15) days.

The Clerk of the Court advises that, as of this date, Mr. Schultz has not complied with these requirements.

**IT IS ORDERED:**

1. On or before **January 10, 2011,** attorney John G. Schultz shall register to practice in this district and register for the court's CM/ECF System or show cause by written affidavit why he cannot comply with the rules of the court.

2. The Clerk shall mail a copy of this order to John G. Schultz at his last known address.

**DATED December 27, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**