IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IGOR KOZLOV, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10-cv-03211 |
| | ) | |
| vs. | ) | ORDER ON |
| | ) | MOTIONS TO QUASH |
| ASSOCIATED WHOLESALE | ) | |
| GROCERS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| ANDREI TCHIKOBAVA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10-cv-03212 |
| | ) | |
| vs. | ) | ORDER ON |
| | ) | MOTIONS TO QUASH |
| ASSOCIATED WHOLESALE | ) | |
| GROCERS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| PAMELA SCOTT, Personal | ) | |
| Representative of the Estate of Michael | ) | |
| E. Scott, Deceased, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10-cv-03191 |
| | ) | |
| vs. | ) | ORDER ON |
| | ) | MOTIONS TO QUASH |
| IGOR KOZLOV, ALBATROSS | ) | |
| EXPRESS, LLC and UNICK, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

On May 20, 2011, this court entered an order directing the Nebraska State Patrol and Seward County Attorney's Office to file status reports regarding their pending motions to

quash. (Case No. 4:10-cv-03211, filing 37; Case No. 4:10-cv-03212, filing 33; Case No. 8:10-cv-03191, filing 31.) As ordered, status reports were filed and the Nebraska State Patrol and Seward County Attorney's Office have advised the court that criminal charges will soon be filed against Igor Kozlov and, if Mr. Kozlov waives his right to a preliminary hearing, the documents requested by the subpoenas will be voluntarily produced. Based on this information, the court deems it appropriate to hold the motions to quash in abeyance until such time as it determined whether the documents can be voluntarily produced.

**IT IS ORDERED:**

1. The Nebraska State Patrol and Seward County Attorney's Office's Motions to Quash (Case No. 4:10-cv-03211, filing 37; Case No. 4:10-cv-03212, filing 33; Case No. 8:10-cv-03191, filing 31) are hereby held in abeyance until further order of the court;

2. By August 1, 2011, the Seward County Attorney's Office and Nebraska State Patrol shall submit status reports advising the court as to whether the materials sought by the subpoenas will be voluntarily produced. Failure to provide the requested reports may result in the denial of the pending motions to quash.

**DATED June 6, 2011.**

                              **BY THE COURT:**

                              S/ F.A. Gossett
                              **United States Magistrate Judge**