IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IGOR KOZLOV,<br><br>        Plaintiff,<br><br>  vs.<br><br>ASSOCIATED WHOLESALE<br>GROCERS, INC., et al.,<br><br>        Defendants. | Case No. 4:10cv3211<br><br>ORDER |
| ANDREI TCHIKOBAVA,<br><br>        Plaintiff,<br><br>  vs.<br><br>ASSOCIATED WHOLESALE<br>GROCERS, INC., et al.,<br><br>        Defendants. | Case No. 4:10cv3212<br><br>ORDER |
| PAMELA SCOTT, Personal<br>Representative of the Estate of<br>Michael E. Scott, Deceased,<br><br>        Plaintiff,<br><br>  vs.<br><br>IGOR KOZLOV, ALBATROSS<br>EXPRESS, LLC., and UNICK, LLC.,<br><br>        Defendants. | Case No. 8:10cv3191<br><br>ORDER |

These cases are before the court on the Stipulated Motion to Amend Scheduling Order (#56, in lead case 4:10cv3211). For good cause, the court finds the motion should be granted and the deadlines extended. Therefore,

**IT IS ORDERED:** The Stipulated Motion to Amend Scheduling Order (#56) is granted and the deadlines in the parties' planning report are extended as follows:

1. Any motion to add parties or amend pleadings shall be filed by the plaintiffs no later than **June 29, 2011.**  Any such motions by the defendants shall be filed no later than **August 1, 2011.**

2. Initial discovery will be completed by **August 1, 2011.**

3. The deadline for identification of expert witnesses is **September 29, 2011.**

4. Trial is tentatively set for the month of **May 2012**.

5. A status hearing with the undersigned magistrate judge is set for **October 17, 2011 at 9:30 A.M.,** to be held by telephone call to the court at (402) 661-7340, initiated by counsel for plaintiff Igor Kozlov.  The parties should be ready to progress these cases to trial.

Dated this 6th day of June 2011.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge