IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IGOR KOZLOV, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10-cv-03211 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ASSOCIATED WHOLESALE GROCERS, INC., et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| ANDREI TCHIKOBAVA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10-cv-03212 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ASSOCIATED WHOLESALE GROCERS, INC., et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| PAMELA SCOTT, Personal Representative of the Estate of Michael E. Scott, Deceased, | ) ) ) ) | |
| | ) | |
| Plaintiff, | ) | 8:10-cv-03191 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| IGOR KOZLOV, ALBATROSS EXPRESS, LLC and UNICK, LLC, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff Andrei Tchikobava's motion for leave to amend complaint to add party (filing 58).  The motion will be granted.

**IT IS ORDERED** that Plaintiff Andrei Tchikobava may file an amended complaint on or before July 5, 2011.

**Dated June 30, 2011.**

**BY THE COURT:**

**S/ F.A. Gossett**
**United States Magistrate Judge**