IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **IGOR KOZLOV,** | ) | |
| | ) | |
| Plaintiff, | ) | 4:10-cv-03211 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **ASSOCIATED WHOLESALE GROCERS, INC., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| **ANDREI TCHIKOBAVA,** | ) | |
| | ) | |
| Plaintiff, | ) | 4:10-cv-03212 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **ASSOCIATED WHOLESALE GROCERS, INC., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| **PAMELA SCOTT, Personal Representative of the Estate of Michael E. Scott, Deceased,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:10-cv-03191 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **IGOR KOZLOV, ALBATROSS EXPRESS, LLC and UNICK, LLC,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Herbert J. Friedman and Eric J. Gottfried's Motion to Withdraw as counsel for Plaintiff Andrei Tchikobava in Case No. 4:10CV3212. Upon the representation that Plaintiff Andrei Tchikobava will be represented by James C. Bocott in this matter, the Motion to Withdraw will be granted.

**IT IS ORDERED:**

1. Herbert J. Friedman and Eric J. Gottfried's Motion to Withdraw as counsel for Plaintiff Andrei Tchikobava in Case No. 4:10CV3212 (Case No. 4:10CV3211, filing 63; Case No. 4:10CV3212, filing 64; Case No. 8:10CV3191, filing 57) is granted.

2. The Clerk shall terminate the appearance of Herbert J. Friedman and Eric J. Gottfried as Plaintiff Andrei Tchikobava's counsel in Case No. 4:10CV3212. Mr. Friedman and Mr. Gottfried continue to represent Igor Kozlov in Case No. 4:10CV3211 and Case No. 8:10CV3191.

**Dated July 29, 2011.**

                              **BY THE COURT:**

                              **S/ F.A. Gossett, III**
                              **United States Magistrate Judge**