IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IGOR KOZLOV, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10-cv-03211 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ASSOCIATED WHOLESALE | ) | |
| GROCERS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| ANDREI TCHIKOBAVA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10-cv-03212 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ASSOCIATED WHOLESALE | ) | |
| GROCERS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| PAMELA SCOTT, Personal | ) | |
| Representative of the Estate of Michael | ) | |
| E. Scott, Deceased, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10-cv-03191 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| IGOR KOZLOV, ALBATROSS | ) | |
| EXPRESS, LLC and UNICK, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

   This matter is before the court on Kile W. Johnson's Motion to Withdraw as counsel for Plaintiff Andrei Tchikobava in Case No. 4:10CV3212.  Upon the representation that Plaintiff Andrei Tchikobava will be represented by James C. Bocott in this matter, the Motion to Withdraw will be granted.

**IT IS ORDERED:**

1. Kile W. Johnson's Motion to Withdraw as counsel for Plaintiff Andrei Tchikobava in Case No. 4:10CV3212 (Case No. 4:10CV3212, filing 70) is granted.

2. The Clerk shall terminate the appearance of Kile W. Johnson as Plaintiff Andrei Tchikobava's counsel in Case No. 4:10CV3212.

3. The Clerk shall terminate future notices to Kile W. Johnson in this matter.

**DATED August 2, 2011.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**