IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IGOR KOZLOV, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10-cv-03211 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ASSOCIATED WHOLESALE | ) | |
| GROCERS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| ANDREI TCHIKOBAVA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10-cv-03212 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ASSOCIATED WHOLESALE | ) | |
| GROCERS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| PAMELA SCOTT, Personal | ) | |
| Representative of the Estate of Michael | ) | |
| E. Scott, Deceased, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10-cv-03191 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| IGOR KOZLOV, ALBATROSS | ) | |
| EXPRESS, LLC and UNICK, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

The parties have stipulated to the entry of an order which would permit Plaintiff Andrei Tchikobava to amend his complaint and give Defendants and American Zurich Insurance Company thirty days to file an answer or other responsive pleading to the amended

complaint. (Case No. 4:10CV3211, filing 97; Case No. 4:10CV3212, filing 99; Case No. 8:10CV3191, filing 92.)

The court has reviewed the stipulation and finds that it should be adopted, but only in part. These consolidated actions have been pending since 2010 and they need to move forward. Accordingly, in the interest of progressing this litigation, the court orders as follows:

1. Plaintiff Andrei Tchikobava shall file his amended complaint by or before May 16, 2012. The Motions for More Definite Statement (Case No. 4:10CV3211, filing 94; Case No. 4:10CV3212, filing 96; Case No. 8:10CV3191, filing 89) are denied as moot. However, in drafting his amended complaint, Andrei Tchikobava shall keep in mind the deficiencies alleged in those motions.

2. Defendants and American Zurich Insurance Company shall file answers, or other responsive pleadings, to the amended complaint no later than May 30, 2012.

3. The parties shall confer and jointly submit proposed deadlines for progressing this litigation by or before June 6, 2012.

**IT IS SO ORDERED.**

**DATED May 9, 2012.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**
