IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IGOR KOZLOV, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10-cv-03211 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ASSOCIATED WHOLESALE | ) | |
| GROCERS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| ANDREI TCHIKOBAVA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10-cv-03212 |
| | ) | |
| vs. | ) | |
| | ) | |
| ASSOCIATED WHOLESALE | ) | |
| GROCERS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| PAMELA SCOTT, Personal | ) | |
| Representative of the Estate of Michael | ) | |
| E. Scott, Deceased, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10-cv-03191 |
| | ) | |
| vs. | ) | |
| | ) | |
| IGOR KOZLOV, ALBATROSS | ) | |
| EXPRESS, LLC and UNICK, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Defendant Associated Wholesale Grocers, Inc.'s motion to allow Justin High to withdraw as its counsel. Upon the representation that

Defendant will remain represented in this matter, the motion will be granted.

Accordingly,

**IT IS ORDERED:**

1. Defendant Associated Wholesale Grocers, Inc.'s Motion for Withdrawal of Attorney (Case No. 4:10-cv-03211, filing 161; Case No. 4:10-cv-03212, filing 166; Case No. 8:10-cv-03191, filing 177) is granted.

2. The Clerk of Court shall terminate the appearance of Justin High as counsel for Defendant Associated Wholesale Grocers, Inc. and shall terminate future notices to him in this matter.

**DATED March 15, 2013.**

   BY THE COURT:

   S/ F.A. Gossett
   **United States Magistrate Judge**