# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **IGOR KOZLOV,**<br><br>         **Plaintiff,**<br><br>vs.<br><br>**ASSOCIATED WHOLESALE GROCERS, INC., et al.,**<br><br>         **Defendants.** | **CASE NO. 4:10CV3211** |
| **ANDREI TCHIKOBAVA,**<br><br>         **Plaintiff,**<br><br>vs.<br><br>**ASSOCIATED WHOLESALE GROCERS, INC., et al.,**<br><br>         **Defendants.** | **CASE NO. 4:10CV3212** |
| **PAMELA SCOTT, Personal Representative of the Estate of Michael E. Scott, Deceased.**<br><br>         **Plaintiff,**<br><br>vs.<br><br>**IGOR KOZLOV, ALBATROSS EXPRESS, LLC, UNICK, LLC, ROADTEX TRANSPORTATION CORP., ROADTEX CORP. (Colts Neck, NJ), ROADTEX CORP. (Bayonne, NJ), ROADTEX TRANSPORTATION MANAGEMENT CORP., and ROADTEX LOGISTICS, LLC,**<br><br>         **Defendants.** | **CASE NO. 8:10CV3191**<br><br><br><br><br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on the joint Stipulation for Dismissal with prejudice (Filing No. 216) filed in Case No. 8:10CV3191 by the Plaintiff and Defendants, stipulating to the dismissal, with prejudice, of all claims made by or on behalf of the Plaintiff in Case No. 8:10CV3191, with the Defendants counterclaim to remain pending, and each party to pay their own costs and attorney fees, complete record waived.  The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved.  Accordingly,

IT IS ORDERED:

1. The joint Stipulation for Dismissal with prejudice (Filing No. 216, Case No. 8:10CV3191) is approved;

2. The Plaintiff's Complaint (Filing No. 1, Case No. 8:10CV3191) is dismissed with prejudice;

3. The Defendants' counterclaim in Case No. 8:10CV3191 remains pending for independent adjudication;

4. Each party is to pay its own costs and attorney fees, complete record waived; and

5. The Clerk of the Court shall terminate the following filings:

    a. In Case No. 4:10CV3211, Filing No. 197; and

    b. In Case No. 4:10CV3212, Filing No. 201.

Dated this 17th day of June, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge