IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **IGOR KOZLOV,** | ) | |
| | ) | |
| Plaintiff, | ) | 4:10-cv-03211 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **ASSOCIATED WHOLESALE** | ) | |
| **GROCERS, INC., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| **ANDREI TCHIKOBAVA,** | ) | |
| | ) | |
| Plaintiff, | ) | 4:10-cv-03212 |
| | ) | |
| vs. | ) | |
| | ) | |
| **ASSOCIATED WHOLESALE** | ) | |
| **GROCERS, INC., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| **PAMELA SCOTT, Personal** | ) | |
| **Representative of the Estate of Michael** | ) | |
| **E. Scott, Deceased,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:10-cv-03191 |
| | ) | |
| vs. | ) | |
| | ) | |
| **IGOR KOZLOV, ALBATROSS** | ) | |
| **EXPRESS, LLC and UNICK, LLC,** | ) | |
| | ) | |
| Defendants. | ) | |

  This matter is before the Court upon the motion of Tim Dollar, Timothy Becker and Eugene Hillman to withdraw as counsel of record for Pamela Scott. Upon the representation

that Scott will remain represented in these consolidated actions by John G. Schultz and the Franke, Schultz Law Firm, the motion will be granted.

Accordingly,

**IT IS ORDERED:**

1. The motion of Tim Dollar, Timothy Becker and Eugene Hillman to withdraw as counsel of record for Pamela Scott (Case No. 4:10-cv-03211, filing 206; Case No. 4:10-cv-03212, filing 210; Case No. 8:10-cv-03191, filing 226) is granted.

2. The Clerk of Court shall terminate the appearances of Tim Dollar, Timothy Becker and Eugene Hillman as counsel for Pamela Scott in this litigation and shall terminate future notices to them in these consolidated cases.

3. The Clerk of Court shall modify the docket sheet in Case No. 8:10-cv-03191 to reflect that John G. Schultz and the Franke, Schultz Law Firm represents Scott in that action.

**DATED August 8, 2013.**

                                        **BY THE COURT:**

                                        **S/ F.A. Gossett**
                                        **United States Magistrate Judge**