IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IGOR KOZLOV, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10-cv-03211 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ASSOCIATED WHOLESALE | ) | |
| GROCERS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| ANDREI TCHIKOBAVA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10-cv-03212 |
| | ) | |
| vs. | ) | |
| | ) | |
| ASSOCIATED WHOLESALE | ) | |
| GROCERS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| PAMELA SCOTT, Personal | ) | |
| Representative of the Estate of Michael | ) | |
| E. Scott, Deceased, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10-cv-03191 |
| | ) | |
| vs. | ) | |
| | ) | |
| IGOR KOZLOV, ALBATROSS | ) | |
| EXPRESS, LLC and UNICK, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Peter Kenney's Motion to Withdraw as counsel for Albatross Express, LLC. (Case No. 4:10-cv-03211, filing 257); Case No. 4:10-cv-03212, filing 260; Case No. 8:10-cv-03191, filing 276). Upon the representation that Albatross will

remain represented in this litigation, the motion is granted.

Accordingly,

**IT IS ORDERED:**

1. The Motion to Withdraw (Case No. 4:10-cv-03211, filing 257); Case No. 4:10-cv-03212, filing 260; Case No. 8:10-cv-03191, filing 276) is granted.

2. The Clerk of Court shall terminate Peter Kenney's appearance as counsel in the above-captioned actions and shall terminate future notices to him in this litigation.

**DATED June 12, 2014.**

                                        **BY THE COURT:**

                                        **S/ F.A. Gossett**
                                        **United States Magistrate Judge**