# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **IGOR KOZLOV,** | ) | |
| | ) | |
| Plaintiff, | ) | 4:10-cv-03211 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **ASSOCIATED WHOLESALE GROCERS, INC., et al.,** | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| **ANDREI TCHIKOBAVA,** | ) | |
| | ) | |
| Plaintiff, | ) | 4:10-cv-03212 |
| | ) | |
| vs. | ) | |
| | ) | |
| **ASSOCIATED WHOLESALE GROCERS, INC., et al.,** | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| **PAMELA SCOTT, Personal Representative of the Estate of Michael E. Scott, Deceased,** | ) ) ) ) | |
| Plaintiff, | ) | 8:10-cv-03191 |
| | ) | |
| vs. | ) | |
| | ) | |
| **IGOR KOZLOV, ALBATROSS EXPRESS, LLC and UNICK, LLC,** | ) ) ) | |
| | ) | |
| Defendants. | ) | |

Upon the parties' representations that the motion is unopposed, Associated Wholesale Grocers, Inc.'s Motion for Leave to Cross Designate Expert Witness Dr. Bruce Williams (Case No. 4:10-cv-03211, filing 314; Case No. 4:10-cv-03212, filing 319; Case No. 8:10-cv-

03191, filing 335) is granted.  As requested, AWG may cross-designate Dr. Bruce Williams as a non-retained expert witness.

    **DATED September 8, 2014.**

                            **BY THE COURT:**

                            S/ F.A. Gossett
                            **United States Magistrate Judge**