# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **IGOR KOZLOV,** | ) | |
| | ) | |
| Plaintiff, | ) | 4:10-cv-03211 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **ASSOCIATED WHOLESALE** | ) | |
| **GROCERS, INC., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| **ANDREI TCHIKOBAVA,** | ) | |
| | ) | |
| Plaintiff, | ) | 4:10-cv-03212 |
| | ) | |
| vs. | ) | |
| | ) | |
| **ASSOCIATED WHOLESALE** | ) | |
| **GROCERS, INC., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| **PAMELA SCOTT, Personal** | ) | |
| **Representative of the Estate of Michael** | ) | |
| **E. Scott, Deceased,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:10-cv-03191 |
| | ) | |
| vs. | ) | |
| | ) | |
| **IGOR KOZLOV, ALBATROSS** | ) | |
| **EXPRESS, LLC and UNICK, LLC,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Albatross Express, LLC's ("Albatross") Motion to Intervene. (Case No. 4:10-cv-3211, filing 419; Case No. 4:10-cv-3212, filing 422; Case No. 8:10-cv-3191, filing 437.) No objections to Albatross's motion have been asserted.

According, Albatross's motion will be granted, but only with the understanding that trial will not be continued, nor will other deadlines be modified, on account of Albatross's presence in the action.

**IT IS ORDERED** that the Motion to Intervene (Case No. 4:10-cv-3211, filing 419; Case No. 4:10-cv-3212, filing 422; Case No. 8:10-cv-3191, filing 437) is granted.

**DATED October 14, 2014.**

                              **BY THE COURT:**

                              S/ F.A. Gossett
                              **United States Magistrate Judge**