US DISTRICT COURT
DISTRICT OF NEBRASKA

OCT 2 4 2014

OFFICE OF THE CLERK

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IGOR KOZLOV, | ) | Case No. 4:10-CV-03211 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ASSOCIATED WHOLESALE GROCERS, | ) | **ORDER** |
| INC, A Kansas Corporation, and PAMELA | ) | **ON FINAL PRETRIAL** |
| SCOTT, Personal Representative of the | ) | **CONFERENCE** |
| Estate of Michael E. Scott, Deceased, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

| | | |
|---|---|---|
| ANDREI TCHIKOBAVA, | ) | Case No. 4:10-CV-03212 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| ASSOCIATED WHOLESALE GROCERS, | ) | |
| INC, A Kansas Corporation, and PAMELA | ) | |
| SCOTT, Personal Representative of the | ) | |
| Estate of Michael Scott, Deceased, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

| | | |
|---|---|---|
| PAMELA SCOTT, Personal Representative | ) | Case No. 8:10-CV-03191 |
| of the Estate of Michael Scott, Deceased, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| IGOR KOZLOV, ALBATROSS EXPRESS, | ) | |
| LLC, and UNICK, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

1

A final pretrial conference was held on the 20th day of October, 2014. Appearing for the parties as counsel were Herbert J. Friedman and George Moyer for Plaintiff Igor Kozlov; James Bocott for Plaintiff Andrei Tchikobava; Rene Lapierre for Defendant Albatross Express, LLC, Igor Kozlov, and UNICK and for Counter-Claimant Albatross Express, James D. Garriott for Defendant/Intervenor/Subrogee Albatross Express, and John Shultz, Ryan Karaim and Steve Olson for Defendants/Defendant to Counterclaim Associated Wholesale Grocers and Pamela Scott, Personal Representative for the Estate of Michael Scott, deceased.

**(A)     Exhibits.**

See Kozlov, Tchikobava, and Albatross's Joint Exhibit List and AWG's Exhibit List, both of which are attached hereto.

**(B)     Uncontroverted Facts.** The parties have agreed that the following may be accepted as established facts for purposes of this case only:

1. This case arises out of a motor-vehicle accident that occurred on August 9, 2010, on Interstate-80, near mile marker 378, in Seward County, Nebraska.
2. Igor Kozlov was an employee of Albatross working within the scope of his employment at the time of the accident.
3. Andrei Tchikobava was an employee of Albatross working within the scope of his employment at the time of the accident.
4. Michael Scott was an employee of Associated Wholesale Grocers working in the scope of his employment at the time of the accident.
5. The accident involved two semis, both of which were traveling westbound on Interstate-80.
6. One of the semis was owned by Albatross Express and driven by Igor Kozlov. This semi was pulling a trailer owned by Albatross.
7. Andrei Tchikobava was a passenger in the Albatross semi.
8. The other semi was owned by Associated Wholesale Grocers and was driven by Michael Scott. This semi was pulling a trailer owned by Associated Wholesale Grocers.
9. The accident occurred at approximately 1:00 a.m. on August 9, 2010.
10. Both semis were westbound on Interstate-80 when the semi owned by Associated Wholesale Grocers and operated by Scott collided into the rear of the semi owned by Albatross and operated by Kozlov.
11. Michael Scott was killed in the accident.

2

12. Igor Kozlov is 63 years old.

13. Andrei Tchikobava is 62 years old.

**(C)** **Controverted and Unresolved Issues.** The issues remaining to be determined and unresolved matters for the court's attention are:

1. Kozlov, Tchikobova, and Albatross allege Scott was negligent in the operation of the AWG semi, causing the accident, in one or more of the following particulars:

   a. Traveling at a speed in excess of that which was reasonable and proper under the circumstances that then and there existed, failure to keep a proper lookout, failing to keep the vehicle under reasonable control and being able to stop within the range of vision of Scott, and failing to give an accurate history to medical providers, including to his DOT certification physician.

   Defendant AWG objects to the inclusion of these allegations in this pretrial order because the allegations were not contained in Kozlov's original complaint or Albatross' counterclaim, and the court denied motions to amend the Complaint and counterclaim.

2. Kozlov Tchikobova and Albatross allege AWG was negligent in allowing a person it knew or should have known was not qualified to drive a commercial motor vehicle to operate one of its trucks at the time and place of the accident.

   Defendant AWG objects to the inclusion of these allegations in this pretrial order because the allegations were not contained in Kozlov's original complaint or Albatross' counterclaim, and the court denied motions to amend the Complaint and counterclaim.

3. AWG and Pamela Scott allege that Kozlov and Albatross Express were both negligent and that their negligence caused the accident in one or more of the following particulars:

   a. Kozlov failed to drive at highway speeds, and drove at a dangerously slow speed and/or failed to have the lights operating on his trailer;

   b. Kozlov failed to maintain the minimum speed on the highway in violation of Nebraska statute section 60-6,193;

3

c.  Kozlov and Andre Tchikobava failed to operate the tractor trailer's lights during the evening hours in violation of Nebraska statute section 60-6,219; and failed to properly inspect the trailer in violation of the Federal Motor Carrier Safety Regulations;

d.  Kozlov operated the commercial motor vehicle even though he was not qualified to drive a commercial motor vehicle in violation of 49 C.F.R.§391.11;

e.  Kozlov operated the commercial motor vehicle while too ill or fatigued to drive safely in violation of 49 C.F.R.§391.3.

f.  Albatross Express was negligent in hiring plaintiff Igor Kozlov even though Albatross knew, or should have known, that plaintiff Igor Kozlov had inadequate experience, training, knowledge, and skill to operate the subject tractor trailer safely;

g.  Albatross Express and Andre Tchikobava were negligent in entrusting the tractor-trailer to plaintiff Igor Kozlov, even though Albatross knew, or should have known, that plaintiff Igor Kozlov had inadequate experience, training, knowledge, and skill to operate the vehicle in a safe manner;

h.  Albatross Express and Andre Tchikobava were negligent in failing to adequately train, instruct, supervise, and monitor plaintiff Igor Kozlov regarding the safe operation of the tractor and trailer.

i.  Albatross Express violated 49 C.F.R.§390, which pertains to the safe operation of a motor carrier, the training, supervision, and duties of motor carriers and their employees, and to aiding and abetting violations of the rules and regulations;

j.  Albatross Express violated 49 C.F.R.§390.3(e)(1), which required Albatross to be knowledgeable of and comply with all regulations applicable and requires it to instruct every driver and employee with regard to all applicable regulations;

k.  Albatross Express violated 49 C.F.R. §391.11, which prohibits a person from driving a commercial motor vehicle unless he is qualified to drive a commercial motor vehicle; and

l.  Albatross Express violated 49 C.F.R. §392.3, which prohibits the operation of a commercial motor vehicle when the operator is too ill or fatigued to drive safely.

4

4. Kozlov seeks the following in special damages:
   a. Medical expenses to date:      $46,926.24
   b. Lost wages to date:            $213,117.66
   c. Lost future wages:             $1,005,114.60

5. Kozlov is claiming permanent personal injuries, including:
   a. Post-traumatic stress disorder, shoulder injury, back injury, neck injury, left knee injury, and post-concussion syndrome with post-traumatic headaches.

6. Tchikobava seeks the following in special damages:
   a. Medical expenses to date:      $169,416.88
   b. Lost wages to date:            $213,117.66
   c. Lost future wages:             $1,005,114.60
   d. Life Care Plan per Linda Husted:    $1,548,707.68 to $2,098,864.20

7. Tchikobava is claiming permanent personal injuries, including:
   a. Injuries to head, ribs (fractures (x1)), pleural effusion, myocardial contusion, cervical strain, lumbar spine, including a herniated disc at L5-S1 causing radiculopathy and stenosis.

8. Albatross seeks the following in special damages:
   a. Towing expenses:      $13,570.28
   b. Trailer loss:         $20,000
   c. Cargo loss:           $90,607.12
   d. Lost use damages:     $65,550
   e. Recovery for workers compensation benefits paid to Kozlov to date: $24,412.37
   f. Recovery of workers compensation benefits paid to Tchikobava to date: $106,236.28.

9. AWG seeks the following in special damages
   a. Towing and storage expenses:      $23,920.89
   b. Loss of tractor:                  $43,000.00
   c. Loss of trailer:                  $36,450.00
   d. Loss of cargo:                    $35,640.84

10. The following motions and objections remain pending before the Court:
    a. Albatross, Kozlov, and UNICKS's Objections to Magistrate's October 1, 2014 Order on Motion to Amend Pleadings (Doc. 427).
    b. Igor Kozlov's Objections to Magistrate's October 1, 2014 Order on Motion to Amend Complaint (Doc. 427).

5

    c. AWG's Motion for Partial Summary Judgment filed on 8/15/14.

    d. Tchikobava's Motion for Partial Summary Judgment filed on 7/30/14 (Doc 308).

    e. Tchikobava's Motion in Limine filed on 10/10/14 (Doc 431).

    f. Kozlov's Motion in Limine filed 10/10/14 (Doc 426)

    g. Albatross, Kozlov, and UNICK's Motion in Limine filed on 10/10/14 (Doc 423)

    h. AWG's Supplemental Motion in Limine filed 10/10/14 (Doc 429)

    i. Motion for Leave to Dismiss Estate

## (D) Witnesses.

All witnesses, including rebuttal witnesses, expected to be called to testify by Igor Kozlov, Andrei Tchikobava, and Albatross Express, except those who may be called for impeachment purposes as defined in NECivR 16.2(c) only, are:

1.     Igor Kozlov
    303 Ave. P, Apt. C9
    Brooklyn, NY 11204

2.     Angela Kozlova
    303 Ave. P, Apt. C9
    Brooklyn, NY 11204

3.     Maria Ryklin
    75 Woodway Road
    Stamford, CN 06907

4.     Katherine Taylor
    303 Ave. P, Apt. C9
    Brooklyn, NY 11204

5.     Andrei Tchikobava
    229 Avenue W, Apt. 1B
    Brooklyn, NY 11223

6.     Natela Kiria
    229 Avenue W, Apt. 1B
    Brooklyn, NY 11223

7.     Nino Chikobava-Mauceri
    Unit No. R202 Hyundai Foreigners Compound
    1 Seobu-gil

Dong-Gu, Ulsan, South Korea 682-808

8.  Steven J. Mauceri
    229 Ave. W, Apt. #1b
    Brooklyn, NY  11223

9.  Vladmir Chen
    6 Mary Lou Court
    Manalapan, NJ  07726

10. Randy Hitz
    Hitz Towing
    1032 S. Lincoln Avenue
    York, NE  68467

11. Curt Heil
    Northland Insurance
    PO Box 64805
    St. Paul, MN  55164

12. Anthony Cook, M.D.
    Avera Medical Group Estherville
    926 N. Eighth Street
    Estherville, IA  51334

13. Justin D. Everett
    Interstate PowerSystems, Inc.
    3001 W O Street
    Lincoln, NE  68510

14. Troy Schaefer
    1994 329th
    Staplehurst, NE  68439

15. Pedram Nabegh
    Nebraska State Patrol
    3920 W Kearney Street
    Lincoln, NE  68524

16. Timothy Salmen
    Nebraska State Patrol
    4130 NW 37th Street
    Lincoln, NE  68524

17. Neal Trantham

7

Nebraska State Patrol
4130 NW 37th Street
Lincoln, NE 68524

18.     Robert Cook
        Nebraska State Patrol
        4130 NW 37th Street
        Lincoln, NE 68524

19.     Jay Huhman
        Nebraska State Patrol
        3920 W Kearney Street
        Lincoln, NE 68524

20.     Joey Fynbu
        Nebraska State Patrol
        3920 W Kearney Street
        Lincoln, NE 68524

21.     David Stopper
        Stopper and Associates
        2600 Southlake Blvd Ste. 120-363
        Southlake, TX 76092

22.     Bruno Schmidt
        2341 E Cragmont
        Springfield, MO 65804

23.     Peter Dill
        Dill Engineering & Associates
        30100 Town Center Drive
        Laguna Niguel, CA 92677

24.     Alan Lynch
        Wandling Engineering
        923 N. 2nd Street
        Ames, IA 50010

25.     John Larson
        22551 W 72nd Terrace
        Shawnee, KS 66227

26.     Norma Armour
        American Zurich Insurance Company
        7465 West 132nd Street, Suite 400

8

Overland Park, KS 66213

27.     Ruth Malenda
        American Zurich Insurance Company
        P.O. Box 12647
        Redding, PA 19612

28.     Karen Stricklett
        14710 West Dodge Road, Ste. 201
        Omaha, NE 68154

29.     Brent Koprivicia
        10127 Leavenworth Rd.
        Kansas City, KS 66109

30.     Linda Husted
        1 New Street
        East Setauket, NY 11733

31.     Wilmore Finerman
        210 Westchester Ave.
        White Plains, NY 10604

32.     John Broughton
        61 W. 62nd Street, Suite 4F
        New York City, NY 10023

33.     Douglas Schwartz
        150 E 58th Street, Suite 1801
        New York, NY 10155

34.     C. Edwards Robins
        61 W. 62nd Street, Suite 4F
        New York City, NY 10023

35.     Representatives from Kozlov's medical providers as necessary to establish
        fairness and reasonableness of medical expenses.

36.     Representatives from Tchikobava's medical providers as necessary to establish
        fairness and reasonableness of medical expenses.

All witnesses, including rebuttal witnesses, expected to be called to testify by defendants
AWG and Pamela Scott, Personal Representative of the Estate of Michael Scott, except

9

those who may be called for impeachment purposes as defined in NECivR 16.2(c) only, are:

1. Pamela Scott
   5820 Beverly Ave.
   Mission, KS 66202
   Phone: (816) 204-0442

2. Daniel J. Mannthey
   11291 East Alameda Avenue, Apt. 9
   Colorado 80012

3. Deanna Daniel
   805 P Street
   Gering, Nebraska
   402-363-1394

4. Michael McCoy
   805 P Street
   Gering, Nebraska
   402-363-1394

5. Jeremy Mickelson
   39604 S.E. Gordon Creek Road
   Corbett, Oregon 97019

6. Michael Carey, Jr.
   1109 Birch
   Council Bluffs, IA 51501
   402-699-7939

7. Doug Hopkinson
   410 South Toutle Road
   Toutle, WA 98049
   360-907-0332

8. Darryl Clark
   2595 Ashman Street
   Burt, MI 48417
   989-770-5053

9. Roger Vennstra
   1685 Greenfield Loop
   Emmet, ID 83617-9515
   (208) 365-3205

10

10. Heather Scott Kays
    11619 West Harmony Lane
    Olathe, Kansas 66062

11. Joshua Scott
    210 SW Gooseberry Lane
    Lee's Summit, Missouri 64083

12. Shannon Scott Tarantola
    301 NW Highland Lane
    Blue Springs, Missouri 64014

13. Virginia Scott
    1111 Euclid
    Cameron Missouri 64429

14. David Grisso
    5000 Kansas Avenue
    Kansas City, Kansas 66106
    913-288-1000

15. Robert Lopez
    5000 Kansas Avenue
    Kansas City, Kansas 66106
    913-288-1000

16. Rob Jones
    5000 Kansas Avenue
    Kansas City, Kansas 66106
    913-288-1000

17. Igor Kozlov
    303 Ave. P, Apt. C9
    Brooklyn, NY 11204

18. Andre Tchikobava
    229 Ave. W, Apt. 1B
    Brooklyn, NY

19. Vladimir Chen
    6 Marylou Court
    Manalapan, NJ 07726

11

20. Trooper Pedram Nabegh
    1600 2 Highway
    Lincoln, NE 68502
    402-471-4545

21. Trooper Neal Trantham
    1600 2 Highway
    Lincoln, NE 68502
    402-471-4545

22. Trooper Robert Cook
    1600 2 Highway
    Lincoln, NE 68502
    402-471-4545

23. Trooper Jay Huhman
    1600 2 Highway
    Lincoln, NE 68502
    402-471-4545

24. Trooper Joey Fynbu
    1600 2 Highway
    Lincoln, NE 68502
    402-471-4545

25. Sgt. Tim Salmen
    1600 2 Highway
    Lincoln, NE 68502
    402-471-4545

26. Troy Schaefer
    1994-329th Road
    Staplehurst, NE 68439

It is understood that, except upon a showing of good cause, no witness whose name and address does not appear herein shall be permitted to testify over objection for any purpose except impeachment. A witness whose only testimony is intended to establish foundation for an exhibit for which foundation has not been waived shall not be permitted to testify for any other purpose, over objection, unless such witness has been disclosed pursuant to Federal Rule of Civil Procedure 26(a)(3). A witness appearing on any party's witness list may be called by any other party.

**(E)    Expert Witnesses:**

12

Experts to be called by Igor Kozlov, Andrei Tchikobava and/or Albatross:

1. David Stopper
   Stopper and Associates
   2600 Southlake Blvd Ste. 120-363
   Southlake, TX 76092

2. Bruno Schmidt
   2341 E Cragmont
   Springfield, MO 65804

3. Peter Dill
   Dill Engineering & Associates
   30100 Town Center Drive
   Laguna Niguel, CA 92677

4. Alan Lynch
   Wandling Engineering
   923 N. 2nd Street
   Ames, IA 50010

5. Karen Stricklett
   14710 West Dodge Road, Ste. 201
   Omaha, NE 68154

6. Brent Koprivicia
   10127 Leavenworth Rd.
   Kansas City, KS 66109

7. Linda Husted
   1 New Street
   East Setauket, NY 11733

8. John Broughton
   61 W. 62nd Street, Suite 4F
   New York City, NY 10023

13

9.     Douglas Schwartz
        150 E 58th Street, Suite 1801
        New York, NY 10155

10.    C. Edwards Robins
        61 W. 62nd Street, Suite 4F
        New York City, NY 10023

11.    Willmore Finerman
        210 Westchester Ave.
        White Plains, NY 10604

12.    Igor Kozlov incorporates and identifies all medical providers outlined above as additional experts in this matter.

13.    Andrei Tchikobava incorporates and identifies medical providers outlined above as additional experts in this matter.

Experts to be called by Associated Wholesale Grocers:

### A. Rule 26(a)(2)(B) Experts

1. Robert P. Fucetola, Ph.D., ABPP
   Washington University of School of Medicine
   Department of Neurology
   4444 Forest Park Avenue, Box 8518
   St. Louis, Missouri 63108

2. Chris A. Cornett, M.D.
   University of Nebraska Medical Center
   Department of Orthopaedic Surgery and Rehabilitation
   981080 Nebraska Medical Center
   Omaha, Nebraska 68198-1080

3. Cathlin Vinett Mitchell, RN, BSN, CRRN, CM
   Care Management Consultants, Inc.
   P.O. Box 3101
   Brentwood, Tennessee 37024

4. Ted T. Sokol, Ph.D., P.E., FAAR Consulting, L.L.C.
   6719 Stones Throw Drive
   Omaha, NE

14

(401) 572-9164.

5. Steve S. Sokol, P.E., FAAR Consulting, L.L.C.
   6719 Stones Throw Drive
   Omaha, NE
   (401) 572-9164

6. David E. Brill, Collision Analysis & Investigations
   2574 NW 49th Ave
   Jennings, Florida 32053.

7. William F. Messerschmidt, Messerschmidt Safety Consultants
   2148 Pelham Parkway, Building 100-B
   Pelham, Alabama 35124

### A. Rule 26(a)(2)(C) Experts

8. Bruce Williams, D.O.
   Family Care of Eastern Jackson County
   725 NW State Route 7
   Blue Springs, MO 64014

9. Temesgen Wakwaya, D.O., with Concentra Medical Centers
   4214 Kansas Ave.
   Kansas City, Kansas
   66106, (913) 321-7557

10. L. John Larson, M.D.
    22551 W 72nd Terrace
    Shawnee, KS 66227

11. Steve McKinzie, McKinzie and Associates, LLC
    16012 Metcalf Ave., Suite 300
    Stilwell, Kansas, 66085.

    The following law enforcement witnesses were identified above as lay witnesses, but may also be asked to give opinion testimony regarding their investigation of the accident.

12. Trooper Pedram Nabegh
    Nebraska State Patrol
    Division of Traffic Services
    Lincoln, NE 68509

13. Trooper Robert Cook
    Nebraska State Patrol

15

Lincoln, NE 68509

14. Trooper Jay Huhman
    Nebraska State Patrol
    Lincoln, NE 68509

15. Trooper Joey Fynbu
    Nebraska State Patrol
    Lincoln, NE 68509

16. Trooper Neal Trantham
    Nebraska State Patrol
    Lincoln, NE 68509

17. Sargent Timothy Salmen
    Nebraska State Patrol
    Lincoln, NE 68509

**(F)     Voir Dire.**  Counsel have reviewed Federal Rule of Civil Procedure 47(a) and NECivR 47.2(a) and suggest the following with regard to the conduct of juror examination:

Counsel desires an opportunity to conduct voir dire.

**(G)     Number of Jurors.**  Counsel have reviewed Federal Rule of Civil Procedure 48 and NECivR 48.1 and suggest that this matter be tried to a jury composed of 12 members.

**(H)     Verdict.**  The parties will stipulate to a less-than-unanimous verdict. The parties' stipulation is:

The parties will accept a verdict agreed to by at least ten jurors. Although the parties will accept a verdict of ten jurors, Kozlov, Tchikobava, and Albatross request the Court require a unanimous verdict for the first five hours of deliberations. AWG objects to this request.

**(I)     Briefs, Instructions, and Proposed Findings.**  Counsel have reviewed NECivR 39.2(a), 51.1(a), and 52.1, and suggest the following schedule for filing trial briefs, proposed jury instructions, and proposed findings of fact, as applicable:

16

The Court has already ordered that these matters shall be submitted to the Court no later than five days prior to trial. (Doc. #417).

**(J)** **Length of Trial.** Counsel estimate the length of trial will consume not less than 15 day(s), not more than 20 day(s), and probably about 15 day(s).

**(K)** **Trial Date.** Trial is set for November 18, 2014.

Friedman Law Offices, P.C., L.L.O.
Attorneys for Plaintiff Igor Kozlov
3800 Normal Blvd., Suite 200
PO Box 82009
Lincoln, NE 68501
/s/ Herbert J. Friedman
Herbert J. Friedman #11390

Moyer & Moyer
Attorneys for Plaintiff Igor Kozlov
114 West Third Street
PO Box 510
Madison, NE 68748
/s/ George H. Moyer
George H. Moyer, Jr.

Law Office of James C. Bocott, PC. LLO
Attorney for Plaintiff Andrei Tchikobava
315 North Dewey Street, Suite 213
PO Box 1267
North Platte, NE 69103
/s/ James C. Bocott
James C. Bocott #21227

Klass Law Firm
Attorneys for Counterclaimant Albatross Express
Mayfair Mall, Upper Level
4280 Sergeant Road, Suite 290
Sioux City, IA 51106
/s/ Rene lapierre
Rene Lapierre #20248

Cassem, Tierney, Adams, Gotch & Douglas
Attorney for Defendant/Intervenor
Albatross Express
9290 West Dodge Road, Suite 302
Omaha, NE 68114
/s/ James D. Garriott
James D. Garriott #20322

*/s/ Ryan E. Karaim*
JOHN G. SCHULTZ, Missouri Bar #34711
RYAN E. KARAIM, Missouri Bar # 37017
*(Both admitted Pro Hac Vice)*
8900 Ward Parkway
Kansas City, Missouri 64114
(816) 421-7100; FAX (816) 421-7915
*jschultz@fsmlawfirm.com*
*rkaraim@fsmlawfirm.com*

17

and

Stephen G. Olson, II
ENGLES KETCHAM OLSON KEITH PC
1350 Woodmen Tower
1700 Farnam Street
Omaha, NE 68102
(402) 348-0900; FAX (401) 348-0904
*solson@ekoklaw.com*
**Attorneys for Defendant**
**Associated Wholesale Grocers**

BY THE COURT:

F.A. Gossett, III
United States Magistrate Judge

18

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| IGOR KOZLOV, | 4:10-cv-03211-LSC-FG3 |
| Plaintiff, | |
| vs. | **JOINT EXHIBIT LIST** |
| ASSOCIATED WHOLESALE GROCERS, INC., et al., | |
| Defendants, | |

| | |
|---|---|
| ANDREI TCHIKOBAVA, | 4:10-cv-03212-LSC-FG3 |
| Plaintiff, | |
| vs. | **JOINT EXHIBIT LIST** |
| ASSOCIATED WHOLESALE GROCERS, INC., et al., | |
| Defendants. | |

| | |
|---|---|
| PAMELA SCOTT, Personal Representative of the Estate of Michael E. Scott, Deceased. | 8:10-cv-03191-LSC-FG3 |
| Plaintiff, | |
| vs. | **JOINT EXHIBIT LIST** |
| IGOR KOZLOV, ALBATROSS EXPRESS, LLC AND UNICK, LLC, | |
| Defendants. | |

1

COME NOW, the undersigned counsel, and submit the following Joint Exhibit List:

## IGOR KOZLOV (101-186

| EX. NO | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|--------|-------------|-----|-----|------|----------|------|
| 101 | Scale drawing of area of accident (use blow up) | | | ✓ | | |
| 102 | Roadmap from Illinois to Nebraska showing distance of travel | | | ✓ | | |
| 103 | Photographs of Kozlov and family | | R | | | |
| 104 | Photographs of Kozlov's merchant marine ships | | R | | | |
| 105 | Model of brake | | | ✓ | | |
| 106 | Nebraska State Patrol photographs of accident scene and vehicles | | | ✓ | | |
| 107 | Life expectancy table | | RF | | | |
| 108 | Animation video prepared by Dr. Alan Lynch | | F | | | |
| 109 | Curriculum Vitae of Karen Stricklett, MS, CRC, ABVE | | | ✓ | | |
| 110 | Curriculum Vitae of L. John Larson, M.D. | | | ✓ | | |
| 111 | Curriculum Vitae of Douglas Schwartz, D.O. | | | ✓ | | |
| 112 | Curriculum Vitae of John Broughton, Ph.D. | | | ✓ | | |
| 113 | Curriculum Vitae of Peter Dill | | R | | | |
| 114 | Curriculum Vitae of Temesgen Wakwaya, D.O. | | | ✓ | | |
| 115 | Curriculum Vitae of Dr. Alan Lynch | | | ✓ | | |
| 116 | Curriculum Vitae of P. Brent Koprivica, M.D. | | | ✓ | | |

| 117 | Curriculum Vitae of Charles Edward Robins, Ph.D. | | | ✓ | | |
| 118 | Curriculum Vitae of David Stopper | | | | | |
| 119 | Michael Scott medical records from Dr. Koprivica | | RAH | | | |
| 120 | Michael Scott medical records from Dr. Williams | | R | | | |
| 121 | Michael Scott medical records from Dr. Baker | | RAHF | | | |
| 122 | Michael Scott medical records from Blue Springs Chiropractic | | RAHF | | | |
| 123 | Michael Scott medical records from Concentra Medical Centers | | RAHF | | | |
| 124 | Michael Scott medical records from ENT Associates of Greater Kansas City | | RAHF | | | |
| 125 | Michael Scott medical records from Hunkeler Eye Centers | | RAHF | | | |
| 126 | Michael Scott medical records from Minute Clinic | | RAHF | | | |
| 127 | Michael Scott medical records from Dr. Pro | | RAHF | | | |
| 128 | Michael Scott medical records from Dr. Stastny | | RAHF | | | |
| 129 | Michael Scott medical records from Dr. Whittaker | | RAHF | | | |
| 130 | Michael Scott medical records from Dr. Arthur Allen | | R | | | |
| 131 | Michael Scott DOT Physicals dated 2006, 2008, 2009, and 2010 | | | ✓ | | |
| 132 | Affidavit of Dr. L. John Larson | | RAH | | | |
| 133 | Kozlov medical records from Seward Memorial Hospital | | | ✓ | | |
| 134 | Kozlov medical records from Douglas A. Schwartz, D.O. | | | ✓ | | |
| 135 | Kozlov medical records from Doshi Diagnostic Imaging | | | ✓ | | |

| | Services | | | | | |
|------|---------------------------------------------|--|------------|------------|--|--|
| | Services | | | | | |
| 136 | Kozlov medical records from Victor Katz, M.D. | | | ✓ | | |
| 137 | Kozlov medical records from Barry Katzman, M.D. | | | ✓ | | |
| 138 | Kozlov medical records from David Lifschutz, M.D. | | | ✓ | | |
| 139 | Kozlov medical records from Albert Villafuerte, M.D. | | | ✓ | | |
| 140 | Kozlov medical records from Dr. Robins & Associates (includes Dr. Broughton records) | | | ✓ | | |
| 141 | Preliminary Loss of Earning Capacity Assessment Report from Karen Stricklett dated 6/02/14 (Kozlov) | | Cum-ulative | | | |
| 142 | Report of Peter Dill dated July 7, 2013 | | R, Cum-ulative | | | |
| 143 | Affidavit and Report of Bruno Schmidt dated July 12, 2012 | | Cum-ulative | | | |
| 144 | Supplemental Report of Bruno Schmidt | | Cum-ulative | | | |
| 145 | Report from David Stopper dated July 13, 2012 | | Cum-ulative | | | |
| 146 | Tchikobava Driver's Log | | | ✓ | | |
| 147 | Kozlov Driver's Logs | | | ✓ | | |
| 148 | Kozlov commercial driver's license | | | ✓ | | |
| 149 | Nebraska State Patrol Regulations – Job Description for Crash Reconstructionist | | | ✓ | | |
| 150 | Deposition of Dr. Bruce Williams | | R | | | |
| 151 | Deposition of Dr. Brent Koprivica | | RAH | | | |
| 152 | Deposition of Dr. John Broughton | | R | | | |
| 153 | Kozlov summary of medical bills | | | ✓ | | |
| 154 | Kozlov medical bills from Seward Memorial Hospital | | | ✓ | | |

4

| 155 | Kozlov medical bills from Seward Family Medical Center | | | ✓ | | |
| 156 | Kozlov medical bills from Albert Villafuerte, M.D. | | | ✓ | | |
| 157 | Kozlov medical bills from David Lifschutz, M.D. | | | ✓ | | |
| 158 | Kozlov medical bills from Dr. Robins & Associates | | | ✓ | | |
| 159 | Kozlov medical bills from Barry Katzman, M.D. | | | ✓ | | |
| 160 | Kozlov medical bills from Douglas Schwartz, M.D. | | | ✓ | | |
| 161 | Kozlov medical bills from Doshi Diagnostic Imaging Services | | | ✓ | | |
| 162 | Kozlov medical bills from Victor Katz, M.D. | | | ✓ | | |
| 163 | Kozlov medical bills from Radiology Associates | | | ✓ | | |
| 164 | Report of Dr. Alan Lynch dated 9/24/2014 | | Cum-ulative | | | |
| 165 | Report from Dr. Robins dated 6/18/2014 | | Cum-ulative | | | |
| 166 | Dr. Arthur Allen's Affidavit dated 7/28/2014 | | R | | | |
| 167 | Email from Ryan Karaim agreeing to foundation re: Dr. Allen's affidavit | | R | | | |
| 168 | Michael Scott cell phone records | | | ✓ | | |
| 169 | Michael Scott sleep study record from Centerpoint Medical Center dated 7/22/2008 | | R | | | |
| 170 | Photographs of St. Petersburg Global Trade House | | R | | | |
| 171 | Magazine/advertising material from St. Petersburg Global Trade House | | R | | | |
| 172 | Deposition of Dr. Schwartz | | R | | | |
| 173 | Fuel and toll receipts | | | ✓ | | |

| 174 | Skull Image (Exhibit from Dr. Koprivica's Depo) | | RAF | | | |
| 175 | Lateral View of the Skull (Exhibit from Dr. Koprivica's Depo) | | RAF | | | |
| 176 | Kansas MVA report dated 1/27/1997 (Exhibit from Dr. Koprivica's Depo) | | RAHF | | | |
| 177 | FMCSA Medical Examiner Handbook (Exhibit from Dr. Koprivica's Depo) | | RAHF | | | |
| 178 | Opinions of Expert Panel: TBI and CMV Driver Safety (Exhibit from Dr. Koprivica's Depo) | | RAHF | | | |
| 179 | CDL Life News Article (Exhibit from Dr. Koprivica's Depo) | | RAHF | | | |
| 180 | Drugs.com – Ambien (Exhibit from Dr. Koprivica's Depo) | | RAHF | | | |
| 181 | DOT Fitness Examination dated 6/16/2005 (Exhibit from Dr. Williams' Depo) | | R | | | |
| 182 | Medical Examiner's Certificate dated 6/16/2005 (Exhibit from Dr. Williams' Depo) | | R | | | |
| 183 | All exhibits used in depositions. | | RFHA | | | |
| 184 | Deposition of Dr. Waywaka | | R | | | |
| 185 | Peter Dill Updated Reports | | RF | | | |
| 186 | Peter Dill – Kozlov Whiplash PowerPoint Presentation | | RF | | | |

## ANDREI TCHIKOBAVA (201-248)

| EX. NO | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|--------|-------------|-----|-----|------|----------|------|
| 201 | Photographs of Tchikobava and family | | R | | | |
| 202 | Copy of CDL manual from Missouri | | RAHF | | | |

6

| 203 | Copy of CDL manual from Nebraska | | RAHF | | | |
|-----|----------------------------------|--|------|--|--|--|
| 204 | ER Records – 1st Visit to Seward Hospital | | | ✓ | | |
| 205 | NARSIS Report and ER Records – 2nd Visit to Seward Hospital | | | ✓ | | |
| 206 | New York Community Hospital Records | | | ✓ | | |
| 207 | New York Presbyterian – Weill/Cornell Hospital Records | | | ✓ | | |
| 208 | Dr. Berenblit Records – Physical Therapy and Nerve Conduction and EMG Studies | | | ✓ | | |
| 209 | Dr. Bhansali Records | | | ✓ | | |
| 210 | Faydengold, MS, LAC – Acupuncture Records | | | ✓ | | |
| 211 | Dr. Reyfman Record of 11/2010 | | | ✓ | | |
| 212 | Dr. Reyfman Records of 4/30/2014, including Nerve Studies, Permanent Impairment and MRI Report | | | ✓ | | |
| 213 | Tchikobava summary of medical bills | | | ✓ | | |
| 214 | Seward Hospital and related provider medical expense records | | | ✓ | | |
| 215 | Medivisual Illustration of Lumbar Spine Pathology, November 2010 | | F | | | |
| 216 | Medivisual Illustration of L5-S1 Anatomy and Components of Radiculopathy | | F | | | |
| 217 | Medivisual Illustration of Lumbar Spine Pathology, May 2014 | | F | | | |
| 218 | 2010 Wage Evidence of Andrei Tchikobava from Albatross Express | | | ✓ | | |
| 219 | NY Community Hospital Medical Expense and related provider | | | ✓ | | |

7

| | Medical Expense Records | | | | | |
|---|---|---|---|---|---|---|
| 220 | NY Presbyterian – Weill/Cornell Hospital and related provider Medical Expenses Records | | | ✓ | | |
| 221 | Post Hospitalization Medical Expense Records (9/3/2010 to present) | | | ✓ | | |
| 222 | Report of Karen Stricklett, Vocational Rehabilitation Expert (Tchikobava) | | Cum-ulative | | | |
| 223 | CV of Karen Stricklett | | | ✓ | | |
| 224 | Report to Congress on the Large Truck Crash Causation Study, USDOT, November 2005 | | RAHF | | | |
| 225 | Driver Perception and Response Time, Paul Olson, SAE Technical Paper Series, 1989 | | RAHF | | | |
| 226 | FMCSA Papers on Traumatic Brain Injury and Commercial Motor Vehicle Driver Safety | | RAHF | | | |
| 227 | FMCSA Papers on Fatigue, Sleep Disorders and Commercial Motor Vehicle Driver Safety | | RAHF | | | |
| 228 | Copies of federal regulations | | RAHF | | | |
| 229 | Life Car Plan of Linda Husted | | Cum-ulative | | | |
| 230 | CV of Linda Husted | | | ✓ | | |
| 231 | What can the history and physical tell us about low back pain? JAMA 8/12/1992, Vol. 268, No. 6 | | RAHF | | | |
| 232 | Low Back Pain, NEJM 2001; 344; 363-370 | | RAHF | | | |
| 233 | Neurology and Trauma, Second Edition, Randolph W. Evans, MD, Oxford Press, 2006 | | RAHF | | | |
| 234 | Predicting Truck Crash Involvement: a 2011 Update, | | RAHF | | | |

| | ATRI April 2011 | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| 235 | Evolution of Fatigue Risk Management Systems, Circadian 2010 | | RAHF | | | |
| 236 | Factors that Affect Fatigue in Heavy Truck Accidents Volume 1 and 2 Analysis (1995) | | RAHF | | | |
| 237 | The Sleep of Long-Haul Truck Drivers, NEJM 1997, Sept. 11; 337(11); 755-761 | | RAHF | | | |
| 238 | Video Deposition of Andrei Tchikobava and Transcript | | Res. | | | |
| 239 | Deposition of Eva Flores | | Res. | | | |
| 240 | Deposition of Zaki Nakach | | Res. | | | |
| 241 | Deposition of NYC Hosp Records Custodian | | Res. | | | |
| 242 | Deposition of NY Presbyterian Hosp Records Custodian | | Res. | | | |
| 243 | Report of Dr. Wilmore Finerman | | Cum-ulative | | | |
| 244 | Video Deposition of Dr. Wilmore Finerman | | Res. | | | |
| 245 | CV of Wilmore Finerman, MD | | | ✓ | | |
| 246 | Video Deposition of Leon Reyfman, MD | | Res. | | | |
| 247 | Itemization of Income from Albatross | | F | | | |
| 248 | Life Expectancy Table | | RAF H | | | |

## ALBATROSS EXPRESS (306-306)

| EX. NO | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|--------|-------------|-----|-----|------|----------|------|
| 301 | Documents in Support of damage to Albatross trailer | | | ✓ | | |
| 302 | Documents in Support of damage to Albatross cargo | | | ✓ | | |
| 303 | Towing charges incurred by Albatross | | | ✓ | | |
| 304 | Documents in support of lost use damages sustained by Albatross | | AHF | | | |
| 305 | Kozlov Payment History | | | ✓ | | |
| 306 | Tchikobava Payment History | | | ✓ | | |

## ASSOCIATED WHOLESALE GROCERS (400 – 544)

| EX. NO | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|--------|-------------|-----|-----|------|----------|------|
| 400 | Nebraska State Patrol Crash Reconstruction Report with attachments and appendixes | | R, H, A STATUTORY | | | |
| 401 | NSP Crash Reconstruction supporting documents in Case Packet | | R, H, A STATUTORY | | | |
| 402 | NSP Case Packet Photographs | | R, F 403 | | | |
| 403 | Photographs taken by AWG in August 2010 | | R, F | | | |
| 404 | Photographs taken by Lopez (Withdrawn) | | N/A | | | |
| 405 | Michael Scott Daily Log Reports for 8/2/10-8/9/10 | | F | | | |

| 406 | Mobius TTS ETOG Breadcrumb printout – location for the AWG Vehicle | | F | | | |
| 407 | Mobius TTS ETOG Breadcrumb printout –MPH chart for the AWG Vehicle | | F | | | |
| 408 | Mobius TTS ETOG Breadcrumb printout – RPM Chart for the AWG Vehicle | | F | | | |
| 409 | Activity Report by Driver ID for Michael Scott on 8/8/10 | | F | | | |
| 410 | Michael Scott Medical Examiners Certificate dated 7/6/10 | | ✓ | | | |
| 411 | Bills of Lading for contents of Trailer | | ✓ | | | |
| 412 | Email from David Grisso dated 8/10/10 re weight of AWG Vehicle | | ✓ | | | |
| 413 | Title for the AWG trailer | | ✓ | | | |
| 414 | Title for the AWG Volvo tractor | | ✓ | | | |
| 415 | Grisso Documents to NHP 8/10/10 | | F, A, H, R | | | |
| 416 | Jones Documents to NHP | | F, A, H, R | | | |
| 417 | AWG Volvo Tractor Maintenance File | | R, F, A | | | |
| 418 | AWG trailer maintenance file | | R, F, A | | | |
| 419 | Michael Scott Driver Qualification File | | F | | | |
| 420 | Copy of Michael Scott's Missouri CDL | | F | | | |
| 421 | Michael Scott's Personnel File re Training and Evaluations **(Withdrawn)** | | N/A | | | |

| 422 | AWG Employee Information form for Michael Scott 9/19/04 | | F, R, A | | | |
| 423 | Handbook Receipt for Michael Scott | | F, R, A | | | |
| 424 | AWG Work/Safety/General Rules dated 2/4/10 from Michael Scott's Personnel File | | F, R, A | | | |
| 425 | AWG Standards of Conduct from Michael Scott's Personnel File | | F, R, A | | | |
| 426 | AWG Substance Abuse Policy from Michael Scott's Personnel File | | F, R, A | | | |
| 427 | AWG Employment Safety document from Michael Scott's Personnel File | | F, R, A | | | |
| 428 | Certificate of Driver's Receipt of Educational Materials signed by Michael Scott on 1/5/95 | | F, R, A, | | | |
| 429 | AWG Disciplinary Action Form for Michael Scott signed on 2/14/07 (only if necessary) | | F, R, A, H | | | |
| 430 | Driver's Statement of Accident dates 01/08 (only if necessary) | | F, R, A, H | | | |
| 431 | Driver's Statement of Accident 1/25/07 (Only if Necessary) | | F, R, A, H | | | |
| 432 | AWG's file labeled Scott Delivery 8/9/10 – Bills of Lading and Store Invoices | | | ✓ | | |
| 433 | Michael Scott's Training File | | F, R, A | | | |
| 434 | Tractor File #4039 – Entire Data stream Report | | F, R, A | | | |
| 435 | NHP Supplemental Report – Original/Scene Report by Trooper Cook | | F, R, H, STATU TORY | | | |

| 436 | NHP Supplements 001-0039 | | H, F, STATU TORY | | | |
| 437 | State of Nebraska's Investigator's Motor Vehicle Accident | | H, F, STAT | | | |
| 438 | Seward County Sheriff's Office Coroner's Report signed 8/29/10 | | H, STATU TORY | | | |
| 439 | Deputy Schaefer's Seward County Sheriff's Report | | H, F, STATU TORY | | | |
| 440 | USDOT Inspection Selection System Carrier Snapshot for Albatross Express, LLC printed 8/11/10 | | H, F SPOILA TION | | | |
| 441 | ECM Download for Albatross Express, LLC tractor (DDEC Reports) dated 8/11/10, Lincoln Truck Center | | H, F, SPOILA TION | | | |
| 442 | All ECM download documents by McKinzie & Associates printed on 8/18/10, including Detroit Diesel Diagnostics Link; Audit Trail Documents; DDEC Reports | | F, H, SPOILA TION | | | |
| 443 | Detroit Diesel Diagnostic Link – Audit Trail printed on 11/5/10 | | F, H, SPOILA TION | | | |
| 444 | NHP Driver/Vehicle Examination Report for Albatross Express, LLC Vehicle for inspection 8/9/10, prepared by Trooper Huhman | | F, STATU TORY | | | |
| 445 | USDOT Inspection Selection System Carrier Snapshot for AWG, printed on 8/11/10 | | F, A, R | | | |
| 446 | Chain of Custody Letter from Analysis, Inc., dated 12/2/10 to Trooper Nabegh | | H, F, R | | | |

| 447 | Chain of Custody Letter from Analysis, Inc., dated 12/3/10 to Trooper Nabegh | | H, F, R | | | |
| 448 | Complete Nebraska Institute of Forensic Sciences, Inc., Autopsy Reports for Michael Scott; including provisional findings; final anatomic diagnosis specimen reports, toxicology reports | | F, H, R, 403 | | | |
| 449 | JJ Keller Video series used by AWG to train truck drivers, including related documents | | F, A | | | |
| 450 | AWG Fleet Safety Program Manual | | H, R, F | | | |
| 451 | AWG Driver's Manual | | H, R, F | | | |
| 452 | AWG 2010 Safety Incentive Program Manual | | H, R, F | | | |
| 453 | Documents re Damages to AWG tractor | | F, A, H | | | |
| 454 | Documents re Damages to AWG trailer | | F, A, H | | | |
| 455 | AWG Towing and Storage Invoices | | F, A, H | | | |
| 456 | Cargo Damage Invoice | | F, A, H | | | |
| 457 | Driver's Daily Logs prepared by Igor Kozlov | | | ✓ | | |
| 458 | Driver's Daily Logs Prepared by Andre Tchikobava | | | ✓ | | |
| 459 | Albatross Express, LLC tractor Maintenance and Repair documents 001169-1220 | | R, F, A | | | |
| 460 | Tennessee Department of Safety Driver/Vehicle Examination Report for Albatross Express, LLC, dated 7/1/08 | | R, F, A 403 | | | |

| 461 | Utah Department of Transportation Examination Report for Albatross Express, LLC, dated 8/22/08 | | R, F, A 403 | | | |
| 462 | New Mexico DPS Driver/Vehicle Examination Report for Albatross Express, LLC, dated 9/29/08 | | R, F, A 403 | | | |
| 463 | Utah Department of Transportation Driver/Vehicle Examination Report for Albatross Express, LLC, dated 3/16/09 | | R, F, A 403 | | | |
| 464 | New Mexico DPS Driver/Vehicle Examination Report for Albatross Express, LLC, dated 7/27/09 | | R, F, A 403 | | | |
| 465 | New Mexico DPS Driver/Vehicle Examination Report for Albatross Express, LLC, dated 9/1/09 | | R, F, A 403 | | | |
| 466 | California Highway Patrol Driver/Vehicle Examination Report for Albatross Express, LLC, dated 9/28/09 | | R, F, A 403 | | | |
| 467 | Tennessee Department of Safety Driver/Vehicle Examination Report for Albatross Express, LLC, dated 12/17/09 | | R, F, A 403 | | | |
| 468 | Wyoming Highway Patrol Driver/Vehicle Examination Report for Albatross Express, LLC, dated 12/28/09 | | R, F, A 403 | | | |
| 469 | US DOT FMCSA Detail Inspection Report for Albatross Express reporting Carrier violations on 1/6/10 in New Mexico | | R, F, A 403 | | | |
| 470 | Missouri State Highway Patrol Driver/Vehicle Examination Report for Albatross Express, LLC, dated 1/06/10 | | R, F, A 403 | | | |

| 471 | Colorado Driver/Vehicle Examination Report for Albatross Express, LLC, dated 1/18/10 | | R, F, A 403 | | | |
| 472 | Pennsylvania State Police Driver/Vehicle Examination Report for Albatross Express, LLC, dated 3/8/10 | | R, F, A 403 | | | |
| 473 | US DOT FMCSA Detail Inspection Report for Albatross Express reporting Carrier violations on 3/10/10 in Pennsylvania | | R, F, A 403 | | | |
| 474 | US DOT FMCSA Detail Inspection Report for Albatross Express, LLC reporting inoperative lamps and other carrier violations on 4/9/10 in Arizona | | R, F, A 403 | | | |
| 475 | US DOT FMCSA Detail Inspection Report for Albatross Express, LLC reporting inoperable lamps and other carrier violations on 7/24/10 in Arizona | | R, F, A 403 | | | |
| 476 | California Highway Patrol Driver/Examination Report for Albatross Express, LLC, dated 9/22/10 | | R, F, A 403 | | | |
| 477 | All Albatross Express, LLC documents produced re Trip by Kozlov and Tchikobava on 8/8/10, including trip sheets, fuel and mileage reports, receipts, Comchek checks, toll receipts, maintenance and repair invoices | | F, H CUMUL ATIVE | | | |
| 478 | All documents relied upon by and identified in report of Expert William Messerschmidt (List provided) | | F, H CUMUL ATIVE | | | |

| 479 | Report of Expert William Messerschmidt | | H, CUMULATIVE | | | |
| 480 | Curriculum Vitae of Expert William Messerschmidt | | | ✓ | | |
| 481 | All documents relied upon by and identified in report of Expert David Brill (List provided) | | F, H CUMULATIVE | | | |
| 482 | Report of Expert David Brill | | H, CUMULATIVE | | | |
| 483 | Curriculum Vitae of Expert David Brill | | | ✓ | | |
| 484 | All documents relied upon by and identified in report of FAAR Consulting (List provided) | | F, H CUMULATIVE | | | |
| 485 | Report of FAAR Consulting | | H, CUMULATIVE | | | |
| 486 | Curriculum Vitae of Ted Sokol | | | ✓ | | |
| 487 | Curriculum Vitae of Steve Sokol | | | ✓ | | |
| 488 | Demonstrative Exhibits utilized by Ted Sokol during Criminal Trial Testimony of Igor Kozlov | | F, H, A | | | |
| 489 | Demonstrative Exhibits to be utilized by Defense Expert William Messerschmidt | | F, H, A | | | |
| 490 | Demonstrative Exhibits to be utilized by Defense Expert David Brill | | F, H, A | | | |
| 491 | ABS Brake Module removed from the AWG vehicle by Steve McKinzie | | A, R, F | | | |
| 492 | Curriculum Vitae of Defense Expert Chris Cornett, M.D. | | | ✓ | | |

| 493 | Reports prepared by Chris Cornett, M.D. | | H | | | |
|-----|-----|---|-----|---|---|---|
| 494 | All documents relied on by and identified in the reports of Chris Cornett, M.D. (List provided) | | H, F CUMUL ATIVE | | | |
| 495 | Curriculum Vitae of Defense Expert Robert Fucetola, Ph.D. | | | ✓ | | |
| 496 | Reports prepared by Robert Fucetola, Ph.D. | | H, CUMUL ATIVE | | | |
| 497 | All documents relied upon and identified in the reports of Robert Fucetola, Ph.D. (List provided) | | H, F, CUMUL ATIVE | | | |
| 498 | Curriculum Vitae of Defense Expert Cathlin Vinett, R.N. | | | ✓ | | |
| 499 | Report of Cathlin Vinett, R.N. | | H, CUMUL ATIVE | | | |
| 500 | All documents relied on by and identified in the report of Cathlin Vinett, R.N. (List provided) | | F, H, REDUD NANT | | | |
| 501 | Deposition of Bruce Williams, D.O. | | | ✓ | | |
| 502 | Medical Records of Bruce Williams, D.O. (only if necessary) | | | ✓ | | |
| 503 | Federal Motor Carrier Safety Regulations in effect at the time of the accident | | | ✓ | | |
| 504 | Photographs of Michael Scott and his family | | R, F, A | | | |
| 505 | Photograph of an AWG Volvo Tractor similar to the one operated by Michael Scott | | R, F | | | |

| 506 | Aerial photographs and scene photo graphs produced by Pamela Scott as Plaintiff | | | ✓ | | |
| 507 | All Photographs taken by McKinzie and Associates | | F | | | |
| 508 | Video of scene taken by McKinzie and Associates | | F | | | |
| 509 | Curriculum Vitae of Steve McKinzie | | | ✓ | | |
| 510 | SafeStat Online Information re Albatross Express, LLC obtained by McKinzie and Associates | | F, A, H, R | | | |
| 511 | DOT Medical Examination forms and medical card related to Michael Scott's medical certification in July 2005 by Williams, D.O. | | F, H | | | |
| 512 | DOT Medical Examination forms and card related to Michael Scott's medical certification in June 2006 by Dr. Wakwaya | | F, H | | | |
| 513 | DOT Medical Examination forms and card related to Michael Scott's medical certification in June 2009 by Dr. Wakwaya | | F, H | | | |
| 514 | DOT Medical Examination forms related to Michael Scott's Medical Certification in July 2010 by Leonard John Larson, M.D. | | F, H | | | |
| 515 | All trial exhibits listed by Plaintiffs or Albatross Express, LLC that Defendants have no objection | | | ✓ | | |
| 516 | Arkansas Driver/Vehicle Examination Report, dated 07/04/10 | | R, F, H 403 | | | |

| 517 | Arizona Department of Public Safety Driver Vehicle Inspection Report, Report AZ0000687153 | | R, F, H 403 | | | |
| 518 | Arizona Department of Public Safety Driver Vehicle Inspection Report, Report AZ0000683462, dated 07/24/10 | | R, F, H 403 | | | |
| 519 | Speedco #334 Invoice for Albatross/Tchikobava | | R, F, H | | | |
| 520 | Driver's Vehicle Inspection Report, dated 08/08/10 | | R, F, H | | | |
| 521 | Photograph of Tchikobava's Prescription pills | | R, F, H | | | |
| 522 | Commercial Driver's License for Andrei Tchikobava | | R | | | |
| 523 | Commercial Driver's License for Igor Kozlov | | | ✓ | | |
| 524 | Tchikobava – 2007 Tax Returns | | F | | | |
| 525 | Tchikobava – 2008 Tax Returns | | F | | | |
| 526 | Tchikobava – 2009 Tax Returns | | F | | | |
| 527 | Tchikobava – 2010 Tax Returns | | F | | | |
| 528 | Plaintiff Kozlov's Responses to AWG's Opening Interrogatories | | R, F | | | |
| 529 | Plaintiff Tchikobava's Responses to AWG's Opening Interrogatories | | R | | | |
| 530 | Kozlov – 2007 Tax Returns | | F | | | |
| 531 | Kozlov – 2008 Tax Returns | | F | | | |
| 532 | Kozlov – 2009 Tax Returns | | F | | | |
| 533 | Malcolm Coblentz, M.D. IME of Tchikobava | | F, H, R | | | |
| 534 | Deposition testimony Andrei Tchikobava, State of Nebraska v. Igor Kozlov, darted 06/10/13 | | F, H, R | | | |

| 535 | Deposition testimony Andrei Tchikobava, dated 06/02/14 | | F, H, R | | | |
| 536 | Deposition testimony Natela Kiria, dated 06/02/14 | | F, H, R | | | |
| 537 | Bhansali, M.D. Medical Records Tchikobava 12-14 | | | ✓ | | |
| 538 | New York Presbyterian Medical Tchikobava 344 | | | ✓ | | |
| 539 | New York Community Hospital Tchikobava 51 | | | ✓ | | |
| 540 | Memorial Health Systems Tchikobava 278-281 | | | ✓ | | |
| 541 | Utica Family Medical Center Tchikobava 293-294 | | | ✓ | | |
| 542 | Memorial Health Systems Tchikobava 268-269 | | | ✓ | | |
| 543 | New York Community Tchikobava 44 | | | ✓ | | |
| 544 | Deposition Testimony of Igor Kozlov, dated 06/03/14 | | F, H, R | | | |

**OBJECTIONS**
**R: Relevancy**
**H: Hearsay**
**A: Authenticity**
**F: Foundation**
**O: Other (specify)**

Respectfully Submitted:

Friedman Law Offices, P.C., L.L.O.
Attorneys for Plaintiff Igor Kozlov
3800 Normal Blvd., Suite 200
PO Box 82009
Lincoln, NE 68501
/s/ Herbert J. Friedman
Herbert J. Friedman #11390

Moyer & Moyer
Attorneys for Plaintiff Igor Kozlov
114 West Third Street
PO Box 510
Madison, NE 68748
/s/ George H. Moyer
George H. Moyer, Jr.

Law Office of James C. Bocott, PC. LLO
Attorney for Plaintiff Andrei Tchikobava
315 North Dewey Street, Suite 213
PO Box 1267
North Platte, NE 69103
/s/ James C. Bocott
James C. Bocott #21227

Klass Law Firm
Attorneys for Counterclaimant Albatross Express
Mayfair Mall, Upper Level
4280 Sergeant Road, Suite 290
Sioux City, IA 51106
/s/ Rene Lapierre
Rene Lapierre #20248

Cassem, Tierney, Adams, Gotch & Douglas
Attorney for Defendant/Intervenor
Albatross Express
9290 West Dodge Road, Suite 302
Omaha, NE 68114
/s/ James D. Garriott
James D. Garriott #20322

/s/ Ryan E. Karaim
JOHN G. SCHULTZ,  Missouri Bar #34711
RYAN E. KARAIM,  Missouri Bar # 37017
(Both admitted Pro Hac Vice)
8900 Ward Parkway
Kansas City, Missouri 64114
(816) 421-7100;  FAX (816) 421-7915
jschultz@fsmlawfirm.com
rkaraim@fsmlawfirm.com

and

Stephen G. Olson, II
ENGLES KETCHAM OLSON KEITH PC
1350 Woodmen Tower
1700 Farnam Street
Omaha, NE 68102
(402) 348-0900; FAX (401) 348-0904
*solson@ekoklaw.com*
**Attorneys for Defendant
Associated Wholesale Grocers**

## CURRICULUM VITAE
## DAVID A. STOPPER

Stopper & Associates, LLC
Motor Carrier Safety – Highway Collision Research
Dallas / Fort Worth, Texas Office
2600 E. Southlake Blvd. Suite 120-363
Southlake, Texas 76092
817-442-4812

Washington, DC Area Office
10432 Balls Ford Road Suite 300
Manassas, Virginia 20109
540-347-0702

LEAD INSTRUCTOR (1989-2001)
Commercial Vehicle Accident Reconstruction Program
Texas A & M University System, TEEX
Texas Engineering Extension Service
Riverside Campus, College Station, Texas

Mr. Stopper has over 40 years of experience and specialized training in the areas of forensic investigations, traffic safety, collision investigations, commercial motor vehicle operations and related motor carrier safety regulations. While a law enforcement officer he was selected as one of five regional and statewide instructors for Commercial Motor Vehicle Enforcement under the authority of the USDOT Bureau of Motor Carrier Safety, now the Federal Motor Carrier Safety Administration (FMCSA). His duties included coordination with and conducting motor carrier enforcement training under the direction of and with the USDOT/BMCS and the Virginia State Police.

He developed as well as taught CMV compliance, collision investigation and reconstruction courses throughout the United States and Canada to include but not limited to the University of North Florida's Institute of Police Technology and Management (IPTM), Jacksonville, FL; Texas A&M University System – Texas Engineering and Extension Service (TEEX) College Station/Riverside Campus, TX; Royal Canadian Mounted Police, Regina, Canada; Ontario Provincial Police at the O.P.P. College, Orillia ONT, as well as the South Carolina Criminal Justice Academy & South Carolina Transport Police, Columbia, SC. He continues to lecture at professional accident reconstruction seminars and courses in Commercial Motor Vehicle (CMV) Safety, CMV collision reconstruction as well as Advanced CMV collision reconstruction. He lectures on CMV and motor carrier investigation and reconstruction addressing national and international collision reconstruction investigators.

1

He was director of the Institute of Heavy Truck and Transportation Safety at the Northern Virginia Community College 1986 – 1997 where he developed and taught Commercial Motor Vehicle (CMV) driver as well as fleet safety management motor carrier industry safety courses to insure compliance with the FMCSR and CDL regulations.

He has conducted hundreds of heavy truck-tractor semi trailer and motor coach tests, to include but not limited to vehicle dynamics, air brake system maintenance, air brake system failure analysis, emergency braking dynamics, crash experiments, articulated vehicle turning, backing maneuvers, driver view restrictions, mirror use, Electronic Control Module (ECM) analysis, analysis of driver's hours of service, vehicle tracking systems, retroreflective sheeting tape testing as well as alerted and un-alerted observer night visibility, and conspicuity experiments.

He has taught commercial motor vehicle driver safety, driver qualification, Commercial Driver's License (CDL), AAA Master Defensive Driver courses and conducted several thousand investigations and collision reconstructions, involving heavy trucks, tractor trailers, and buses. He has testified as an expert at trial in many State and Federal Courts on these and related issues.

Mr. Stopper holds and has held a Commercial Drivers License (CDL) for all classes of Commercial Motor Vehicles (CMV's). Stopper & Associates, LLC operates two mobile forensic collision research labs including a truck tractor semi trailer and 45 foot motorcoach. The firm is registered with the Federal Motor Carrier Safety Administration (FMCSA) as private motor carrier who is knowledgeable of and subject to the Federal Motor Carrier Safety Regulations (FMCSR). He regularly operates these units and other CMV's in the course of his work and collision research activities. He regularly attends professional collision reconstruction and motor carrier industry seminars as well as review of professional publications to keep his education and experience current.

2

## EXPERIENCE

- **2001 – Present**: Lead Instructor, CMV Collision Reconstruction courses to include but not limited to: Kansas & Missouri Highway Patrol, Jefferson City, MO; Ontario Provincial Police at the O.P.P. College, Orillia ONT, O.P.P. Toronto Canada; South Carolina Criminal Justice Academy & South Carolina Transport Police, Columbia, SC; ARC-CSI Conferences, Las Vegas, NV; Michigan State University, College of Engineering, Highway Traffic Safety Program / REC-TEC CMV Collision Reconstruction, New Orleans, LA.

- 1989–2001 Lead Instructor/Course Director, Commercial Vehicle Accident Investigation/Reconstruction Level I and Level II, Texas Engineering Extension Service, Riverside Campus, Texas A & M, College Station, Texas.

- 1986–1989 Commercial Vehicle Inspection and Commercial Vehicle Accident Reconstruction Instructor and course development at University of North Florida, adjunct staff.

- 1986–1987 RADAR Instructor at University of North Florida, adjunct staff.

- 1985–1987 Academy Staff and Instructor, Fairfax County Public Safety Academy, Lead Instructor for Traffic Enforcement, Accident Investigation, Advanced Accident Investigation and Motor Carrier Safety Investigation courses (Police and Sheriff's Academy).

- 1979–1988 Instructed Advanced Accident Investigation, Accident Reconstruction and Radar instructor courses, Northern Virginia Criminal Justice Academy.

- 1985–1998 Adult Education Instructor/Motor Carrier Driver Safety, Northern Virginia Community College, Institute for Heavy Truck and Transportation Safety. Appointed Program Director in January 1988.

- 1983–1984 Crime Prevention Office and part-time police academy instructor. Included CMV safety lectures to local motor carriers.

- 1982–1983 Master Police Officer, assigned to McLean District as Field Training Officer, District Accident Investigation Unit. Assisted in the development of the full-time Accident Reconstruction Team and Motor Carrier Safety Unit. Worked to draft and presented state legislation to authorize the Fairfax County Motor Carrier Safety Enforcement Unit.

- 1973–1982 Appointed as Police Officer, Fairfax County, Virginia. Various Assignments included Motor Squad, Traffic and Truck Enforcement/Accident Investigation and Motor Carrier Safety/Truck Weight Enforcement.

- 1971–1973 Police Cadet, Fairfax County, Virginia. Various assignments included Traffic Safety and forensic evidence technician.

## PROFESSIONAL TRAINING

- Police Cadet Program - Fairfax County Police 1971 – 1973; Paid intern program assigned to key department functions to include Crime Scene Forensics, Traffic Safety, Headquarters Detective Bureau, Communications, Records & Criminal Research.

- Northern Virginia Police Academy (1973)

- Accident Investigator Unit Course, Northern Virginia Police Academy (1975)

- Advanced Accident Investigation, Virginia Commonwealth University (based on Northwestern Traffic Institute's course presented at Northern Virginia Police Academy) (1978)

- Moving RADAR Seminar, Kustom Electronics (1978)

- Moving Radar Seminar, M.P.H. Industries (1979)

- RADAR Instructor Course, Virginia Military Institute, Department of Electrical Engineering, Lexington, Virginia (1980)

- Field Training Officer, Northern Virginia Criminal Justice Academy (1980)

- Advanced Accident Investigation, Northern Virginia Criminal Justice Academy (1980)

- RADAR Speed Measurement Seminar, Northern Virginia Criminal Justice Academy (1982)

- Crisis Management, Level I, Northern Virginia Criminal Justice Academy, James Ahrens and Associates (1983)

- Narcotics and Dangerous Drug Enforcement, Drug Enforcement Administration, Washington, D.C. (1984)

- Accident Reconstruction Certification Course, Institute of Police Technology and Management, University of North Florida at Fairfax, Virginia (1985)

- Motor Carrier-Vehicle Inspection Course, U.S.D.O.T. Bureau of Motor Carrier Safety (1985)

- Environmental Design for Crime Prevention, Virginia Crime Prevention Association (1985)

- Traffic Homicide Investigations, Institute of Police Technology and Management, University of North Florida (1986).

4

- Advanced Traffic Accident Investigation, Institute of Police Technology and Management, University of North Florida (1986)

- Motor Carrier-Vehicle Inspector Recertification Course, U.S.D.O.T. Bureau of Motor Carrier Safety at Fairfax County (1986)

- Motor Carrier-Vehicle Inspection Instructor, U.S.D.O.T. Bureau of Motor Carrier Safety at the Virginia State Police Academy (1986)

- Investigation of Commercial Accident, Institute of Police Technology and Management, University of North Florida (1986 & 1987)
- Accident Reconstruction (Special Problems – Auto Anti-Lock Brakes – Truck Brakes), Regional Police Academy, Passaic, New Jersey (1986)

- Commercial Vehicle Accident Investigation, Institute of Police Technology and Management, University of North Florida (1987)

- Truck Air Brake School, Rockwell International at Fairfax County Public Safety Academy (1987)

- Special Problems in Accident Reconstruction Institute of Police Technology and Management, University of North Florida (1987)

- Transmission Failure Analysis/Maintenance, Eaton Corporation, Charlotte, North Carolina (1987)

- Hazardous Materials Course, National Fire Academy (1987)

- Hazardous Materials Pesticide Challenge, National Fire Academy (1987)

- Traffic Commanders Conference, Monmouth County Police Academy, New Jersey (1987)

- Training, Licensure, and Monitoring of Drivers of Large Trucks, 20th Annual Workshop, Human Factors in Transportation, Transportation Research Board (1987)

- Traffic Safety Conference, The University of Kansas and Kansas Department of Transportation, Office of Traffic Safety (1987)

- Special Problems in Accident Reconstruction Institute of Police Technology & Management, University of North Florida (1988)

- Tow Truck Driver Training Program, Towing and Recovery Association of America, Inc. (1988)

- Special Problems in Traffic Accident Reconstruction, Institute of Police Technology & Management, University of North Florida, Jacksonville, Florida (1988)

- Virginia Division of Motor Vehicles Driver Improvement Instructor Certification at Northern Virginia Community College (National Safety Council Member) (1989)

- Commercial Vehicle Accident Reconstruction Investigators Seminar, National Transportation Safety Board, San Antonio, Texas (1991)

- AAA Driver Improvement Program Instructor's Course (1993)

- AAA Master Instructor Leader Certification Course (1993)

- National Transportation Safety Board sponsored Computer Aided Drafting for Accident Reconstruction, Arlington, Texas (1993)

- Sokkia's MAP and CONTOUR software for Traffic Highway Research and Investigation (1994)

- Collision Dynamics: Issues and Answers Seminar, Louisville, Kentucky (1994)
- NASA Tire/Runway Friction Workshop at NASA's Wallops Flight Facility, Wallops Island, Virginia (1994)

- National Transportation Safety Board Investigative Conference: "Mobile Collision Warning Technology for Low Visibility/Low Awareness Conditions," Arlington, Virginia (1995)

- NASA Tire/Runway Friction Workshop at NASA's Wallops Flight Facility, Wallops Island, Virginia (1995).

- NASA Tire/Runway Friction Workshop at NASA's Wallops Flight Facility, Wallops Island, Virginia (1997)

- TAARS, SOAR, WATAI Combined Conference: Truck air brakes, truck/car crash tests, forensic use of professional "Total Station" survey equipment (1993)

- TAARS, SOAR, WATAI Combined Conference: Truck air brakes, truck rollovers and truck/car crash tests (1994)

- Commercial Vehicle Accident Conference, Pittsburgh, Pennsylvania, presented by the Pennsylvania Department of Education's Traffic Institute for Police Services, PENNDOT's Highway Safety & Traffic Engineering, U.S. DOT's Office of Motor Carriers, NTSB (1995)

- TAARS, SOAR, WATAI Combined Conference, College Station, Texas (1997)

- Conference on Reconstruction Safety on the Highway, Texas A & M University (1997)

- REC-TEC, Advanced Accident Reconstruction Seminar, Cocoa Beach, Florida (1997)

- Special Problems in Accident Reconstruction of Commercial Vehicles in Collisions, Pennsylvania Traffic Institute for Police Services, State College, Pennsylvania (1998)

- Master Driver Course, Bill Scott Raceway (BSR, Inc.), Summit Point, West Virginia (1999)

- Commercial Vehicle Collision Reconstruction, sponsored by NATARI, MATAI, NAPRS, NJAAR, NYSTAIS, Allentown, Pennsylvania (October 6-8, 1999)

- Performance Based Brake Testing (PBBT) at Radlinski & Associates, East Liberty, Ohio (2001)

- International Association of Accident Reconstruction Specialists, Kansas City, Kansas Truck tractor semi trailer emergency braking tests with PBBT (July 7-11, 2003)

- Land Rover Driving School, 4x4 on and off road instruction (March 7, 2003)

- International Association of Accident Reconstruction Specialists (I.A.A.R.S), Kansas City, Kansas (July, 2003)

- REC-TEC & SMACK Reconstruction Analysis Software Training Seminar, New Orleans, Louisiana (September 2003)

- Sokkia Forensic Mapping Course, Sokkia North American Headquarters, Olthe, Kansas (October 2003)

- Society of Automotive Engineers / National Transportation Safety Board - Highway Vehicle Event Data Recorder Symposium; Ashburn, VA - NTSB Training Academy June, 2004

- Bendix 2004 Heavy Vehicle Stability Workshop, Heavy truck rollover demonstration. Introduction of new Electronic Stability Control system and new Bendix Air Disc Brake Systems, Kansas City, MO October 2004

- Commercial Motor Vehicle Safety Alliance (CVSA), Annual Safety Conference; Safety Standards & Performance Based Brake Tester Workshop, April, 2005

- NASA – 12th Annual Runway / Highway Pavement Friction Workshop, Wallops Island, VA, May, 2005.

7

- ARC Network – Collision Science Institute Conference; Las Vegas, NV; Commercial Motor Vehicle ECM/EDR, Crash Tests; Automobile Data Recorders; June 2005

- Texas Association of Accident Reconstruction Specialists; Commercial Motor Vehicle ECM/EDR systems; Cummins, Caterpillar, Mercedes, Detroit Diesel engines; June 2005

- Performance Based Brake Testing of Commercial Motor Vehicles; National Transportation Safety Board, Federal Motor Carrier Safety Administration presentation; Washington, DC; December 2005

- Investigating Human Fatigue Factors; National Transportation Safety Board Academy, George Washington University, Ashburn, VA April 2006

- F³T² (Forensics, Factors, Formula, Technology Training) Combined Conference; Houston Texas September 2006

- SATAI (Southwestern Association of Traffic Accident Investigators) Conference, San Diego, CA November, 2006

- SCARS – South Carolina Accident Reconstruction Specialists. Lectures with test track vehicle dynamics & crash testing. July, 2007 Annual Conference. Charleston, SC

- Highway Vehicle Event Data Recorder Symposium. National Transportation Safety Board; Society of Automotive Engineers; NTSB Ashburn, VA September 2007

- TAARS Conference. Austin, TX September 2007

- Supervisors Course; Manual on Uniform Traffic Control Devices (MUTDC) Part 6, Federal Rule 23; Work Zone Traffic Control; Hearn, TX July 2008.

- ARC-CSI Conference (Presenter & attendee); Las Vegas, NV 2005 & 2010

- South Carolina Criminal Justice Academy- Traffic Safety Offices Conference - Four presentations: "Commercial Motor Vehicle Forensic Inspection for the Reconstructionist"; "Conspicuity Sheeting, Retro Reflective Tape Wear"; "Heavy Truck Acceleration Testing"; "Advances in Air Brake Systems – Calculating Brake Force" (Presenter & attendee); Columbia, SC August, 2010.

- Michigan State University, College of Engineering, Highway Traffic Safety Program / REC-TEC Commercial Motor Vehicle Reconstruction (Presenter & attendee); New Orleans, LA March 2011

- Motorcycle Collision Reconstruction, South Carolina Criminal Justice Academy, Myrtle Beach, SC May 2011

8

- South Carolina Criminal Justice Academy; Traffic Safety Officer (TSO) Annual Conference, Columbia, SC;  August, 2011

- Forensic Photogrammetry; Presented by DeChant Consulting Services at the Tarrant County Council Of Governments (COG) / Police Training Facility; Arlington, TX; April, 2012

## PROFESSIONAL AFFILIATIONS

- Associate Membership in the Maintenance Council (TMC)/American Trucking Associations, Inc.
- Texas Association of Accident Reconstruction Specialists (TAARS)
- The National Association of Professional Accident Reconstruction Specialists, Inc.
- Society for Automotive Engineers
- Professional Society of Forensic Mapping
- Commercial Vehicle Safety Alliance (CVSA) Member and Sponsor
- California Association of Accident Reconstruction Specialists
- American Society for Testing & Materials (ASTM)
- S.C.A.R.S. (South Carolina Association of Reconstruction Specialists)
- Member Owner-Operators Independent Driver's Association (OOIDA)

## AWARDS/RECOGNITIONS

- 1978 – Worked with the National Highway Traffic Safety Administration in creation of the first national traffic RADAR training and equipment standards.  First instructor in the United States to utilize this training program while still in draft form to improve the proper use of traffic RADAR for enforcement purposes.

- 1981 – Received Fairfax County Police Department Certificate of Appreciation for the qualities and dedication that reflect the highest traditions of police service presented for contributions assisting other officers in serious and fatal accident investigations, training and numerous successful prosecutions.

- 1981 – Award-winning Eastern Regional Motorcycle Competition rider and instructor (over 160,000 miles of motorcycle operations).

- 1984 – Member of the award-winning Crime Prevention Unit of the Year (Fairfax County Police Department) in the award category for service population over 500,000 awarded by the International Society of Crime Prevention Practitioners.

- 1985 – Received the Fairfax County School Board's Excellentiae Gratia for his chairmanship of the Fairfax County Washington Regional Alcohol Program Committee, which managed one of the nation's first "Project Graduation" programs to twenty-three

9

county high schools. He was commended, "in the last two years since Project Graduation has been in operation, for the first time in 15 years there has not been a single serious accident, injury, or death related to student drinking and driving during the prom and graduation season."

- 1985 – Received William A. Hazel Resource Institute Certificate of Recognition for the "contribution in furthering the concepts of education, training, and safety within the William A. Hazel and Tri County Asphalt Companies."

- Prepared and presented to the Virginia Highway Commission a proposal to extend DOT/Motor Carrier inspector authority to County police officers. This resulted in the 1985 amendment to the Virginia State law, which mandated that authority (Virginia Code §46.1-279.01(C)).

- 1986 – Initiated and drafted a change in the Virginia Code through the Honorable Delegate James F. Almand (47th District), with the support of the American Automobile Association, which required minimum standards for training of RADAR operators and the equipment utilized for enforcement purposes. This was adopted under House Bill 627, January 31, 1986, with subsequent changes to Virginia Code §2.1-446 (radar equipment standards) and §46.1-198(e) (training of operators and use of proper RADAR equipment).

- 1987 – Received Fairfax County, Virginia Public Safety Academy Certificate of Appreciation with the "whose generous contributions on behalf of this Academy have strengthened and enhanced the standards of progressive public safety training in the Commonwealth of Virginia" (Presented on the occasion of leaving county service).

- 1975 – Licensed to operate heavy trucks, tractor trailers, and buses. Holds a current Commercial Driver's License (CDL).

- 1896, 1987 – Certified as a state certified Law Enforcement Instructor by the Virginia Department of Criminal Justice Services.

- Trained in video production techniques. Has produced and been featured in several training videos, television specials, and news interviews involving traffic safety issues.

- 1992 – Worked with the National Transportation Safety Board during the development and testing of new techniques for estimating the braking ability of air braked vehicles. Conducted and supervised hundreds of heavy truck braking and vehicle dynamics tests (1992 NTSB - Heavy Vehicle Brake Study).

- 1994 – Guest speaker at The Insurance Institute for Highway Safety. Conducted highway friction testing at its Test Facility, Charlottesville, Virginia.

- 1989–2001 – Developed and instructed - Commercial Vehicle Accident Investigation & Reconstruction, Level I & II, Texas A & M University.

10

## **LECTURES AND PRESENTATIONS (PARTIAL LISTING)**

- Issues in Commercial Vehicle Brake Systems – Texas Association of Accident Reconstruction Specialists (TAARS) & Society of Accident Reconstructionists (SOAR); Texas Motor Speedway – Alliance Airport – Fort Worth, TX  May 2012

- Forensic Examination of Commercial Motor Vehicles for Collision Reconstruction; South Carolina Criminal Justice Academy,  Columbia, SC;  January 2012

- APITLA Conference – Guest Speaker "Air Brake Study & 20 Years After NTSB Heavy Truck Air Brake Study" – Saint Louis, MO; September 2011

- South Carolina Criminal Justice Academy (SCCJA) Traffic Safety Officer's Conference; Stopper & Associates, LLC / SCCJA / SC Transport Police Heavy Truck Air Brake Study – Fall 2010;  Columbia , SC August 2011

- Motorcycle / Car Crash Testing & Reconstruction Analysis - South Carolina Criminal Justice Academy (SCCJA), Myrtle Beach, SC  May 2011

- Michigan State University, College of Engineering, Highway Traffic Safety Program - TRUCK 2011 Seminar on Heavy Truck Collision Reconstruction - Brake components - Identification, Forensic Failure Analysis, Evolution of the FMVSS and FMCSR regulations, Night Conspicuity Issues in Heavy Truck Collisions, Electronic Data Modules, Air Brake Application Times, Evolution of new Brake formulae and Force charts, DISC/S-Cam computer simulation module with advanced Matrix component, Load Check (Articulated and Straight Trucks), Rollovers (Static & Dynamic), Weight and Balance, Off Tracking, Collision Avoidance, Time & Distance, New Orleans, Louisiana  28 March 2011 – 1 April 2011

- South Carolina Criminal Justice Academy- Traffic Safety Offices Conference - Four presentations: "Commercial Motor Vehicle Forensic Inspection for the Reconstructionist"; "Conspicuity Sheeting, Retro Reflective Tape Wear"; "Heavy Truck Acceleration Testing"; "Advances in Air Brake Systems – Calculating Brake Force"; Columbia, SC August, 2010.

- ARC-CSI Conference - Speaker – Four presentations: "Commercial Motor Vehicle Forensic Inspection for the Reconstructionist"; "Conspicuity Sheeting, Retro Reflective Tape Wear"; "Heavy Truck Acceleration Testing"; Demonstration: "PBBT-Performance Based Brake Tester" and Stopper & Associates, LLC's mobile forensic lab tractor trailer.  Las Vegas, Nevada, May, 2010.

11

- Forensic Examination of Commercial Motor Vehicles for Collision Reconstruction – Presented by David A. Stopper, Stopper & Associates, LLC for Ontario Provincial Police, Aurora, Ontario, Canada, September, 2009.

- Commercial Motor Vehicle Accident Investigations – Guest speaker, David A. Stopper, Stopper & Associates, LLC; Fort Worth, Texas Police Recruit Class, May, 2009

- Commercial Vehicle Collision Reconstruction Course – Presented by David A. Stopper, Stopper & Associates, LLC for Ontario Provincial Police, at Ontario Provincial Police College, Orillia, Ontario, Canada, October 2008.

- Handling the Trucking Case -Loriman seminar. Presentation for motor carriers, safety professionals, defense & trial lawyers. Dallas, TX August 1, 2008

- Commercial Vehicle Collision Reconstruction Course – Presented by David A. Stopper for United Training Instructors, Inc., Webster Texas Police Dept. for Texas Law Enforcement Officers and other accident reconstruction professionals. Webster, TX November 2007.

- Commercial Vehicle Collision Reconstruction Course – Presented by National Transportation Safety Board & David A. Stopper for Transport Canada and Ontario Provincial Police. Toronto, Canada September 2007.

- Commercial Vehicle Collision Reconstruction – "Update on Air Brakes for the Reconstructionist" – Anti Lock Brakes, Stability Control, Evaluating Air Disc Brakes. TAARS Conference. Austin, TX September 2007.

- Handling the Trucking Case in Texas: Lessons Learned from The School Of Hard Knocks -Loriman seminar. Presentation for motor carriers, defense & trial lawyers. Dallas, TX August 1, 2007

- Commercial Vehicle Collision Reconstruction – "Update on Air Brakes for the Reconstructionist" – Anti Lock Brakes, Stability Control & "Tire Stamping" vs "Skip Skids". Lecture & demonstration. South Carolina Accident Reconstruction Specialists Annual Conference, Charleston, SC July, 2007.

- Interview by Anna Werner, San Francisco CBS 5, regarding tanker truck accident on Oakland's MacArthur Maze, May 2, 2007.

- Commercial Motor Vehicle Collision Litigation Seminar - Guest Speaker, Greenbelt, Maryland, March, 2007.

- Heavy Air Brake Vehicle, Collision Reconstruction Analysis, Commercial Motor Vehicle (CMV) Differences in Calculating Deceleration Rates Depending on Equipment Design,

12

Weight & Available Brake Force; SATAI (Southwestern Association of Traffic Accident Investigators) Conference, San Diego, CA November, 2006

- Conspicuity Issues In Commercial Motor Vehicle Collisions; SATAI (Southwestern Association of Traffic Accident Investigators) Conference, San Diego, CA November, 2006

- F³T² (Forensics, Factors, Formula, Technology Training) Combined Conference; Houston Texas September 2006 – Air Brake Vehicle – Advances in Braking Systems, ABS Air Brake CMV Testing - demonstrations, Tire "Stamping" - Interpreting Air Brake Vehicle Tire Marks.

- Air Brake Vehicle Operation & Failure Analysis for Accident Reconstruction. Alvin, Texas September, 2006

- Handling the Trucking Case in Texas: Lessons Learned from The School Of Hard Knocks. Loriman seminar. Presentation for motor carriers, defense & trial lawyers. Dallas, TX August 1, 2006

- Commercial Motor Vehicle Collision Reconstruction Course and ABS CMV Testing; Pflugerville, TX; December 2005

- Performance Based Brake Testing of Commercial Motor Vehicles; National Transportation Safety Board, Federal Motor Carrier Safety Administration presentation; Washington, DC; December 2005 (Presentation panel member)

- Air Brake Failure-Automatic Slack Adjuster (ASA) - Air Brake Chamber Failure Analysis; ARC Network – Collision Science Institute Conference; Las Vegas, NV; June 2005

- Demonstration of Performance Based Brake Tester (PBBT); NASA – 12th Annual Runway / Highway Pavement Friction Workshop, Wallops Island, VA, May, 2005.

- Demonstration of Detroit Diesel DDEC IV Electronic Control Module (ECM) recording and download. Society of Automotive Engineers / National Transportation Safety Board - Highway Vehicle Event Data Recorder Symposium; Ashburn, VA - NTSB Training Academy June, 2004

- "Performance Based Brake Tests (PBBT), Considering Air Brake Adjustment Analysis, Weight & Push Rod Stroke Relative to Predicting Brake Force in Collision Reconstruction," IAARS Conference, Kansas City, Kansas, July 2003.

- Advanced Commercial Motor Vehicle Collision Reconstruction, Missouri & Kansas Hwy Patrol Crash Teams; MO Highway Patrol Academy, Jefferson City, Missouri, December 2002.

13

- Advances in CMV Air Brake Systems & Demonstration/Testing of PBBT Performance Based Brake Tester. South Carolina Accident Reconstruction Specialists (SCARS), Charleston, South Carolina, June 2002.

- "Reconstruction of Fatal Bus Crash, Air Brake Failure, Rollover, and DOT Safety Regulations Issues," RMITS Conference, University of Colorado, May 2002.

- World Reconstruction Exposition 2000 (WREX2000) – Heavy Truck & Bus Drag Factor Friction Testing – (Full scale drag testing on heavy vehicle tires and sliding of overturned vehicles), College Station, Texas, September 24-29, 2000.

- ABC 20/20 "Driver Beware-Falling Truckloads a Highway Danger"; Airdates 2/11/00 and 8/7/00.

- Commercial Motor Vehicle Collision Reconstruction: Topics: 1) Friction, Acceleration, Deceleration & Braking of Heavy Air Braked Vehicles; 2) Drivers Hours of Service & Fatigue Study, 1999 Annual Joint Conference (NATARI, NAPARS, et al.), Allentown, Pennsylvania, 1999.

- Vehicle Inspection/Accident Investigation, Texas Engineering Extension Service, Texas A & M University, Mesquite, Texas, September 1999.

- Advanced Commercial Vehicle Accident Investigation & Reconstruction, Engineering Extension Service, Texas A & M University, Mesquite, Texas, August 1999.

- Commercial Vehicle Inspection/Accident Investigation, Engineering Extension Service, Texas A & M University, Forsythe, Georgia, June 1999.

- Advanced Commercial Vehicle Accident Investigation & Reconstruction, Texas Engineering Extension Service, Texas A & M University, College Station, Texas, April 1999.

- Advanced Commercial Vehicle Accident Investigation & Reconstruction, Texas Engineering Extension Service, Texas A & M University, Cincinnati, Ohio, April 1999.

- Commercial Vehicle Inspection/Accident Investigation, Texas Engineering Extension Service, Texas A & M University, Houston Regional Training Center, February 1999.

- Conference on Reconstruction and Safety on the Highway, Heavy Truck Skid and Crash Tests; 1998, Texas A & M University, College Station, Texas, 1998.

- Advanced Commercial Vehicle Accident Investigation & Reconstruction, Texas Engineering Extension Service, Texas A & M University for California Highway Patrol, - San Diego, California, September 1998.

14

- Advanced Commercial Vehicle Accident Investigation & Reconstruction, Texas Engineering Extension Service, Texas A & M University, College Station, Texas April 1998.

- Investigated, reconstructed for Indiana State Prosecutor's Office, and assisted ABC's 20/20 in related segment on fatal bus accidents, "The Serious Safety Problems of Some Charter Buses," Air date December 18, 1997.

- Advanced Commercial Vehicle Accident Investigation & Reconstruction, State Police Academy Texas Engineering Extension Service, Texas A & M University, - Helena, Montana, November 1997.

- Advanced Commercial Vehicle Accident Investigation & Reconstruction, Texas Engineering Extension Service, Texas A & M University, College Station, Texas, April 1997.

- Commercial Vehicle Inspection/Accident Investigation, Texas A & M University – TEEX Houston, Texas, March 1997.

- Crash '97, Conference on Reconstruction and Safety on the Highway, Texas A & M University, College Station, Texas, 1997.

- Continuing Changes in the Commercial Vehicle Safety Environment, Heavy Construction Contractors Association, Virginia, 1996.

- Commercial Vehicle Rollover, Commercial Vehicle Accident Investigation, Pittsburgh, Pennsylvania, December 1996.

- Advanced Commercial Vehicle Accident Investigation & Reconstruction, Michigan State Police Academy, Texas A & M University – TEEX; September 1996.

- Advanced Commercial Vehicle Accident Investigation & Reconstruction, Texas Engineering Extension Service, Texas A & M University, College Station, Texas, August 1996.

- Commercial Vehicle Inspection/Accident Investigation, Level I & II, Texas A & M University – TEEX;South Carolina Highway Patrol Academy, May 1996.

- Commercial Vehicle Inspection/Accident Investigation, Texas A & M University – TEEX; Springdale, Arkansas, June 1996.

- Commercial Vehicle Inspection/Accident Investigation, Texas Engineering Extension Service, Texas A & M University, March 1996.

- Commercial Vehicle Inspection/Accident Investigation, Texas A & M University – TEEX; Denton, Texas, December 1995.

15

- Advanced Commercial Vehicle Accident Investigation & Reconstruction, Texas A & M University – TEEX; Jefferson Community College, Louisville, Kentucky, July 1995.

- Advanced Commercial Vehicle Accident Investigation & Reconstruction, Texas Engineering Extension Service, Texas A & M University, College Station, Texas, August 1995.

- Truck Brake Systems and Failure Analysis, Pennsylvania Traffic Institute for Police Services, USDOT/OMCS,NTSB, Pittsburgh, Pennsylvania, 1995.

- Commercial Vehicle Inspection/Accident Investigation, Texas Engineering Extension Service, Texas A & M University, College Station, Texas, May 1995

- Accident Reconstruction, State Bar of Texas, Preparing, Trying, and Settling Auto Collision Cases Seminar, Commercial Motor Vehicle Collisions, 1995.

- Commercial Vehicle Inspection/Accident Investigation, Texas Engineering Extension Service, Texas A & M University, College Station, Texas, February 1995.

- "Conspicuity" in commercial motor vehicles, Iowa Association of Legal Assistants Seminar, 1994.

- Advanced Commercial Vehicle Accident Investigation, Texas Engineering Extension Service, Texas A & M University, College Station, Texas, September 1994.

- Demonstrative Evidence Seminar, Maryland Trial Lawyers Association, 1994.

- Commercial Vehicle Inspection/Accident Investigation, Texas Engineering Extension Service, Texas A & M University, College Station, Texas, March 1994.

- Commercial Fleet Safety Management/DOT Compliance, Virginia, 1993.

- Advanced Commercial Vehicle Accident Investigation & Reconstruction, Texas Engineering Extension Service, Texas A & M University, College Station, Texas, August 1993.

- Commercial Vehicle Inspection/Accident Investigation, Texas Engineering Extension Service Texas A & M University, College Station, Texas, May 1993.

- Transportation Safety & Commercial Vehicles, Philadelphia Trial Lawyers Assn., 1992.

- Commercial Vehicle Inspection/Accident Investigation, Texas Engineering Extension Service Texas A & M University, College Station, Texas, October 1992.

16

- Commercial Vehicle Inspection/Accident Investigation, Texas Engineering Extension Service Texas A & M University, College Station, Texas, October 1991.

- Commercial Vehicle Inspection/Accident Investigation, Texas Engineering Extension Service Texas A & M University, College Station, Texas, October 1990.

- Commercial Vehicle Inspection, Media, Pennsylvania, June 1989.

- Commercial Vehicle Investigation & Inspection, Needham, Massachusetts, June 1988.

- Inspection and Investigation of Commercial Vehicles in Accidents, IPTM, University of North Florida, April 1988.

- Aspects of Truck Braking in Accident Investigation & Reconstruction, National Association of Traffic Accident Reconstructionists and Investigators, 1988.

- Investigating Commercial Vehicle Wrecks, Accident Reconstruction Conference, Normal, Illinois, 1988.

- "Federal Regulations and Drivers Logs for Large Trucks," Institute of Police Technology and Management, 1988.

- Special Problems in Traffic Accident Reconstruction Conference, Florida, 1988.

- Commercial Vehicle Inspection/Accident Investigation, IPTM, University of North Florida, August 1988.

- Commercial Vehicle Inspection/Accident Investigation, IPTM, University of North Florida, February 1988.

- Northern Virginia Police Academy – Accident Reconstruction – Guest Instructor - 1988

- Commercial Vehicle Inspection/Accident Investigation, IPTM, University of North Florida, Law Enforcement Training Center, Needham, Massachusetts,  November – December 1987.

- Commercial Vehicle Inspection/Accident Investigation, IPTM, University of North Florida, February 1987.

- Commercial Vehicle Inspection/Accident Investigation, IPTM, University of North Florida, February 1986.

- Certified Master Driver Improvement Instructor, American Automobile Association, 1986.

- Northern Virginia Criminal Justice Academy, RADAR, Commercial Motor Vehicle Enforcement - Guest Instructor, 1978 – 1984.

- Fairfax County Virginia Police Academy, RADAR, Accident Investigation & Commercial Motor Vehicle Enforcement, Motorcycle Officer Training –VA DCJS Certified Staff Instructor, 1984 – 1987.

# KAREN L. STRICKLETT
## M.S., C.R.C., A.B.V.E. - D

**EXPERIENCE:**

Rehabilitation Consultant and President (July 1981 to present)
Stricklett & Associates, Inc., Omaha, NE.
Responsibilities include supervising a staff of Vocational Rehabilitation Consultants, as well as performing business administration and case management duties. Skills include conducting job analyses, providing vocational counseling, conducting labor market surveys, completing loss of earning capacity analyses and providing expert testimony in litigated cases.

Vocational Expert (January 1985 to 1988)
Social Security Administration, Office of Hearing and Appeals, Omaha, NE.
Served as an independent contractor to the Federal Government.   Responsible for reviewing SSDI and SSI claims records, developing vocational profiles and testifying at the Hearing as to employability.

Rehabilitation Counselor (September 1986 to 1988)
Immanuel Medical Center, Rehabilitation Department, Omaha, NE.
Provided personal and vocational counseling to inpatients in the Rehabilitation Unit. Primarily worked with head-injured, stroke and spinal cord-injured patients.

Senior Rehabilitation Specialist (July 1980 to July 1981)
International Rehabilitation Associates, Inc., Shawnee Mission, KS.
Case management and counseling responsibilities included personal and vocational counseling, medical care coordination, job analyses, job development and placement of disabled individuals.

Rehabilitation Counselor (June 1979 to July 1980)
Nebraska Dept. of Education, Vocational Rehabilitation Division, Omaha, NE.
Primary emphasis upon vocational counseling and job placement of hearing impaired clients; coordinating of community services, client advocacy and public education with respect to deafness and other handicapping conditions.  Also worked closely with local employers in a job development capacity.

**CERTIFICATIONS:**

Certified by the Nebraska Workers' Compensation Court as a Vocational Rehabilitation Counselor and a Job Placement Specialist since 1994

Diplomate of the American Board of Vocational Experts since 1989

Certified Rehabilitation Counselor (C.R.C.) since 1983

Certified Case Manager (C.C.M.) from 1995 to 2010

Certified Disability Management Specialist (C.D.M.S.) from 1985 to March 2000

Certified by the U.S. Department of Labor to provide vocational counseling and rehabilitation services to disabled Federal employees, 1982-1990

## EDUCATION:

Metropolitan Community College, Omaha, Nebraska.   July 1979 to July 1980. Coursework to develop skills in communicating with the deaf; completed Advanced Sign Language training.

University of Nebraska at Omaha, Omaha, Nebraska.   May 1979 M.S. Department of Counseling and Guidance.   Emphasis upon Agency Counseling.

Gettysburg College, Gettysburg, Pennsylvania.   May 1974 B.A.   Major in Psychology; Minor in Elementary Education.   Summa Cum Laude graduate.   Received departmental honors in Psychology; Phi Beta Kappa.

## ACTIVITIES AND TRAINING:

Periodically conduct seminars, workshops and give presentations regarding the vocational implications of disability and assessing loss of earning capacity to professional groups including attorneys, medical practitioners, employers, rehabilitation professionals and insurance companies.  Also provide training to local and out of state adjusters who are unfamiliar with the Workers' Compensation rules pertaining to vocational rehabilitation issues in the states of Nebraska and Iowa.

Presenter at the Nebraska Continuing Legal Education and Nebraska State Bar Association 2013 Workers' Compensation Seminar in Omaha, NE – "Vocational Rehabilitation Issues" – November 2013.

Presenter at the Nebraska Self Insured Association Luncheon in Omaha, NE – "Recent Developments in Assessing Loss of Earning Capacity in Workers' Compensation Cases" – August 2013.

Completed Webinar sponsored by the International Association of Rehabilitation Professionals entitled "Neural Plasticity and Innovations in Brain Injury Rehabilitation" presented by Frank D. Lewis, PhD, National Director of Clinical Outcome Services with NeuroRestorative – January 2013.

Presenter at the Nebraska Hospital Association Fall Workers' Compensation Seminar in Kearney, NE – "Vocational Rehabilitation" – September 2012

Attended the American Board of Vocational Experts 2012 Annual Conference in Las Vegas, NV – "Balancing the Many Aspects of Vocational Expert Practice" – March 2012

Presenter at the 2011 Workers' Compensation Section Annual Seminar sponsored by the Nebraska State Bar Association in Omaha, NE – November 2011; topic was "Vocational Issues: Restrictions and Work Classifications

Attended the Nebraska Self Insurers Association Fall Conference in Omaha, NE – October 2011

Attended the Forty-Ninth Annual Workers' Compensation Symposium sponsored by the Iowa Workers' Compensation Advisory Committee in Des Moines, IA – June 2011

Attended the 2011 NE-IARP Spring Conference sponsored by the Nebraska Chapter in Omaha, NE – May 2011.

Attended the half day "Free Work Comp Seminar" sponsored by CompChoice Occupational Health Services in Omaha, NE – April 2011.

Attended the 2010 Workers' Compensation Section Annual Seminar sponsored by the Nebraska State Bar Association in Omaha, NE – November 2010

Attended the 2010 NE-IARP Spring Conference sponsored by the Nebraska Chapter in Omaha, NE – May 2010

Presenter at the NCLE and NSBA 2009 Annual Workers' Compensation Seminar in Lincoln, NE – November 2009

Attended the International Association of Rehabilitation Professionals 2009 Forensic Conference in Memphis, TN – October 2009

Attended the Nebraska IARP Spring Conference entitled "Restoring, Reforming and Rejuvenating Rehabilitation in 2009" in Omaha, NE – May 2009

Speaker at the Iowa SWILL Conference in Council Bluffs, IA – February 2008: "How to Effectively work with Vocational Rehabilitation Counselors in Personal Injury, Workers' Compensation, Social Security, Divorce and Long Term Disability cases"

Presenter at the Nebraska Self-Insurers Association Meeting in Omaha, NE – 2007: "Vocational Rehabilitation – Assessing Loss of Earning Capacity in Nebraska Workers' Compensation Cases"

Attended the Nebraska Association of Trial Attorneys Conference entitled "Workers'

Compensation: Nuts, Bolts and Beyond" in Ashland, NE - 2007

Attended the Nebraska IARP Conference entitled "TNT: A Dynamite Conference – Explosive Issues in Rehabilitation" in Omaha, NE - 2007

Attended the IARP Forensic Conference entitled "Finding Your Oasis – Strategies for Forensic Professionals" in Scottsdale, AZ - 2006

Attended the 9th Annual DMOS Workers' Compensation Symposium entitled "The Aging Workforce" in Des Moines, IA - 2006

Attended the NATA Conference entitled "Taking the Soft Tissue Injury Case to Trial" in Omaha, NE - 2006

Attended the "Best Practices in Colorado Workers' Compensation" Symposium in Denver, CO - 2006

Attended the Iowa Workers' Compensation Symposium in Des Moines, IA sponsored by The Iowa Clinic – 2005

Attended the IARP Forensic Section Conference "Overcoming the Fear Factor: Formulating and Communicating the Expert Opinion" in Nashville, TN – 2005

Attended the American Board of Vocational Experts Spring Conference in New Orleans, LA – 2005

Attended the Forty-Third Annual Workers' Compensation Symposium in Des Moines, IA - 2005

Attended the Nebraska Self-Insurers Conference and Membership Meeting in Omaha, NE – 2005

Presenter at the Panhandle Safety Conference and Exposition in Scottsbluff, NE - 2005

Presenter at the Safety and Health Summit "Reaching New Heights" in Omaha, NE – 2005

Presenter at the 2005 Nebraska Safety, Health and Environmental Conference "Spring Training" in Lincoln, NE - 2005

Faculty Member/Presenter at the Nebraska IARP Fall Conference, Omaha, NE – 2004

Presenter at the AON Risk Services Workers' Compensation Seminar, Omaha, NE – 2004

Presenter at the Principal Financial Group LTD Seminar, Des Moines, IA - 2004

Faculty Member/Presenter at the NSBA NWCC Seminar, Omaha, NE – 2003

Page 4 of 7

Faculty Member/Presenter at the one day seminar presented by Lorman Education Services entitled "Advanced Workers' Compensation in Nebraska", Grand Island, NE – 2003

Panel Member at the Workers' Compensation Seminar sponsored by Holmes Murphy and Associates, Omaha, NE - 2003

Faculty Member/Presenter at the one day seminar presented by Lorman Education Services entitled "Preparing for the Workers' Compensation Hearing: Practical Tips and Strategies", Omaha, NE - 2003

Attended the 2002 Nebraska Chapter IARP Symposium, Omaha, NE – 2002

Attended the Nebraska Association of Trial Attorneys Fall Seminar entitled "Practice Pointers", Omaha, NE – 2002

Attended the Nebraska Self-Insurers Association Workers Compensation Seminar, Omaha, NE – 2001

Attended the 10th Annual National Workers' Compensation Disability Conference in Chicago, IL – 2001

Attended the Lincoln Claims Association Fall Seminar in Lincoln, NE – 2001

Attended the Safety and Health Council EXPO 2000 in Omaha, NE - 2001

Attended the Nebraska State SHRM Conference in Lincoln, NE – 2000

Attended the Fall 2000 Nebraska IARP Conference in Omaha, NE - 2000

Attended the Nebraska Claims Association Annual Fall Seminar in Omaha, NE - 2000

Attended the NCLE Seminar on Workers' Compensation: "Getting a Head Start in the 21st Century" – Omaha, NE - 2000

Presenter at the 2000 Knudsen, Berkheimer, Richardson & Endacott Claims Seminar at Mahoney State Park, NE – 2000

Attended the NARPPS/IARP National Conference in Dallas, Texas – 2000

Attended the NCLE Seminar on Workers' Compensation: Sharpening Your Skills for the New Millennium in Omaha, NE – 1999

Attended the Nebraska Association of Trial Attorneys Winter Seminar "Facing Juror Bias" in Council Bluffs, Iowa – 1999

Attended the Lincoln Claims Association Annual Fall Seminar in Lincoln, NE – 1999

Attended the American Board of Vocational Experts Fall Conference in Pittsburgh, PA – 1999

Attended the NATA Fall Seminar "Motor Vehicle Litigation in the 21st Century" in Lincoln, NE – 1999

Attended the Nebraska Workers' Compensation Court Education Seminar in Lincoln, Nebraska – 1999

Attended the Nebraska Continuing Legal Education, Inc. Seminar "Workers' Compensation Practice" in Omaha, Nebraska – 1998

Presenter/Moderator at the Nebraska NARPPS Conference in Omaha, NE–1998

Attended Workers' Compensation in Nebraska Seminar sponsored by Lorman Education Services in Lincoln, Nebraska – 1998

Presenter at the Nebraska Continuing Legal Education, Inc. Seminar "Evaluating Workers' Injuries and Trying Claims in a Quickly Changing Atmosphere" in Omaha, Nebraska – 1997

Attended Safety and Health Council of Greater Omaha, Inc. Conference at Mahoney State Park in Nebraska – 1997

Attended 1997 Nebraska SHRM State Conference in Omaha, Nebraska - 1997

Attended American Board of Vocational Experts Fall Conference in Minneapolis, Minnesota - 1997

Attended the Fifth Annual National Expert Witness and Litigation Seminar sponsored by S.E.A.K. Inc. in Hyannis, Massachusetts - 1996

Attended the 1996 Great Plains Regional Conference of the National Rehabilitation Association in Omaha, Nebraska

Attended the "Trial Practice" Seminar sponsored by the Nebraska Association of Trial Attorneys and the Nebraska College of Advocacy - 1996

Attended the 1995 Annual Conference of the Central States Association of the IAIABC

Attended the Rehabilitation Association of Nebraska 1995 Annual Conference

Presenter at the Great Plains Regional RAN Conference in Des Moines, Iowa - 1995

Presenter at the Baylor, Evnen, Curtiss, Grimit and Witt Client Seminar in Lincoln, Nebraska - 1995

Presenter at the Knudsen, Berkheimer, Richardson and Endacott Client Seminar in Lincoln, Nebraska - 1994

Attended the NARPPS Forensic Section Conference "Managing the Personal Injury Case: Vocational, Economic and Special Issues" - 1994

Attended the NARPPS National Conference, "Gaining The Competitive Edge: Horizons For The Advanced Practitioner" - 1994

Presenter at the "Workers' Compensation Law and Practice in Nebraska Seminar" sponsored by CISI - 1993

Attended Earning Capacity Evaluations: Solutions for Economic Recovery sponsored by Heartland Rehabilitation Associates, Inc. - 1992

Attended NARPPS Conference, "Rehabilitation: The Future is Now" - 1991

Presenter at the 1991 Annual Conference, Rehabilitation Association of Nebraska

Attended American Board of Vocational Experts Regional Conference in Kansas City, Missouri - 1989

Committee Member and Presenter, Iowa Workers' Compensation Seminar "Returning the Injured Worker to Employment" - 1988

Attended "Vocational Disability and Earning Capacity Determination" - Evert G. Dillman, Ph.D. in Omaha, Nebraska - 1988

## PROFESSIONAL MEMBERSHIPS:

International Association of Rehabilitation Professionals – Nebraska Chapter and Forensics Section

Currently on the Nebraska Chapter IARP Board – two year term (2013 – 2015)

American Board of Vocational Experts – Diplomate

# LEONARD JOHN LARSON, II, M.D.

11640 Connell St., #12                                        Home: (913) 696-0076
Overland Park, KS 66210      watches_john@yahoo.com          Cell: (337) 296-3200

## OCCUPATIONAL HEALTHCARE PHYSICIAN

Twenty-five years of experience in the practice of adult medicine and the acquisition of MRO
certification provide a strong background to enter the field of occupational medicine.

✓  Strong background in adult medicine
✓  Medical review officer certification

## EDUCATION

| | |
|---|---|
| University of New Orleans | **Bachelor of Science: Biology** |
| LSU Medical School | **Doctor of Medicine** (1975) |
| LSU Medical School | **Radiology Resident** (1978-1980 not completed) |
| Certifications: | **Medical Review Officer** (2005) |
| Professional Licenses: | **Doctor of Medicine – Kansas & Missouri** |

## PROFESSIONAL EXPERIENCE

**CONCENTRA MEDICAL**–Kansas City, MO                    March 2006–July 2006
**Staff Physician**

- DOT physicals
- Treated minor injuries and follow-up
- Pre-employment physicals

# L. JOHN LARSON, M.D.

Page 2

*Professional Experience, Continued*

## MAGNOLIA CLINIC-Sulpur, LA

April 2003-June 2005

**Collaborative Physician (Locum Tenens)**

- Supervised two nurse practitioners in a pediatric clinic
- Responsible for well patient program (KidMed) for ages 6+
- Provided physical exams and screening on above population and referred as needed for further evaluation

## BUSINESS HEALTH PARTNERS - Sulphur, LA

August 2003 -
November 2004

**Occupational Medicine Physician (Locum Tenens)**

- DOT physicals
- Treated minor injuries and follow-up
- Pre-employment physicals
- Worked with safety personnel to find most suitable work environment for employees

## STANOCOLA MEDICAL CLINIC - Baton Rouge, LA

December 1992-
December 2002

**Adult Medicine Physician**

- Provided and managed direct patient care including physical exams, assessments, diagnoses, and treatment in a large clinic
- Provided and managed direct patient care including physical exams, assessments, diagnoses, and treatment in local nursing home facilities
- Served as head of a primary care department (1997-2002)
- Served on various quality control committees in clinic
- Served on a quality control committee in East Baton Rouge Parish

## PRIVATE PRACTICE - Metairie, LA

August 1982- November 1992

**General Practice Physician**

- Provided and managed direct patient care including physical exams, assessments, diagnoses, and treatment
- Admitted and followed patients in hospital setting
- Treated minor emergencies in clinic
- Served as Department Chairman at East Jefferson General Hospital
- Served as Physician Advisor at East Jefferson General Hospital
- Expertise in treating patients with diabetes and hypertension
- Worked with health insurance industry on quality assurance committees

# L. JOHN LARSON, M.D.                                    Page 3

*Professional Experience Continued*

## DIXON MEMORIAL HOSPITAL - Denham Springs, LA      July 1981 -
**Emergency Room Physician**                                    July 1982

- Evaluated and treated minor and major medical and surgical emergencies in consultation with private staff

## LAKEWOOD HOSPITAL - Morgan City, LA      January 1981 - July 1981
**Emergency Room Physician**

- Evaluated and treated minor and major medical and surgical emergencies in consultation with private staff

## CHARITY HOSPITAL - New Orleans, LA      July 1976 - June 1978
**Emergency Room Physician**

- Evaluated and treated minor medical and surgical emergencies
- Served as Assistant Director of Non-Acute Adult ER during last year

## CHARITY HOSPITAL - New Orleans, LA      June 1975 - June 1976
**Intern**

- Rotated through the following services: Medical Emergency, Surgical Emergency, Pediatrics, General Surgery, Pathology, and General Medicine

Kansas University Occupational Health
Services    July 2006 - July 2010

* DOT Physicals
* Treated minor injuries and followup
* Pre-Employment physicals
* MRO work

Occupational Health Services    August
2010 - November 2011

* DOT Physicals
* Treated minor and major injuries and
followup
* Pre-employment physicals
* MRO work

General Medicine    December 2011 to
Present

* Responsible for the care of patients in
Nursing homes
* Medical Director at three nursing homes

# DOUGLAS A. SCHWARTZ, D.O.

**Eastside Medical Group**
150 East 58th Street, Suite 1801
New York, New York 10155
Tel.: (212) 644-6900
Fax: (212) 644-9600
Email: drdouglasschwartz@verizon.net
www.drdouglasschwartz.net

| | |
|---|---|
| **STAFF PRIVILEGES** | **ST. JOHN'S EPISCOPAL HOSPITAL** Far Rockaway, NY<br>Attending, Department of Physical Medicine and Rehabilitation |
| **RESIDENCY TRAINING** | **NEW YORK UNIVERSITY MEDICAL CENTER**<br>**RUSK INSTITUTE OF REHABILITATION MEDICINE** New York, NY<br>Resident, Department of Physical Medicine and Rehabilitation<br>July 1, 1989 - June 30, 1992 |
| | Chief Resident, Department of Physical Medicine and Rehabilitation<br>July 1, 1991 - September 30, 1991 |
| | **BELLEVUE HOSPITAL CENTER** New York, NY<br>Chief Resident, Department of Physical Medicine and Rehabilitation<br>April 1, 1992 - June 30, 1992 |
| | **VETERANS ADMINISTRATION MEDICAL CENTER** New York, NY<br>Chief Resident, Department of Physical Medicine and Rehabilitation<br>January 1, 1992 - March 31, 1992 |
| **INTERNSHIP TRAINING** | **PENINSULA HOSPITAL CENTER** Far Rockaway, NY<br>Chief Intern, Transitional Year, July 1, 1988 - June 30, 1989 |
| **EDUCATION** | **NEW YORK COLLEGE OF OSTEOPATHIC MEDICINE** Old Westbury, NY<br>August, 1984 - June 1988. Degree: D.O.<br>Honors: Osteopathic Principles and Practices |
| | **UNIVERSITY OF MARYLAND** College Park, MD<br>August 1979 - December 1983. Degree: Bachelor of General Studies<br>Activities: President, Sigma Alpha Mu fraternity |
| **BOARD CERTIFICATION** | Diplomate - American Board of Physical Medicine and Rehabilitation<br>Diplomate - National Board of Osteopathic Medical Examiners<br>Certified - American Osteopathic Board of Rehabilitation Medicine<br>Certified - New York State Medical Acupuncturist |
| **MEMBERSHIP** | Fellow - American Academy of Physical Medicine and Rehabilitation<br>Member - American Osteopathic Association |
| **LICENSE** | New York State #: 184275 |
| **CERTIFICATION** | Workers' Compensation Board #: 184275-6B [OP-CPMR]<br>New York State Medical Acupuncture #: 000951 |

From:Friedman Law Offices          402 476 8364          06/05/2014 10:20          #471 P.002/014



6.2.14

# CURRICULUM VITAE: JOHN MARCUS BROUGHTON

Associate Professor of Psychology & Education, Teachers College, Columbia University
New York, NY 10027

Robins and Associates, 61 W.62nd St, Suite 4H, New York, NY 10023

## PERSONAL BACKGROUND:

Place of Birth: Sutton, Surrey, England

Citizenship: U.K. (U.S. pending)

## ACADEMIC BACKGROUND:

1968 – 1975     Harvard University, Cambridge, Mass. (Ph.D. in Psychology)

1965 – 1968     Cambridge University, England (B.A. & M.A. in Experimental Psychology)

## EMPOYMENT RECORD:

2006 -          Clinical staff, Robins and Associates, 61 W.62nd St, Suite 4H, New York, NY 10023

2006-2009       Chief Psychologist, Center for Family Medicine (outpatient HIVclinic), Kings County
                Hospital, Brooklyn, NY 11217

1997 -          Associate Professor of Psychology and Education, Teachers College, Columbia
                University, New York, NY 10027.

1976 – 1997     Program in Developmental Psychology, Department of Developmental and Educational
                Psychology, Teachers College (1980-1983, 1989-90, and 1993-1995: Chair).

1986 – 1987     Visiting Associate Professor of Education and Human Development, University of
                Rochester, Rochester, New York 14637.

1974 – 1976     Assistant Professor of Psychology, Program in Lifespan Development, Department of
                Psychology, Wayne State University, Detroit, Michigan 48202.

## AWARDS & FELLOWSHIPS:

1967            Sohan-lal-Bhatia Prize in Physiology, Cambridge University

1968            Passingham Prize in Psychology, Cambridge University

1968- 1970      Choate Fellow, Harvard University

1980            Max Planck Fellow, Institute for Social Science Starnberg, West Germany (Jurgen
                Habermas, director).

| | |
|---|---|
| 1987 | Rockefeller Fellow in Narrative Studies, Center for Humanities, Wesleyan University (Richard Vann, director). |
| 1994, 1995 | Faculty Technology Fellowship, Teachers College |
| 2001 | Faculty Diversity Fellowship, Teachers College |
| 2002 | Rose Fellowship, Teachers College |
| 2006 | Rose Fellowship, Teachers College |
| 2009 | Provost's Investment Fund Grant, Teachers College |

## PUBLICATIONS

### BOOKS:

J.M. Broughton & D.J. Freeman-Moir (Eds.) *The Cognitive –Developmental Psychology of James Mark Baldwin.* Norwood, NJ: Ablex, 1982.

J.M. Broughton (Ed.) *Critical Theories of Development.* New York: Plenum, 1987.

B.Frymer, M.A.Carlin & J.M.Broughton (Eds.), *Cultural Studies, Youth, and Education* (Lexington Books, 2011).

J.M. Broughton *Violence and Care: Collected Papers* (Peter Lang), in preparation.

### ARTICLES:

J.M. Broughton   Multilateral aid: Projects and prospects in the World Health Organization. Information Service, Office of the United Nations, Geneva, 1967.

J.M. Broughton   University report on mental health: Undergraduate studies and psychological pressures. *Cambridge Review,* Jan.17, 1968. Reprinted in *Murmur,* 1968, 2, 20-22.

J.M. Broughton   Health Organization: Problems of fulfilling pledge. *Medical World and Newsletter,* 1968, 106 (9), 18-21.

J.M. Broughton   Multiple word association as a technique for eliciting dynamic material in hospitalized schizophrenics and undergraduate control group. Unpublished masters thesis, University of Cambridge, 1968.

T.G.R. Bower, J.M. Broughton & M.K. Moore   The coordination of touch and vision in infants. *Perception and Psychophysics,* 1970, 8, (1), 51-53.

J.M. Broughton   The development of the epistemological self in the years 10-26. Unpublished doctoral dissertation, Harvard University, 1975.

J.M. Broughton & K. F. Riegel   Developmental psychology and the self. *Annals of the New York Academy of Sciences,* 1977, 291, 149-167. Reprinted in M.J. Chandler (Ed.), *Readings in Adolescent Development.* Vancouver: Open Learning Institute, 1984.

S.Lafarge, J.M.Broughton & F.Schweers *Developmental Impacts of Life-threatening Disease*. Video, 1
1979. American Psychiatric Association Award.

J.M. Broughton Genetic metaphysics: The developmental psychology of mind/body concepts. In R.W.
Rieber (Ed.), *Mind and Body: Past, Present and Future.* New York: Academic, 1980.

J.M. Broughton Psychology and the history of self: From substance to function. In R.W. Rieber & K.W.
Salzinger (Eds.), *Psychology: Historical Perspectives*. New York: Academic, 1980.

J.M. Broughton & M.K. Zahaykevich Personality and ideology in ego development. In B. Trinh van Thao
& J. Gabel (Eds.), *La Dialectique dans les Sciences Sociales.* Paris: Anthropos, 1980.

J.M. Broughton & M.K. Zahaykevich The peace movement threat. *Teachers College Record,* 1982, 84
(1), 152-173. Reprinted in D. Sloan (Ed.), *Education for Peace.* New York: Teachers College
Press, 1983.

J.M. Broughton Cognitive interaction and the development of sociality. *Merrill- Palmer Quarterly,* 1982,
28 (3), 369-378.

J.M. Broughton Women's rationality and men's virtues: A critique of gender dualism in Gilligan's theory
of moral development. *Social Research,* 1983 (Nov.), 597-624. (Reprinted in M.J. Larrabee
(Ed.), *An Ethnic of Care.* New York: Routledge, 1992 and in B. Puka (Ed.), *Moral Development:
Field of Schemas.* New York: Garland, 1994).

J.M. Broughton The psychological origins of nuclear war. Forum International, 1983, 3, 73-106.

J.M. Broughton James Mark Baldwin. *Wiley Encyclopedia of Psychology.* New York: Wiley, 1984.
(Reprinted in *Concise Encyclopedia of Psychology.* New York: Wiley, 1987.)

M. Honey & J.M. Broughton Feminine sexuality: An interview with Janine Chasseguet-Smirgel.
*Psychoanalytic Review,* 1985, 72(4), 527-548.

J.M. Broughton The political psychology of faith. In C. Dykstra & S. Parks (Eds.), *Faith and Fowler.*
Birmingham, AL: Religious Education Press, 1986.

J.M. Broughton The genesis of moral domination. In C. Modgil & S. Modgil (Eds.), *The Moral
Development Theory of Lawrence Kohlberg: Consensus and Controversy.* Philadelphia: Taylor &
Francis, 1986.

J.M. Broughton & M.K. Zahaykevich Ego and ideology: Loevinger's theory. In C. Power and D.Lapsley
(Eds.), *Self, Ego and Identity.* New York: Springer, 1988.

J.M. Broughton & M. Honey Gender arrangements and war: A discussion with Dorothy Dinnerstein.
*Theoretical and Philosophical Psychology,* 1988, 8 (2), 27-40.

J.M. Broughton Machine dreams: The computer in the fantasies of young adults. In R. W. Rieber (Ed.),
*Individual, Communication & Society: Festschrift for Gregory Bateson.* New York: Cambridge
University Press, 1990.

J.M. Broughton Babes in arms: Object relations and fantasies of annihilation. In R.W. Rieber (Ed.), *The
Psychology of War and Peace: The Enemy Image.* New York: Plenum Press, 1991.

J.M. Broughton The bomb in the bathroom: Anality in high-tech warfare. In I. Lubek, G. Pheterson, & C.
Tolman (Eds.) *Recent Issues in Theoretical Psychology, Vol.4.* New York: Springer, 1995.



J.M. Broughton   The experience of the father. *Insights,* 1996, 3 (1), 3-6.

J.M. Broughton   Caring for cows: David Bakan's critical theoretical psychology. *Journal of Social Distress and the Homeless,* 2001.

J.M. Broughton   An education in evolution: 10,000 days with Howard Gruber. *Journal of Social Distress and the Homeless,* 2002.

J.M.Broughton.   Justice from fugitives. In J.Mosselson, *Routes and Roots: Bosnian Immigrant Girls in New York City* (Peter Lang, 2006).

J.M.Broughton   Cultural production. In N.Lesko (ed.), *Keywords in Youth Studies* (Routledge, 2012).

J.M.Broughton   Culture. In T.Teo (ed.), *The Handbook of Critical Psychology, 2nd edn* (in press)

J.M.Broughton   Violence between father and son: Dialog of imaginary and real. In J.M. Broughton, *Violence and Care: Collected Papers* (Peter Lang), in preparation.

T.Roger & J.M.Broughton   Body fragmentation and repair in the TWA 800 crash. (for *Cultural Studies*), in preparation.

J.M.Broughton   Trauma, suffering, and recovery in life and film. In C.E.Robins (ed), *Trauma and Therapy: Case Studies* ( in preparation).

H. Martinez & J.M.Broughton   Deportation and mental health (in preparation).

J.M.Broughton   Accidents. In *Encyclopedia of Social Justice* (in preparation).

## CLINICAL EXPERIENCE:

| 1971 – 1974 | Psychology trainee in child therapy, Judge Baker Guidance Center, Boston. Supervisor: Dr. B. Sperry. |
| 1978 - Present | Licensed New York State Psychologist # 5556. |
| 1981 – 1988 | Board, Institute for Continuing Education in Clinical Psychology. |
| 1992 – 1993 | Graduate associate, Washington Square Institute for Psychotherapy, NYC. |
| 2006 – 2009 | Chief Psychologist, Family Health Clinic (HIV), Kings County Hospital, Brooklyn, NY |
| 2006- | Clinical associate & supervisor, Robins Center for Trauma and Recovery, NYC. |
| 2013- | Supervisor, Jericho project for Homeless Veterans, NYC |

## ADMINISTRATIVE POSITIONS (recent)

| 1999 | Organizing Committee, Conference on 'Social Symptoms,' Annual meeting of the American Society for Culture and Psychoanalysis, Teachers College, Nov. 1999. |
| 1999 – 2001 | University Senate, T.C. representative. T.C. Trustees, observer. |
| 2000 – 2001 | Member, Columbia University Committee on Physical Development (Planning). Standing Committee on Tenure, Teachers College. |

| | |
|---|---|
| 2001 | Member, Sub-committee on Religious Studies, Dept. Arts & Humanities.<br>Consulting participant, Booth Ferris Project on Inter-Professional Communication in Clinical Education, Adelphi University.<br>Co-chair, Dean's committee on Affirmative Development.<br>Member, Dean's Committee on Support for Young Faculty.<br>Co-organizer, Conference on Alternative Youth Studies.<br>Research Associate, Columbia Center for New Media, Teaching and Learning. |
| 2003 | Board, New Life School, Tribeca |
| 2008-2012 | Editorial board, *Subjectivity: International Journal of Critical Psychology* |
| 2008- | Editor, *Cultural Formations*, on-line journal in Cultural Studies and Education |
| 2008 | Member, UNICEF Working Group on Violence Against Children |
| 2009-2011 | University Senate, Teachers College representative.<br>T.C. Trustees, observer. |
| Oct. 2013 | Organizer and Chair, Conference on Interdisciplinary Studies, Teachers College |

**Curriculum Vitae for Peter M.W. Dill of Dill Engineering & Associates**
**Peter M.W. Dill**
### DILL ENGINEERING and ASSOCIATES
### Motor Vehicle Accident Reconstruction
Bio-Mechanical & Human Factors-Motor Vehicle Injury Analysis,
Automobile & Motorcycle Design and Mechanical/Electronic Failure Analysis
30100 Town Center Drive, Suite 0-151, Laguna Niguel, Ca. 92677
949-249-9057
e-Mail: pdill9041@gmail.com

### Technical Areas of Specialization
Motor Vehicle Accident Reconstruction, Bio-Mechanical/Motor Vehicle Injury Analysis,
Human Factors, Automobile and Motorcycle Design, Test and Manufacture
Mechanical/Electronic Failure Analysis

## EDUCATION:

University of Michigan, Ann Arbor, Michigan, B.S. Engineering (1968-1972).
Western Michigan University, Kalamazoo, Mi. Automotive Engineering (1967).
University of Michigan, Graduate Studies in Mechanical, Human Factors and Bio-Mechanics.

## PROFESSIONAL EXPERIENCE:

Twenty five plus years of Automotive Safety Research and Development, Accident Reconstruction, Concept Vehicle Design and Manufacture as a **Scientist Engineer, Project Manager, Senior Project Engineer, Systems Engineer, (Design, Development, Manufacturing and Test Engineer)**. Qualified as a Motor Vehicle Accident Reconstruction and Bio-Mechanical Engineering Expert in Los Angeles, Orange, Riverside, Ventura, Kern, Alameda and San Bernardino Counties, Alaska, Iowa, Tennessee, Florida, Ohio, Idaho, Utah, Nevada, Arizona, Massachusetts and Texas.

I have thirty-five years of Motor Vehicle Accident Reconstruction, Automobile and Motorcycle Product Defect, Forensic and Occupant Biomechanical Injury Analysis, Automotive Safety, Vehicle Design, Development, Manufacturing and Test Engineering and Patent Infringement analysis.

Product Defect: Automobile, Truck, Motorcycle, Jet Ski, ATV, Snow Mobile, Golf Cart, Big Rig Truck cases: Involving airbags, seatbelts, seats, fuel system fires, transmission part-to-reverse, unintended acceleration, brakes, tires, axle failures, roof crush, side impact, roll propensity, vehicle handling dynamics, suspension and chassis, design and manufacturing defects, slip and fall, sporting accidents (skiing, racing, basketball, football, horse back riding, injury bio-mechanics).

### Accident Reconstruction:

On many occasions Mr. Dill has been an expert witness in Superior Court in the State of California. He has been retained on over 700 cases since March 1992. Fifty five percent of these cases were plaintiff and forty five percent were defense.

He has represented clients/small businesses in Automotive, Motorcycle, Golf Cart, Snow Mobile, Jet Ski, eighteen wheel Truck, Fork Truck, Refuse Truck, Bicycle and Pedestrian impact type cases. The cases have involved fatalities/injuries from Air Bags, passive and active belts. Warning labels, fuel system leaks and fires, cruise controls, transmission park-to-reverse, brakes, tires, axle failures, seats, roof crush, side/door impact, roll over, center of gravity and moments of inertia, vehicle handling and dynamics, suspension and chassis design and other design and manufacturing defects, Industrial/workplace accidents: Slips, trips, missteps, falls.

**Curriculum Vitae for Peter M.W. Dill of Dill Engineering & Associates**

Vehicle handling and dynamics track and skid pad testing is available for the analysis and evaluation of Roll Over propensity (e.g. sport utility vehicles), Brake Failure evaluation, Vehicle Handling, Ride and Visibility studies.

### Congressional Testimony/CBS News, Public Eye, Bryant Gumbal & Fox Nat'l News:

Appeared on CBS evening news program (11-12-97) The Public Eye with Bryant Gumbal. Gave opinions/warnings regarding fatal/decapitation/risks of air bags to close proximity occupants (CPO), especially right front seated children and Fox 11 News on 11-3-98 re. A/B Toxicity

Gave testimony to the Congress of the United States in Washington, D.C. of video taped research he conducted for DOT/NHTSA on the development and potential hazards (death and burns), to children and small adult occupants, of air bag type restraint systems. Appeared as an automotive safety expert on Walter Cronkite's (1979) national evening news, in the Detroit Free Press/News, Washington Post newspapers & in the Congressional Record.

Assisted in the successful passage of the (air bag related) Dingell/Broyhill amendment (1979/80) in Washington, D.C., delaying the introduction of air bags for one year or until the technology had a greater chance to mature before making it production available to the unsuspecting public.

### Bio-Mechanics R&D:

Performed human cadaver Bio-Mechanics R&D at Wayne State University's Bio-Mechanics lab with General Motors Research Labs. These tests included cadaver knee impact tests to determine the force threshold required to fracture the human knee upon impact with the instrument panel. Head/neck flexion/extension strength (torque) v. hyperextension (angle) tests and thoracic dynamic impact tests to determine injury threshold and human tolerance to blunt trauma impact scenarios. The basis for this cooperative research was to further the design and bio-fidelity of the Hybrid III Crash Test Dummy (Adult 50th% male, 5th% female and child ATD's) used in motor vehicle impact accidents reconstruction/evaluation.

Designed and manufactured Hybrid III crash test surrogates to emulate these cadaver test results. Designed an industry first (patent pending, 1975) the General Motors/DOT Part 572 Bio-Mechanical Hybrid III Cervical Spine, and was a design and development Project Engineer on the Hybrid II and III anthropomorphic human surrogate (ATD) at General Motor's, Safety Research & Development Lab, Milford, Mi. for the DOT/NHTSA.

The development of the bio-fidelity (human likeness) of the Hybrid III ATD included research into the realism of the ATD head, designed an industry first cervical spine, chest, abdomen, lumbar spine, pelvis and femur load and G load measurements. He conducted NHTSA mandated (Part 572) ATD qualification component tests for the above subsystems. He also designed laboratory experiments, test equipment, transducers/instrumentation (for measurement) and test protocol for these tests. This work included Head Drop, Neck flexion and hyperextension, thoracic ballistic pendulum, sternum deformation, patella/knee and femur load cell ballistic pendulum impact tests/development.

Conducted hundreds of Automobile accident full scale, HYGE sled tests and vehicle subsystem tests, at General Motors' Safety research and Development Laboratory and for National Highway Traffic and Safety Administration in Washington. These tests were designed to evaluate passenger kinematics, injury severity, Bio-Mechanical human response to automotive crashes/survivability, vehicle restraints and crashworthiness.

Developed FMVSS 208 Occupant Injury Criteria for NHTSA automobile crash testing program. Most of this work had to do with the, designed an industry first development of the bio-fidelity of the Hybrid III's cervical and designed thoracic spine, head, and femur/knee. Developed and wrote FMVSS/Part 572 Anthropomorphic Dummy qualification tests and procedures for NHTSA and the DOT in Washington.

These test procedures had to do with the concurrent development of the Bio-Mechanical Cervical Spine for the Hybrid III ATD. He devised and designed an industry first cervical spine/head flexion and hyperextension test hardware, test protocol and test deceleration time history/profile using aluminum hex cell honey comb as energy management materials.

He conducted, as a student, real time EMG research of neuropathy and myopathy patients at University of Michigan Hospital. Conducted psycho-motor skill test in underwater environment, (hyperbaric chamber), at University of Michigan.

As a consultant to the Motorcycle Industry he designed a Bio-Mechanical seat for motorcycles to reduce lumbar spine injuries from high vertical G/forces under severe customer service/use. This seat was designed with a polymer based rising rate/stiffness foam seat pan. The foam was specifically chosen to reduce highrise time short duration impact acceleration (G's) related forces from superior/inferior impact/seat slap. These forces heretofore have been the result of poor seat Bio-Mechanics and poor vehicle suspension design technologies. Motorcycle Suspension design, research & development is mentioned below.

## Project management:

Project Manager/Systems Engineer working for General Motors, as a consultant from Hughes Aircraft, at Advanced Product Engineering at the GM Technical Center in Warren, Mi. The purpose of which was to assist in the teaching/training of GM **senior engineers, managers and executives** on the **Scientific Methods/concepts of System Engineering** from the Aero Space field and how this discipline can be successfully integrated/applied to the automotive design, manufacturing, testing, financial earned value and project management side of the car business.

**Teaching:** Publishing Digital/CD Book "Forensic Air Bag Analysis Methods" by McLay, Jacobson, Dill, Wilder & Nagle. **The Iowa Projects: "Air Bags: Promises and Problems"** seminar at University of Iowa, (11-2-96). Teaching GM Executive and senior Engineering personnel lecturing included weekly training classes he prepared and presented on such System Engineering concepts as Earned Value financial project management, Configuration Management, Vehicle Validation, Risk Management, Trade Study Methods, Program Controls Process, the Four Phase Process of vehicle design, Work Breakdown Structure, 3-Dimensional Critical Clearance Matrix/documentation, Vehicle Technical Specification, Dynamic Vehicle Subsystem Performance Metrics (such as Digital Signal Processing of transmission shift quality, engine idle quality, engine combustion chamber detonation recognition and suppression and vehicle noise recognition suppression, modulation and warning/service), Engineering Notebook writing and document control, formalized Engineering Design Reviews based on subsystem performance requirements, total vehicle conception, design and manufacture schedule compression through the use of vehicle subsystem and whole body computer software simulations, verification and software tests and validation prior to prototype manufacture, Vehicle Mass Properties Optimization including roll, pitch and yaw inertia dynamics & compilation of System Engineering Tool Kits. See article January 2010 Motocross Action magazine, page 168 "The Gyroscopic Effect of the YZ450F's Tilted Cylinder".

Project Manager of $.4 million air bag **NHTSA** contract for subcompact passenger cars and RSV's. **Tests and published research** include a digital/CD Book "Forensic Air Bag Analysis Methods" by McLay, Jacobson, Dill, Wilder & Nagle (unpublished), occupant head and thoracic injury analysis for **out of position small adult and child** occupants with passenger side **air bag**. These tests also evaluated the **injurious/fatal effects of Air Bag induced trauma** such as burns, blindness, broken arms and crushed thoracic cavities/fatalities. Developed Passenger Air Bags for CALSPAN's Research Safety Vehicle (RSV) and NHTSA at CALSPAN in Buffalo, New York. Worked on $8.0 million Research Safety Vehicle for NHTSA.

Lectured at the CCF/HSF Winter Conference in San Jose, Ca. January, 1994 on low speed MVA induced cervical/lumbar spine injuries.

3 , Wednesday, March 5, 2014, Dill Engineering and Associates, Accident Reconstruction.

## Product Design and Manufacturing:

Systems Engineer working on General Motors prototype and production IMPACT Electric Vehicle Program at GM's Tech Center in Warren, Mi. and AeroVironment in Monrovia, Ca. He assisted in the design of the production GM Impact electric car by defining the technology used in the preproduction/prototype Impact vehicle which we designed, manufactured, developed and tested at AeroVironment. His systems engineering design effort included such technologies as the Impact's Motor, Motor Cooling, Batteries and associated crashworthiness, Suspension, Transmission, Brakes, Chassis and related Composite materials, the Air Conditioning system, CHIMSEL (Holographic rear brake lights).

The Impact mass properties/management was also a significant design feature as it directly relates to vehicle range and handling dynamics. The benefit of weight management to the EVP is a systematized, traceable, verifiable and controllable process for the optimization of the vehicle's weight   and subsequent improvement in range (for every 38 lbs in vehicle weight saved the vehicle's range is extended by about 1% or 1 mile/100).

The weight and moments of inertia (measurement of an object's resistance to rotational acceleration) are determined analytically from drawings using formulas or from the mass properties program found in most CAD software or experimentally using mass measurement equipment in the lab with prototype parts. Clearly from a schedule standpoint the analytical approach is preferred. The magnitude of weight and mass properties can be discovered in software prior to engineering drawing release dates or before parts are made.

The advantages of a weight and mass properties program are many. Most importantly,  it will reduce the vehicle's weight and improve its range/economy, it will optimize the c.g. location and also reduce the vehicle's role, pitch and yaw inertia, reduce polar moments of inertia and reduce the roll over potential/dependence on chassis fixes that are required after production. See article January 2010 Motocross Action magazine, page 168 "The Gyroscopic Effect of the YZ450F's Tilted Cylinder".

Design Project Manager/Scientist (1989 to 1992) on a future electronic 5-7 speed Automatic Transmissions at the GM Tech Center's Advanced Engineering Staff, in Warren, Michigan. He was a Project Manager and resident X2F Clutch to Clutch 5-7 speed prototype automatic transmission engineer at Advanced Engineering Staff in GM's Tech Center. His job was to instruct/train GM engineers and executives on the project management advantages of Systems Engineering and how it could be applied the GM's vehicle subsystems. He was the Hughes Aircraft's Steering Committee representative/manager on the X2F transmission program. This project/committee included representatives from Hydramatic Division, GM Research, Advanced Product Engineering,   and Advanced Engineering Staff.

Scientist & Section Head in Design, Manufacture & Vehicle Integration of commercial (HS376 type) and DOD Satellites & Space probe vehicles. Line manager of over forty design & vehicle integration satellite engineers & manufacturing technicians. His projects included structural design and manufacture of commercial and military satellites, vehicle subsystem integration project management, vehicle construction & test engineer, and manager of  NASA's space shuttle Vehicle Engineers, that is his staff prepared the spacecraft we design & built for insertion into the space shuttle in preparation for launch.

These spacecraft included top secret military vehicles, commercial satellites such as the graphite composite antenna  on Aussat, Anik-D and Galileo probe to the planet of Jupiter.
Design and Development Engineer of Ford's fuel systems/Digital Electronic Fuel Injection for Ford Motor Co.'s 5.0L V-8 and 3.8L V-6 engines. He worked at Engine Engineering in Dearborn, Mi. developing, designing and field testing prototype electronic fuel injection fuel systems. These throttle

body & direct intake manifold/port injection systems were developed for V-6&8 class engines. Designed hydraulic systems for Ford Diversified Products in Troy, Michigan.

He also designed, in the context of automotive systems engineering, subsystem performance metrics for quantification of vehicle/**transmission shift quality** using real time digital signal processing, statistical analysis of engine accelerometer and power spectral density data. Transmission shift quality metrics are based on data collected from fieldtesting of GM's 4L60E automatic transmission. Specifically the vehicles (1994 B&D Cars) are instrumented with accelerometers and strain gages to measure and record the vehicle's response to transmission shifts. The acceleration and axle torque time histories are further analyzed by Hughes' advanced signal processing techniques learned from years of experience in Radar detection, e.g. FFT, PSD and Wigner-Ville analysis techniques.

Perturbations on the accelerometer/torque time histories were correlated with specific transmission components and features. The emphasis of analysis techniques and computer dynamic modeling will be to create a prioritized list of transmission components and control variables that correlate to perceptible shift anomalies.

This and other performance metrics, such as engine Idle, adaptive noise monitoring and engine combustion detonation, were used as design performance standards in GM's Vehicle Technical Specification for all cars and truck.

Adaptive Noise Monitoring equipment on GM race cars, e.g. Indy and GTP cars. We (EDSG) developed a data telemetry system (Oscar) for Buick's Indy car effort. The object of the technology would be to monitor the acoustic, temperature and/or vibration signatures, from a prioritized failure mode list, such as wheel bearings, engine bearings and pistons, CV joints, differential gears and brakes. The data would then be telemetered (JASON software) to the pits where it would be real time analyzed. The data compared, real time, to a look up table of go/no-go routines and appropriate warnings of incipient failure/service recommendations made. This technology could be developed and later used in GM Dealership Service Departments throughout the country as a diagnostic aid for customer driven complaints.

Designed a prototype V-8, 5.7 L Mid-Engine concept sports car while at General Motors Proving Ground, Milford, Mi. This design included a mid mounted small block 5.7 L Corvette engine with remote trans axle for Roll, Pitch and vehicle Yaw optimization and vehicle handling/control. The chassis was a unibody sports car design with two seating capacity, 180 degree exhaust headers/pipes, front mounted aluminum radiators and liberal use of composite plastic materials for weight reduction and subsequent performance optimization. The total vehicle weight was scheduled to be 2300 lbs. The car was designed to compete in the Ferrari class vehicle category.

## Motor Vehicle Design and Manufacture:

**2001 Project Vehicle:** Designed, manufactured & raced six cars starting at the age of fourteen. His current 2001 project vehicle is a Scientifically Designed (System Engineered) "Custom Show Car". **Awards:** 1 St. Place VW Jamboree, Irvine Meadows 5-6-01; Best Engineered Import Car, Brea, Ca. 6-10-01, Appears in Hot VW Magazine, Sept. issue pg. 83; Daytona (Dec. issue) and Let's Play VW (Japan) Dec. issue, pg. 8, VW Scene (USA, Germany and Sweden), Wheels Magazine (Sweden) April 04 pgs. 66&67.

The first car (age 14) was an "C" Altered class vehicle designed & scratch built for Drag Racing. The vehicle was based on a Model-A, 1931 Ford five window coupe. The car had a 383 CID Chrysler Wedge engine, with high performance cam, scratch built direct port intake manifold for four carburetors, centrifugal only ignition/distributor, scratch built exhaust headers, a Ford T-Bird 4.11:1 rear axle, boxed steel frame, chopped and channeled body and coilover rear suspension w/ T-Bird brakes. Additional cars included a Chev Camaro Stock Car, Mid Engine V-8 Corvair road racing car and a stock appearing 1932 Ford four door sedan "sleeper" with 394 Oldsmobile Engine and power train.

These designs included engine, transmission, suspension, intake and exhaust system, chassis system, brake design, tire, fuel system and safety fuel tank systems design and fabrication, e.g. aluminum, steel, fiberglass and HDPE (plastic) fuel tanks w/fuel cell foam, flexible fuel cells and bladders. He is also consultant to the World and International Karting Federation on safe fuel systems, fuel tanks and fuel tank location/crashworthiness for racing cars.

He also has designed Racing Cars, Ice Boats, Tunnel Hull Boats, Super Karts and Motorcycles since high school to present. These designs have included an industry first all carbon graphite fiber motorcycle, gas shock absorber for racing motorcycles, non-linear suspension a torque/chain reduction device for motorcycles, reed valves for two cycle motorcycle engines, and roll, pitch & yaw optimization design goals for motorcycles and cars. Has won over 600 races over thirty years of amateur and professional racing competition.

Designed an industry first method of quantifying measurement error and measuring natural gas flow in major international gas transmission lines. The process used electronic turbine and orifice flow metering in a pulsating (flow and pressure) environment. It also included telephone line data transmission and interrogation from remote sights to the gas companies headquarters in San Francisco, Ca.

## Testing:

Work at the GM Proving Grounds included full scale, HyGe sled, static crusher and vehicle components tests using air bags and seat belts. Developed energy absorbing instrument panels  and other passive restraints. Defined high energy  (HYGE)  Sled pulses for surrogate/dummy occupant testing.

Conducted field accident investigations of General Motor's Motors Insurance Corporation (MIC) files & reconstructed these accident configurations in the laboratory using anthropomorphic dummies & full vehicle instrumentation. The purpose of these full scale tests was to evaluate the impact severity of actual field accidents in the laboratory using exemplar cars. By doing so we were able to determine scientifically by measuring electronically the actual speed and relative velocity vectors of the colliding vehicles and measure/evaluate the occupant impact severity in these crash scenarios. This truly scientific real world technique enabled us to to evaluate overall vehicle crashworthiness, fuel system integrity, restraint system performance, vehicle structural robustness and cost of repair estimates, etc. for the accident recreations we researched. These crash test would also be used to further research in the laboratory in the context of FMVSS 208, 216, 301 etc. type crash tests.

Vehicle handling and dynamics track and skid pad testing is available for the analysis and evaluation of Roll Over propensity (e.g. sport utility vehicles), Bake failure evaluation, Vehicle Handling, Ride, Chassis Stiffness, Shock and Spring rate evaluations, Fuel Tank and Exhaust system design, fabrication and testing and Visibility studies.

Performed automotive occupant injury/survivability evaluation of frontal, rear end, roll over and
lateral full scale vehicle crash/impact tests. Researched the development of advanced technology vehicle, safety devices, such as air bags, seat belts, composite materials and foam materials for crash energy management. These tests included testing of prototype and production Sodium Azide and compressed Nitrogen gas air bags and velocity and G sensitive lap/shoulder and lap belts, friendly interior design to mitigate head, chest, abdominal (submarining) and femur injuries from interior vehicle contact in the above accident scenarios.

Conducted rear impact accident simulation and tests  for  major LA /county traffic accident/injury cases. Research included HYGE sled and static testing of automotive seat back/head restraint design and seat performance during  rear end collisions at Auto Safety Engineering in Los Angeles, Ca.

The purpose of these tests was to document/evaluate the strength and crashworthiness of various manufactures seat and seat track designs as it would relate to dynamic structural failure of these components in a real world vehicle crash. The test results would then be compared to the Federal Motor Vehicle Safety Standards.

### Vehicle Performance and Handling Track Testing:

As a former professional driver, since 1974, he has conducted automotive and motorcycle dynamic track testing has included vehicle handling and performance testing, engine, suspension, brake, tire coefficient of friction and tire compound testing at major racing tracks around the country. He has tested at such tracks as Riverside, Willow Springs in Lancaster, Ca., Sears Point in San Francisco, Laguna Seca in Monterey, Ca., Button Willow, Ca., Road America in Wisconsin, Gratten Raceway in Michigan, Indianapolis in Indiana, Mid Ohio in Ohio and Road Atlanta in Georgia, Perris in Perris , Ca., Indian Dunes in Ventura, Ca., Saddleback in Orange County, Adams in Riverside, Novatto in Novatto, Ca., Sacramento in Ca., Thunder Hill in Willows, Ca., and Fremont Raceway in Fremont, Ca.

Twenty years experience with 2&4 Stroke engines, consulting, design and modification of motorcycles with Honda, Yamaha, Husqvarna in Sweden & Maico in Germany. Designed a prototype all carbon fiber composite motorcycle for Yamaha in Japan.

Consultant to the **United States Olympic Committee** in Colorado Springs, Colorado on scientific/quantitative athletic performance measurement (cardio vascular, pulmonary and muscle) optimization. Using real time body function data acquisition electronics and highspeed whole body video kinematics analysis.

### EMPLOYMENT:

**Dill Engineering** 9/74 to-present; **Motor Vehicle Accident Reconstruction** (since 10-93) & Design, Development & Fabrication of Automobiles, Motorcycles and Race Cars since 9-74.

T. Mitchell and Associates, Upland, Ca. 3/92-10/93; **Bio-Mechanical Engineer & Accident Reconstruction. Pro Council:** Consultant re. Accident Reconstruction 1996-present

**Scientist:** General Motors Hughes Electronics Co., 8/82 - 3/92. Worked for Hughes as a Space Craft Design Engineer & Section Head in El-Segundo, Ca. and at General Motors Advanced Engineering Staff at the Tech Center in Warren, Mi.

**Project & Bio-Mechanical Test Engineer:** General Motors Safety Research & Development Laboratory, Milford, Mi. 4/72-12/76, FMVSS crash testing & Anthropomorphic Dummy design.

**Scientist:** at Hughes Air Craft in Fullerton, Ca. & the General Motors Technical Center in Warren, Mi. 1989-1992.

**Restraint Systems Project Manager:** Minicars, Goleta, Ca., 9/77-3/79 Research, Design, Development and Testing of Air Bags, Passive Restraints and RSV's under government contract with NHTSA/DOT in Washington.

**Design and Development Engineer:** Ford Motor Company, Engine Engineering Department, Dearborn, Mi., 3/79-4/80, Developed Digital Electronic Fuel Injection, Air Bag R&D/Congress. Ford Diversified Products, Troy, Mi. 1/77-9/77.

**Electronic Gas Measurement Engineer:** Sr. Engineer Pacific Gas and Electric Co., San Francisco, Ca. 9/80-8/82.

### PROFESSIONAL AFFILIATIONS: www.JurisPro.com

**Curriculum Vitae for Peter M.W. Dill of Dill Engineering & Associates**

Society of Automotive Engineers, since 1973

Super Top Secret (EBI) Clearance (Yellow) with the Department of Defense

Forensic Expert Witness Association (FEWA), NAFE Nat'l. Association of Forensic Engineers (expired).

Professional & Amateur Licenses: AMA, CMA, CRC, CMC, AME, IKF, WERA, SCK, WKF, PADI, AAU

**Continuing Education Courses:**

2012-10

SEMA (Specialty Equipment Market Association) Las Vegas, Nevada for the last twelve years, 2008 ARC/CSI Crash Conference 6-2 to 5-08 Las Vegas, Nevada, Accident Reconstruction Crashworthiness & Bio-Mechanics of Injury Causation, (Air Bag Defect Theories, Occupant Packaging Defects, Seat Belt Defect theories, Air Bag Deployment Characteristics and Vehicle Black Box Data), Highway Accident Reconstruction (NAFE) (Collision Analysis, Air Bag ECU Encoding, Photogrammetry, Signal Light Timing Study, Critical Speed Analysis, Seat Belt Failure Mechanism), Accidental Injury: Bio-Mechanics & Prevention, Society of Automotive Engineers TOPTEC, Passenger Car Rollover Causes and Prevention (Occupant Kinematics in Rollover MVA's, Bio-Mechanics of Neck Injuries, Bio-Mechanics of Head Trauma, Accident Statistics, Rollover Causal Analysis, Rollover Frequency, Roadside Design and Rollover, Vehicle Inertial Loading, Vehicle Roll Propensity, Advanced Rollover Protection, Rollover Sensor Technology, Tire Performance and Rollover), Air Bag Design and Performance 1997 (Air Bags How and Why they work, Regulatory History of AB, Depowered AB, System Designing of AB, Fatalities Associated w/AB, AB crash sensor performance, Head and Thorax Side Impact System, AB Injuries in head on collisions, AB performance in the real world, AB Injury Patterns, Auditory and Visual System Injury Potential w/AB, Performance Advantages of Light Weight AB Material, Smart Restraint Systems, Advanced AB research, Field investigation of AB, seat belt and Interior markings), "The Iowa Projects: Advanced Automotive Restraint Systems", Society of Automotive Engineers, TOPTEC, e.g. (Occupant Kinematics, Bio-Mechanics of Injury from Traffic Collisions, Low Speed Rear Impact, Occupant Kinematics, Bio-mechanical Understanding of Kinetics and Kinematics, Injury Bio-Mechanics of Soft Tissue in the Neck, Rear Impact Crash Characteristics, Low Speed Collisions Injury Coding, Human and ATD Head Kinematics in Low Speed Rear End Collisions, Vehicle Restitution in Low Velocity Collisions, Staged Collisions and the Role of Bumpers and Estimating Impact Impact Severity), Anatomy for Automotive Engineers, Chiropractic and Motor Vehicle Accidents, Accident Bio-Mechanics and Anatomy, Physics and Mathematics of Vehicle Collisions, Occupant Kinematics and Analysis of Restraining Systems, Bio-Mechanics of Low Speed Collisions, Bio-Mechanics of Injury from Traffic Collisions Speed from Skid Marks, What Happens in a Collision/How A Seat Belt Works, Traffic Collision Questionnaire, Vehicle Mechanical Inspection, Vehicle and Person factors in Whiplash Injury, Bio-Mechanics of Neck Injury, Physiology of Pain and Whiplash disorders, Psychology of Pain, New Hypothesis of Whiplash Injury, Bio-Mechanics of Cervical Facet Capsule, Radiological Aspects of Whiplash, Whiplash Injury Mechanisms, Whiplash Injury Bio-Mechanics, MRI of Soft Tissue Injuries, Osteopathic Manipulation, Neck Injury in Low Speed Rear Impacts, Rehabilitation in Whiplash Injury, Composite Plastic Materials, Modal Analysis (SDRC), Sixteenth Stapp Car Crash Conference (Bio-mechanical Quantities in Analytical Neck Models, Improved Neck Simulation for ATD's, Mechanical Necks with Human Response, Injury mechanisms of the Cervical Spine, Injury Mechanism in Roll Over MVA's, Injury Frequency and Head Restraint Effectiveness in Rear End Collisions, Effect of Long Duration Impacts on the Head, Pathological Response to Rotational and Translational Accelerations to the Head, Bio-Mechanics of Seat Belt Design, Safety Performance of Shaped Steering Assembly Airbag, Modeling and Bio-Mechanics, Impact Studies of Facial Bones and Skull, Injury mechanism in Roll Over Collisions, Car Crash Collision types, Parameter Study of Bio-mechanical Quantities in Analytical Neck Models, Rear Seat Inflatable Restraint Systems, Impact tolerance and Resulting Injury Patterns, Dynamic Performance of Child Seating Systems, Effectiveness of Safety Belts under various Directions of Crashes), Carbon/plastic Composite Materials, Strength of Materials, Stapp/SAE (Automotive Accident/Injury Research), Project Management, Line Management, Quality Circles, Leader/Facilitator Training, Group Problem Solving, Adhesives, Non Destructive Testing (NDT, X-Ray and Ultrasound techniques), CSPEC (Department of Defense-project financial project management), Automotive Engines, Chassis/Vehicle Dynamics,

**Curriculum Vitae for Peter M.W. Dill of Dill Engineering & Associates**

ARRA driving school, WERA's K. Code driver school, G. Bailey driving school, Suzuki driving school, SuperKart driving school, PADI SCUBA Diving certification.

# TEMESGEN WAKWAYA, D.O.

Licensed to Practice Medicine in Missouri and Kansas
(July 1, 1982)
6619 N. Camden Ave
Kansas City, MO 64151
Home Telephone :(816) 741-3125
Work Telephone :(913) 321-7557
Email: temesgen_wakwaya@concentra.com

## PERSONAL DATA

Date of Birth: April 23, 1952; Gimbie, Ethiopia
Marital status: Married; 3 Children
Height: 5' 9''  Weight: 150 lbs      Health: Excellent
Speaks: Amharic, Oromo, English
Well traveled internationally.  U.S. Citizen

## PARTICULAR STRENGTHS

Board certified in occupational and preventive medicine.  20 plus years of full time
occupational medicine practice experience.  Communicate effectively with patients,
employers, colleagues, and other health care professionals.  Very familiar with OSHA
regulations, and160 hours of CME in the last three years.  A flexible and adaptable
personality.

## EDUCATIONAL BACKGROUND

High School                                                  1967-1970
                        Ethiopian Adventist College

Middle East College                                         1971-1972
Beirut, Lebanon                          Area of Study: Chemistry

Walla Walla College                                         1973-1975
Walla Walla, Washington          Major:Chemistry  Minor:Biology, Religon
                                 Received B.A. Degree in Chemistry- June 1975

University of Nebraska           Graduate Study in Chemistry- 1975-1977
                                 Lincoln, Nebraska
                       -Teaching Assistant (Undergraduate Level)

University of Health Sciences
College of Osteopathic Medicine

Received D.O.-May 17, 1981
Kansas City, Missouri

Saginaw Osteopathic Hospital

Rotating Internship-July 1981 to June 1982

## HONORS

Outstanding Service award from Discovery Channel
Outstanding Customer Service Award from Employer Health Services
Outstanding Service Award from the Kansas City Ethiopian Community

## PROFESSIONAL EXPERIENCE & ACADEMIC APPOINTMENTS

University of Health Sciences
Department of Family Practice

Position: Instructor in family practice 1982-1988

Samuel Rogers Community Health Center
Department of Family Practice

Position: Staff Physician 1982-1988

Health Midwest-Employer Health Services
Department of Occupational Medicine

Position: Staff Physician 1988-2003

Occupational Health Services Position: Emergency Medicine Staff Physician 1990-1996

Hospital Corporation of America
Department of Occupational Medicine

Position: Staff Physician 2003-2005

Concentra Medical Center

Position: Center Medical Director 2005-Present

## PROFESSIONAL MEMBERSHIPS

-American College of Environmental and Occupational Medicine
-American Osteopathic College of Occupational and Environmental Medicine
-American Osteopathic Association
-Missouri Medical Society
-Kansas City Metro Medical Society

University of Health Sciences
College of Osteopathic Medicine

Received D.O.-May 17, 1981
Kansas City, Missouri

Saginaw Osteopathic Hospital    Rotating Internship-July 1981 to June 1982

## HONORS

Outstanding Service award from Discovery Channel
Outstanding Customer Service Award from Employer Health Services
Outstanding Service Award from the Kansas City Ethiopian Community

## PROFESSIONAL EXPERIENCE & ACADEMIC APPOINTMENTS

University of Health Sciences    Position: Instructor in family practice 1982-1988
Department of Family Practice

Samuel Rogers Community Health Center    Position: Staff Physician 1982-1988
Department of Family Practice

Health Midwest-Employer Health Services    Position: Staff Physician 1988-2003
Department of Occupational Medicine

Occupational Health Services Position: Emergency Medicine Staff Physician 1990-1996

Hospital Corporation of America    Position: Staff Physician 2003-2005
Department of Occupational Medicine

Concentra Medical Center    Position: Center Medical Director 2005-Present

## PROFESSIONAL MEMBERSHIPS

-American College of Environmental and Occupational Medicine
-American Osteopathic College of Occupational and Environmental Medicine
-American Osteopathic Association
-Missouri Medical Society
-Kansas City Metro Medical Society

## TEMESGEN WAKWAYA, D.O.

## CURRICULUM VITAE

**EDUCATION:**

Middle East College
Beruit, Lebanon
1971 - 1972, Chemistry

Walla Walla College
Walla Walla, Washington
1975, B.A. Chemistry/Biology

University of Nebraska
Lincoln, Nebraska
1975 - 1977, Masters Degree Program
Organic Chemistry

University of Health Sciences
College of Osteopathic Medicine
Kansas City, MO
1981 - Doctor of Osteopathy

Saginaw Osteopathic Hospital
Saginaw, Michigan
1981 - 1982, Rotating Internship

*Took National Board Examination, 2/82, passed. Designated <u>Diplomat of the National Board</u> by the National Board of Examiners.

## PROFESSIONAL EXPERIENCE:

| | |
|---|---|
| 1988 - Present   The Business & Industry Health Group/ | Occupational Medicine Associates<br>Kansas City, MO<br>Staff Physician |
| 1982 - 1988 | University of Health Sciences<br>Department of Family Practice<br>Kansas City, MO<br>Instructor Health Services |
| 1982 - 1988 | Wayne Miner Health Center<br>Department of Family Practice<br>Kansas City, MO<br>Staff Physician |
| **CITIZENSHIP:** | Naturalized U.S. citizen |

## BIOGRAPHICAL SKETCH

### Dr. Alan G. Lynch, P.E., CFEI

## EDUCATION

BS    University of Iowa, 1983
       Mechanical Engineering

MS    Iowa State University, 1985
       Mechanical Engineering

       MS study field: kinematic analysis and synthesis, design
       of linear systems, vehicle dynamics, machine dynamics,
       advanced engineering dynamics, robotic modeling and
       computer simulation.

PhD   Iowa State University, 1988
       Mechanical Engineering

       PhD study field: kinematic and dynamic analysis of
       mechanical systems, three dimensional modeling and
       simulation of mechanical systems, finite element
       analysis, sensitivity analysis for mechanical systems,
       vehicle dynamics, advanced control system design,
       advanced motion measurements, signal processing of
       mechanical systems.

## PROFESSIONAL LICENSES

       Registered Professional Engineer, State of Iowa, 1996
       Accreditation Commission for Traffic Accident Reconstruction
       (ACTAR) #2334
       Certified Fire and Explosion Investigator (CFEI)
       Project Management Professional, (PMP) Certified, 2004

## ADDITIONAL TRAINING

       Fire and Explosion Investigations (NFPA 921)

## HONORARY SOCIETIES

       Pi Tau Sigma           Mechanical Engineering Honorary
       Tau Beta Pi            Engineering Honorary

2

## WANDLING ENGINEERING PROFESSIONAL ASSOCIATIONS

American Society of Mechanical Engineers
Society of Automotive Engineers
National Society of Professional Engineers
Iowa Engineering Society
National Safety Council
American National Standards Institute
National Fire Protection Association
National Association of Fire Investigators
American Society of Agricultural Engineers
Midwest Association of Technical Accident Investigators

## PATENTS

Submitted patent on controlled suspensions, Fall 1990

## PUBLICATIONS

1985 "Investigation of a Straight Line Maneuver for a Six Jointed Manipulator;" thesis submitted to the graduate faculty in partial fulfillment of the requirements for the degree of Master of Science in Mechanical Engineering at Iowa State University.

1987 "Three-Dimensional Representation of a Cylinder on a Graphics Display Device", Lynch, A.G. and Jenison, R., The Engineering Design Graphics Journal, Vol. 51, No. 3.

1989 "Planning a Straight Line Maneuver for a Manipulator Including Velocity Information", Lynch, A.G. and Baumgarten, J.R., Proceedings, ASME 15th Design Automation Conference, Montreal, Vol. H0509C, September 17-21.

1989 "Optimum Robot Orientation from Probabilistic Error Estimates". Proceedings, INCOM 89 – 6th IFAC Symposium on Information Control Problems in Manufacturing Technology, Madrid, Spain, Vol. 1, pp: 377-381, September 26-29.

1989 "A Symbolic Formulation for Equations of Motion of Multibody Systems;" dissertation submitted to the graduate faculty in partial fulfillment of the requirements for the degree of Doctor of Philosophy in Mechanical Engineering at Iowa State University.

3

1990 "A Symbolic Formulation for Linearization of Multibody
Equations of Motion".  The 1990 ASME International Computers
in Engineering Conference and Exposition, August 5-9, Boston,
MA.

1992 "A Symbolic Formulation for Linearization of Multibody
Equations of Motion".  Journal of Mechanical Design, Vol. 117,
pp: 441-447, 1995.

## PROFESSIONAL EXPERIENCE

June 2010       Wandling Engineering, P.C.
  to            923 N. 2nd Street, Ames, Iowa
Present         Professional Engineer

                Failure analysis and accident reconstruction
                involving commercial and consumer products.  Expert
                testimony relating to engineering concerns.

2006            Principal Financial Group
  to            711 High Street, Des Moines, Iowa
2010            Senior Project Manager

                Managed project teams in corporate initiatives.
                Worked with Sponsors, Business Leads, Subject Matter
                Experts, Technical Leads, Business Analysts, Quality
                Assurance staff and external partners.  Followed
                corporate project management methodologies for review
                and approval processes.  Documented project status
                reports comparing baseline to actual hours, costs and
                schedule.

1994            UGS Corporation(formerly Engineering Animation, Inc.)
  to            Ames, Iowa
2006            Senior Project Manager

                Managed and supervised subject matter experts and
                project leads in client on-site engagements for
                deployment of UGS software products throughout North
                America.  Software products focused on managing
                client's product lifecycle.  Worked collaboratively
                with various groups within client's business
                including: senior management, information
                services/technology, product engineering,
                manufacturing, procurement, marketing and suppliers.
                Consulted at many client sites including: heavy

4

equipment, automotive, health care, marine, aviation, and defense industries. Broad experience in software customization and deployments with special emphasis on web-enabled, data-base driven applications.  Worked with UGS sales teams in closing new software sales. Created statement of work documentation based on client requirements.  Presented proposal value directly to clients for review.

| 1994 | General Motors Inc. |
| to | Warren, MI |
| 1992 | Senior Design Engineer |

Worked at General Motors, Advanced Engineering Staff. Designed, analyzed, and tested innovative suspension control systems for new vehicle developments.  Wrote six internal reports on analysis and testing of controlled and uncontrolled suspension systems.

| 1992 | General Motors Inc. |
| to | Warren, MI |
| 1988 | Senior Research Engineer |

Worked at General Motors, Research Laboratories. Designed, analyzed, and computer simulated new concepts in advanced vehicle suspension systems. Devised control systems for a production intent suspension system.  Wrote four internal reports on mathematical modeling of advanced suspension systems.

| 1988 | Iowa State University |
| to | Ames, IA |
| 1984 | Graduate Research Assistant |

Brainstormed on area of specific research (kinematic and dynamic analysis of mechanical linkages) for Master's and Ph.D. in Mechanical Engineering Department.  Executed strategy, documented analysis techniques, results and conclusions.  Presented results in an international refereed technical journal.

# P. Brent Koprivica, M.D., MPH

10127 Leavenworth Road
Kansas City, KS  66109
(913) 894-1143

**Education**       High School:  Horton Watkins High School
                    St. Louis,  Missouri

                    College:  University of Missouri-Kansas City
                    B.A. Chemistry;  1973-1980

                    Medical School:  University of Missouri-Kansas City
                    M.D., 1973-1980

                    Residency:  University of Missouri-Kansas City School of Medicine &
                    Consortium for Health Education  Truman Medical Center
                    Emergency Medicine 1980 – 1983

                    Graduate School:  Saint Louis University Graduate School of Public Health
                    Masters of Public Health 1994-1996


**Work History**    1980 – 1983   Resident Truman Medical Center   Emergency Medicine
                                  Residency

                    1981 – 1983   Contract Physician   Emergency Medicine

                    1981 - 1984   Part Time Clinic Physician   Greater Kansas City Industrial
                                  Clinic

                    1983 – 1985   Full time Assistant Professor of Medicine   UMKC School of
                                  Medicine and Emergency Medicine Residency  TMC

                    1985 –1989   Part Time Assistant Professor of Medicine   UMKC School of
                                  Medicine and Emergency Medicine Residency  TMC

                    1984 – 10/1992   President / Medical Director   Occupational Medicine
                                  Associates

                    1985 – 1989   Full Time Emergency Physician  Olathe Medical Center

                    10/1992 – current   P. Brent Koprivica, M. D. & Assoc., P. A.

**Licensure**            Missouri Board of Healing Arts  Doctor of Medicine and Surgery  1980

Kansas Board of Healing Arts  Doctor of Medicine and Surgery  1981


**Board Certification**  American Board of Emergency Medicine   1984   Recertified 1994
Recertified 2003

American Board of Preventive Medicine  Occupational Medicine 1997


**Certification**        American Academy of Disability Evaluating Physicians   Fellow 1990

American Board of Quality Assurance and Utilization Review Physicians
Diplomate 1990

Council for Accreditation in Occupational Hearing Conservation   Certified
Occupational Hearing Conservationist 1990

American Board of Independent Medical Examiners   Certified Independent
Medical Examiner 1995   Recertified 2000   Recertified 2005

American College of Emergency Physicians   Fellow 1995

American Board of Forensic Examiners   Diplomate, Board Certified Forensic
Examiner 1996


**Awards**               Truman Medical Center   Resident of the Year 1981

Saint Louis University School of Public Health   Alumni Association Academic
Achievement Award for 1996


**Professional**         American Academy of Disability Evaluating Physicians   Member 1990
**Affiliations**
American Board of Quality Assurance and Utilization Review Physicians

American Medical Association   Member 1991

American College of Occupational and Environmental Medicine   Member 1991

American College of Emergency Physicians   Member 1992

American College of Forensic Examiners   Member 1995

Great Plains College of Occupational and Environmental Medicine


**Publications**          Hamburger, S., Koprivica, B., Ellerbeck, E. and Covenski, J. : "Thiazide
Induced Syndrome of Inappropriate ADH/Course of Resolution"  JAMA 246

(11):1235 – 1236, 1981

Darr, M., Hamburger, S., Koprivica, B. and Ellerbeck, E. : "Hemolytic Anemia Associate with a Radiopaque Contrast Agent in a Patient with Hemoglobin S.C. Disease" SOUTHERN MEDICAL JOURNAL 74 (12), 1981

**Presentations**
February, 1991   Yellow Freight Systems   "Selecting an Industrial Clinic"

April, 1991   Mechanical Contractors Association of Kansas City   "Key Issues of Medical Management"

May, 1991 International Association of Hotel Reservation Executives   "Drug testing in the Workplace"

June, 1991   Bio-Med Industries   "The Role of the Industrial Clinic in Treating and Evaluating Injuries"

June, 1991   University of Kansas Continuing Education   "Medical Issues of Drug Testing"

July, 1991   Knight Ridder Information Systems   "Carpal Tunnel Syndrome"

August, 1991   Shughart, Thomson & Kilroy   "Medical Management :  A Cost Savings Approach"

September, 1991   Heartland Labor and Employment Seminar   Mock Trial Participant

November, 1991   Missouri Self Insured Association   "Medical Management/Disability Ratings"

April, 1992   Fireman's Fund   "Treating Shoulder and Back Injuries"

April, 1992   Nationwide Insurance   "Permanent/Partial Disability Ratings"

May, 1992   Allstate Insurance   "Back & Neck Injuries"

June, 1992   Crowne Plaza Holiday Inn   "Pro-Act Medical Management Systems: A Cost Savings Approach"

June, 1992   Aetna Insurance   "Disability Ratings"

June, 1992   Bio-Med Industries   "The Role of the Industrial Clinic in Treating and Evaluating Injuries"

August, 1992   General Accident Insurance   "Treating and Rating Back Injuries"

May, 1993   McAnany, VanCleave & Phillips, P.A.   "Understanding Kansas Workers Compensation"

September, 1993   Liberty Mutual Insurance Group   "Kansas  Workers Compensation Symposium"

January, 1994   General Accident Insurance   "AMA Guidelines"

April, 1994  Missouri Bar Association   Mock Trial Participant

October, 1995   UMKC Law School Workers Compensation Seminar
"Impairment & Disability Ratings In Missouri and Kansas"

September, 1996   Missouri Bar Association   "Abnormal Illness Behavior"

October, 1998   Continuing Legal Education Seminar   "Fibromyalgia – What
You Need to Know"

January, 1999   KTLA 12th Annual Workers Compensation Institute  "Medical
Legal Issues of the AMA Guides 4[th] Edition"

May, 2001   Kansas Bar Association   "AMA Guides:  The Fifth Edition – What to
Expect"

October, 2003   Workers Compensation in Missouri  "Medical Issues In Workers
Compensation Claims"

March, 2004   Workplace Injury Litigation Group 2004 National CLE Seminar
"Recent Changes in Text and Application of the AMA Guides"

September, 2004   Kansas Division of Workers Compensation  "AMA Guides –
A Total Perspective"

October, 2004   Kansas City Metropolitan Bar Association  "Dual Jurisdiction
Claims & Differences between Impairment Ratings & Disability Ratings"

March, 2008   Fox Stretz & Quinn  "The Case of The Injured Worker, A Matinee
Seminar"

October, 2011   Kansas Department of Labor 37th Annual Workers
Compensation Seminar  "Work Disability: New Law and New Thresholds"

## RÉSUMÉ

**NAME**: Charles Edward Robins                                    December 2011

**CURRENT POSITIONS**: Chairman of the West, International Association for Advancement of
Psychoanalysis in China ("Dong-Xi," Beijing Medical University); Staff & Supervisor of
Psychotherapy, Institute for Contemporary Psychotherapy; Adjunct Professor, Clinical
Psychology, Fordham University (Lincoln Center); Adjunct Professor, Long Island University;
Adjunct Professor, Teachers College, Columbia Univeristy; Faculty, Northwest Center For
Psychoanalysis (Seattle); Consultant Clinical Psychologist and Treatment Supervisor, The HOPE
Program (Brooklyn Heights); Psychological & Medical Expert, Metropolitan Tribunal,
Archdiocese of New York; Co-founder and Director of NOMOS, International Forum for
Psychoanalysis and Social Issues; Creator & Host of Public Television Show, "From The
Couch," Westchester Public Television Network; Associate Editor, *Journal for Lacanian Studies*
(London); Private practice (New York State Certified); Director, Dr. Robins & Associates,
Trauma & Treatment Center.

**PERTINENT PRIOR POSITIONS**: Associate Professor, Carroll College (1969-72); Adjunct
Associate Professor, Fordham University, Excel Division (1975-87); Group Therapist, Exodus
House Drug Treatment Center (1976-78); Research Associate, Austen Riggs Center, "Riggs-Yale
Project" (1977-84); Supervisor of Psychotherapy, Camelot Adolescent Treatment Program
(1978-80); Adjunct Assistant Professor, Clinical Psychology (Doctoral Program), Columbia
University (1980-81); Training & Supervising Analyst, Faculty, Long Island Institute of
Psychoanalysis (Nassau County Medical Center); International Faculty, Centro Lacaniano,
Naples, Italy; Consultant, AT&T, "Parenting Repatriating Children," Consultants for
International Living; New York State Certified Bilingual Psychological Evaluator; Secretary,
International Federation for Psychoanalytic Education (1998-2000); Editorial Board,
*International Journal of Lacanian Clinical Theory* (Paris); USA Correspondent, *Causa
Analítica, Boletim de Psicanálise* (São Paulo); Corresponding Editor, *The Letter: Lacanian
Perspectives on Psychoanalysis* (Dublin).

| EDUCATION: | DEGREE | YEAR | FIELD OF STUDY |
|---|---|---|---|
| Carroll College | B.A. | 1965 | Philosophy/Latin |
| Universitas Gregoriana | S.T.L. | 1969 | Theology |
| Universitas Gregoriana | S.T.D. | 1975 | Theology/Psychology |
| Columbia University | Ph.D. | 1980 | Clinical Psychology |

(Honors: Undergraduate: maxima cum laude; Graduate: summa cum laude)

**PERTINENT TRAINING**: Institute of Psychology Training Program, Universitas Gregoriana,
Roma (1973-74); Graduate and Certificate, Institute for Contemporary Psychotherapy, NYC
(1975-79): Psychoanalytic Psychotherapy (1978), Psychoanalysis (1983); Child and Adolescent
Program (1976-80); Drug and Alcohol Treatment Modalities, Exodus House, New York City
(1976-80). **Languages**: Italian, French, German, Spanish.

**AFFILIATIONS**: American Psychological Association, Psychoanalysis and Clinical
Neuropsychology; National Academy of Neuropsychology; International Neuropsychological
Society; American Academy of Experts in Traumatic Stress; Lacan Clinical Forum (Austen
Riggs Center); NOMOS director, organized international conferences "Why War?" 2/93 and

07/18/2012 15:38 2129771057 DR. C. E. ROBINS PAGE 02/03

"Sexuation" 4/97 at Columbia University; "RSI Roma" 5/98 at Università Roma Tre; European
Foundation for Psychoanalysis, Member and Presenter; Scieintific Associate, Am. Academy Psa.

## PUBLICATIONS:

*Analysts of Religious Experience in the Films of Ingmar Bergman* (1975). Dissertation, Universitas
Gregoriana, Roma.

Author of "Letters to Camelot" (1978-81) in Staten Island *Advance*.

*The Relation between Clinical Descriptions of Patients' Parents and their Human Figure Drawing
Performance* (1980). Dissertation, Columbia University.

*Why Does Ronald Reagan Behave the Way He Does?* (1984). 22 min. videotape and script,
Teleculture, New York.

"Sebastian's Lord: A Response to Dr. Richardson" (1986). *Thought*, 51,240, 84-89.

*Kids and God* (1986). 20 min. broadcast interview and script, ABC TV, *20/20*, 3 April 1986.

"From the Psychoanalysis of a Greco-American Man: Death of the Father" (1989). *Cross-Cultural
Research in Human Development*, L. Adler, ed. New York: Praeger-Greenwood, 143-155.

"Changes in Human Figure Drawings during Intensive Treatment," with S. Blatt and R. Ford (1991).
*Journal of Personality Assessment*, 57, 3, 477-97.

"Dora's Dreams: In Whose Voice--Strachey's, Freud's, or Dora's?" (1991). *Contemporary Psychotherapy
Review*, 6, 1, 44-79.

"Body, Mind, and Spirit" (1992). English Introduction to *Body, Mind, and Spirit, The Paintings of Kuo
Lian-Pey*. Taipei: City Museum.

"El Cuerpo Como Cadaver" (Spanish translation of "The Body as Corpse") (1993). *El Cuerpo: El
Psicoanalisis Frente al Orden Biologico*. Buenos Aires: Ediciones Kline'.

"Religion vs. Medicine vs. Clinical Psychoanalysis, or: Spirit vs. Scalpel vs. Castration In a Case of
Recovering Alcoholism" (1994). *Spirit vs. Scalpel; Traditional Healing and Modern
Psychotherapy*, L. Adler & R. Mukherji, eds. New York: Praeger-Greenwood.

*Therapeutic Change: An Object Relations Perspective* (1994). In collaboration with S. Blatt, R. Ford, P.
Cramer, and R. Berman. New York: Plenum.

"Revelation: Seizing Moments of The Everlasting" (1994). English Introduction to *Revelation: Seizing
Moments of the Everlasting, The Paintings of Kuo Lian-Pey*. Tapei: Contemporary Gallery.

English Editor and Trans., *Antonio Vitali: Speilzeugdesigner / Creator of Toys* (1994). Weingarten,
Germany: Kunst Verlag.

"The Man Who Sold Words: A Chinese Fable and Commentary" (1994). *The Letter*, vol 2. Dublin: Centre
for Psychoanalytic Studies.

"*SECUS*: Discussion of Eduardo Martinez Luque's Paper" (1995). *Confronting the Challenges to
Psychoanalysis*. Collected Papers, International Federation for Psychoanalytic Education, S.
Friedlander, ed., Knoxville: IFPE.

"Orgasm Unchained: The Speaking Cure" (1996). *Psychoanalytic Inquiry*, vol. 16, no. 2, 222-257.

"Death" and "Death and Dying" (1997). *Encyclopedia of Psychiatry, Psychology, and Psychoanalysis*, B.
Wolman ed. New York: Holt Publishing. (Portuguese translation *A Morte* published in *Causa
Analitica: Boletim de Psicanálise*, São Paulo, Dezembro 1993, 1,0,9.)

"Please Read Lacan!" (2000). *Lacan in America*, ed. Jean-Michel Rabaté, New York:Other Press, 61-71.

"La Psychanalyse aux Etats-Unis; Entretien avec E. Robins par F. Davoine" (2001), *Nervure* (Paris), XIV,
1, Février, 20-23.

"Crisis of a Loyal Chinese Son" and "Dora's Dreams" (2001), *Deutsche Medizin* (Springer), Chinese Tr.
Dr. Qijia Shi, 18, 1 (Feb) 40-46 & 3 (June) 143-152.

*New York Voices: The Trauma of 9/11* (2003). Psychosocial Press (Int'l Univ. Press).

"Falando com Os Mortos (Dublinentes)" (2007). *Joyce – Lacan O Sinthoma*, Jacqaues Laberge, ed. Recife,
Brazil: Interseccao Psicanalitica do Brasil.

C. Edward Robins (from Butte, Montana) began studying psychology and
psychoanalysis at the Gregorian University in Rome, Italy where he
completed a doctorate on the films of Ingmar Bergman in 1975. He
completed a further doctorate in clinical psychology at Columbia University
in 1980, doing research on human figure drawings at the Austen Riggs
Center. He received the certificate in psychotherapy and psychoanalysis at
The Institute For Contemporary Psychotherapy, and is on adjunct faculty at
Long Island University, Fordham University, Lincoln Center, and Columbia
University. He has been an active presenter of Freud & Lacan's theories in
the United States and Europe, and in 1993 co-founded the organization
NOMOS which sponsored the international conferences "Why War?",
"Sexuation," and "The Violence of Everyday Life" (2008) at Columbia
University. Presently, he practices clinical psychology and psychoanalysis
in New York City, as well as directs Dr. Robins & Associates, Trauma &
Treatment Center.

**EXHIBIT A.**
**CURRICULUM VITAE**
**BRUNO SCHMIDT**
JUNE 2012
2341 E Cragmont
Springfield MO 65804
e-mail: BFSchmidt@att.net

## Educational Background

| Date | Degree | Institution |
|------|--------|-------------|
| 1964-69 | Ph.D. in Physics | Iowa State University |
| 1960-64 | B.A. in Physics and Mathematics | Cornell College of Iowa |
| 1963 | (summer) | University of Minnesota |
| 1962 | (summer) | Iowa State University |

## Employment Record

| Date | Position | Employer |
|------|----------|----------|
| 2006- | Owner/Manager | Schmidt Consulting Services LLC |
| 2005 - | Emeritus Professor of Physics | Missouri State University |
| 1992-2005 | Vice President for Academic Affairs | Southwest Missouri State University |
| 1984-92 | Professor & Head of Computer Science | Southwest Missouri State University |
| 1979-84 | Professor of Physics | Southwest Missouri State University |
| 1975-79 | Associate Professor of Physics | Southwest Missouri State University |
| 1969-75 | Assistant Professor of Physics | Southwest Missouri State College |

## Courses Taught

Analog Computer Simulation Techniques, Computer Organization, Computer Graphics, Computer Interfacing, Data Communications and Networks, Languages (Assembler, FORTRAN, Pascal, PL/1), Microcomputer Applications, Operating Systems, Applied Mathematics, Classical Mechanics, Circuit Theory, Dynamics, Electrical Measurements, Electromagnetic Field Theory, Electronics, Kinetic Theory, Modern Physics, Optics, Quantum Mechanics, Solid State Physics, Statistical Physics, Statics, Thermodynamics

## Consulting Activities

Since 1989, investigated or reconstructed over 1000 accidents involving automobiles, bicycles, motorcycles, trucks, off-road vehicles, pedestrians, tractor-trailers, and trains; testified (deposition and trial) over 300 times

## Membership in Professional Organizations

- California Association of Accident Reconstructionists (CAARS)
- Illinois Association of Technical Accident Investigators (IATAI)
- Midwest Association of Technical Accident Investigators (MATAI)
  o Board of Directors 2004-
- Missouri Academy of Science
  o Southwest District Junior Academy Chairperson 1971-76
  o Education Section Chairperson 1974-75
  o Computer Science section Founder 1985 and Chair 1985-86

- National Association of Professional Accident Reconstruction Specialists (NAPARS)
- National Safety Council
- Sigma Xi
- Society of Automotive Engineers (SAE)
- Society of Physics Students
- Texas Association of Accident Reconstruction Specialists (TAARS)
- Washington Association of Technical Accident Investigators (WATAI)

## Professional Development Activities

- Analog Simulation and Computation (5 day course). EAI Inc., 1971
- Iterative Analog Computation (5 day course). EAI Inc., 1976
- Microcomputer Interfacing (2 day workshop). TERC Inc., 1980
- Microcomputer Interfacing and Design (3 day workshop). VPI, 1981
- Microcomputer Graphics Programming (2 day workshop). TERC Inc., 1982
- Intel iAPX 86, 88, 186 Microprocessor Design (5 day workshop). Intel, 1984
- Data Communications (3 day workshop). Data-Tech Institute, 1984
- VAX/VMS Utilities and Commands (5 day course). DEC, 1986
- Applying Graphics Standards (1 day seminar). ACM SIGGRAPH, 1987
- Computer Graphics Animation in the Physical Sciences (1 day seminar). ACM SIGGRAPH, 1987
- Ray Tracing (1 day seminar). ACM SIGGRAPH, 1988
- Mathematics for Computer Graphics (1 day seminar). ACM SIGGRAPH, 1989
- UNIX for Programmers (3 day course). AT&T, 1989
- 'C' Programming (5 day course). Intel, 1989
- Introduction to Window Management (1 day seminar). ACM SIGGRAPH, 1990
- Stereographics (1 day seminar). ACM SIGGRAPH, 1990
- Fundamentals of Computer-Human Interface Design (1 day seminar). ACM SIGGRAPH, 1991
- Techniques in Algorithm Visualization (5 day workshop). Lawrence University, 1991
- Unix System V Release 4 Systems Administration (5 day course). AT&T, 1991
- Teaching and Using Ada in CS1 and CS2 (1 day seminar). ACM SIGSCE, 1992
- Advanced Accident Investigation (2 week course). Texas A&M, 1992
- Light-Truck/Trailer Braking Systems and Stopping Capabilities (3 day workshop). TAARS, 1993
- Heavy Vehicle Braking and Stability (2 day conference), TAARS, SOAR, WATAI, 1994
- Commercial Vehicle Accident Investigation and Reconstruction (1 week course). Texas A&M,1994
- Reverse Projection Photography, Lamp Examination, CRASH3 Data (2 day seminar), TAARS,1995
- 3D Computer Visualization, Injury Mechanism Analysis (2 day seminar), TAARS, 1996
- Underride Crash Testing & Photogrammetry Workshop, SAE AIP Committee, 1996
- CRASH 97 (5 day conference), Texas A&M, 1997
- Momentum, Evidence Preservation, Alternate Solutions (3 day conference), IATAI, 1997
- Momentum-Energy Principles, Low Speed Impacts, Simulation Software (3 day conference), MATAI, 1998
- Perception/Reaction Degradation by Alcohol & Fatigue, Mechanics of Vehicle Rollover, Computer Software for Reconstruction, Facts & Mechanics for Injury Analysis from a Pathologist's View, TAARS, 1998
- WREX2000 (5 day conference), Texas A&M, 2000
- IPTM Special Problems (3 day conference), Univ of North Florida, 2001
- Factors Affecting Perception-Response Time, CRASH Algorithms,MSMAC software (3 day conference), Southeast Coast Collision Conference/Southeast Accident Reconstruction Society, 2001
- Crash Data Retrieval Systems, University of California, Riverside, University Extension, 2001
- Perception-Reaction Time Factors, Information Processing During Driving (3 day conference), MATAI, 2002

- Commercial Truck Seminar (3 day conference), CAARS, 2002
- Perception/reaction, Mechanical Failure Investigation, Auto/Pedestrian/Bicycle Accident Reconstruction and Investigation, Supplemental Restraint Systems, Event Data Recorders, 4th Annual Rocky Mountain Crash Conference (3 day conference), 2003
- Momentum Principles, Roadway Evidence, Time/Distance, Photography, PDOF, Child Safety Seats, Lamp Examination, Kinetic Energy, MATAI (3 day conference), 2003
- Drag Sled/Skid Testing Project,Momentum Analysis, Mechanical Failures,CDR Update, Pennsylvania State Police Reconstruction Seminar (3 day seminar), 2003
- Inline Wheel Devices, Spreadsheet Applications for Accident Reconstruction, Biomechanical Injury Causation, Medical Collision Investigation (3 day conference), CAARS, 2003
- Multi-Vehicle Reconstructions, Tire Failure Analysis, Pedestrian Crash Reconstruction, Occupant Kinematics Analysis in Rollover, Side and Rear Impacts, CDR technology, Forensic Death Investigations, Crash Reconstruction Case Preparation (3 day conference), MATAI, 2004
- CDR Certification Course (3 day course), CSI, 2004
- IPTM Special Problems (4 day conference), Univ of North Florida, 2005
- ARC-CSI Conference (4 day conference), 2005
- Introductory and Advanced PC-Crash Workshops (4 days), MEA Forensic Engineers & Scientists, 2005
- iWitness Training Workshop, (4 day course), DeChant Consulting, 2005
- CDR User's Conference (2 day conference), ARC/CSI. 2006
- IPTM Special Problems (4 day conference) Univ of North Florida, 2006
- Forensic Aspects of Traffic Crash Investigation, REC-TEC Software Applications, Highway Safety Issues, Crush/Vehicle Measuring Techniques, Pedestrian Crash Investigation (3 day conference), MATAI, 2006
- CDR Analyst's Certification Course (3 day course), CSI, 2006
- Rollover Crash Investigation Seminar (4 day conference), Nebraska State Patrol, 2006
- Forensic Science, Commercial Vehicle ABS, Computer Animations, CDR Technology (3 day conference), IATAI, 2006
- Human Factors, Computer Simulations, Night Time Visibility and Reaction Times, Commercial Event Data Recorders, Commercial Vehicle Deceleration Rates, (4 day conference), F3T2, 2006
- CDR User's Conference (3 day conference), ARC/CSI, 2007
- Using Excel in Accident Investigation (5 day course), Accident Analysis & Reconstruction Inc, 2007
- CrashZone Overview, Seatbelt Analysis, Non-Conforming Pedestrian Impacts, Forensic Friction, Bicycle Acceleration, Momentum & Rotational Mechanics, Driver Fatigue, Highway Sightline, Post-Impact Trajectory Analysis (4 day conference), MATAI, 2007
- MUTCD Part 6 Supervisor and Flagger Certification Training Course (2 day course), United Transportation Training Inc, 2007
- Traffic Crash Fraud, Crush Measuring Protocol, Field Testing of Mapping Devices, Balancing Collision Forces in Crush Energy Analysis, Computer Monsters in the Courtroom (3 day conference), IATAI, 2007
- Occupant Kinematics, CDR update, Collisions at Signalized Intersections, Occupant Injury Patterns (3 day conference), NYSTARS & NAPARS, 2007
- Appropriate Applications of Momentum Analysis, New Developments in Event Data Recorders, Inspection of Rollover Vehicles, SATAI, 2007
- Tire Failure, Vehicle Rollovers, and Vehicle Fire Causation, MATAI, 2008
- CDR Technician's Course (1 day course), CSI, 2008
- CDR Analyst's Course (4 day course), CSI, 2008
- Pole impacts, critical speed validation (3 day conference), NJAAR, MATAI, NAPARS, NATARI, NYSTARS, 2008
- Commercial Motor Vehicle Collision Reconstruction (5 day course), OPP, 2008
- Side Underride Analysis Training Course (1 day course), The Engineering Institute, 2008

- Pole Impact Analysis, CMV Electronic Control Modules, CMV Air Brake Systems, Crush Measurement Protocol, Pedestrian Crash Reconstruction, Visibility Analysis, Event Data Recorders in Traffic Accident Reconstruction, Vehicle Aerodynamics (3 day conference), MATAI 2009
- ECM Accuracy and Test Results, Effects of Adjustment on Air Brake Operation, CMV Electronic Data, Analysis of DDEC Reports to Verify Hours of Service Compliance, (3 day conference) NAPARS Combined Conference, 2009
- CDR User's Summit (3 day conference), ARC/CSI, 2010
- Commercial Vehicle Drive Train Analysis, Advanced Pedestrian/Bicycle Crash Investigation, Case Analysis, History and Application of EDCRASH, Crash Data Retrieval Update, Analysis of Crash Testing, IPTM Special Problems (5 day conference), University of North Florida, 2010
- Human Factors in Traffic Crashes (3 day conference), MATAI 2010
- Researching stiffness data and calculating stiffness values, basic physics in accident reconstruction, spin analysis, reconstructing a nighttime pedestrian crash in the rain, CDR update, SCARS 2010
- CDR Technician's Course (1 day course), CSI, 2010
- CDR Analyst's Course (4 day course), CSI, 2010
- CDR User's Conference (3 day conference), ARC/CSI, 2011
- Photomodeler Photogrammetry (3 day course), EOS, 2011
- Advanced Collision Reconstruction with CDR Applications, Crash Data Specialists (5 day course), 2011
- Restraint systems, CDR updates, momentum and energy (3 day conference), MATAI 2011
- Toyota CDR Update presentation (1 day), PSP, 2011
- Digital Photography for Accident Investigation class (1 day), NATARI Combined Conference, 2011
- Pedestrian and Bicycle Accident Investigation (3 day conference) NATARI, 2011
- CDR User's Conference (3 day conference), ARC/CSI, 2012
- CDR 5.0.1 Update, Using EDR and PDOF to calculate $\Delta v$ (3 day conference) MATAI 2012

## Recognitions and Certifications

- National Honor Society
- High School Valedictorian
- Sigma Pi Sigma (Physics Honorary Society)
- Upsilon Pi Epsilon (Computer Science Honorary Society)
- Beta Gamma Sigma (AACSB Business Honorary Society)
- Phi Kappa Phi (Honorary Society)
- SAE Excellence in Oral Presentation Award
- ACTAR Accreditation
- CDR Technicial Certification
- CDR Analyst Certification
- Missouri State University Wall of Fame inductee

## Publications and Reports

- "Optical Properties and Piezo-Reflectance of Silver Palladium Alloys," Phys. Rev. B3, 1971, pp. 4015-4023, with D W Lynch.
- "The Behavior of High Pressure Air in Critical Flow Through Nozzles," Journal of Thermophysics and Heat Transfer, Vol. 4, No. 1, January, 1990, pp. 37-41, with R A Martin and C L House.
- Comments on "The Overturn of Vehicles Due to Wind," Accident Reconstruction Journal, Vol. 5, No. 2, March/April, 1993, p. 14.
- "A Theoretical Analysis of Light Truck/Trailer Stopping Capabilities," T.A.A.R.S. Report on Light Truck/Trailer Braking Tests, November 1993, pp.1-11.
- "The Importance of the Weight Distribution of a Vehicle During Braking," [online]. TARO, July 1997. Available from Internet: <URL: http://www.tarorigin.com/art/Bschmidt/>.

- "Vehicle Acceleration: A Critical Examination of Methodologies," Accident Investigation Quarterly, Issue 13, Winter 1997, p. 36.
- "Speed Dependence of Drag Factors," with M Sunseri, [online]. TARO, January 1998. Available from Internet: <URL: http://www.tarorigin.com/art/Bschmidt/Dfactor/>.
- "Least Squares Analysis Applied to Accident Reconstruction," [online]. TARO, January 1998. Available from Internet: <URL: http://www.tarorigin.com/art/Bschmidt/LstSqr/>.
- "System-Based Energy and Momentum Analysis of Collisions," SAE paper 980026, with W R Haight, T J Szabo, and J B Welcher, Accident Reconstruction: Technology and Animation VIII, February 1998, pp. 103-116.
- "REDUCE: A Program for Reducing Reducible Representations," with J F O'Brien, Journal of Chemical Education, October 1998, p. 1338.
- "Quantifying the Uncertainty in Various Measurement Tasks Common to Accident Reconstruction," SAE paper 2002-01-0546, with W Bartlett, W Wright, O Masory, R Brach, A Baxter, F Navin, and T Stanard, Accident Reconstruction 2002, SP-1666, March 2002.
- "Accuracy of Vehicle Speed Estimates by Stationary Witnesses," with W Bartlett, W Wright, R Brach, A Baxter, O Masory, IMPACT, Journal of the Institute of Traffic Accident Investigators, Kent UK, Vol 11 No 1, 2002, pp. 10-14.
- "Comparison of Drag-Sled and Skidding-Vehicle Drag Factors on Dry Roadways," SAE paper 2006_01_1398, with W Bartlett, A Baxter, E Livesay, T Stannard, W Wright, April 2006.
- "Results of Large Scale Drag Sled Testing," with A Baxter, W Bartlett, E Livesay, W Wright, Accident Investigation Quarterly, Issue 42, Spring 2006, pp. 18-20.
- "Two Dimensional Analysis of EDR Information," Collision, Vol. 2, Issue 1, 2007, pp. 12-18.
- "Time Development of Delta-V and PDOF During a Collision," Collision, Vol 5, Issue 2, 2010, pp. 76-85.
- "Cone of Departure—A Good Idea But Not a Law," with W Bartlett, Collision, Vol 5, Issue 2, 2010, pp. 108-111.
- "Eccentric Collisions and Post-Impact Motion – busting a Myth," with Michelle Beach, Collision, Vol 6, Issue 2, 2011.

## Presentations

- "Analog Computers in Physics," AAPT-MO Conference, November, 1973.
- "Integrated Circuits--an SMDSTA Workshop," AAPT-MO Conference, November, 1979, with R E Thurman.
- "A Square Root Algorithm," MAS Computer Science Section Conference, April, 1985.
- "Computer Science in Missouri Secondary Schools," MAS Computer Science Section Conference, April, 1989.
- "Reduce: A Program in BASIC and FORTRAN Which Reduces Reducible Representations," Midwest Regional Meeting of the American Chemical Society, November, 1989, with J F O'Brien.
- "Lectures in Applied Computing," invited 10-lecture series presented to the Computer Science Department of Shandong Teachers University and the Electrical Engineering Department of Shandong University, People's Republic of China, March-April, 1991.
- "Observations on Computer Science Education in China," MAS Computer Science Conference, March, 1992.
- "A Theoretical Analysis of Light-Truck/Trailer Braking Systems and Stopping Capabilities--A Preliminary Report," TAARS Annual Conference, May, 1993.
- "Applied Physics for Accident Reconstruction," one-week course for Texas A&M Engineering Extension Service, at Texas, Maryland, California, Massachusetts, South Carolina; June, 1994; April, August, September, 1995; January, June, August, November, 1996; June, October, 1997; November, 1998.
- "Automobile Accidents and Occupant Injuries--Causes and Effects," invited presentation, Conference on Rescue and Emergency Care of Trauma Patients, Taney County Emergency Medical Services, April, 1995.

- Accident reconstruction testimony, invited presentation for the Federal Practice and Procedure Seminar, Springfield Metropolitan Bar Association, May, 1996.
- "System Based Energy and Momentum," invited keynote presentation, CRASH 97, March, 1997.
- "Physics Principles Applied to Vehicular Motion and Occupant Kinematics," four-day seminar presented to the National Transportation Safety Board, April, 1997.
- "Rear-End Collision/Closing Velocity Analysis," invited presentation, Illinois Association of Technical Accident Investigators, September, 1997.
- "A Return to Classical Physics," Lynch Symposium, Iowa State University, October, 1997.
- "System-Based Energy and Momentum Analysis of Collisions," SAE paper 980026, with W R Haight, T J Szabo, and J B Welcher, SAE International Congress and Exposition, Detroit, Michigan, February 1998.
- "Computers for Learning," with Michelle Hulett, MAS Science Education Section Conference, April, 1998.
- "Momentum Conservation and Accident Reconstruction: Principles, Applications, and Limitations," invited presentation, Midwest Association of Technical Accident Investigators, May, 1998.
- "Cultivating Faculty Leadership," with David Belcher, Carol Anne Costabile-Heming, and Madeleine Kernan, AAHE Conference on Faculty Roles and Rewards, February, 2000.
- Biomechanics/Engineering testimony, invited participant, mock trial, Biomechanical Training Conference, American National Property And Casualty Companies, June, 2000.
- "Drag Sled Testing," with Al Baxter, invited presentation, WREX 2000, September, 2000.
- "Understanding and Applying Principal Direction of Force," invited presentation, SECCC/SARS Conference, August, 2001.
- "Physics Applications for Accident Reconstruction," invited presentation, Rocky Mountain Crash Conference, May, 2003.
- "Momentum Principles and Accident Reconstruction," invited presentation, Midwest Association of Technical Accident Investigators Conference, June, 2003.
- "Drag Sled Validation Study," with Wade Bartlett, Al Baxter, Ed Livesay, and Bill Wright, Pennsylvania State Police Reconstruction Seminar, October, 2003.
- "Physics Applications for Accident Reconstruction," Pennsylvania State Police Reconstruction Seminar, October, 2003.
- "Spreadsheet Applications for Accident Reconstruction," invited presentation, California Association of Accident Reconstruction Specialists Conference, October, 2003.
- "Applied Physics for Accident Reconstruction," one-week course, Colorado State Patrol Academy, October, 2003.
- "Auto Accident Reconstruction," invited presentation, Faculty-Student Seminar, Southwest Missouri State University, December 2003.
- "Applied Physics for Accident Reconstruction," one-week course, Midwest Association of Technical Accident Investigators, February 2004.
- "The History of Physics – The Transition from Classical to Modern Physics," invited presentation, History Seminar, Southwest Missouri State University, September 2004.
- "Measurements and Statistical Analyses" [Regression analysis applied to motorcycle crashes], invited presentation, California Association of Accident Reconstruction Specialists Conference, October, 2004.
- "Applied Physics for Accident Reconstruction," one-week course, Mobile IV Training Unit, February 2005.
- "Drag Sled Analysis," invited presentation, with Wade Bartlett, Al Baxter, Ed Livesay, and Bill Wright, IPTM Special Problems, April 2005.
- "Accident Reconstruction," invited presentation, Springfield Metropolitan Bar Association, May 2005.
- "Energy and Damage," invited presentation, ARC-CSI Conference, June 2005.
- "Improving Your Survival Odds," invited presentation, Faculty-Student Seminar, Missouri State University, Septermber 2005.
- "Delta-v—Uses and Misuses," invited presentation, IPTM Special Problems, April 2006.

- "Pedestrian Crash Investigation," invited presentation, with George Bonnett, MATAI, June 2006.
- "Accident Reconstruction—Forensics, Human Factors, and Classical Physics," invited presentation, Dept of Physics Astronomy and Materials Science Colloquium, Missouri State University, September 2006.
- "Two Dimensional Analyses of EDR Information," invited presentation, CDR Users Conference, January 2007.
- "Post-Impact Trajectories and Other Physics Applications to Collisions," invited presentation, WATAI Conference, May 2007.
- "Issues Involving Post-Impact Trajectories," invited presentation, MATAI Conference, May 2007.
- "Appllied Physics for Accident Reconstruction," one week course, Colorado State Patrol Academy, May 2007.
- "Issues Involving Speed Calculations," invited presentation, Southeast Collision Reconstruction Conference, July 2007.
- "Errors and Omissions in Accident Reconstruction," invited presentation, California Association of Accident Reconstruction Specialists, October 2007.
- "Common Errors in Post-Impact Trajectories," invited presentation, Southwest Association of Technical Accident Investigators, November 2007.
- "Understanding Newton's Laws – Going Beyond the Equations," invited presentation, Southwest Association of Technical Accident Investigators, November 2007.
- "Applied Physics for Accident Reconstruction," one-week course for United Transportation Institute, to the California Highway Patrol, taught twice in January, 2008.
- "Applied Physics for Accident Reconstruction," one-week course, Delaware Highway Patrol, March, 2008.
- "Newton's Laws, Point Mass Mechanics, and Rotational Mechanics," invited presentation, California Association of Accident Reconstruction Specialists Training Conference, April, 2008.
- "Newton's Laws, Point Mass Mechanics, and Rotational Mechanics," two-day training seminar, Missouri Department of Transportation, June 2008.
- "Applied Physics for Accident Reconstruction," one-week course, Maryland State Police, July 2008.
- "Applied Physics for Accident Reconstruction," one-week course, Michigan Highway Patrol, August, 2008.
- "Accident Reconstruction—Forensics, Human Factors, and Classical Physics," invited presentation, Dept Society of Physics Students, Missouri State University,  October 2008.
- "Rotational Mechanics," invited three day presentation, Texas Association of Accident Reconstruction Specialists, November 2008.
- "Accident Reconstruction—Forensics, Human Factors, and Classical Physics," invited presentation, Physics Department Mechanics Class, Missouri State University,  March 2009.
- "Applied Physics for Collision Reconstruction," one-week course, Oregon State Police,September, 2009.
- "Newton's Laws and Conservation of Momentum with Applications in Heavy Truck Crashes," invited presentation, NAPARS Combined Conference, October, 2009.
- "Time Development of PDOF and  Delta-V," invited presentation, ARC-CSI, May, 2010.
- "Time Development of PDOF and  Delta-V," invited presentation, South Carolina Accident Reconstruction Society, July, 2010.
- "Accident Reconstruction—Forensics, Human Factors, and Classical Physics," invited presentation, Physics Department Mechanics Class, Missouri State University,  October, 2010.
- "Applied Physics for Collision Reconstruction," one-week course, Ontario Provincial Police, November, 2010.
- "Newton's Laws," invited presentation, Maryland Collision Reconstruction Conference, March 2011.
- "Driving Safely," presentation to UMM, October 2011.

## Student Projects Directed

- Donna Hilton and Mike Hardman, "Creating Holographic Images Using Self-Reflected Reference Beams," 1970.
- Steve Page, "Analog Computer Modeling,", 1972.
- Charles Shubert, "Fluorescence in Chlorophyll," 1973.
- Lois Arms, "Thermoluminescence in Alkali Halides," 1974.
- David Andereck, "Analog Computer Modeling of Thermoluminescence in Plastically Deformed Alkali Halides," 1975.
- Yousef Abbassi, "Analysis of Signals in Electrical Circuits," 1976.
- Ronald Ballwin, "Designing and Implementing a General Purpose Analog Computer," 1977.
- Doug Carroll, "A Thermodynamic Study of Valve Designs for Improving the Efficiency of Internal Combustion Engines," 1980.
- Jonathon Dowell, "Solid State Characteristics of Materials," 1984.
- Charles Hopkins, "Bulletin Board Communications Protocols," 1985.
- John Pentecost, "Displaying Probability Densities of Hydrogen Atoms," 1985.
- David Luckenbach, "Data Compression Techniques for the Efficient Storage of Graphics Images," 1986.
- James Brake, "Computerized Free-Fall Measurements," 1986.
- Dudley Brown, "Using MMD to Synthesize Musical Forms," 1988.
- Stephen Jasinksi, "A Critical Examination of the Language Bindings in the University of Lowell GKS Graphics System," 1988.
- Kenneth Kennedy, "Theoretical and Practical Design Considerations for Implementing a Local Area Network," 1988.
- Dean Riden, "A Tutorial for GKS Graphics Software," 1989.
- Lemmuel Beason, "Computer Architectures," 1989.
- Bernard Hung, "A Comparison of Different Architectural Models in Designing Microprocessor-Based Systems," 1989.
- Craig Nicholotsky, "Using the Graphical Kernel System to Produce Controlled Distortions of Graphics Images," 1989.
- Paul Lauda and Francine Voss, "Developing and Implementing a Comprehensive Data Base System," 1991.
- Mary Tarullo, "A User's Overview of the Unix Operating System," 1992.
- Clay Hainline, "Vehicle designs to improve crashworthiness," 1998.
- Carla McGee, "The Relationship Between Energy Loss and Velocity Change in Analyzing Vehicle Collisions," 2006.

## Funded Awards

- "Thermoluminescence in Alkali Halides," Faculty Summer Research Fellowship at the Kansas State University Consortium for Physics Education (CAPE). NSF, $2500, 1971.
- "A Liquid Nitrogen Cryostat for Thermoluminescence Experiments," CAPE Equipment Grant. NSF, $800, 1971.
- "Analog Computer Multipliers to Simulate Thermoluminescence," CAPE Equipment Grant. NSF, $2000, 1972.
- "Thermoluminescence of Certain Plastically Deformed Alkali Halide Crystals," University Faculty Research Project. Southwest Missouri State University Research Grant, $190, 1974.
- "Development of Data Communications Experiments for Microcomputers," University Faculty Research Project. Southwest Missouri State University Research Grant, $3900, 1984.
- "Improving the Graphics Curriculum," Educational Resource Grant, ACM SIGGRAPH, $1100, 1987.
- "Lectures in Applied Computing," a three-week lecture series in the People's Republic of China. Funded by the Chinese Provincial Universities Development Project, $8000, 1991.

- "A Generalized Algorithm Visualization/Animation Laboratory," Equipment Grant. Funded by AT&T Computer Systems, $543,995, with Richard Martin, 1991.
- "Techniques in Algorithm Visualization," Grant to attend an NSF-sponsored workshop at Lawrence University, $200, 1991.

## University and College Service

- University Scholarship Committee 1969-72
- University Student Relations Committee 1972-73
- Council of the School of Science & Technology 1972-74 (Chair 1973-74)
- School Dept. Head Evaluation Committee Chairperson 1976
- Faculty Leave Committee 1974-78
- Faculty Relations Committee 1974-78 (Chair 1977-78)
- Faculty Senate 1972-74, 1976-78, and 1979-81 (Vice-Chair 1979-80, Chair 1980-81)
- University Research Institute Task Force 1981-82
- University Planning Council Chairperson 1981-83
- Student Orientation and Registration Leader 1982-89
- Vice President for Academic Affairs Search Committee 1983-84
- University Reorganization Task Force 1983-84
- University Computer Resource Allocation Committee 1983-84
- North Central Accreditation Self Study Steering Committee 1984-85, 1993-96
- College Dean Search Committee Chairperson 1987
- University Planning Advisory Council 1987-89
- College of Science and Mathematics Advisory Committee 1987-92
- Chemistry Department Head Search Committee 1989-90
- College Scholastic Appeals Committee 1990
- College Scholarship Committee 1990-91
- Computer Service's Academic Computer Advisory Committee Chairperson 1990-91
- Computer Service's Computer Network Advisory Committee Chairperson 1992
- Vice President for Administrative Services Search Committee 1993
- Information Technology Advisory Board Chairperson 1994-2005
- Intercollegiate Athletic Committee 1996-2005
- Enrollment Management Executive Committee 2000-2005 (Chair 2001-02)
- Financial Exigency Task Force 2001-02

## Professional Service

- Served as judge at dozens of local and regional science fairs, 1970-92.
- Gave over 100 talks to area schools and community organizations on topics including energy conservation, science education, physics and medicine, computers and society, computers and art, issues in higher education, 1971-2002.
- Conducted dozens of workshops and short courses on science laboratory techniques, computer programming, computer applications, and data communications, 1973-92.
- Wrote pre-publication reviews of computer science textbooks for several publishers, 1987-91.
- Reviewed grant proposals at various times for NSF and the Missouri Research Assistance Act.
- Served on the Ozarks Science and Engineering Fair Board of Directors, (Board Chair 1994-97), 1992-2005.
- Reviewed educational literature for United States Department of Transportation, 1995.
- Provided assistance to law enforcement personnel, NTSB personnel, and private accident reconstruction professionals in helping to analyze and reconstruct numerous collisions, 1995-
- Advised and critiqued work of individuals developing accident reconstruction documents and software, 1996-2010.

C.V. Bruno Schmidt-10

- Serving on the SAE Accident Reconstruction Review Committee for the 2003, 2004, 2005, 2006 , 2007, 2008, 2009, 2010, 2011, 2012 SAE Congresses, 2002-
- Served on Board of Directors, Midwest Association of Technical Accident Investigators, 2004-2010 (Vice Chair 2006-2009, Chair 2009-2010)
- Co-moderator (elected position) of International Network of Collision Reconstructionists (INCR), 2005-
- Representing NAPARS on the Governing Board of Directors, Accreditation Commission for Traffic Accident Reconstruction (ACTAR) 2006-

EXHIBIT B.SUMMARY OF SWORN TESTIMONY
THROUGH JUNE 2012
BRUNO SCHMIDT

| Year[1] | Case | Plaintiff Attorney[2] | Defense Attorney[2] | Venue (d=deposition, t=trial) | d | t |
|---|---|---|---|---|---|---|
| 2007 | Brees v Stoddard & McDowell | David Ransin | Rasmussen Willis Dickey & Moore, Rabbit Pitzer & Snodgrass, Schmidt Kirby & Sullivan | Greene County Circuit Court | ✓ | |
| 2007 | Peden v McKichan | Michael Johnson | Franke Schulz & Mullen, | Taney County Circuit Court | ✓ | |
| 2007,08 | Teuber v Vance Bros et al | Davis Ketchmark & McCreight | Schmitt Manz Swanson & Mulhern | Jackson County Circuit Court | ✓ | ✓ |
| 2007 | Peacock v DaimlerChrysler et al | Strong Law Firm | Lathrop & Gage, MO Highway & Transportation Commission | Newton County Circuit Court | ✓ | |
| 2007,08 | Cline v MODOT | Mcdonald Hosmer King & Royce | MO Highway & Transportation Commission | Lawrence County Circuit Court | ✓ | ✓ |
| 2007 | Clemens v Jolley | David Ransin | Malkmus Law Firm | Greene County Circuit Court | ✓ | |
| 2007 | Shipp v MO Dept of Conservation | Cook Barkett MaGuire & Ponder | Hackworth Hackworth & Ferguson | Reynolds County Circuit Court | ✓ | |
| 2007 | Kinney v Schneider | Hershewe Law Firm, Pettit & Pettit | McLeod & Heinrichs, Harris & McCausland | Jackson County Circuit Court | ✓ | |
| 2007,07 | Wergin v Runnebaum & Pitt Trucking | The McIntosh Law Firm | Law Offices of John H Thompson | KS Johnson County Circuit Court | ✓ | ✓ |
| 2007 | Gateway v Serafin & Deluca | Randy James & Associates PC | Schmitt Manz Swanson & Mulhern | Jackson County Circuit Court | ✓ | |
| 2007 | Jackson v Myhre & Mann | Wendell Hoskins | Lowes & Drusch | US District Court E Dist of MO SE Div | ✓ | |
| 2008,10 | Savage v Bail | Andereck Evans Milne Peace & Johnson | J Cristopher Spangler | Saline County Circuit Court | ✓ | ✓ |
| 2008 | Krouscup v Burton | Pettit & Pettit, John Cowherd | Long Luder & Gordon | Stone County Circuit Court | ✓ | |
| 2008 | Schneider v Brown & Cruse | Spoeneman Watkins Waltrip & Harvell | Larry Hartstein | St Charles County Circuit Court | ✓ | |
| 2008 | Stidham v Trolinger & Petty | David Ransin, Bryan Scheiderer | Remley Law Firm, Rabbit Pitzer & Snodgrass | Dent  County Circuit Court | ✓ | |
| 2008 | Pycke v Tindall & MO Dept of Corrections | Langdon & Emison | Missouri Attorney General | Cooper County Circuit Court | ✓ | |
| 2008 | Ash v Layher | Larson Law Firm | Brown & James | Greene County Circuit Court | ✓ | |
| 2008 | Talwar v Souers | Lathrop & Gage | Rabbitt Pitzer & Snodgrass | St Louis County Circuit Court | ✓ | |
| 2008,08 | State of Missouri v Baird | State of Missouri | Glades Law Firm | Stone County Circuit Court | ✓ | ✓ |
| 2008 | Simpson v Rainwater | Scott Hunter | Dan Defoe | Jackson County Circuit Court | | ✓ |
| 2008 | Vidacak v Celadon | Whiteaker & Wilson | Hall Ansley Rodgers & Sweeney | Webster County Circuit Court | ✓ | |

Footnote 1:  If there are two years listed, the first is the deposition year, the second is the trial year.
Footnote 2.  Underlined law firm is the one that retained me.

SUMMARY OF SWORN TESTIMONY
THROUGH JUNE 2012
BRUNO SCHMIDT

| Year[1] | Case | Plaintiff Attorney[2] | Defense Attorney[2] | Venue (d=deposition, t=trial) | d | t |
|---|---|---|---|---|---|---|
| 2008 | Smith v DK Trucking | Baird Lightner Millsap & Harpool | Taylor Stafford Clithero Fitzgerald & Harris, Slagle Bernard & Gorman, Flanigan Lasley & Moore | Lawrence County Circuit Court | ✔ | |
| 2008 | Lien v PSI | Davis Ketchmark & McCreight | Kutak Rock, Sherman Taff Bangert Thomas & Coronado | Jackson County Circuit Court | ✔ | |
| 2008 | Nichols v City of Springfield | Corbett Law Firm | Hyde Love & Overby, City of Springfield | Greene County Circuit Court | ✔ | |
| 2008,09 | Shake v Union Pacific Railroad et al | Schlapprizzi Law Firm | Brown & James | Stoddard County Circuit Court | ✔ | ✔ |
| 2008 | Schmidt v Melton | Corbett Law Firm | John Kizer | Greene County Circuit Court | | ✔ |
| 2008 | Smith v Hensel Phelps et al | Frasier Frasier & Hickman, Charles Brian Alred | The Richardson Law Firm, Atkinson Hakins Nellis Brittingham Gladd & Carwile, The Davis Law Firm of Oklahoma | Mayes County OK District Court | ✔ | |
| 2008 | Cathey v American Bobtail Inc | Randy James & Associates PC | Case and Roberts, Baker Sterchi Cowden & Rice, Dysart Taylor Lay Cotter & McMonigle, Shughart Thomson & Kilroy, Ensz & Jester, Reger Rizzo & Darnall | US District Court Kansas | ✔ | |
| 2008 | Curtis v Red Bridge Place Housing et al | Slagle Bernard & Gorman, Turner & Sweeney | Rasmussen Willis Dickey & Moore | Jackson County Circuit Court | ✔ | |
| 2008 | Mengwasser v Kempke Trucking | Randy W James & Associates | Brown & James | Cole County Circuit Court | ✔ | ✔ |
| 2008 | Butner v Fisher | Sly James | Stephanie Warmund, Evans&Dixon | Jackson County Circuit Court | ✔ | ✔ |
| 2008 | McDaniel v Self | R Scott Reid | Edmundson Edmundson & Innes | St Francois County Circuit Court | ✔ | |
| 2008 | Oleson v PSI et al | Bartimus Finkleton Robertson & Gorney | Sanders Conkright & Warren | Lafayette County Circuit Court | ✔ | |
| 2008 | Orr v MODOT | Corbett Law Firm | Missouri Highway Department of Transportation | Ralls County Circuit Court | ✔ | |
| 2008,09 | Martinez v Earth Grains Baking | Barnes Law Firm | Shugart Thomson & Kilroy | Jackson County Circuit Court | ✔ | ✔ |
| 2009,10 | Monteil v Richie | Redfearn Law Firm | Franke Schulz & Mullen, | Jackson County Circuit Court | ✔ | ✔ |

-----------------------------------------------------------
Footnote 1: If there are two years listed, the first is the deposition year, the second is the trial year.
Footnote 2. Underlined law firm is the one that retained me.

SUMMARY OF SWORN TESTIMONY
THROUGH JUNE 2012
BRUNO SCHMIDT

| Year[1] | Case | Plaintiff Attorney[2] | Defense Attorney[2] | Venue (d=deposition, t=trial) | d | t |
|---------|------|----------------------|---------------------|-------------------------------|---|---|
| 2009 | Loveall v DW Jones et al | Randy James & Associates PC | Ferguson & Schieber, Wallace Saunders Austin Brown & Enochs, Templeton Barrow & Swedberg, Paule Camazine & Blumenthal, Andereck Evans Milne Peace & Johnson | | ✔ | |
| 2009 | Hance v Altom & Carey | Schriemann Rackers Francka & Blunt | Lange & Paulus, Smith & Turley | Dent County Circuit Court | ✔ | |
| 2009,10 | Parks v Ford Motor Company | Shamberg Johnson & Bergman, Kevin D Stanley | Turner Reid Duncan Loomer & Patton, Hunter & Nanz, Lewis Rice & Fingersh | Jackson County Circuit Court | ✔ | ✔ |
| 2009 | Alumbaugh v Tackett & MODOT | Hershewe Law Firm | Smiling Miller & Vaughn, Missouri Highway Department of Transportation | Jasper County Circuit Court | ✔ | |
| 2009 | Hughes v Williams & Potts | Shamberg Johnson & Bergman | Waldeck Matteuzzi & Sloan | Douglas County KS Circuit Court | ✔ | |
| 2009 | Galvez et al v General Motors & Howard | Langdon & Emison | Harline Dacus Berger Dreyer & Kern | Jackson County Circuit Court | ✔ | |
| 2009 | Collins v PTS and CK Trucking | Davis Ketchmark & McCreight | Waldeck Mattuezzi & Sloan, Foland & Wickens | US District Court W Dist of MO W Div | ✔ | |
| 2009 | Leslie v Butts & Materials Transport | Brad Bradshaw3 | Taylor Stafford Clithero & Fitzgerald | Greene County Circuit Court | ✔ | |
| 2009 | Jenkins v Tow-Pac | Hall Ansley Rodgers & Sweeney | Husch Blackwell Sanders | US District Court W Dist of MO S Div | ✔ | |
| 2009 | Brown v Budreck Truck Lines Inc & Ruiz | Strong Garner Bauer | Daniel Menzie | Greene County Circuit Court | ✔ | |
| 2009 | Dunham v Midwest Trucking | Hosmer King & Royce | Baty Holm & Numrich | US District Court | ✔ | |
| 2009 | Chubb v Ryder Logistics | Shamberg Johnson & Bergman | Baker Sterchi Cowden & Rice | Johnson County Circuit Court | ✔ | |
| 2009 | Allen v Waste Corporation of America | Brad Bradshaw | Husch Blackwell Sanders | Greene County Circuit Court | ✔ | |
| 2009 | Parrish v Complete Auto Rental | Strong Garner Bauer | Franke Schulz & Mullen | Webster County Circuit Court | ✔ | |
| 2009 | Milligan v Wildcat Materials Inc | Frederick Rogers & Vaughn, Kurt Larson | Evans & Dixon | Greene County Circuit Court | ✔ | |
| 2009 | Starbuck v Gilster Mary-Lee | Henning Law Firm | Brown & James, Daniel Menzie | Newton County Circuit Court | ✔ | |
| 2009,10 | Horne v McTeer | Larson Law Firm | Haden Cowherd Bullock & McGinnis | Greene County Circuit Court | ✔ | ✔ |

-----------------------------------------------------------------
Footnote 1: If there are two years listed, the first is the deposition year, the second is the trial year.
Footnote 2. Underlined law firm is the one that retained me.

SUMMARY OF SWORN TESTIMONY
THROUGH JUNE 2012
BRUNO SCHMIDT

| Year[1] | Case | Plaintiff Attorney[2] | Defense Attorney[2] | Venue (d=deposition, t=trial) | d | t |
|------|------|------|------|------|---|---|
| 2009 | Crawford v MikeRentals | Blanton Rice Sidwell Nickell Cozean & Collins, Spain Miller & Spain | Oliver Oliver & Waltz, Brown & James | New Madrid County Circuit Court | ✔ | |
| 2009 | Williams & Robinson v D&E Plumbing & Young | Sullivan Bautista Morgan Allen & Chronic, Langdon & Emison, Gregory & Associates | Haden Cowherd Bullock & McGinnis | Lawrence County Circuit Court | ✔ | |
| 2009,10 | Turner v Enterprise Leasing et al | Lathrop & Gage | Rabbitt Pitzer & Snodgrass | US District Court W Dist of MO W Div | ✔ | ✔ |
| 2009 | Dobbs et al v Harth et al | Redfearn Law Firm | Baird Lightner & Millsap, Keck & Austin | | ✔ | |
| 2009 | Sherril v Scott | | McDonald Woodward & Carlson | Small Claims Court Scott County IA | | ✔ |
| 2009 | Olsson v Groves & Sigma | Ralston Pope & Diehl, Caplis Law Firm | Baker Sterchi Cowden & Rice | US District Court, District of KS | ✔ | |
| 2009 | Throop v Rhoades | The Paul Law Firm | Michael Talley Law Offices | Newton County Circuit Court | ✔ | |
| 2009 | Horn v Simon's Trucking & Fowler | McDonald Woodward & Carlson | Whitfield & Eddy | Dubuqe County IA District Court | ✔ | |
| 2009 | State v Carter | County Prosecutor | McDonald Woodward & Carlson | Christian County Circuit Court | ✔ | |
| 2009 | Dittman v Beam & Skaggs | Horas Radice & Kellett | Whiteaker & Wilson | Maries County Circuit Court | ✔ | |
| 2010 | Guillebeau v Johnson & Sofs Mart | Haden Cowherd & Bullock | Hall Ansley Rodgers & Sweeney | Greene County Circuit Court | ✔ | |
| 2010 | Bailey v Sitton Motor Lines Inc | Strong Garner Bauer | Baker Sterchi Cowden & Rice | Greene County Circuit Court | ✔ | |
| 2010,10 | Cruz v Wilsonart | Strong Garner Bauer | Scharnhorst Ast & Kennard, Strasburger & Price | Lawrence County Circuit Court | ✔ | ✔ |
| 2010 | Payne v Williams | Whiteaker & Wilson | Daniel Menzie | Pulaski County Circuit Court | ✔ | |
| 2010 | Heim v Hunt & Doyle Bishop Trucking | Easter Law Firm, David Ransin | Daniel Clampett Wesley & Brewer | Christian County Circuit Court | ✔ | |
| 2010 | Vest v Wilson | Bishop & Hayes, O'Reilly & Jensen | Brown & James | Greene County Circuit Court | ✔ | |
| 2010,10 | Gardner v Nicole | Pettit & Pettit, Joshua Terrell | Franke Schulz & Mullen | Lawrence County Circuit Court | ✔ | |
| 2010 | Ozark Motor Lines Inc, Westrich v Missouri Highways and Transportation Commision, Nationwide Fence & Supply Company | Thompson Coburn, Allen Summers Simpson Lillie & Gresham | Whiteaker & Wilson, Missouri Department of Trasnportation | Greene County Circuit Court | ✔ | |
| 2010 | Ross v Slayton & Smithway Motor Xpress | Spigarelli Spigarelli & Hayes | Eldon L Boisseau | Allen County Circuit Court KS | ✔ | |

--------------------------------------------------------
Footnote 1:  If there are two years listed, the first is the deposition year, the second is the trial year.
Footnote 2.  Underlined law firm is the one that retained me.

----------

SUMMARY OF SWORN TESTIMONY
THROUGH JUNE 2012
BRUNO SCHMIDT

| Year[1] | Case | Plaintiff Attorney[2] | Defense Attorney[2] | Venue (d=deposition, t=trial) | d | t |
|---|---|---|---|---|---|---|
| 2010,10 | Ginger v Yarnell et al | Hershewe Law Firm, Pettit & Pettit | Whiteaker & Wilson, Husch Blackwell, Tim Mudd, Daniel Powell Wesley & Brewer | Lawrence County Circuit Court | ✔ | ✔ |
| 2010 | Brown v Davis | Philip P Cardabella | Frischer & Associates | Jackson County Circuit Court | | ✔ |
| 2010 | Patterson v Sheids | Ken Waggoner | Wallace Saunders Austin Brown & Enochs | US District Court, W Dist of MO S Div | ✔ | |
| 2010 | Fells v Burlington Northern Sante Fe | Mark Parrish, Pottroff Law Office | Coates & Logan | Sumner County Circuit Court KS | ✔ | |
| 2010 | Dawson v Dowler | David Ransin | Schmidt Kirby & Sullivan | Greene County Circuit Court | ✔ | |
| 2010,11 | Farris v Burlington Northern Santa Fe | Davis Bethune & Jones | Boyle Brasher | Wright County Circuit Court | ✔ | ✔ |
| 2010,10 | Coronado v Dickerson | Bradley & Bradley | Ferguson & Schieber | Sullivan County Circuit Court | ✔ | ✔ |
| 2010,11 | Sjule v Pope | Hall Ansley Rodgers & Sweeney | Boggs Avellino Lach & Boggs | Greene County Circuit Court | ✔ | ✔ |
| 2010,11 | Thomas v Johnson Agri-Trucking & Cantrell | Barnes Law Firm | Fairchild&Buck, Harris McCausland | US District Court, District of KS | ✔ | ✔ |
| 2010 | Polk v Fredonia Transit | Carey Law Firm | Waldeck Mattuezzi & Sloan | Buchanan County Circuit Court | ✔ | |
| 2011 | Colove & Barber v Missouri Highways and Transportation Commision & Public Water Supply District No 5 of Stoddard County MO v Grant W Weathers | Cook Barkett Ponder & Wolz, Robin P Northern | Brown & James, Bradshaw Stele Cochrane & Berens, The Limbaugh Firm, Spradling & Spradling, Missouri Department of Transportation | Stoddard County Circuit Court | ✔ | |
| 2011 | Knox v Crathorne | Law Offices of Brian T Meyers | Michael Waddell | Jackson County Circuit Court | | ✔ |
| 2011 | Tristanio v Myers | Rubins Kase Hager Cambiano & Bryant | Law Offices of Stephanie Warmund | Clay County Circuit Court | ✔ | |
| 2011 | Smallwood v HBI & MODOT & Burkhart | Law Offices of Stephen Nordyke, Dull & Lowe | Foland Wickens Eisfelder Roper & Hofer, Baty Holm & Numrich, Wallace Saunders Austin Brown & Enochs | Jackson County Circuit Court | ✔ | |
| 2011 | Romph v Even-Flo | Strong Garner Bauer | Bryan Cave, Haden Cowherd Bullock | St Louis County Circuit Court | ✔ | |
| 2011 | Merriman v Hill Transportation Inc | Hubbard & Kurtz | Andereck Evans Widger Johnson & Lewis | Carroll County Circuit Court | ✔ | ✔ |

Footnote 1: If there are two years listed, the first is the deposition year, the second is the trial year.
Footnote 2. Underlined law firm is the one that retained me.

Page 5

SUMMARY OF SWORN TESTIMONY
THROUGH JUNE 2012
BRUNO SCHMIDT

| Year[1] | Case | Plaintiff Attorney[2] | Defense Attorney[2] | Venue (d=deposition, t=trial) | d | t |
|---------|------|----------------------|---------------------|-------------------------------|---|---|
| 2011 | Stinnet v Schocke & Keim TS | Spigarelli Spigarelli & Hayes | Waldeck Matteuzzi & Sloan | Anderson County KS Circuit Court | ✔ | |
| 2011 | Troyer v Brown | Langdon & Emison | Sanders Warren & Russell | Platte County Circuit Court | ✔ | |
| 2011,12 | Gillpatrick v St Joseph Motorcycle Company | Horn Law Firm | Evans & Dixon | Buchanan County Circuit Court | ✔ | ✔ |
| 2012 | Hudson v United States of America | Langdon & Emison | United States Attorney's Office | US District Court, Eastern District of MO, Southeastern Division | ✔ | |
| 2012 | Davis v Prairie View Farms | Bandre Hunt & Snider | HeplerRoom | Cole County Circuit Court | ✔ | |
| 2012 | Sebastian-Nichols v ABF, Vaca & Adams | McKay & Byerley | Hubbard Ruzicak Kreamer & Kincaid, Sanders Warren & Russell, | Jackson County Circuit Court | ✔ | |
| 2012 | Magnussen v EF Educational Foundation for Foreign Study & Blankenship | Cooling & Herbers | Spencer Fane Britt & Browne, Denner Pllegrino, & Sanders Warren & Russell | Jackson County Circuit Court | | ✔ |
| 2012 | Herrington v Amtrak & Medevac | Holland Groves Schneller & Stolz | Hasty & Associates | Jackson County Circuit Court | ✔ | |
| 2012 | Croney v Tiger Rock | Henry & Williams | Whitake & Wilson | Shannon County Circuit Court | ✔ | |
| 2012 | Williams v Deischer | Edelman & Thompson | Frischer & Schaefer | Jackson County Circuit Court | ✔ | |

--------------------------------------------------------------
Footnote 1:  If there are two years listed, the first is the deposition year, the second is the trial year.
Footnote 2.  Underlined law firm is the one that retained me.

----------

## **Linda A. Husted,** MPH, RN, CNLCP, LNCC, CCM, CDMS, CRC
**Nurse Life Care Planner, Case Manager, Rehabilitation Specialist, and Legal Nurse Consultant**

1 New Street                                                      Phone: (631) 474-4312
East Setauket, NY 11733                                      Fax:    (631) 474-1118

## **CURRICULUM VITAE**

### **EDUCATION**

**1999**  Legal Nurse Consulting Certificate
Hofstra University, Uniondale, NY

**1981**  Master of Public Health
University of Oklahoma School of Public Health, Oklahoma City, OK

**1979**  Bachelor of Science
Oklahoma City University, Oklahoma City, OK

**1965**  Diploma in Nursing
Mount Vernon Hospital School of Nursing, Mt. Vernon, NY

### **LICENSURE**

**1965**  Licensed Professional Nurse in New York

### **CERTIFICATIONS**

- Certified Nurse Life Care Planner CNLCP by the Nurse Life Care Planner Certification Board 10/18/03

- Certified Legal Nurse Consultant LNCC by the American Association of Legal Nurse Consultants Certification Board 10/31/99

- Certified Disability Management Specialist CDMS by the Commission on Disability Management 10/01/91

- Certified Case Manager  CCM by the Commission on Case Management Certification 11/01/93

- Certified Rehabilitation Counselor CRC by the Commission on Rehabilitation Counselor Certification 4/01/91

### **PROFESSIONAL EXPERIENCE**

**01/08 -1/15**  Journal Committee of AANLCP Journal of Nurse Life Care Planning

**1/08 - 1/10**   Member of the Executive Board of the American Association of Nurse
                  Life Care Planners (AANLCP) – Treasurer

**2/08 - 1/09**   Educational Chair New York City Chapter of the American Association of Legal
                  Nurse Consultants

**6/05 - 6/06**   Facilitator, Case Management Society of America (CMSA) Communities of
                  Practice for Workers' Compensation/Occupational Health

**12/23/03 -**    Husted Life Care Planning, Inc., East Setauket, NY
**Present**       Nurse Life Care Planning pediatric to geriatric for individuals with spinal cord
                  injuries, traumatic brain injuries, cerebral palsy and other neurological disorders
                  and injuries, multiple trauma and orthopedic injuries, burns, amputations and
                  chronic pain, legal nurse consulting and catastrophic case management

**2000-2003**     Legal nurse consulting private practice

**7/04–1/09**     Zurich Services Corporation, Melville, NY
                  Part-time nurse case manager for workers' compensation facilitating successful
                  return to work and claim management interventions.  Consultant on liability,
                  personal injury, No-Fault, and catastrophic claims, life care planning

**1996-3/04**     Zurich Services Corporation, Melville, NY
                  Senior nurse for workers' compensation facilitating successful return to work
                  and claim management interventions.  Consultant on liability, personal injury,
                  No-Fault, catastrophic claims and life care planning

**1993-1996**     Aetna Insurance Company, Lake Success, NY
                  Disability Nurse Manager for Occupational Managed Care and consultant on
                  liability, personal injury, No-Fault, catastrophic claims and life care planning

**1984-1993**     Intracorp, Columbus, OH
                  Rehabilitation specialist and medical case manager for chronic and
                  catastrophic conditions, medical, vocational, short term, long term disability,
                  Social Security advocacy, vocational evaluations for permanent total disability
                  determinations, supervisor and branch manager. Developed successful case
                  management interventions, disability assessments and lifetime medical cost
                  projections on pediatric to geriatric claims for Fortune 500 Companies

**1983-1984**     American Rehabilitation Consultants, Inc., Coral Springs, FL
                  Rehabilitation Nurse Consultant and Supervisor of Case Management

**1965-1983**     Hospital based experience:  medical and surgical units, neurosurgical intensive
                  care, operating room, recovery room and nine years in labor & delivery as staff
                  and charge nurse and Clinical Nurse Specialist in Maternal Child Health

2

## PROFESSIONAL MEMBERSHIPS

American Association of Nurse Life Care Planners   AANLCP

American Association of Legal Nurse Consultants   AALNC

Case Management Society of America CMSA and Long Island Chapter

International Association of Rehabilitation Professionals IARP/International Academy of Life Care Planners   IALCP

Brain Injury Association of New York State   BIANYS

## PRESENTATIONS

**2013**   AALNC/AALNCP Joint Webinar: Assessing Future Medical Damages in the Litigation Process - the Evolving Roles of the Legal Nurse Consultant (LNC) and Nurse Life Care Planner (NLCP) by Linda Husted, MPH RN CNLCP LNCC CCM CDMS CRC and Cheryl Kaufman, RN BSN CLCP CNLCP

**2012**   LNC to Nurse Life Care Planner   Expanding and Diversifying
Northeast Regional LNC Conference, Northampton, MA

**2008**   The Three Biggest Mistakes Nurses Make – What Every LNC Should Know
New York City Chapter of the American Association of Legal Nurse Consultants

**2007**   Building a Trend Kit for the Future - Implications for the Legal Nurse Consultant
New York City Chapter of the American Association of Legal Nurse Consultants

**2006**   Implementing a Return-to-Work Program, Co-Presented with Jodi Alderson, BSN, RN and Elisa Mosley at Zurich North America, Melville, NY

**2005**   The Role of the Allocator and Two Most Common Reasons Submissions are Returned In The Interplay between Sec.32 Workers' Compensation Law and Medicare, New York Claim Association, New York, NY

Navigating Your Way through Medicare Set-Aside Allocations, Co-Presented with Frank Malagreca, Esq. at Zurich North America, Melville, NY

Early Return to Work Programs and the eZe RTW Kit, Co-Presented with Lisa Robles, RN and Jodi Alderson, BSN, RN at Zurich North America, Melville, NY

**2003**   Managed Care, Judlau Construction, New York, NY

**2001**   Internet Search Tips for Medications & Diseases, Zurich North America Claim Office, Melville, NY

**1999**   Medical Records Review for Workers' Compensation and Liability, Zurich

3

North America Claim Office, Hauppauge, NY

**1998**   Back injury Guidelines by The Agency for Health Care Policy and Research,
Zurich North America Claim Office, Hauppauge, NY

**1997**   Facilitating Return to Work, Estee Lauder, Melville, NY

**97-04**   Role of the Nurse Case Manager, ongoing presentations for Zurich
North America Claim Office, Long Island, NY

**1987**   Medical Case Management Product, Intracorp, Columbus, OH

**1983**   Group leader 1983 Oklahoma Public Health Association Health Education
Workshop to Develop Health Priorities in the State of Oklahoma, OK

## Publications

Brandley T, Husted L, et al. Traumatic Brain Injury Chapter in Core Curriculum for Nurse Life Care Planning, Apuna-Grummer D and Howland W, eds., American Association of Nurse Life Care Planners, 2013. pp 154-207.

Husted L, Taking the Mystery out of Medicare Set-Aside (MSA) Allocations, Journal of Nurse Life Care Planning 2005; 5(1):13-17

Husted L, Building a Trend Kit for the Future, The Case Manager 2004; 15(5):56-60

## CHRIS A. CORNETT, M.D.
## CURRICULUM VITAE

### ADDRESS:

OFFICE:  University of Nebraska Medical Center
Department of Orthopaedic Surgery and Rehabilitation
981080 Nebraska Medical Center
Omaha, NE 68198-1080

PHONE:  402-559-8000

### EDUCATION:

University of Nebraska Medical Center, Omaha, NE
Aug 2001-May 2005, M.D., High Distinction

University of Nebraska Medical Center, Omaha, NE
Aug 1998-May 2001, M.P.T., Highest Distinction

University of Nebraska at Lincoln, Lincoln, NE
Aug 1993-Dec 1997, B.S. in Biology, Summa Cum Laude

Cambridge Public High School, Cambridge, NE
Aug 1989-May 1993, Valedictorian

### POST-GRADUATE TRAINING:

University of Wisconsin Hospital and Clinics, Madison, WI
July 2005-May 2010, Orthopaedic Surgery Internship and Residency
May 2009-May2010, Chief Resident, elected

University of Pittsburgh Medical Center, Pittsburgh, PA
Aug 2010-Aug 2011, Spine Surgery Fellowship

### ACADEMIC APPOINTMENTS:

Assistant Professor Aug 2011-present
Department of Orthopaedic Surgery and Rehabilitation
University of Nebraska Medical Center, Omaha, NE

### BOARD CERTIFICATIONS:

USMLE Step 1, Step 2 and Step 3:  Passed
American Board of Orthopaedic Surgery
    Step I/Written Boards: Passed
    Step II/Oral Boards: Passed

## LICENSURE:

State of Nebraska Medical License, Jan 2011-present
State of Wisconsin License of Medicine and Surgery, July 2006-Oct 2011
State of Nebraska Physical Therapy License, expired 2005

## HOSPITAL POSITIONS:

Medical Director of Physical and Occupational Therapy, Nebraska Medical Center and Bellevue Medical Center, Omaha, NE 2014- present

Department Deputy for Orthopaedics, OneChart, Dec. 2013 – present

OneTeam Clinical Enterprise Rehabilitation Team 2013-present

Physician Advisory Team Committee Member, Nebraska Medical Center, Omaha, NE, 2013-present

## HONORS AND AWARDS:

Invited Reviewer for CORR 2013
Orthopaedic Coverage for U.S. Figure Skating Championships 2013
Orthopaedic Coverage for U.S. Olympic Swimming Trials 2012
Chief Orthopedic Resident, University of Wisconsin, 2009-2010
AOA Resident Leadership Forum, elected participant 2009
Residency Education Committee, University of Wisconsin, 2007-2010
Alpha Omega Alpha-Nebraska, junior year, 2004
Alpha Omega Alpha Selection Committee, Student Member 2004-2005
Class of 1963 Distinguished Scholarship-Male, 2003-2004
Student Senate Member, University of Nebraska Medical Center, 2003-2004
Regents Scholarship, Medical School, 2002 - 2005
Regents Scholarship, Physical Therapy School, 1999-2001
Dean's List All Semesters, University of Nebraska at Lincoln, 1993-1997
Four-Year Regents Scholarship, Undergraduate/UNL, 1993-1997
Phi Beta Kappa National Honor Society 1996-present
Golden Key National Honor Society, 1996-present

## PROFESSIONAL MEMBERSHIPS:

North American Spine Society, 2011-present
Metro Omaha Medical Society, 2011-present
Nebraska Chapter or the American College of Surgeons, 2012-present
Nebraska Orthopaedic Society, 2012-present
American Academy of Orthopaedic Surgeons, 2005-present
American Medical Association, 2001-2005
American Medical Student Association, 2001-2005
American Academy of Family Physicians, 2001-2005
American Physical Therapy Association, 1998-2001

## MEETINGS/CONTINUING EDUCATION:

AAOS Annual Meeting, New Orleans, 2014
AAOS Annual Meeting, Chicago, IL 2013
AAOS Annual Meeting, San Francisco, CA 2012
Cervical Spine Research Society Annual Meeting, Scottsdale, AZ 2011
Interactive Educational Program, Spine Fellows Course, South Beach, FL 2011
Cervical Spine Research Society Annual Meeting, Charlotte, NC 2010
AAOS Annual Meeting, New Orleans, LA 2010
AOA Annual Meeting, Ft. Myers, FL 2009
AOA-OREF Resident Leadership Forum, Ft. Myers, FL 2009, selected position
AO Principles and Treatment of Spinal Disorders, Baltimore, MD 2008
AONA Basic Arthroscopy Course, Chicago, IL 2007
OTA Advanced Trauma Course, Chicago, IL 2007
AO Basic Trauma Course, Chicago, IL 2006
Wisconsin Orthopaedic Society Meeting, Madison, WI 2005

## CURRENT RESEARCH/PAPERS:

Cornett CA. *Orthopaedic education in medical school, are we getting enough?* IRB approved.

Cornett CA. *Bacterial Spine Infections: Evaluation and Current Management.* Journal of the American Academy of Orthopaedic Surgeons. Abstract accepted 3/2013.

Cornett CA and Anderson PA. *Does the level of preoperative opioid use affect perioperative adverse events, pain control, patient satisfaction and length of hospital stay?* Abstract submitted to NASS, Jan 2011, for presentation at 2011 annual meeting

Grabowski GG, Cornett CA, Kang JK. *Comparison of Adjacent Segment Degeneration in Isthmic and Degenerative Spondylolisthesis.* Retrospective clinical study. In progress.

Cornett CA and Grabowski GG. *Change in formal gait analysis with surgery for lumbar spinal stenosis.* IRB approved.

Cornett CA and Grabowski GG. *Change in formal gait analysis with surgery for cervical spondylotic myelopathy.* In progress.

Grabowski GG, Cornett CA, and Thorell, W. *Blunt vertebral artery injury, comparative study with two institutions on validity of screening protocol.* In progress.

Cornett CA, Woods BA, Lee JY. *Efficacy of Rigid Bracing for Nonoperative Thoracolumbar Compression Fractures.* Prospective randomized study currently in progress. IRB approved.

Cornett CA, Grabowski GG, Heyman R, Kang JK. *Multiple Sclerosis and Spinal Stenosis.* Retrospective Study currently in progress.

## BOOK CHAPTERS AND ONLINE MODULES:

Cornett C, Grabowski, G, and Kang, J. Posterior Cervical Fusion and Lateral Mass Screw Fixation. In *Surgical Atlas of Spinal Operations*, 1st Edition, 23: 176-186. Eds. Enk, J; Vaccaro, A; New Dehli, India, Jaypee Brothers Medical Publishers (P) LTD, March 2013.

Grabowski G, Whiteside WK, Cornett CA. Cervical laminoplasty and posterior cervical fusion devices for cervical stenosis. *Medscape.* 21 Sept. 2012. Available at http://emedicine.medscape.com/article/2035386-overview

Cornett CA, Braly BA, Kang J, Donaldson WF III: Posterior cervical decompression and fusion and laminoplasty: Indications and techniques. American Academy of Orthopaedic Surgeons Web site: Orthopaedic Knowledge Online 2012;10(1): http://orthoportal.aaos.org/oko/abstract.aspx?article=OKO_SPI043. Accessed January 1, 2012.

Cornett CA and Kang JK. *Multilevel Cervical Spondylotic Myelopathy.* Online case simulation for the Interactive Educational Program for Spine. Magnify Group. Feb 2011. Online print pending. www.spine-iep.com

Grabowski GG, Cornett CA, Kang JK. *Traumatic Arterial Injuries: Diagnosis and Management.* The Cervical Spine. In progress.

Cornett CA, Grabowski GG, Kang JK. *Vascular Injuries*. The Cervical Spine. Accepted, in print.

## JOURNAL PUBLICATIONS:

Grabowski, G., and Cornett, C.: Bone Graft and Bone Graft Substitutes in Spine Surgery: Current Concepts and Controversies. *J Am Acad Orthop Surg,* 21(1): 51-60, January 2013, doi: 10.5435/JAAOS-21-01-51.

Braly, B.; Lunardini, D.; Cornett, C.; and Donaldson, W.: Operative Treatment of Cervical Myelopathy: Cervical Laminoplasty. *Advances in Orthopedics,* Vol. 2012, Article ID 508534, 5 pages, 2012, doi:10.1155/2012/508534.

Grabowsi G, Cornett C, Kang J: Esophageal and Vertebral Artery Injuries During Complex Cervical Spine Surgery—Avoidance and Management. *Orthopedic Clinics of North America* 43:1, 63-74, January 2012.

Grabowsi G, Cornett CA, Lee, JY. Metastatic Lung Cancer Presenting During the Treatment Interval of an Acute Lumbar Disc Herniation: A Case Report. *JBJS Case Connector*. Sept 2011; 01:e5 1-5.

## GRANTS:

Orthopaedic Research & Education Foundation, Resident Journal Club Grant, 2009-2010

## EDUCATIONAL PRESENTATIONS:

*Sorting Out A Work Injury: The spine perspective*, Nebraska Orthopaedic Hospital Work Comp Lecture Series, Omaha, NE, April 2014

*Pathophysiology of Cervical Spondylotic Myelopathy*, ICL at American Academy of Orthopaedic Surgeons 2014 Annual Meeting, New Orleans, LA, March 2014

*What you should know about your back.* Omaha, NE. Lamp, Rynearson & Associates Lunch and Learn, February 2014

*Sagittal Plane Deformity/Osteotomies*: Grand Rounds, University of Nebraska Medical Center, Omaha, NE, November 2013

*Surgical conditions of the spine.* Omaha NE. Physical Therapy Student Group Lecture. November 2013

*Today's Spine Patient, A Nursing Perspective*: Nebraska Orthopaedic Hospital Fall Forum, Omaha, NE, October 2013

*Treatment Options for Today's Spine Patient:* Union Pacific Northern Region Safety Summit, Omaha, NE, October 2013

*Spine Trauma Evaluation:* Spine Conference, University of Nebraska Medical Center, Omaha, NE, July 2013

*Decision Making in Spine Surgery:* Nebraska Self-insurers Association Luncheon, Omaha, NE, June 2013

*Treatment Options for Common Spine Conditions:* Community outreach talk/education, Lincoln, NE, April 2013

*Back Pain, What You Need to Know:* Family medicine board review course, University of Nebraska Medical Center, Omaha, NE April 2013

*Success in Spine Surgery and Review of Current Techniques:* CME presentation, Nebraska Orthopaedic Hospital, Omaha, NE, December 2012

*Spine Infections*: Grand Rounds, University of Nebraska Medical Center, Omaha, NE, November 2012

*Spondylolisthesis and Spinal Stenosis*: Excel PT, Omaha, NE, October 2012

*Cervical Spine Trauma*: Spine Conference, University of Nebraska Medical Center, Omaha, NE, August 2012

Spine symposium moderator. University of Nebraska Department of Orthopaedics and Rehabilitation graduation ceremonies. June 2012

*What Works and What Doesn't in Spine Surgery*: CompChoice Workers Compensation Seminar, Omaha, NE, June 2012

*Spine*: Spine Conference, University of Nebraska Medical Center, Omaha, NE, June 2012

*C-Spine Sawbones*: Spine Conference, University of Nebraska Medical Center, Omaha, NE, May 2012

*Spondylolisthesis*: Spine Conference, University of Nebraska Medical Center, Omaha, NE, April 2012

*Degenerative Cervical Stenosis:* grand rounds, University of Nebraska Medical Center, Omaha, NE, February 2012

*Degenerative Cervical Cervical Spondylotic Myelopathy*: Family Medicine Grand Rounds, University of Nebraska Medical Center, Dec 2011

Cornett CA and Anderson PA. *Does the level of preoperative opioid use affect perioperative adverse events, pain control, patient satisfaction and length of hospital stay?* E-Poster presented at NASS Annual Meeting, Nov 2011

Cornett CA and Anderson PA. *Does the level of preoperative opioid use affect perioperative adverse events, pain control, patient satisfaction and length of hospital stay?* E-Poster presentation, North American Spine Society Annual Meeting, Chicago, Nov 2011

*Thoracolumbar Spine Trauma – Initial evaluation and management for residents:* Grand Rounds, University of Nebraska Medical Center, Omaha, NE, October 2011

*Cervical Spine Trauma- Initial evaluation and management for residents:* Grand Rounds, University of Nebraska Medical Center, Omaha, NE, September 2011

*Degenerative Conditions of the Lumbar Spine:* Grand Rounds/resident education series, University of Pittsburgh Medical Center, May 2011

*Inferior Vena Cava Filters in Orthopedics:* Grand Rounds, University of Wisconsin Hospital and Clinics, Madison, WI, February 2010

*Hip Fractures, Tibial Plateau Fractures and Ankle Injuries:* Trauma Conference, University of Wisconsin Hospital and Clinics, Madison, WI, January 2010

*Cervical Myelopathy*: Guest Lecturer, University of Nebraska Medical Center Orthopaedic Department, Omaha, NE, November 2009

*Congenital Scoliosis and Idiopathic Adolescent Scoliosis*: Case Presentations, Pediatric Visiting Professorship, University of Wisconsin Hospital and Clinics, Madison, WI, October 2009

*Ankle Injuries:* Trauma Conference, University of Wisconsin Hospital and Clinics, Madison, WI, November 2009

*Pediatric Hip Fractures and Dislocations*: Trauma Conference, University of Wisconsin Hospital and Clinics, Madison, WI, August 2009

*Common Cervical Spine Surgeries, Floor Management Issues*: Nursing Education, University of Wisconsin Hospital and Clinics, Madison, WI, June 2009

*Cervical Spondylotic Myelopathy, Surgical Options*: Grand Rounds, University of Wisconsin Hospital and Clinics, Madison, WI, April 2009

*Cervical Myelopathy:* Case Presentations, Spine Visiting Professorship, University of Wisconsin Hospital and Clinics, Madison, WI, September 2008

*Common Lumbar Spine Surgeries, Floor Management Issues*: Nursing Education, University of Wisconsin Hospital and Clinics, Madison, WI, August 2008

*Upper Cervical Spine Trauma:* Trauma Conference, University of Wisconsin Hospital and Clinics, Madison, WI, February 2008

*Surgical Approaches to the Hand and Wrist*: Grand Rounds, University of Nebraska Medical Center, Omaha, NE, July 2004

*Surgical Approaches to the Elbow and Forearm*: Grand Rounds, University of Nebraska Medical Center, Omaha, NE, August 2004

# MESSERSCHMIDT SAFETY CONSULTANTS
**2148 Pelham Parkway, Building 100-B**
**Pelham, Alabama 35124**
**Phone 205.444.0071**
**Fax 205.444.0073**
**www.mscrecon.com**

## Education

Master of Science, Human Factors Psychology—Coursework Complete—05/13
The University of Idaho (Engineering Outreach), Moscow, Idaho

Master of Public Administration—08/02
Columbus State University, Columbus, Georgia

Bachelor of Arts, Economics—03/98
Auburn University, Auburn, Alabama

## Continuing Education

• Sensation and Perception, The University of Alabama at Birmingham, Fall 2006

• Psychology of Learning, The University of Alabama at Birmingham, Summer 2006

• Cognitive Science, The University of Alabama at Birmingham, Spring 2006

• Mathematical Modeling and Simulation, The University of Alabama at Birmingham, Spring 2006

• General Physics, The University of Alabama at Birmingham, Fall 2005

• Introduction to Psychology, The University of Alabama at Birmingham, Fall 2005

• Emergency Management, Jacksonville State University, Spring 2003

## Certifications & Accreditation

• ACTAR (Accreditation Commission for Traffic Accident Reconstruction), #1372

• DRIVE[3] (driver-response estimation software)

• Vetronix Crash Data Retrieval System

• Caterpillar Electronic Technician

• Detroit Diesel Diagnostic Link & DDEC Reports

• Dynamics of Fleet Safety Instructor, National Safety Council

• Cummins Insite

## Academic Recognition

The Honor Society of Phi Kappa Phi
Sigma Alpha Lambda – National Leadership and Honors Organization

## Collision Reconstruction Training

### Human Factors

Introduction to *R* and Basic Statistical Analysis—10/12
Data Exploration and Visualization with *R*—10/12
Human Factors and Ergonomics Society Continuing Education Workshops, Boston, Massachusetts

Human Factors and Ergonomics Society 56th Annual Conference—10/12
Boston, Massachusetts
*Lectures and Sessions Attended:*
• "Driver Distraction and Drowsy Driving"
• "Factors Related to Perceiving the Relative Speed of Leading Vehicles"
• "How to Present Human Factors Testimony to the Trier of Fact"
• "Driver Visual Behavior"
• "Forensic Issues in Transportation and Disabilities"
• "Driver Attitudes Toward Monitoring and Performance"
• "Effects of Different Types of Variable Priority and Adaptive Training on Skill Acquisition"
• "Research on Sustained Attention and Workload"
• "Prevention of High-Consequence Incidents – Looking Beyond Technical Failures"

Optics, Lighting, and Visibility for the Forensic Investigator—09/11
Clearly Visible Presentations & The Ohio Traffic Accident Reconstruction Association, Cincinnati, Ohio
• forensic photography
• human vision and light sensitivity
• measurement of luminance and illuminance
• forensic analysis of visibility

Night Visibility—11/06
Michigan State University Highway Traffic Safety Programs, Auburn Hills, Michigan
• night visibility factors
• night visibility field exercises & research
• expectancy and driver perception
• vehicle lighting requirements

Human Factors: Understanding Driver Response—03/06
Accident Dynamics Research Center, Baltimore, Maryland
• research methods in driver response
• driver response to path intrusion
• driver response to traffic signals
• driver decision-making
• delayed detection & perception
• reduced visibility accidents
• driver response to lead vehicles
• pedestrian night time visibility study

Human Factors in Traffic Crash Reconstruction—11/04
Institute for Police Technology and Management, Jacksonville, Florida
• eyewitness reliability
• night time visibility of pedestrians
• driver response to traffic signals
• factors affecting perception-reaction time
• research in perception-reaction time
• straightforward response times
• perception-reaction time modeling
• reasonable response times

Investigating Human Fatigue Factors—09/04
National Transportation Safety Board Academy, Washington, D.C.
• Circadian sleep rhythms
• performance and alertness
• fatigue factors in accident investigations
• heuristic and algorithmic decision models
• interviewing for fatigue information
• scheduling factors
• collecting and analyzing fatigue information
• conducted driving simulator research

Human Factors in Accident Reconstruction—03/04
Accident Dynamics Research Center, Philadelphia, Pennsylvania
• statistical measures of driver response          • limitations of predictive software
• driver perception of relative velocities          • fundamentals of human perception and reaction

National Association of Technical Accident Investigators Annual Conference—03/04
Philadelphia, Pennsylvania
• driver response to traffic signals          • current research in human factors

South Carolina Association of Accident Reconstruction Specialists—07/03
Annual Conference, Charleston, South Carolina
• empirical methods for determining driver          • fundamentals of human perception and reaction
  response

Traffic Accident Reconstruction—02/02
Institute for Police Technology and Management (IPTM), Selma, Alabama
• visibility and perception in accident          • incorporating perception and reaction times into
  reconstruction                                           traffic accident reconstruction

Traffic Homicide Investigation—04/01
Alabama State Troopers, Selma, Alabama
• complex and simple reactions          • environmental factors affecting perception
• illness and disability factors affecting perception          • investigative techniques for assessing human factors

Street Survival Seminar—02/00
Caliber Press, Auburn, Alabama
• impact of stress on reaction time          • cognitive decision making and human response

## Event Data Recorders (EDRs)

2012 MATAI Fall Training: Special Studies in Commercial Motor Vehicle (CMV)
Reconstruction (was a Co-Instructor and a pupil)—10/12
• calculating truck braking efficiencies
• forensic inspections for braking and dynamics determinations
• preserving electronic data in Heavy Vehicles (HVs) and CMVs
• using HV Event Data Recorder data in HV crash reconstruction

Practical Applications of CDR Technology—06/12
Pelham, AL
• hands-on training in how to use the Power Distribution Center (PDC) tool, which facilitates the access
  of EDR data in heavily damaged vehicles
• taught by Bruce Gazdick, designer of the PDC tool

Sixth Annual Crash Data Retrieval User's Conference—02/11
The Accident Reconstruction Network, Houston, Texas
• GPS-based EDRs          • Heavy Vehicle EDRs
• EDR data from Toyota vehicles          • EDR data from Chrysler vehicles

Cummins Insite Certification—06/07
Cummins Mid-South, Morgan City, Louisiana
• using Insite to access ECM data          • using Powerspec to access ECM data

Second Annual Crash Data Retrieval User's Conference—02/07
The Accident Reconstruction Network, NAPARS, Vetronix, CDR Tool User's Group,
Houston, Texas
• Ford powertrain module data                          • ACM survivability/durability
• ACM testing and validation                           • two-dimensional crash analysis with CDR data

Illinois Association of Technical Accident Investigators—09/06
Annual Conference, Bloomington, Illinois
• advances in commercial vehicle brake systems        • ABS systems in commercial vehicles
• types and uses of accelerometers                    • advances in vehicle technology, 1986-2006

First Annual Crash Data Retrieval User's Conference—02/06
The Accident Reconstruction Network, NAPARS, Vetronix, CDR Tool User's Group,
Dallas, Texas
• CDR as applied to 360° momentum analysis            • EDR validation, 1950-present
• CDR accuracy                                        • CDR and driver response

Crash Data Retrieval System Operator—09/05
Collision Safety Institute, Springfield, Illinois
• certification with Vetronix data retrieval system   • fundamentals of data analysis and interpretation

Illinois Association of Technical Accident Investigators—09/05
Annual Conference, Springfield, Illinois
• heavy truck electronic control modules             • using data from vehicle airbag modules in
                                                       accident reconstruction

Caterpillar Electronic Technician—09/05
Birmingham, Alabama
• extracting data from Caterpillar Diesel Engine     • analyzing and evaluating ECM data
  Control Modules (ECMs)

EDR Symposium (Joint conference of the Society of Automotive Engineers and the National
Transportation Safety Board)—06/04
Washington D.C.
• reliability of EDR data                            • current research in EDR technology

Detroit Diesel Engine Control (DDEC) Data Extraction and Analysis—04/04
Detroit, Michigan
• extracting data from Detroit Diesel Engine         • analyzing and evaluating ECM data
  Control Modules

Illinois Association of Technical Accident Investigators—09/03
Annual Conference, Mt. Vernon, Illinois
• conducted vehicle crash testing with Rusty         • comparison of EDR data to traditional
  Haight, using EDR-equipped vehicles                  accelerometer data

Crash Data Retrieval System Operator—07/03
Collision Safety Institute, Baton Rouge, Louisiana
• certification with Vetronix data retrieval system  • fundamentals of data analysis and interpretation

**General Reconstruction Training**

Bendix Air and Foundation Brake Training—05/08
Freightliner Training Center, Atlanta, Georgia
• Bendix ABS software                          • Foundation Brake Training
• Air Delivery Systems                         • Troubleshooting and Maintenance

Introduction to SAS Workshop—05/06
University of Massachusetts Center for Biostatistics, Amherst, Massachusetts

Commercial Vehicle Collision Investigation—05/06
Maine State Police/National Association of Professional Accident Reconstruction Specialists,
Augusta, Maine

Damage and Energy Applications for Collision Reconstruction—07/05
Collision Safety Institute, Phoenix, Arizona

Side Under-ride Analysis—07/04
Midwest Institute for Transportation Safety, Indianapolis, Indiana

Forensic Mapping—02/04
McKinzie & Associates, Birmingham, Alabama

Microsoft Excel for the Accident Reconstructionist—01/04
Anne Arundel Community College, Hanover, Maryland

Special Problems in Traffic Crash Reconstruction—04/03
IPTM, Jacksonville, Florida
• highway design considerations                • investigating rollover crashes

Pennsylvania State Police Reconstruction Seminar—10/02
Greensburg, Pennsylvania
• proper application of critical speed formula    • major scene mapping and management

The Tire Failure Seminar—08/02
Michelin Tire Corporation, Dothan, Alabama

Laser Mapping and Surveying—07/02
City of Auburn Engineering Department, Auburn, Alabama

Child-Passenger Restraint Systems—06/02
Alabama Safe Kids, Auburn, Alabama

Critical Analysis Reporting Environment (CARE)—04/02
Alabama Department of Transportation, Montgomery, Alabama

Traffic Accident Reconstruction—02/02
IPTM, Selma, Alabama

Advanced Traffic Accident Investigation—12/01
IPTM, Selma, Alabama

Traffic Homicide Investigation—04/01
Alabama State Troopers, Selma, Alabama

Child Restraint Systems Familiarization—06/00
Alabama Safe Kids, Auburn, Alabama

Basic Accident Investigation—06/98
Alabama Criminal Justice Training Center, Selma, Alabama

### Driving Safety Training

Dynamics of Fleet Safety (Instructor), National Safety Council—12/06
National Safety Council, Alabama Chapter, Birmingham, Alabama

Personal Defensive Driving, National Safety Council—04/05

Defensive Driving for the Professional Truck Driver, National Safety Council—04/05

Highway Emergency Response Driving—07/01
Alabama Criminal Justice Training Center, Selma, Alabama

Coaching the Emergency Vehicle Operator—03/00
Auburn Police Department, Auburn, Alabama

Introduction to Emergency Response Driving—06/98
Alabama Criminal Justice Training Center, Selma, Alabama

Defensive Driving for Police Officers—06/98
Alabama Criminal Justice Training Center, Selma, Alabama

### Professional Experience

Messerschmidt Safety Consultants, LLC—06/06 – Present
• investigate and reconstruct motor vehicle accidents
• perform forensic analysis of motor vehicle accidents
• provide safety consulting and policy guidance in transportation safety
• teach accident reconstruction and evidence-preservation techniques
• perform forensic- and safety-related research and product development
• employ and supervise a staff of six professional employees

Adjunct Instructor, Northwestern University Center for Public Safety—12/12 – Present
• Lead Instructor and Course Coordinator: "Preserving and Analyzing Information from Heavy Vehicle EDRs"

Adjunct Instructor, The University of Tulsa, Continuing Engineering and Science Education—11/09 – 10/12
• Lead Instructor: "How to Interpret Commercial Vehicle Event Data Recorders (EDRs)"

Independent Contractor, Accident Reconstruction Specialist—06/06 – 09/06
Southeast Collision Analysis

Associate Reconstructionist—01/03 – 06/06
Robinson & Associates, LLC, Birmingham, Alabama
• application of physical laws to collision reconstruction
• application of human factors to collision recon
• use of parametric statistical models to evaluate uncertain data
• collision scene investigation and documentation

Police Officer—04/98 – 07/03
City of Auburn, Police Division, Auburn, Alabama
• investigated traffic accidents, hit-and-run accidents, and private property vehicle collisions
• assigned to Accident Investigations Unit for major accidents, 2001-2003
• investigated approximately 400 roadway accidents and 100 private property accidents
• investigated fatal and serious injury accidents and assisted shift commander with officer-involved accidents as member of the AI Unit

Corrections Officer—01/96 – 03/98
City of Auburn, Police Division, Auburn, Alabama

Mechanic's Assistant—05/93 – 12/93
Messerschmidt Transmission, Lebanon, Pennsylvania

Labor Assistant, Highway Construction—05/91 – 09/91 & 05/92 – 09/92
Virginia Department of Transportation, Manassas, Virginia

## Software

*EDR Analytics.* Birmingham, Alabama: Messerschmidt Safety Consultants, 2012.

## Publications

"Using and Preserving HVEDR Diagnostic Event Data" (with Timothy Austin and Michael Farrell), *Collision: The International Compendium for Crash Research*, Vol. 7:2, Collision Publishing, Seattle, Washington. 10/12

"Simulating the Effect of Collision-Related Power Loss on the Event Data Recorders of Heavy Trucks" (SAE 2010) (with Timothy Austin, Benjamin Smith, Timothy Cheek, David Plant, and Chris Voeglie), Society of Automotive Engineers (SAE), Warrendale, Pennsylvania. 4/10

"Testing the Last Stop Record in the Mercedes MBE 4000" (with Benjamin Smith and Ronnie DeMonia), *Collision: The International Compendium for Crash Research*, Vol. 4, Collision Publishing, Seattle, Washington. 10/09

"A Statistical Analysis of Data from Heavy Vehicle Event Data Recorders" (SAE 2009-01-0880), Society of Automotive Engineers, Warrendale, Pennsylvania. 04/09; Also published in *SAE Transactions 2009* and *SAE International Journal of Commercial Vehicles,* Vol. 2:1.

"General Motors Data Recording, A Visual Approach to the Logic Functions," Refereed conference presentation at the Second Annual CDR User's Conference, Houston, Texas. *Collision: The International Compendium for Crash Research*, Vol. 2:2, Collision Publishing, Seattle, Washington. 11/07

"www.heavytruckedr.org" (with Chris Bloomberg, Chris Medwell, Daniel Melcher, and Michael Yosko), 11/07

"Inspecting EDR-Equipped Heavy Vehicles," *First Contact*, Journal of the Illinois Association of Technical Accident Investigators, 11:3 (pp. 5-8), 05/07

"Rational Legislative and Organizational Policy for Automotive Event Data Recorders," Refereed conference presentation at the First Annual CDR User's Conference, Dallas, Texas. *Collision: The International Compendium for Crash Research*, Vol. 1:1, Collision Publishing, Seattle, Washington. 06/06

"Relationship Between Relative Velocity Detection and Driver Response Times in Vehicle Following Situations" (SAE 2005-01-0427) (with Jeffery W. Muttart and Larry Gillen), Society of Automotive Engineers (SAE), Published at the 2005 SAE World Congress, Detroit, Michigan. 04/11/05

"Investigating Rear-end Collisions" (with Jeffery Muttart), *First Contact*, Journal of the Illinois Association of Technical Accident Investigators. 04/05

"Knowing Your Employees: A Key to Better Supervision" (feature article, with Thomas W. Carswell), *Institute for Criminal Justice Education*. 04/03
<www.icje.org/id186.htm>

## Presentations

"HVEDR Updates," Midwest Association of Technical Accident Investigators 2013 Conference, Wisconsin Dells, WI. 06/13

"Special Studies in Commercial Motor Vehicle (CMV) Reconstruction" (Co-Instructed with Ron Heusser), 2012 MATAI Fall Training, Bismarck, ND. 10/12

"Using ECM Diagnostic Data in Crash Reconstruction" (Presented with Timothy Austin). 2012 ARC-CSI Crash Conference, Las Vegas, NV. 06/12

"An Analysis of Pre-crash Driver Behavior Using Event Data from Medium- and Heavy-Duty Electronic Control Modules," SAE 2011 Highway Vehicle EDR Symposium, Institute Conference Center, Danville, VA. 06/11

"Eyewitnesses in the Legal Process: Roles and Reliability," Guest Lecture, Psychology 304: Psychology and the Law, University of Alabama at Birmingham. 01/11

"Applying Heavy Vehicle EDR Data in the Real World," Sixth Annual Crash Data Retrieval User's Conference, Houston, Texas. 01/11

"Conspicuity Issues in Trucking Crashes," 2010 Common Carrier Seminar, Institute of Continuing Legal Education in Georgia, Atlanta, Georgia. 11/10

"Retroreflective Treatment Investigation and Analysis," 2010 MdATAI Crash Conference: Trailer Underrides, Ocean City, Maryland. 10/10

"The Past, Present, and Future of HVEDR Technology," National Association of Professional Accident Reconstructionists (NAPARS) 25th Annual Conference, Ocean City, Maryland. 10/09

"Using HVEDR Data in Accident Reconstruction," Pennsylvania State Police Reconstruction Seminar, State College, Pennsylvania. 09/09

"An In-Depth Look at ECMs in the Real-World" (Presented with Benjamin N. Smith), Midwest Association of Technical Accident Investigators Annual Conference, Wisconsin Dells, Wisconsin. 06/09

"Simulation, Testing, and Analysis of Real-World Scenarios with Various Detroit Diesel and Caterpillar ECMs," Midwest Association of Technical Accident Investigators Annual Conference, Wisconsin Dells, Wisconsin. 06/09

"GPS/GLS-Enabled Fleet Management Systems and Electric On-Board Recorders (EOBRs)," Georgia Trial Lawyers Association Annual Convention, Atlanta, Georgia. 04/09

"Unlocking Black Box and ECM Data" (Presented with John (Tim) Corbitt), The Mississippi Association for Justice: Trucking Litigation Seminar, Jackson, Mississippi.03/09

"What's in the Black Box? A Show and Tell with Car and Truck EDRs" (Presented with Arthur D. Spratlin and John (Tim) Corbitt), The Transportation Law Institute (University of Denver), New Orleans, Louisiana.11/08

"Heavy Vehicle EDRs: From Investigation to Trial," Joint Conference of the South Carolina Association of Reconstruction Specialists, National Association of Professional Accident Reconstruction Specialists, International Association of Accident Reconstruction Specialists, & Southeast Accident Reconstruction Specialists, Atlanta, Georgia. 07/08

"Human Factors in Trucking Accidents," Lorman Continuing Legal Education Seminar, Albuquerque, New Mexico. 05/08

"What's in the Black Box?" (Presented with Arthur D. Spratlin and Timothy Corbitt), Lorman Continuing Legal Education Seminar, Jackson, Mississippi. 05/08

"Heavy Vehicle EDRs: Event Data in Commercial Vehicles and Other Heavy On-Highway Applications," Mississippi College of Law, Jackson, Mississippi. 04/08

"Driver Response Testing Results, Driver Response Inertia, Perceptual Tropism, and Eye Glance Behavior during Turning Maneuvers," Canadian Association of Technical Accident Investigators and Reconstructionists Annual Crash Conference, Ontario Police College, London, Ontario, Canada. 08/07

"Heavy Vehicle EDRs: Event Data in Commercial Vehicles and Other Heavy On-Highway Applications," Hinds Community College, Jackson, Mississippi. 07/07

"Heavy Vehicle EDRs: Event Data in Commercial Vehicles and Other Heavy On-Highway Applications," National Association of Legal Investigators 40th Anniversary Conference, St. Louis, Missouri. 06/07

Southeast Collision Reconstruction Conference: [conducted and presented research on car-following, headway, and police reaction time], Biloxi, Mississippi. 07/03

### Reviews

"Fundamentals of Traffic Crash Reconstruction," *Perception-Response Time*, Ch. 12.8, by John Daily, Nathan Shigemura, & Jeremy Daily. IPTM, University of North Florida, Jacksonville, Florida. 2006

"Quantifying Driver Response Times Based on Research and Real Life Data," by Jeffery Muttart, presented by the author at the 2005 Driving Assessment Conference. 04/05

"Driver Response in Various Environments Empirically Estimated: DRIVE³," by Jeffery W. Muttart, *Problemy rekonstrukcji wypadkow drogowych* (Road Accident Reconstruction Problems) (Ch. 30). Krakow, PL: Institute of Forensic Research Publishers. 10/04

### Contributions

Joseph Badger's "The First Things to Do at an Accident Scene," *Law and Order Magazine*, Vol. 51:5.05/03

### Teaching Experience

Heavy Vehicle Accident Reconstruction, Accident Analysis and Reconstruction —10/08
Prince William County Police Department, Prince William County, Virginia
- *presented to 20 law enforcement officers from the Mid-Atlantic area.*

Defensive Driving for Teenage Drivers—02/05
Christ the King Lutheran Church, Hoover, Alabama

Basic Accident Investigation, 117th Basic Police Class—03/03
Alabama Criminal Justice Training Center, Selma, Alabama

Basic Accident Investigation, 115th Basic Police Class—07/02
Alabama Criminal Justice Training Center, Selma, Alabama

Presentation to Auburn Car Club—03/02
Auburn, Alabama
- *presented to 30 members of an Auburn car club on aggressive driving and the dangers of using improper equipment.*

## Professional Affiliations

Human Factors and Ergonomics Society (HFES), Member—2007-present

Society of Automotive Engineers (SAE) Member #6114657042—2005-present

CDRTool Users' Group—2003-present

International Network of Collision Reconstructionists (INCR)—2001-present

## Career Accomplishments

Teamwork Award—11/02
City of Auburn, Police Division, Auburn Alabama
- *awarded to members of the city's public safety and information technology departments for providing security for former president George W. Bush*

Letter of Commendation—09/02
Sergeant Thomas W. Carswell, MS, Auburn Police Department
- *outstanding work ethic and accountability resulting in multiple felony arrests*

Employee of the Month—08/02
City of Auburn, Alabama
- *excellence in vehicle accident investigations and superior academic achievement in work-related, graduate-level education*

Letter of Commendation—07/02
Captain David Lashley, Alabama State Troopers, Training Center Post Commander
- *effective assistance in teaching motor vehicle accident investigation*

Letter of Commendation—09/01
Chief Douglas J. Jefferson, Vestavia Hills Police Department
- *diligence and professionalism in a motor vehicle accident investigation*

Teamwork Award—06/00
City of Auburn, Auburn, Alabama
- *awarded to members of the city's police and fire divisions for participating in their most successful car-seat check-up event*

Ludwig von Mises University Seminar in Economics—07/95
Claremont-McKenna College, Los Angeles, California

Congressional Internship for U.S. Representative Dan Gillmor (Ohio)—Summer 1994
Washington D.C.

William Messerschmidt
Four Year Summary of Deposition and Trial Testimony

Roxanne R. Atwell, as c-administrator of the Estate of Jacky Harold Atwell; Jacky H. Atwell, as co-administrator the estate of Jacky Harold Atwell v. Christopher Ray Dupree; Saginaw Recycling, LLC., Metal Management of Alabama, Inc., et al.
Circuit Court of Jefferson County, AL
CV-09-901604
Testimony: Accident Reconstruction, Driver perception-response
Deposition: 16 March 2010
Retained by Plaintiffs

Grady and Zeta McBroom v. Sheriff George Payne & Officer John Massengill et al.
United Sates District Court for the Southern District of Mississippi, Southern Division
Civil Action 1:06CV1222LGJMR
Testimony: Accident Reconstruction
Deposition: 23 March 2010
Retained by Plaintiffs

Hazel Brice Smith as Executrix of the Estate of Larry Paul Richie v. Bear Creek Logging, Bear Creek Trucking, et al.
Circuit Court of Bibb County, Alabama
Civil Action 2008-900077
Testimony: Commercial Vehicle Accident Reconstruction
Deposition: 25 March 2010
Retained by Plaintiffs

Laura Campbell and Clyde Campbell v. Osborn Transportation, Inc, et al.
Circuit Court of Sumter County, Alabama
Civil Action No.: 08-900057
Testimony: Commercial Vehicle Event Data Recorders
Deposition: 26 April 2010
Retained by Defendants

Terri Shirley as Legal Guardian of Pamela Ferebee v. Gold Kist Inc., Pilgrim's Pride Corporation of Georgia, Old Republic Insurance Company, and Jimmy Wayne Pittard
Superior Court of Fulton County, Georgia
Civil Action 08-CV-146457
Testimony: Commercial Vehicle Accident Reconstruction
Deposition: 25 June 2010
Retained by Defendants

Rebecca and Robert Fuller v Genuine Parts Company et al.
44th Judicial District Court, Dallas County, Texas
Texas Cause No. 08-15394
Testimony: Commercial Vehicle Event Data Recorders
Deposition: 11 August 2010
Retained by Plaintiffs

Jermaine M. McCray, as Administrator of the Estate of Yolanda McCray Norman v. Scott A. Stilkenboom, Wilson Trucking, et al.
Case No. CV-9-903385
Testimony: Pedestrian visibility, driver response time, accident reconstruction
Deposition: 30 Sept 2010
Trial: 19 April 2011
Retained by Plaintiff

Progressive Express Insurance Company v. Donald Pepin
Circuit Court of Brevard County, Florida
Case No. 05-2009-CA-33818
Testimony: GPS data recovery and preservation
Deposition: 8 December 2010
Retained by Plaintiff

Robert L. Moore & Mary Ann Moore v. Midsouth Utility Group, Adam Champion, et al.
Circuit Court of Calhoun County, AL
Case No. CV-2009-000039
Testimony: Accident Reconstruction, Collision Avoidance, Human Factors/Perception-Response
Deposition: 14 December 2010
Retained by Plaintiffs

Kristy Cole, et al., v Richardson Trucking et al.
Circuit Court of Hale County, AL
Case No. CV-08-900060
Testimony: Accident Reconstruction, Collision Avoidance
Deposition Date: 21 December 2010
Trial Date: 13 January 2011
Retained by Plaintiffs

Christopher Johnson v. John Lewis Millage
United Sates District Court for the Southern District of Mississippi, Southern Division
Cause No. 1:09-cv-00782-HSO-JMR
Testimony: Accident Investigation & Reconstruction, Human Factors/Eyewitness Reliability
Deposition Date: 14 February 2011
Retained by Defendants

Susan Rebecca Pearson, individually and as the Administratrix of the Estate of Emma Loyette Robertson v. Coastal Transport, Inc and Daniel Ray Dunn
Circuit Court of Blount County, AL
Civil Action Number CV-2008-900043
Testimony: Accident Reconstruction, Heavy Truck Event Data Recorders / ECM Data
Deposition Date: 21 February 2011
Retained by Plaintiffs

Rosemary Paul v. Wilcutt Block and Supply Company & Charles Duncan, Jr.
Circuit Court of Pickens County, Alabama
Civil Action Number: CV-2009-900039
Testimony: Accident Reconstruction & Heavy Truck Braking Efficiency
Deposition Date: 8 March 2011
Retained by Plaintiffs

Miles, Grantham, Sparks, Byrd, Istorico, Kuenher, Lafitte, & Yuro v Adventure Bus and Howard Miller
Circuit Court of Jefferson County, Alabama
Civil Action Numbers: CV-2009-903446, 903452, 903453, 00230, 2010-900762, 900761, 900667, 900765
Testimony: Accident Reconstruction, Heavy Vehicle Event Data Recorders
Deposition Date: 20 July 2011
Retained by Plaintiffs

Michael Allen Jerrell v. Averitt Express
Circuit Court of Dale County, Alabama
Civil Action Number: CV-10-900029Q
Testimony: Accident Reconstruction, Eaton VORAD data analysis, Driver Response and Avoidance
Deposition Date: 16 September 2011
Retained by Plaintiffs

Darren & Doris Wilson v Fed Ex Freight Company and Sauders Aaron
Circuit Court of Calhoun County, Alabama
Civil Action Number CV-10-000426
Testimony: Accident Reconstruction, Driver Response Time & Hazard Avoidance, Forensic Animation
Deposition Date: 5 December 2011
Retained by Plaintiffs

Berthina Logan Momodu v. William Teerling and Carpenter's Liquid Transport
The First Circuit Court for Davidson County, Tennessee
No. 10C1
Testimony: Accident Reconstruction, Driver Response Time & Hazard Avoidance
Deposition Date: 16 February 2012
Retained by Defendants

Thomas "Tommy" Hucks v. Pilgrim's Pride Corporation and Russell Mixon
United States District Court for the District of South Carolina
Civil Action No. 5:10-2479-MBS
Testimony: Accident Reconstruction
Deposition Date: 27 February 2012
Retained by Defendants

Gloria Sue Harris v. Michael Sadlo, et al.
Circuit Court of Jefferson County, Alabama
Civil Action Number CV-2010-904515.00
Testimony: Accident Reconstruction, Driver Response Time / Human Factors
Deposition Date: 19 April 2012
Retained by Plaintiffs

Mary A. Kerbler v. FA Freight & Jane Rice v. Leon Smith
United States District Court, Eastern District of Missouri, Eastern Division
Civil Action 4:10 CV-2401
Testimony: Human Factors in Ground Transportation
Deposition Date: 20 April 2012
Retained by Defendant Jane Rice

Tony Barnes v. Piggly Wiggly AL Distributing Company & Gregory Parker v. Piggly Wiggly AL Distributing Company
Circuit Court of Jefferson County, Alabama
Civil Actions 10-904604 & 11-900445
Testimony: Human Factors and Driver Response Time
Deposition Date: 17 May 2012
Retained by Plaintiffs

State of Nebraska v. Igor Koslov
District Court of Seward County, Nebraska
Criminal Case Number 11-50
Testimony: Heavy Vehicle Event Data Recorders
Hearing: Evidence Suppression Hearing
Date of Hearing: 3 August 2012
Deposition: 9 November 2012
Deposition: 10 April 2013
Hearing: Evidence Suppression Hearing
Date of Hearing: 11 April 2013
Date of Trial: 12 July 2013
Retained by Plaintiff (Nebraska Attorney General's Office)

Racheal Dearman, et al., v. Musco Inc., et al.
Circuit Court of Tuscaloosa County, Alabama
Civil Action CV-2009-900274
Testimony: Accident Reconstruction
Deposition Date: 20 August 2012
Retained by Plaintiffs

Teodoro Salvado Cruz and Euginia Cruz v. Environmental Recovery Services, Inc.,
dba Eviroserv; Patrick Gaines; Transportation Commodities, Inc., dba TCI Leasing, Inc.;        Stephanie
Grando; William Navarro; Cesar Tapia.
Superior Court of the State of California, County of Los Angeles—East District
Case Number: BC459442
Testimony: Transportation Human Factors
Deposition Date: 5 September 2012
Trial Testimony Date: 18 September 2012
Retained by Plaintiffs

Price v. Merritt Equipment Company, et al.
Circuit Court of Russell County, Alabama
Civil Action CV-2011-75
Testimony: Accident Reconstruction
Deposition Date: 24 September 2012
Retained by Defendants

Union Pacific Railroad Company vs. Beemac Trucking, LLC, Landstar Ranger, and Edward Edling
United States District Court for the District of Nebraska
Case Number 8:11-CV-00008
Testimony: Engine Control Module Data
Deposition Date: 12 October 2012
Hearing: Evidence Suppression Hearing
Hearing Date: 22 April 2013
Retained by Plaintiffs

Hammonds Enterprises v. Willis F. Beube & Osborn Transportation, LLC
Cicuit Court of Etowah County, Alabama
Civil Action CV-2010-900469
Testimony: Human Factors in Ground Transportation, Heavy Vehicle Event Data Recorders
Deposition Date: 28 November 2012
Retained by Defendants

Amy Green, Caroline Green v Keystone Freight Corporation & Phillip Davis Marshall
United States Federal District Court for the Northern District of Alabama, Southern Division
Civil Action No. 11-03665
Testimony: Accident Reconstruction, Human Factors in Ground Transportation
Deposition Date: 11 December 2012
Retained by Plaintiffs

Kimberly Broussard v. Stephen Simoneaux, Louisiana Farm Bureau Insurance Company, et al
19th Judicial District Court for the Parish of East Baton Rouge
Case Number C-564651
Testimony: Accident Reconstruction, Human Factors in Ground Transportation, Vehicle Electronic Data
Deposition Date: 10 January 13
Retained by Plaintiffs

Betty Ellis Stephenson v. Byrd Transportation, Inc., and Lawrence Dixon, Jr.
United States District Court for the Middle District of North Carolina
Civil Action No. 1:11-CV-797-WO-JEP
Testimony: Human Factors in Ground Transportation
Deposition Date: 30 January 2013
Arbitration Testimony: 15 September 2013
Retained by Defendants

Jacqueline Davis v. Pine Oak Products, Inc., et al
United States District Court for the Middle District of Alabama – Eastern Division
Civil Action Number: 3:12-CV-00333-WHA-TFM
Testimony: Heavy Vehicle Event Data Recorder Preservation
Deposition Date: 24 April 2013
Retained by Defendants

Kenneth Huffstutler vs. Montgomery Transport, LLC and William Chappell
Circuit Court of Chilton County, AL
Civil Action Number CV-2012-9000069
Testimony: Accident reconstruction, driver response time
Deposition Date: 1 May 2013
Retained by Defendants

Kimberly Hall, Glenita Harris, & Latoya Harris vs. Leighton Delk and ADM Trucking, Inc.
Circuit Court of Jefferson County, Alabama
Case No. CV-2012-900940
Testimony: Accident Reconstruction, Electronic Telematics Data
Trial Testimony Date: 7 May 2013, 13 May 2013
Retained by Defendants

Felicia Mosley, et al vs. Sayer Delivery Service, MCF Systems, & Herman Gardner
Circuit Court of Lowndes County, Alabama
Case No. CV-2012-900009
Testimony: Accident Reconstruction, human factors & driver response
Deposition Date: 7 June 2013
Retained by Plaintiffs

Henry Patrick McGhee vs. Hybrid Logistics Inc., and Cleaver Brooks, Inc
United States District Court for the Eastern District of Michigan, Southern Division
Case No. 12-CV-10771-AC
Testimony: Vehicle Equipment Inspection
Deposition Date: 26 June 2013
Retained by Plaintiffs

Candace Walker, individually and on behalf of her deceased children Kyren Thomas and Di' Avion Hite vs.
Tammy Westbrook, Western Star Transport LLC., Western Star Transportation Inc., National Specialty
Insurance Company, Alvin Welch, and AAA Texas County Mutual Insurance Company
Civil District Court for the Parish of Orleans
No. 2009-06941, C/W 2009-1028, 2009-5660, 2009-7238, 2009-13124
Testimony: Human Factors in ground transportation
Deposition Date: 31 July 2013
Retained by Defendants

Ernest Herbert v. G & P Trucking Company, Inc. et al.
Circuit Court of Montgomery, Alabama
03-CV-2012-900845.000
Testimony: Accident Reconstruction, Heavy Vehicle Event Data Recorders, Human Factors
Deposition Date: 30 September 2013
Retained by Plaintiffs

Alonzo Gleason and Fed Ex Freight vs. Victor Savine, Oleh Sichar, and Sparkling Snow, Inc.
United States District Court for the District of New Mexico
CIV 12-437
Testimony: Accident Reconstruction, Human Factors
Deposition Date: 16 October 2013
Retained by Plaintiffs

Freddie L. Knox, et al., vs. Russell Mahalitc, et al.
Circuit Court of Washington County, Mississippi
Civil Action No. 2008-0055-CI
Testimony: Accident Reconstruction
Deposition Date: 17 October 2013
Retained by Plaintiffs

Lincoln Welch & Harry Chapman vs. Mickey Pope d/b/a Mickey Pope Timber Company, Willie Gordon, et al.
Circuit Court of Wilcox County, Alabama
Civil Action No. 12-900021
Testimony: Accident Reconstruction, Human Factors
Deposition Date: 7 November 2013
Retained by Plaintiffs

Sherri Akers vs. Sanderson Farms and Paul Flowers
United States District Court for the Northern District of Alabama, Western Division
Case No. 7:13-cv-01296-RDP
Testimony: Commercial Vehicle Inspection
Deposition Date: 19 February 2014
Retained by Plaintiff

Nicole Ramos, et al vs. College Tire of Huntsville, et al
Circuit Court of Madison County, Alabama
Case No. CV-11-900459
Testimony: Accident Reconstruction, Driver Response
Deposition Date: 25 February 2014
Retained by Plaintiff

**DAVID E. BRILL**
**Collision Analysis & Investigations**

2574 NW 49th Avenue
JENNINGS, FLORIDA 32053

Office Phone: 386-938-3434
Cell Phone: 386-266-8033
Email: dbrill@windstream.net

**EDUCATION:**      Florida State University
College of Engineering
Tallahassee, Florida
Bachelor of Science Civil Engineering - 2000

**LAW ENFORCEMENT TRAINING:**

March 1977 – May 1977 – Federal Law Enforcement Academy, Glynco, Georgia

October 1977 – December 1977 – Iowa Law Enforcement Academy, Des Moines, Iowa

January 1979 – April 1979 – Florida Highway Patrol Academy, Tallahassee, Florida

**CRASH INVESTIGATION COURSES:**

**November 1990 - Traffic Homicide Investigation** - Florida Highway Patrol Academy, Tallahassee, Florida

**April 1991 - Commercial Motor Vehicle Crash Investigation** Florida Highway Patrol Academy, Tallahassee, Florida

**September 1994 - Pedestrian – Bicycle Crash Investigation** Florida Highway Patrol Academy, Tallahassee, Florida

**October 1994 - Motorcycle Crash Reconstruction Analysis** Yamaha Motorcycle Industries, Atlantic City, New Jersey

**November 1994 - Advanced Accident Investigation,** Institute of Police Technology & Management Starke, Florida

**February 1995 - Traffic Crash Reconstruction,** Institute of Police Technology & Management Jacksonville, Florida

**November 1995 - Concepts of Day/Night Visibility-Instructor,** Institute of Vehicular Safety Columbus, Ohio

**February 2002 - Crash Data Retrieval,** User Certification Course, Jacksonville, Florida

Rev 11/24/12

1

**EMPLOYMENT:**                **University of North Florida**
                               **Institute of Police Technology & Management**
                               12000 Alumni Drive
                               Jacksonville, Florida 32224
                               Dates: June 1996 – May 2010
                               Former Position: Traffic Crash Coordinator
                               Current: Adjunct Faculty Instructor

Supervisor: Everett James
Phone Number: 904-620-4786

**Duties:**   Coordinate the Traffic Crash Investigation Section for the Institute and the University of North Florida. Supervise and coordinate 2 fulltime employees and 80 adjunct instructors. Plan, develop and oversee the presentation of course curriculum. Coordinate and staff individual grant and contract classes.

Develop and implement new course curriculum as well as update existing courses. Research, compile, and author any new manuals for use in the instruction of the course and development of the instructor. Edit material submitted for publication for technical content. Certified instructor with the Criminal Justice Standards and Training Commission through the State of Florida

Primary Courses of Instruction
        Traffic Crash Reconstruction
        Advanced Traffic Crash Reconstruction using WinCrash
        Commercial Motor Vehicle Crash Investigation
        Advanced Commercial Motor Vehicle Crash Investigation
        Crash Data Retrieval


                               **Florida Highway Patrol**
                               Dept. of Highway Safety & Motor Vehicles
                               Lake City Florida
                               Jan 1979 - June 1996
                               Position: Corporal - Traffic Homicide Investigator

Supervisor: Captain Bob Miller
Phone Number: 1-800-226-6031


**Duties:** Promoted by the Department to the position of Traffic Homicide Investigator in July 1990. I was responsible for the complete reconstruction and investigation of any fatal or serious injury accidents that occurred on the highways of the State of Florida.    I have conducted over 150 major traffic accident reconstructions' that resulted in the death of another person.   The investigation parameters encompassed any contributing factors initiating from the pre-crash to the post-crash phase, as well as sworn witness interviews. The investigation was then submitted to the State Attorney for review with a recommendation of appropriate legal actions.  During the course of my employment, I instructed at the Florida Highway Patrol Academy in the area of traffic crash investigation techniques and acted as a field training officer for newly promoted traffic homicide investigators.

**INDEPENDENT RESEARCH:**    Florida State University
College of Engineering
Florida Dept of Transportation
Analysis of Work Zone MOT Data Collection and Usage Procedures

Department of Transportation - Florida State University
College of Engineering
Evaluation of Commercial Motor Vehicle Traffic Crash
Fatality Causes and Effects for years 1998, 1999, and 2000

**PUBLICATIONS:**    Commercial Motor Vehicle Accident Investigation
And Inspection

Advanced Techniques in Traffic Crash Investigation

**PRESENTATIONS:**    S.E.A.R.S. Conference
May 2002
Biloxi, Mississippi
*Determination of Departure Angles in Conservation of Linear Momentum*

Japanese Automotive Research Institute
September 2003
Tokyo, Japan
*Traffic Crash Reconstruction – Training and Mutual Cooperation Among Participants*

Special Problems in Traffic Crash Reconstruction
March 2005
Jacksonville, Florida
*Commercial Motor Vehicle Trailer Underrides*

Special Problems in Traffic Crash Reconstruction
March 2006
Jacksonville, Florida
*Commercial Motor Vehicle Deceleration Factors Influenced by Laterally Displaced Motor Vehicles*

IATAI Conference
September 2006
Bloomington, Illinois
*Modeling Commercial Motor Vehicle ABS Brakes Using Brake Force Calculations*

Truck Litigation Seminar
January 2008
Jacksonville, Florida
*Commercial Motor Vehicle ECM Technology*

Special Problems in Traffic Crash Reconstruction
April 2010
Orlando, Florida
*Heavy Truck ECM Technology*

**SPECIALIZED TRAINING**

**July 2006 – Cummins Insite ECM Software** – Cummins Power South Training Institute, Tampa, Florida

**September 2006 – FR Fleet and Performance Transmission Failure Analysis** – RoadRanger Eaton Fuller Training Division – Jackson, Mississippi

**October 2006 – Drivetrain Systems Analysis** – RoadRanger Eaton Fuller Training Division – Winter Haven, Florida

**November 2006 – Bendix Air Brake Systems** – Freightliner Training Institute, Atlanta, Georgia

**December 2006 – Detroit Diesel DDEC III, IV, and V ECM Software** – Detroit Diesel Training, Tampa, Florida

**July 2007 – Bendix Foundation Brake Systems** – Bendix Training Facility, Ft. Wayne, Indiana

**July 2011 – International ServiceMaxx Electronic Control Module Software** – Navistar Education Center Certificate No. 2212137

**March 2012 – HVE Forum 2012** – Engineering Dynamics Corporation, New Orleans. Louisiana

**CASE WORK**

1. Alexander vs. Yellow Freight, Duval County, Jacksonville, Florida – Attorney Mark Calvin, Jacksonville, Florida (P)

2. Allen vs. Endeavor Trucking, St. Johns County, St. Augustine, Florida – Attorney Chris Wadsworth, Miami, Florida (D)

3. Allen vs. Reitz, Marion County, Ocala, Florida – Attorney Theresa Jones, Sarasota, Florida (D)

4. Amodei vs. Corse, Putnam County, Palatka, Florida – Attorney Mark Rosenberg, Jacksonville, Florida (P)

5. Andjelic vs. Certified Slings, Seminole County, Casselberry, Florida – Attorney Steve Tomesko, Orlando, Florida (D)

6. Andrews vs. Dawson, Rensselaer County, Troy, New York – Attorney Rose Marie Bogdan, Albany, New York (P)

7. Aubain vs. Suncoast Portable Toilet Co., Lee County, Fort Myers, Florida – Jim Wolabaugh, FCCI Insurance, Sarasota, Florida (D)

8. Ball vs. State of New York, Albany County, Albany, New York – Victor Mazzotti, Albany, New York (P)

9. Beneby vs. Parvilus, Palm Beach County, West Palm Beach, Florida – Attorney Steve Kerbel, Plantation, Florida (D)

10. Bentley vs. Serv-U, Duval County, Jacksonville, Florida – Attorney Clinton Flagg, Coral Gables, Florida (D)

11. Blanks vs. King County Transport, King County, Seattle, Washington – Attorney Paul Taylor, Seattle, Washington (P)

12. Bookout vs. Acree Oil, Rabun County, Clayton, Georgia – Attorney C. Dillard, Montgomery, Alabama (P)

13. Boozer vs. Towne Air Freight, Alachua County, Gainesville, Florida – Attorney Jerome Tapley, Birmingham, Alabama (P)

14. Borlase vs. Thorn, Lee County, Ft. Myers, Florida – Attorney Joseph Lieb, Sarasota, Florida (P)

15. Bowen vs. Prichett Trucking, Union County, Lake Butler, Florida – Attorney Joseph Kissane, Jacksonville, Florida (D)

16. Bracewell vs. Hamilton County, Hamilton County, Jasper, Florida – Gallagher Bassett Services, Betsy Pasanen (D)

17. Brands vs. Lee County, Lee County, Ft. Myers, Florida – Gallagher Bassett Services for Lee County, Fort Myers, Florida (D)

18. Brantley vs. Highlands County, Highlands County, Avon Park, Florida – Attorney J. Terrence Porter, Fort Myers, Florida (D)

19. Brubach vs. Kendell Transport Inc, Seminole County, Winter Springs, Florida – Attorney Donavan Roper, Apopka, Florida (P)

20. Camiel vs. Griffis, Columbia County, Lake City, Florida – Progressive Insurance, Mark Ridley (D)

21. Capodanno vs. Liberty Insurance/Premier Trucking, United States District Court, West Palm Beach, Florida – Attorney Neil Anthony, West Palm Beach, Florida (P)

22. Cardenas vs. CIA Logistics, Dade County, Miami, Florida – Attorney Dan Margrey, Miami, Florida (D)

23. Carling vs. Watkins, Pasco County, New Port Richey, Florida – Maria Blasse, Hartford Insurance, Dunedin, Florida (D)

24. Castiglione vs. Apple Transportation, Lee County, Fort Myers, Florida – Attorney Dan Sheppard, Fort Myers, Florida (P)

25. Chamberlain vs. Margie Wood Trucking, Marion County, Ocala, Florida – Attorney Marianne Howanitz, Ocala, Florida (P)

26. Clippard vs. Seminole County Public Schools, Seminole County, Sanford, Florida – Attorney Donavan Roper, Apopka, Florida (P)

27. Commonwealth of St. Croix, US Virgin Islands, Christiansted, St. Croix, Daubert Hearing – Attorney Cornelius Evans, Office of Attorney General (CP)

28. Consolino vs. Lott, Lee County, Fort Myers, Florida – Attorney Steven Koppel, Fort Myers, Florida (D)

29. Cooper vs. Sysco Foods Rensselaer County, Troy, New York – Attorney Rosemarie Bogdan, Albany, New York (P)

30. Corona vs. McCranie, Highlands County, Lake Placid, Florida – Attorney Dan Sheppard, Fort Myers, Florida (P)

31. Courtney vs. Schmitt, Lee County, Ft. Myers, Florida – Attorney Dan Sheppard, Ft. Myers, Florida (D)

32. Cover vs. US Foundry, Dade County, Miami, Florida – Attorney Dominick Tamarazzo, Ft. Lauderdale, Florida (P)

33. Curtis vs. Bulk Express, Broward County, Ft. Lauderdale, Florida – Attorney Stephen Kandell, Coconut Grove, Florida (P)

34. Curtis vs. United States Postal Service, Clay County, Keystone Heights, Florida – Attorney Brent Siegel, Gainesville, Florida (P)

35. DaSilva vs. Gibraltar Van Lines, Broward County, Fort Lauderdale, Florida – Attorney Jonathan Burns, Fort Lauderdale, Florida (P)

36. Del Pilar vs. DHL Global, Duval County, Jacksonville, Florida – Attorney Mike Glass, Jacksonville, Florida (D)

37. DeRoches vs. Lee County, Lee County, Ft. Myers, Florida – Gallagher Bassett Services for Lee County, Fort Myers, Florida  (D)

38. DiLorenzo vs. Mid Florida Wheel & Axle, Sarasota County, Sarasota, Florida – Attorney Scott Albee, Tampa, Florida (D)

39. Esmie vs. City of Avon Park, Highlands County, Avon Park, Florida – Attorney Donavan Roper, Altamonte Springs, Florida (D)

40. Ezpeleta vs. Lucoff, Broward County, Ft. Lauderdale, Florida – Attorney David Brill, Ft. Lauderdale, Florida (P)

41. Foote vs. John-Mart Enterprises, Duval County, Jacksonville, Florida – Attorney Chris Wadsworth, Miami, Florida (D)

42. Francios vs. Hintermeier, Lee County, Fort Myers, Florida –Attorney Dan Shepherd, Fort Myers, Florida (P)

43. Franks vs. Bonner, Orange County, Orlando, Florida – A. Roderick, Hartford Insurance (D)

44. Frometa vs. ABC Transfer, Dade County, Miami, Florida – Attorney Dan Margrey, Miami, Florida (D)

45. Fyffe vs. J & E Trucking Inc., Duval County, Jacksonville, Florida – Attorney Robert O'Quinn, Jacksonville, Florida (D)

46. Gallegos vs. Boatright Trucking, St. Johns County, St. Augustine, Florida – Attorney Dan Margrey, Miami, Florida (D)

47. Gershbein vs. Velda Farms, Dade County, Miami, Florida – Attorney Jeff Benjamin, Miami, Florida (P)

48. Gooding vs. Esquerete, Orange County, Orlando, Florida – Attorney Daniel L. Margrey, Miami, Florida (D)

49. Grass vs. Maersk Corporation, Duval County, Jacksonville, Florida – Attorney David Cornell, Jacksonville, Florida (D)

50. Hill vs. Magic Transportation, Duval County, Jacksonville, Florida – Attorney Clint Flagg, Coral Gables, Florida (D)

51. Hogan vs. McKee, Indian River County, Indian River, Florida – Attorney Eric Hoecker, West Palm Beach, Fl (D)

52. Holmes vs. Cavendish, Brevard County, Melbourne, Florida – Attorney Jerry Trachtman, Melbourne, Florida (D)

53. Hughes vs. Desoto County, Desoto County, Arcadia, Florida – Gallagher Bassett Services, Fort Myers, Florida (D)

54. Jones vs. Burkey, Lee County, Fort Myers, Florida – Attorney Mark Yeslow, Fort Myers, Florida (D)

55. Jones vs. Charter Oak, Palm Beach County, West Palm Beach, Florida – Attorney Carlos Llorente, Ft Lauderdale, Florida (D)

56. Kelly vs. Stallone, Lee County, Ft. Myers, Florida – Attorney John Lewis, Fort Myers, Florida (D)

57. Kindrat vs. Hyundai, US District Court, Nashville, Tennessee, - Attorney Alan Poindexter, Lebanon, Tennessee (P)

58. King vs. Desoto County, Desoto County, Arcadia, Florida – Gallagher Bassett Services, Betsey Pasanen (D)

59. Kosser vs. C&W Logistics, Putnam County, Palatka, Florida – Attorney Mark Rosenberg, Jacksonville, Florida (P)

60. Kruse vs. Cappano, Clay County, Green Cove Springs, Florida – Hartford Insurance, Palm Harbor, Florida (D)

61. Lambert vs. Prado, Lee County, Ft. Myers, Florida – Attorney John Lewis, Fort Myers, Florida (D)

62. Lange vs. United States of America, Western District of Tennessee, Jackson, Tennessee – U.S. Attorney Jimmy Croom, Jackson, Tennessee (D)

63. Larson vs. State of South Carolina, Superior Court, Greenville, South Carolina – Attorney Russell Harter, Greenville, South Carolina (D)

64. Lawson vs. Kenneth Taylor/Great Wide, Jefferson County, Birmingham, Alabama – Attorney Jason Shamblin, Birmingham, Alabama (P)

65. Leffin vs. Hubert Wilson & Baker's Towing, Lee County, Ft. Myers, Florida – Attorney Richard Purtz, Ft. Myers, Florida (P)

66. Lopez vs. DS Waters, Dade County, Miami Florida – Attorney John Wilke, Miami, Florida (D)

67. Lopez vs. Highlands County, Sebring, Florida – Gallagher Bassett Services, Fort Myers, Florida (D)

68. Malbon vs. Essex County, Essex County, Elizabethtown, New York – Attorney Victor Mazzotti, Albany, New York (P)

69. Marotte vs. Weber, Sarasota County, North Port, Florida – Attorney Mark Yeslow, Fort Myers, Florida (D)

70. Martin vs. Montague, Lee County, Fort Myers, Florida – Attorney Mark Yeslow, Fort Myers, Florida (D)

71. Martin vs. VW Leasing, Dade County, Miami, Florida – Attorney Ralph Patino, Miami, Florida (P)

72. Mason vs. United States of America, United States District Court, Memphis, Tennessee – Attorney Monica DeGraffenreaid, Memphis, Tennessee (D)

73. Mendosa vs. Roe, Polk County, Winter Haven, Florida – Attorney Ron Gomez, Los Angeles, California (P)

74. Michael vs. Krueger, St. Johns County, St. Augustine, Florida – Attorney Joseph Kissane, Jacksonville, Florida (D)

75. Michaud vs. City of Oviedo, Seminole County, Sanford, Florida – Gallagher Bassett Services, Ann Balfour, Fort Myers, Florida (D)

76. Micieli vs. Lee County, Lee County, Ft. Myers, Florida – Attorney Dan Sheppard, Fort Myers, Florida (D)

77. Mix vs. Martinez Trucking, Lee County, Ft. Myers, Florida – Attorney Dan Sheppard, Ft. Myers, Florida (D)

78. Morales vs. Liberty Hauling, Polk County, Auburndale, Florida – Attorney Doug Fraley, Tampa, Florida (D)

79. Morales vs. Swisher, Monroe County, Naples, Florida – Attorney Steven Koeppel, Fort Myers, Florida (D)

80. Moses vs. Seaboard Construction, Glynn County, Brunswick, Georgia – Attorney Martha Williams, Brunswick, Georgia (P)

81. Myers vs. Charleston County Sheriff's Department, Charleston County, Charleston, South Carolina – Attorney Robin Jackson, Charleston, South Carolina (D)

82. Napanga vs. Bentacourt, Dade County, Miami, Florida – Attorney John Wilke, Boca Raton, Florida (D)

83. Neal vs. Hendry County, Hendry County, Clewiston, Florida – Gallagher Bassett Services, Fort Myers, Florida (D)

84. Odom vs. Jacksonville Port Authority, Duval County, Jacksonville, Florida – Attorney Donovan Roper (D)

85. Patel vs. Jordon Transport, Duval County, Jacksonville, Florida – Attorney Christopher Shakib, Jacksonville, Florida (P)

86. Perez vs. Goodman, Lee County, Fort Myers, Florida – Attorney Brett Kurland, Tampa, Florida (P)

87. Perrella vs. FCI Transport, Superior Court Albany, New York, - Attorney Victor Mazzotti, Albany, New York (P)

88. Persky vs. Asphalt Contractors, Montgomery County, Montgomery, Alabama – Attorney C. Dillard, Montgomery, Alabama (D)

89. Polyanskay vs. Bise, Lee County, Fort Myers, Florida – Attorney Steven Koeppel, Fort Myers, Florida (D)

90. Rausin vs. Rodgers, Lake County, Leesburg, Florida – Attorney Brian Vigness, Fort Myers, Florida (P)

91. Reilly Dairy and Foods – Polk County, Lakeland, Florida – Jon Nawrocki, Travelers Insurance, Orlando, Fl (D)

92. Renfroe vs. Zablan, Duval County, Jacksonville, Florida – Attorney Melody Toma, Jacksonville, Florida (D)

93. Riley vs. MH Logging, Bradford County, Starke, Florida – Attorney Patrick Snyder, Jacksonville, Florida (D)

94. Rivas vs. Okeechobee County, Okeechobee County, Okeechobee, Florida – Gallagher Bassett Services, Betsy Pasanen (D)

95. Rivera vs. McCann Trucking – Lee County, Fort Myers, Florida – Attorney Doug Mohney, Fort Myers, Florida (P)

96. Robert Miller vs. U.S. Postal Service, US District Court, Memphis, Tennessee – Attorney Harriet Halmon, Memphis, Tennessee (D)

97. Rossi vs. Manuel, Collier County, Naples, Florida –   Attorney Dan Sheppard, Ft. Myers, Florida (P)

98. Sanchez vs. Goodyear Tire, Duval County, Jacksonville, Florida – Attorney Dan Kissane, Jacksonville, Florida (D)

99. Saveleva vs. Marsh, Flagler County, Flagler Beach, Florida – Attorney Joseph Kissane, Jacksonville, Florida (D)

100. Schnyder vs. Detweiller, Marion County, Ocala, Florida – Hartford Insurance, Palm Harbor, Florida (D)

101. Sczapa vs. Hutchins, Lee County, Fort Myers, Florida – Attorney Mark Yeslow, Fort Myers, Florida (D)

102. Shoop vs. Cooper, Duval County, Jacksonville, Florida – Attorney Brad Thomas, Miami, Florida (D)

103. Shultz vs. Rabon, Lee County, Ft. Myers, Florida – Attorney J. Terrence Porter, Fort Myers, Florida (D)

104. Siwiec vs. Desoto County, Desoto County, Arcadia, Florida – Gallagher Basset Services, Ft. Myers, Florida (D)

105. Smith vs. Hart Transportation, Duval County, Jacksonville, Florida – Attorney Chris Wadsworth, Miami, Florida (D)

106. Smith vs. Hatcher, Duval County, Jacksonville, Florida – Attorney Joe Kissane, Jacksonville, Florida (D)

107. Smith vs. Highlands County, Sebring, Florida – Gallagher Bassett Services, Fort Myers, Florida (D)

108. Snedeker vs. Dixie County, Dixie County, Cross City, Florida – Attorney Patrick Perry, Gainesville, Florida (P)

109. Sorride vs. A&T Hauling, Taylor County, Perry, Florida – Attorney Joseph Kissane, Jacksonville, Florida (D)

110. Spitz vs. General Motors Corporation, Forsyth County, Cumming, Georgia – Attorney Mike Moran, Atlanta, Georgia (P)

111. Stallings vs. Hydropower Equipment Transport, Baldwin County, Orange Beach, Alabama – Attorney Jack Hall, Birmingham, Alabama (D)

112. Starling vs. Parks, Lee County, Ft. Myers, Florida – Attorney Stephen Koeppel, Ft. Myers, Florida (P)

113. State of Florida vs. Clarence Behn, Putnam County, Palatka, Florida – Attorney Matt Cline, Palatka, Florida (CP)

114. State of Florida vs. McGee, Volusia County, Daytona Beach, Florida – State Attorney Susan Bexley, Daytona Beach, Florida (CP)

115. State of Florida vs. Michael Gallagher, Volusia County, Daytona Beach, Florida – Attorney Dennis Craig, Volusia County State Attorney (CP)

116. State of Florida vs. Michelle, Brevard County, Viera, Florida – Attorney Michael Hunt, Brevard County State Attorney (CP)

117. State of Florida vs. Peadon, Desoto County, Arcadia Florida – Attorney Lon Arend, Arcadia, Florida (P)

118. State of Florida vs. Thomas Cain, Brevard County, Viera, Florida – Attorney Michael Hunt, Brevard County State Attorney (CP)

119. State of Florida vs. Valazquez, Lake County, Tavares, Florida – Attorney Bill Gross, Tavares, Florida (P)

120. State of Florida vs. Able, Alachua County, Gainesville, Florida – Attorney John Stokes, Gainesville, Florida (CD)

121. State of Georgia vs. Dr. A. Breckenridge, Superior Court Daugherty County, Albany, Georgia – Attorney Pete Donaldson, Albany, Georgia (D)

122. State of Georgia vs. Laura Banks, Superior Court Daugherty County, Albany, Georgia – Attorney Pete Donaldson, Albany, Georgia (D)

123. State of Michigan vs. Mathew English, Superior Court, Lake Orion, Michigan – Attorney Ken Mogil, Lake Orion, Michigan (D)

124. State of New Jersey vs. Gardner, Superior Court, Parsippany, New Jersey – Attorney Tom Foti, Parsippany, New Jersey (D)

125. Stewart vs. Geico Insurance, Duval County, Jacksonville, Florida – Attorney Melody Toma, Jacksonville, Florida  (D)

126. Stewart vs. Jacksonville Transportation Authority – Duval County, Jacksonville, Florida – Attorney Sean Granat (D)

127. Stewart vs. Pritchett Trucking, Nassau County, Hillard, Florida – Attorney Chris Wadsworth, Miami, Florida (D)

128. Sutton vs. Beckman Paving, Volusia County, Daytona Beach, Florida – Jim Wolabaugh, FCCI Insurance, Sarasota, Florida (D)

129. Taylor vs. Penske Trucking, Duval County, Jacksonville, Florida – Attorney Chris Shakib, Jacksonville, Florida (P)

130. Tilley vs. Swartz, Escambia County, Pensacola, Florida – Maria Blasse, The Hartford Ins, Dunedin, Florida (D)

131. Toral vs. Choice Waste Environmental Services, Dade County, Miami, Florida – Attorney David Brill, Ft. Lauderdale, Florida (P)

132. Treffiletti vs. Hoefle, Sarasota County, Sarasota, Florida – Attorney Teresa Jones, Sarasota, Florida (P)

133. United States vs. Claudio Del Rio, St. Croix, United States Virgin Islands – Attorney Cornelius Evans, US Attorney's Office, St. Croix (CP)

134. Valenti vs. Haverstick, Lee County, Fort Myers, Florida – Attorney Joe Linnehan, Fort Myers, Florida (P)

135. Vaughn vs. Ford Motor Company, Duval County, Jacksonville, Florida – Attorney Larry Wilks, Jacksonville, Florida (P)

136. Victorvil vs. Parts Depot, Lee County, Fort Myers, Florida – Attorney Teresa Jones, Sarasota, Florida (D)

137. Villarreal vs. Blue Goose Growers, Collier County, Naples, Florida – Attorney Mark Antonelli Coral Gables, Florida (D)

138. Walston vs. AAA Auto Club South, Duval County, Jacksonville, Florida – Attorney Fred Isaac, Jacksonville, Florida (P)

139. Washington vs. Shore, Sarasota County, Sarasota, Florida – Hartford Insurance, J. Kronsbein, Dunedin, Florida (D)

140. Wayno vs. Florida Power and Light, Martin County Stuart, Florida – Attorney Paul Gamba, Palm Coast, Florida (P)

141. Weaver vs. Energy Transportation, Marion County, Ocala, Florida – Attorney Edmund Normand, Orlando, Florida (P)

142. Williams vs. SSA, Duval County, Jacksonville, Florida – Attorney Donavan Roper, Orlando, Florida (D)

143. Wilson vs. City of Belle Glade, Palm Beach County, West Palm Beach, Florida – Attorney John Lewis, Fort Myers, Florida (D)

144. Withers vs. Republic Services of Florida, Duval County, Jacksonville, Florida – Attorney Mark Rosenberg, Jacksonville, Florida (P)

145. Witsil vs. Shook, Sarasota County, Sarasota, Florida – Attorney Teresa Jones, Sarasota, Florida (D)

146. Wrye vs. Colorado Concrete & Paving – Orange County, Orlando, Florida – Attorney Steve Worley, Jacksonville, Florida (D)

147. Jackson vs. Felts Logging LLC, Covington County, Montgomery, Alabama, - Attorney Richard Broughton, Montgomery, Alabama (D)

148. Angelo vs. McMillan, Palm Beach County, West Palm Beach, Florida – Attorney Joseph Schulz, Boca Raton, Florida (P)

149. Rich vs. Indian River transport, Pinellas County, Clearwater, Florida – Attorney Sean Conahan, Tampa, Florida (D)

150. Ortiz vs. Savannah tire, Volusia County, Daytona, Florida – Attorney Steve Worley, Jacksonville, Florida (D)

151. Jackson vs. Felts logging, Covington County, Alabama – Attorney Richard Broughton, Montgomery, Alabama (D)

152. Rich vs. Indian River Transport, Pinellas County, St. Petersburg, Florida – Attorney Sean Conahan, Tampa, Florida (D)

153. Cabarris vs. Carey All Transport, Marion County, Ocala, Florida – Attorney Dallas Robinson, Miami, Florida (D)

154. Cooney vs. West Coast Fence of Tampa, Pinellas County, St Petersburg, Florida – Attorney Jeffrey Coleman, St Petersburg, Florida (P)

155. Dengler vs. Eastech Freight Systems, St Johns County, St. Augustine, Florida – Attorney Tracy Markham, St. Augustine, Florida (P)

156. Prophette vs. Finley/Werner Trucking, Alachua County, Gainesville, Florida- Attorney Jack Fine, Gainesville, Florida (P)

157. Beck vs. West Way Towing, Broward County, Fort Lauderdale, Florida –Attorney Brendan Keeley, Fort Lauderdale, Florida (D)

158. Black vs. Luke Brothers, Lee County, Fort Myers, Florida – Attorney Gregory Bosseler, Fort Myers, Florida (P)

159. Perry vs. Grist Greens, Volusia County, Daytona, Florida – Attorney David Corso, Orlando, Florida (D)

160. Yeates vs. Palm Beach transport, Palm Beach County, West Palm Beach, Florida –Attorney John Camillo, Miami, Florida, (D)

161. Thompson vs. Ray Anthony cranes, Hillsboro County, Tampa, Florida – Attorney George Hunter, Riverview, Florida (P)

162. Edme vs. Diamond Cab Company, Orange County, Orlando, Florida – Attorney Greg Ackerman, Orlando, Florida (D)

163. Dixon vs. Publix Foods, Orange County, Orlando, Florida – Attorney Jamie Sasson, Deerfield Beach, Florida (P)

164. Vanzant vs. Nextran, Duval County, Jacksonville, Florida – Attorney Bert Rasmussen, Jacksonville, Florida (D)


## CURRENT/ACTIVE CASE WORK

1. Meek vs. Pro Sweep Industries, Orange County, Orlando, Florida – Attorney Dannelle Fleites, Miami, Florida (D)

2. Brenntag Mid-South vs. Vehicare LLC, Hamilton County, Jasper, Florida – Attorney Jeffrey Slater, Orlando, Florida (D)

3. Rivera vs. Ramos, Lee County, Fort Myers, Florida – Attorney Mark Yeslow, Fort Myers, Florida (D)

4. Barton vs. Alvarado, Palm Beach County, West Palm Beach, Florida – Attorney Dan Margrey, Miami, Florida (D)

5. Johnson vs. Summerford Exxact Transportation, Marion County, Ocala, Florida – Attorney Richard Womble, Orlando, Florida (D)

6. Stephens vs. Rumer, Indian River County, Indian River, Florida – Attorney Brad Watkins, Brunswick, Georgia (D)

7. Kaminik vs. Werner trucking, Broward County, Fort Lauderdale, Florida – Attorney Alan Brady, Fort Lauderdale, Florida (P)

8. Oakley transport vs. Braddock, Hardee County, Zolofo Springs, Florida – Attorney Davis Hewitt, Winter Park, Florida (D)

9. Vaden vs. Wall Timber Products, Nassau County, Fernandina, Florida – Tower Group Insurance, Fort Lauderdale, Florida (D)

10. Downing vs. Parsec, Duval County, Jacksonville, Florida – Attorney James Cunningham, Orlando, Florida (P)

11. Gardner vs. New Line Transport, St. Lucie County, Ft. Pierce, Florida – Attorney Steve Hoskins, Ft. Pierce, Florida (P)

12. Bennett vs. Jones, Columbia County, Lake City, Florida – Attorney Mark Giuliani, Fort Lauderdale, Florida (D)

13. Pena vs. New Generation Freight, Dade County, Miami, Florida – Attorney Robert Coulombe, Miami, Florida (D)

14. Ramirez vs. Boyle, Palm Beach County, West Palm Beach, Florida – Attorney William McFarlane, Coral Springs, Florida (D)

15. Hughes vs. Gordon Food Service, Dade County, Miami, Florida – Attorney Michael Galex , Miami, Florida (D)

16. Oleskowitz vs. First Coast Towing , Clay County, Orange Park, Florida – Attorney Robert O'Quinn, Jacksonville, Florida (D)

17. Pastor vs. Speedy Trucking, Lee County, Fort Myers, Florida – Attorney Greg Bossler, Fort Myers, Florida (P)

18. Seavey vs. Hearn, Marion County, Ocala, Florida – Attorney Daniel Hightower, Ocala, Florida (P)

19. Tunnage vs. B&L Cab Service – Broward County, Fort Lauderdale, Florida – Attorney John Camillo, Fort Lauderdale, Florida (D)

20. Miller vs. DOT Transportation – Palm Beach County, West Palm Beach, Florida – Attorney Dan Seropian, West Palm Beach, Florida (P)

21. Stratton vs. FEPCO Trucking – Duval County, Jacksonville, Florida – Attorney Patrick Snyder, Jacksonville, Florida (D)

22. Thoby vs. Town of Davie, Florida – Dade County, Miami, Florida – Attorney Jamie Dixon, Fort Lauderdale, Florida (P)

23. Gottlieb vs. State Farm Insurance – Dade County, Miami, Florida – Attorney Marc Pacin, Miami, Florida (P)

24. Andrews vs. Palmer, Marion County, Ocala, Florida – Attorney Daniel Hightower, Ocala, Florida (P)

25. Griffin vs. Flowers Baking Company, Nassau County, Florida – Attorney Peter Sledzik, Jacksonville, Florida (D)

26. Dominguez vs. Hillsboro County, Hillsboro County, Florida – Attorney Ian Osur, Miami, Florida (P)

27. Garner vs. White Oak Transportation, Morgan County, Alabama – Attorney Doug Dellaccio, Birmingham, Alabama (P)

28. Ile vs. Bridges, Polk County, Florida – Attorney Bryan Reynolds, St. Petersburg, Florida (D)

29. Karinski vs. Walpole, Marion County, Florida – Attorney John Owens, Tampa, Florida (D)

30. Samuel vs. Lan Mac Pest Control, Lee County, Florida – Attorney Brad Sturges, Miami, Florida (D)

31. Milesi vs. O'Connell, Bennington County, Vermont – Attorney David Pollock, Manchester, Vermont (P)

32. State of Florida vs. Ivana Villanueva, Dade County, Florida – Attorney Margot Moss, Miami, Florida (CD)

*Cases – 195*    *Defense – 119*    *Plaintiff – 70*    *Criminal Prosecution – 5*    *Criminal Defense – 2*

*Percentage*    *Defense vs. Plaintiff 63/37%*

## Curriculum Vitae

Robert Peter Fucetola, Ph.D., ABPP

### Address

Washington University School of Medicine
Department of Neurology
4444 Forest Park Ave., Box 8518
St. Louis, Missouri 63108

Phone: (314) 454-7756
Fax: (314) 454-7759

Missouri License #PY1900
Board Certification #5787

### Education

| | |
|---|---|
| 1997 | Ph.D., Clinical Psychology (Neuropsychology Track)<br>Washington University, St. Louis, MO |
| 1993 | M.A., Clinical Psychology<br>Washington University, St. Louis, MO |
| 1991 | B.A., Psychology<br>Washington University, St. Louis, MO<br>Magna Cum Laude<br>Phi Beta Kappa |

### Board Certification

American Board of Professional Psychology-Clinical Neuropsychology (ABPP/ABCN)

### Academic, Administrative and Clinical Positions

| | |
|---|---|
| 2007-present | Associate Professor of Neurology, Department of Neurology,<br>Washington University School of Medicine, St. Louis, MO |
| 2006-present | Chief of Clinical Neuropsychology, Department of Neurology,<br>Washington University School of Medicine, St. Louis, MO. |
| 2001-present | Adjunct Assistant Professor of Psychology, Department of Psychology,<br>Washington University, St. Louis, MO. |
| 2001-present | Assistant Program Director-Neuropsychology, The Rehabilitation<br>Institute of St. Louis, St. Louis, MO. |
| 2007-2010 | Vice President, Medical Staff, The Rehabilitation Institute of St. Louis,<br>St. Louis, MO. |

| | |
|---|---|
| 2006-2007 | Acting Head, Section of Stroke and Brain Injury Rehabilitation Department of Neurology, Washington University School of Medicine |
| 2000-2006 | Assistant Professor of Neurology, Department of Neurology, Washington University School of Medicine, St. Louis, MO. |
| 1998-1999 | Instructor of Neurology, Department of Neurology, Washington University School of Medicine, St. Louis, MO. |
| 1997-1998 | Clinical Fellow in Neuropsychology, Harvard Medical School, Department of Psychiatry, Massachusetts Mental Health Center and Beth Israel-Deaconess Medical Center, Boston, MA. |
| 1996-1997 | Intern, Clinical Psychology-Neuropsychology, Boston VA Medical Center and Tufts University School of Medicine, Boston, MA. |
| 1993-1996 | Neuropsychology Extern, Clinical Psychology-Neuropsychology SSM Rehabilitation Institute, St. Louis, MO. |
| 1992-1996 | Therapist, Psychological Services Center, Washington University, St. Louis, MO. |
| 1992-1993 | Psychology Extern, Forensic Rehabilitation Unit, St. Louis State Hospital, St. Louis, MO. |

**Consulting Positions**

| | |
|---|---|
| 2011-present 2000-present | Consulting Neuropsychologist, NFL Player Retirement Plan Consulting Neuropsychologist, St. Louis Blues, NHL |
| 2013-present 1999-2007 | Consulting Neuropsychologist, St. Louis Rams, NFL |

**Teaching/Training Responsibilities**

| | |
|---|---|
| 1999-present | Faculty lecturer – Washington University School of Medicine Select lectures to Physiatry, Neurology, Psychiatry residents Discussant in Stroke and Brain Injury Resident's Seminar |
| 2002-present | Supervisor in Clinical Psychology (Honorary), Dept. of Psychology, Washington University, St. Louis, MO |
| 2000-2011 | Adjunct Instructor, University College, Washington University, St. Louis, MO Brain and Behavior Abnormal Psychology |
| 1993-1996 | Lab Instructor, Washington University, St. Louis, MO Advanced Psychopathology Lab Personality Assessment Lab |

| | |
|---|---|
| 1993-1995 | Senior Teaching Fellow, Washington University, St. Louis, MO<br>    Abnormal Psychology<br>    Adolescent Psychology<br>    Personality Psychology |
| 1992-1994 | Graduate Teaching Assistant, Washington University, St. Louis, MO<br>    Abnormal Psychology<br>    Adolescent Psychology<br>    Psychology of Learning |

**Editorial/Reviewer Responsibilities**

| | |
|---|---|
| Ad Hoc Reviewer | Aphasiology<br>Archives of Physical Medicine and Rehabilitation<br>Journal of the International Neuropsychological Society (JINS)<br>Neurorehabilitation and Neural Repair<br>Social Science and Medicine<br>Journal of Consulting and Clinical Psychology<br>Contemporary Psychology-APA Review of Books (now PsycCritiques)<br>The Medscape Journal of Medicine |
| Grant Reviewer | Canadian Foundation for Innovation (CFI) |

**Committees/Other**

| | |
|---|---|
| 2012-present | Cognition and Language Workgroup within the Stroke Cognition Task Force of the ACRM Stroke Interdisciplinary Special Interest Group (ISIG) |
| 2007-2009 | Medical Executive Cmte., The Rehabilitation Institute of St. Louis |
| 2002-present | Medical Leadership Cmte., The Rehabilitation Institute of St. Louis |
| 2002-present | Alternate, Human Studies Committee, Washington University |
| 2004-present | Work Sample (Board) Reviewer, American Academy of Clinical Neuropsychology |
| 2005 | Program Committee, 34th Annual Meeting of the International Neuropsychological Society (INS) |
| 2001-2003 | Missouri Brain Injury Association Information Day Planning Committee |

**Grants (P.I., Co-Investigator or Consultant)**

| | |
|---|---|
| 2009-2011 | Attention Dynamics Consortium in Traumatic Brain Injury (ADC-TBI) (Consultant, 10% FTE) |
| 7/1/08-6/30/09 | Aphasia treatment to improve communication in everyday life (Healthsouth Corporation Grant) (Co-Investigator, 5% FTE) |
| 2005-2008 | Linking neuroscience to everyday life-JSMF Grant (Consultant, 10% FTE) |
| 2004-2005 | Cognitive testing for evaluation of concussion in the emergency department-NIH (Co-Investigator, 5%FTE) |

1998-2001        Glucose-induced enhancement of memory and attention in schizophrenia:  Age,
                 illness severity and dose-dependent effects.
                 NARSAD Young Investigator's Award (PI)

## Publications

### Papers

Bland, M., Sturmoski, A., Whitson, M., Harris, H., Connor, L., **Fucetola, R.**, Edmiaston, J., Huskey, T., Carter, A., Kramper, M., Corbetta, M. & Lang, C.  (2013).  Clinician adherence to a standardized assessment battery across settings and disciplines in a post-stroke rehabilitation population. Archives of Physical Medicine and Rehabilitation, 94, 1048-1053.

Bland, M.D., Sturmoski, A., Whitson, M., Connor, L.T., **Fucetola, R.,** Huskey, T., Corbetta, M., and Lang, C.E.  (2013).  Prediction of discharge walking ability from initial assessment in a stroke inpatient rehabilitation facility population.  Archives of Physical Medicine and Rehabilitation, 93(8), 1441-1447.

Lang, C.E., Bland, M.B., Connor, L.T., **Fucetola, R.,** Whitson, M., Edmiaston, J., Karr, C., Sturmoski, A., Baty, J., and Corbetta, M.  (2011).  The brain recovery core:  building a system of organized stroke rehabilitation and outcomes assessment across the continuum of care.  Journal of Neurologic Physical Therapy, 35, 194-201.

Connor, L.T., and **Fucetola, R. P.**  (2011).  Assessment of attention in people with aphasia: challenges and recommendations.  Perspectives on Neurophysiology and Neurogenic Speech and Language Disorders, 21, 55-63.

**Fucetola, R.**, Connor, L. T., Strube, M. J., and Corbetta, M.  (2009).  Unraveling nonverbal cognitive performance in acquired aphasia.  Aphasiology, 23(12), 1418-1426.

Hogue, C. W., **Fucetola, R.**, Hershey, T., Freedland, K., Davila-Roman, V., Goate, A. M., and Thompson, R. E.  (2008).  Risk factors for neurocognitive dysfunction after cardiac surgery in postmenopausal women.  Annals of Thoracic Surgery, 86, 511-516.

Naunheim, R. S., Matero, D., and **Fucetola, R.**  (2008).  Assessment of patients with mild concussion in the ED.  Journal of Head Trauma Rehabilitation, 23(2), 116-122.

Hogue, C. W., **Fucetola, R.**, Hershey, T., Nassief, A., Birge, S. Davila-Roman, V. G., Barzilai, B., Thomas, B., Schechtman, K. B., and  Freedland, K.  (2008).  The role of postoperative neurocognitive dysfunction on quality of life for post-menopausal women six months after cardiac surgery.  Anesthesia & Analgesia, 107(1), 21-28.

Hogue, C. W., Freedland, K., Hershey, T., **Fucetola, R.,** Nassief, A., Barzilai, B., Thomas, B., Birge, S., Dixon, D., Schechtman, K. B., and Davila-Roman, V. G.  (2007).  Neurocognitive outcomes are not improved by 17β-estradiol in post-menopausal women undergoing cardiac surgery.  Stroke, 38, 2048-2054.

**Fucetola, R.**, Connor, L. T., Perry, J., Leo, P., Tucker, F. M. and Corbetta, M.  (2006).  Aphasia severity, semantics and depression predict functional communication in acquired aphasia.  Aphasiology, 20(5), 449-461.

Hogue, C. W., Hershey, T., Dixon, D., **Fucetola, R**., Nassief, A., Freedland, K. E., Thomas, B. and Schechtman, K. (2006). Preexisting cognitive impairment in women before cardiac surgery and its relationship with C-reactive protein concentrations. Anesthesia & Analgesia, 102(6), 1602-1608.

**Fucetola, R**., Tucker, F., Blank, K. and Corbetta, M. (2005). A process for translating evidence-based aphasia treatment into clinical practice. Aphasiology, 19(3/4/5), 411-422.

Naunheim, R., McGurren, M., Standeven, J., **Fucetola, R**., Lauryssen, C. and Deibert, E. (2002). Does the use of artificial turf contribute to head injuries? Journal of Trauma, 53(4), 691-694.

Newcomer, J. W., Haupt, D. W., **Fucetola, R**., Melson, A. K., Schweiger, J. A., Cooper, B. P. and Selke, G. (2002). Abnormalities in glucose regulation during antipsychotic treatment. Archives of General Psychiatry, 59(4), 337-345.

Weinstein, C. S., **Fucetola, R**. and Mollica, R. (2001). Neuropsychological issues in the assessment of refugees and victims of mass violence. Neuropsychology Review, 11(3), 131-141.

**Fucetola, R**., Seidman, L. J., Kremen, W. S., Faraone, S. V., Goldstein, J. M. & Tsuang, M. T. (2000). Age and neuropsychologic function in schizophrenia: A decline in executive abilities beyond that observed in healthy volunteers. Biological Psychiatry, 48(2), 137-146.

**Fucetola, R**., Newcomer, J. W., Craft, S. & Melson, A. K. (1999). Age- and dose-dependent glucose-induced increases in memory and attention in schizophrenia. Psychiatry Research, 88(1), 1-13.

Newcomer, J. W., Craft, S., **Fucetola, R**., Moldin, S. O., Selke, G., Paras, L. & Miller, R. (1999). Glucose-induced increase in memory performance in patients with schizophrenia. Schizophrenia Bulletin, 25(2), 321-336.

Gansler, D. A., **Fucetola, R**., Krengel, M., Stetson, S., Zimering, R. & Makary, C. (1998). Are there cognitive subtypes in adult attention deficit disorder? Journal of Nervous and Mental Disease, 186(12), 776-781.

**Fucetola, R**. & Smith, M. C. (1997). Distorted visual feedback effects on drawing in parkinson's disease. Acta Psychologica, 95 (3), 255-266.

Smith, M. C. & **Fucetola**, R. (1995). Effects of delayed visual feedback on handwriting in parkinson's disease. Human Movement Science, 14, 109-123.

Book Reviews

**Fucetola, R.** (2005, May 25). Neuropsychological diagnosis: An essential psychometric text [Review of the book Handbook of Normative Data for Neuropsychological Assessment]. PsychCRITIQUES-Contemporary Psychology-APA Review of Books, 50(No. 21), Article 2.

Published Abstracts

Hogue, C W., **Fucetola, R**., Hershey, T., & Freedland, K. (2007). Depression and neurocognitive dysfunction impact quality of life after cardiac surgery in women. Anesthesiology, 107: A1442.

Naunheim, R., **Fucetola, R.**, Matero, D. & Perry, J. (2005). Mental status measurement following acute concussion: An emergency department study. Journal of Neurotrauma, 22(10), P326.

**Fucetola, R.**, Leo, P., Perry, J., Sylvia, S. & Corbetta, M. (2005). Sadness and anger are associated with communication impairment in aphasia. The Clinical Neuropsychologist, 19(3-4), 564.

**Fucetola, R.**, Connor, L. T., Perry, J., Leo, P., Tucker, F. & Corbetta, M. (2005). Language competence, semantics and negative mood predict functional communication in acquired aphasia. Journal of the International Neuropsychological Society Abstracts.

**Fucetola, R.**, Haupt, D. W., Cooper, B. P., Schweiger, J. A., Melson, A. K. & Newcomer, J. W. (2002). Insulin resistance measured with euglycemic clamps during antipsychotic treatment of schizophrenia. Society for Neuroscience Abstracts, Program No. 895.14.2002.

Newcomer, J. W., **Fucetola, R.**, Haupt, D. W., Melson, A. K., Schweiger, J. A., Cooper, B. P. & Selke G. (2001). Glucose metabolism during antipsychotic treatment in schizophrenia. Schizophrenia Research, 49(1-2), 288.

Haupt, D. W., Newcomer, J. W., **Fucetola, R.**, Melson, A. K., Schweiger, J. A., Cooper, B. P. & Selke, G. (2001). Glucose regulation during antipsychotic treatment in schizophrenia. Abstracted in American Journal of Geriatric Psychiatry, 9(3), Suppl. 1:69.

**Fucetola, R.**, Newcomer, J. W., Hershey, T. & Seidman, L. J. (2000). Longer spatial delayed response and delayed verbal memory performance are associated in schizophrenia. Archives of Clinical Neuropsychology, 15(8), 761-762.

**Fucetola, R.**, Newcomer, J. W., Seidman, L. J., Schweiger, J. A., Cooper, B. P. & Melson, A. K. (2000). Influence of oral glucose administration on working memory in schizophrenia. Society for Neuroscience Abstracts, 26(2), 2013.

Selke, G., Newcomer, J. W., **Fucetola, R.**, Cooper, B. P. & Schweiger, J. A. (2000). Atypical antipsychotic-induced differences in glucose regulation in schizophrenia independent of differences in adiposity. Society for Neuroscience Abstracts, 26 (1), 275.

Melson, A. K., Selke, G., **Fucetola, R.**, Schweiger, J. A. & Newcomer, J. W. (1999). Clozapine can change glucose regulation in schizophrenia independent of body mass index (BMI). Society for Neuroscience Abstracts, 25(2), 2074.

Newcomer, J. W., Melson, A. K., Selke, G., **Fucetola, R.** & Schweiger, J. A. (1999). Atypical antipsychotic–associated changes in glucose regulation in schizophrenia may occur independent of changes in adiposity. American College of Neuropsychopharmacology 38th Annual Meeting Scientific Abstracts, 212.

Hershey, T., Selke, G., **Fucetola, R.** & Newcomer, J. W. (1999). Spatial long-term but not working memory decreases over time in schizophrenia. Society for Neuroscience Abstracts, 25(1), 572.

**Fucetola, R.**, Seidman, L. J., Kremen, W. S., Faraone, S. V., Koren, D., Goldstein, J. M. & Tsuang, M. T. (1999). Evidence of a selective decline in executive functions with age in schizophrenia: A cross-sectional study. Journal of the International Neuropsychological Society Abstracts, 5(2), 123.

**Fucetola, R**. & Krengel, M. (1997). Neurobehavioral sequelae of Lyme encephalopathy: A case report. Archives of Clinical Neuropsychology, 13(1), 112.

**Fucetola, R.**, Newcomer, J. W., Craft, S., & Hershey, T. (1997). Dose-dependent glucose-induced improvement in spatial memory performance in schizophrenia. Journal of the International Neuropsychological Society Abstracts, 3(1), 22.

**Fucetola, R**. & Smith, M.C. (1995). Utilization of sensory feedback in parkinson's disease. Journal of the International Neuropsychological Society Abstracts, 1(4), 389.

Newcomer, J. W., Craft, S., **Fucetola, R.**, Moldin, S. O., Paras, L., & Selke, G. (1994). Increase in declarative memory performance during controlled hyperglycemia in patients with schizophrenia. Society for Neuroscience Abstracts, 20(1), 810.

**Poster and Other Presentations**

Chiles, J., Eggemeyer, J., Hassler, M., Balakas, K., Ercole, P., Keeperman, J., & **Fucetola, R.** (2013, October). Examining extended shifts for transport team nurses: cognitive, fatigue, and simulation measures. Oral presentation to be presented at the 2013 American Academy of Pediatrics (AAP) Meeting, Orlando.

Bland, M., Sturmoski, A., Whitson, M., Harris, H., Connor, L., **Fucetola, R.**, Edmiaston, J., Huskey, T., Carter, A., Kramper, M., Corbetta, M. & Lang, C. (2013, January). Clinician adherence to a standardized assessment battery across settings and disciplines in a post-stroke rehabilitation population. Poster presented at the APTA Combined Sections Meeting, San Diego.

**Fucetola, R.** (2012, October). Concussions in soccer: long term management. Community lecture at Orthopedic Associates, St. Louis.

**Fucetola, R.**, Abraham, S., & Connor, L.T. (2012, May) The latent structure and predictors of mood in people with aphasia due to left hemisphere stroke. Oral platform paper presented at the 2012 Clinical Aphasiology Conference, Lake Tahoe.

**Fucetola, R.**, Holloran, S., Pratzel, J., Connor, L.T., & Tucker, F. (2011, November). Innovation in evidence-based language treatment: 10-year report. Oral session presented at the 2011 ASHA Convention, San Diego.

Connor, L.T., **Fucetola, R.P.**, Tucker, F.M., & Cross, J. (2011, November). Standardizing discourse production as a treatment outcome for aphasia. Poster presented at the 2011 ASHA Convention, San Diego.

Connor, L.T., Tucker, F.M., Cross, J., Burch, K., & **Fucetola, R.P.** (2011, May). Constraint treatment for chronic aphasia: do treatment gains generalize to story retelling? Platform presentation at the 41st Annual Clinical Aphasiology Conference (CAC), Fort Lauderdale.

**Fucetola, R.** (2011, January). What can cheerleaders, religious orders, and renaissance art teach us about neuroscience? Lecture at the 2001 CBC Honors Program Speakers Series, St. Louis.

Lang, C., **Fucetola, R.**, & Connor, L.T. (2010, October). The brain recovery core: building a model system for organized stroke rehabilitation. Symposium presentation at the 2010 ACRM-ASNR Joint Educational Conference, Montreal.

**Fucetola, R.** (2009, October). Evidence-based treatment of post-stroke aphasia. Presented at the Rehabilitation Research Day: Update on Stroke Recovery and Rehabilitation, St. Louis.

Connor, L.T., Archer, R., Varma, A., Patti, B., Tucker, F.M., Cross, J., & **Fucetola, R.** (October, 2008). Measuring discourse production in aphasia recovery: language complexity and efficiency. Presented at the 46th Annual Meeting of the Academy of Aphasia, Turku, Finland.

**Fucetola, R.** (2007, May). Evaluation and outcome of concussion. Presented at the Department of Emergency Medicine Grand Rounds, Washington University School of Medicine.

Rochester. C., Blank, K., Halloran, S., **Fucetola, R.**, Tucker, F., & Maurizio, C. (November, 2006). From paper into practice: evidence-based aphasia treatment in action. Presented at the Annual Convention of the American Speech-Language-Hearing Association (ASHA), Miami Beach.

**Fucetola, R.** (October, 2006). Neurocognitive impairment and its rehabilitation in MS. Presented at the WUSM CME program, Multiple Sclerosis: Immunology, MRI, Cognitive Dysfunction & Genitourinary Abnormalities.

**Fucetola, R.** (2006, May). Update on evidence-based treatment of aphasia. Presented at the Department of Neurology Grand Rounds, Washington University School of Medicine.

**Fucetola, R.** (2006, May). Differential diagnosis of listening/auditory processing deficits. Presented at the Department of Otolaryngology Grand Rounds, Washington University School of Medicine.

**Fucetola, R.**, Tucker, F., Blank, K. & Corbetta, M. (2004, May). An evidence-based aphasia clinic: a work in progress. Paper presented at the 34th Annual Clinical Aphasiology Conference, Park City.

Tucker, F. & **Fucetola, R**. (2004, March). Application of evidence-based treatment in an aphasia clinic. Presentation at the MACDG Workshop, St. Louis.

**Fucetola, R**. (2003, November). Overview of chronic brain injury. Presentation at the 9th Annual Defense Counsel Seminar, Washington University, St. Louis.

**Fucetola, R**. & Turley, D. (2003, October). Evidence-based treatment of memory and other cognitive problems after brain injury. Presentation at the 18th Annual Conference of the Missouri Head Injury Advisory Council, Jefferson City.

**Fucetola, R**. & Turley, D. (2002, June). Improving memory and other thinking skills after brain injury: what really works. Presentation at the 2002 Brain Injury Information Day of the Brain Injury Association, St. Louis.

Naunheim, R.S., McGurren, M., Standeven, J., **Fucetola, R**., Lauryssen, C., & Deibert, E. (2001, October). Does the use of artificial turf contribute to head injuries? Poster presented at the 51st Annual Meeting of the Congress of Neurological Surgeons, San Diego.

Deibert, E. & **Fucetola, R**. (2001, May). Neurological and cognitive sequela of mild concussion. Presentation at the 16th Annual Conference of the Missouri Head Injury Advisory Council, Jefferson City

**Fucetola, R**. (2001, February). Closed head injury treatment – what's new. Presentation at the 7th Annual Trends in Trauma Conference, St. Louis.

**Fucetola, R**. (1999, May). Improving the psychological adjustment of brain injury survivors and families: A strategy for implementing crisis intervention techniques. Presentation at the 14th Annual Conference of the Missouri Head Injury Advisory Council, Jefferson City.

**Fucetola, R**., Gansler, D. A., Krengel, M., Makary, C., Stetson, S. & Zimering, R. T. (1997, April). Adult residual attention deficit disorder: are there subtypes? Poster presented at the 4th Annual Meeting of the Cognitive Neuroscience Society, Boston.

**Fucetola, R**., Newcomer, J. W., & Craft, S. (1996, April). Controlled hyperglycemia improves memory performance in schizophrenia as a function of dose and glucoregulatory response. Poster presented at the 3rd Annual Meeting of the Cognitive Neuroscience Society, San Francisco.

Hershey, T., Selke, G., Kelly, A., Bhargava, N., **Fucetola, R**., & Newcomer, J. W. (1996, April). Spatial delayed response task: relationship to declarative memory in normal controls. Poster presented at the 3rd Annual Meeting of the Cognitive Neuroscience Society, San Francisco.

Haller, J.W., Newcomer, J.W., **Fucetola, R**., & Kelly, A. (1995, April). MRI volumetry of the hippocampus: volume correction methods in a patient with coup-contrecoup injury. Poster presented at the McDonnell Neuroscience Symposium on Learning and Memory, St. Louis.

**Fucetola, R**. & Smith, M.C. (1993, August). Evidence of intact motor learning among older adults. Poster presented at the 101st Meeting of the American Psychological Association, Toronto.

Smith, M.C. & **Fucetola, R**. (1991). Effects of delayed sensory feedback on handwriting in parkinson's disease. Paper presented at the 4th Annual Meeting of the International Graphonomics Society, Tempe.

## Honors and Awards

| 1993 | APA Travel Award |
|------|------------------|
| 1993 | Sigma Xi Research Grant, "Sensory Feedback in Parkinsonian Motor Learning", Washington University in St. Louis. |
| 1991-1992 | Washington University Fellowship |
| 1991 | Sigma Xi Research Grant, "Effects of Delayed Visual Feedback and Levodopa on Handwriting in Parkinson's Disease", Washington University in St. Louis |
| 1990 | Psi Chi, Washington University Chapter |

## Professional Affiliations

American Psychological Association
International Neuropsychological Society
American Board of Professional Psychology
American Academy of Clinical Neuropsychology
Sports Neuropsychology Society

| Testimony | Jan 2009-October 24, 2014 (Robert P. Fucetola, Ph.D.) | | | |
|---|---|---|---|---|
| Date | Case | Type (Expert/Treating) | | Jurisdiction |
| 8-20-14 | Megan White vs. Fluor Corp et al. | civil/defense (E) | deposition | St. Louis City |
| 8-13-14 | Richard Weiss vs. Southwestern Illinois Heal Facilities et al. | civil/plaintiff (T) | deposition | Madison County, IL |
| 8-12-14 | John Rollman vs. State of MO | criminal/def (E) | trial testimony | Hillsboro, MO |
| 7-22-14 | Chester Belleville vs. Cottrell Inc. | civil/plaintiff (E) | deposition | Madison County, IL |
| 6-12-14 | Travis Scott vs. Brett Riegel, M.D. | civil/plaintiff (T) | deposition | Franklin County |
| 6-5-14 | State of Missouri vs. Ledale Nathan | criminal/def (E) | trial testimony | St. Louis City |
| 5-27-14 | State of Missouri vs. Ledale Nathan | criminal/def (E) | deposition | St. Louis City |
| 5-22-14 | US vs. Charles M. Hall | criminal/def | trial testimony | Fed Court Springfield |
| 5-16-14 | Mickey Fincher vs. Century Surety Co. | civil/defense (E) | deposition | |
| 5-15-14 | Jean Fassero vs. Bi State Reporting | civil/defense (E) | deposition | |
| 2-24-14 | Candace Leith vs.Mueller Mgmt. Co. | civil/defense(E) | deposition | Jefferson County |
| 1-24-14 | Betty Lukashow vs. Auto Truck Trans. | civil/defense (E) | deposition | St. Louis County |
| 1-17-14 | Harry Gardner vs. Zoll Medical et al. | civil/defense(E) | deposition | Springfield, MO |
| 10-31-13 | Rochelle Sykes vs. Research Medical Center et al. | civil/defense (E) | deposition | Jackson County |
| 10-23-13 | Dirk Askew vs. US Dept. of Veterans Affairs | civil/plaintiff (E) | trial | Federal Court |
| 6-12-13 | Burnia et al. vs. Fluor Corp. et al. | civil/defense (E) | deposition | St. Louis City |
| 5-31-13 | Tabitha Gallaher vs. State of Missouri | civil/defense (E) | deposition | |
| 3-28-13 | Dirk Askew vs. US Dept. of Veterans Affairs | civil/plaintiff (E) | deposition | Federal Court |
| 2-27 and 2-28-13 | Hawley et al. vs. Fluor Corp. et. al. | civil/defense (E) | deposition | St. Louis City |
| 2-25-13 | Theresa Smith vs. James Mayer | civil/defense (E) | deposition | St. Louis County |
| 2-18-13 | Kujtim Uka vs. Macchine Soncini Alberto S.P.A and N. Mehmedovic | civil (T) | deposition | St. Louis City |
| 2-15-13 | Charles Farris vs. St. Elizabeth's Hosp. | civil/plaintiff (E) | deposition | Illinois |

| | | | | |
|---|---|---|---|---|
| 1-30-13 | James Bryson vs. State Farm Ins. Co. | civil (T) | deposition | St. Louis County |
| 12-10-12 | Hawley et al. vs. Fluor Corp. et. al. | civil/defense (E) | deposition | St. Louis City |
| 11-20-12 | Brian Crompton vs. BNSF Railway | civil/plaintiff (E) | deposition | S. Illinois US District Court |
| 11-6-12 | State of MO vs. Aubrey Pope | criminal/def (E) | trial testimony | Circuit Court Scott Cty MO |
| 10-3-12 | State of MO vs. Samantha Garrett | criminal/def (E) | trial testimony | St. Louis City |
| 7-17-12 | Michael Welch vs. Fluor Corp. | civil/defense (E) | deposition | St. Louis |
| | Anne Marrs vs. Stoller Trucking | civil/defense (E) | trial testimony | Bloomington, IL |
| 5-29-12 | Denis Dineen (plaintiff) | civil (T) | deposition | |
| 5-3-12 | Donald Pemberton vs. Furniture | civil/defense (E) | deposition | Dept. of Labor and |
| | Factory Outlet | | | Industrial Relations, MO |
| 4-10-12 | Anne Marrs vs. Stoller Trucking | civil/defense (E) | deposition | Bloomington, IL |
| 4-11-12 | State of MO vs. Carlos Roberts | criminal/def (E) | trial | St. Louis City |
| 1-13-12 | Dominic Burton vs. State of MO | criminal/def/E | trial | MO Appellate/PCR |
| | | | | Western District |
| 10-19-11 | Mathew Bruntjen vs. Bethalto Pizza | civil/plaintiff (E) | deposition | Madison County, IL |
| 8-10-11 | Twila Jeffcoat vs. Dr. LaRue | civil/defense (E) | deposition | Jasper County, MO |
| 8-11-11 | Kellee Egertson vs. Brittney Bellers | civil/defense (E) | deposition | Jefferson County, MO |
| 6-30-11 | State of MO vs. Timothy Shults | criminal/def (E) | trial | Franklin County |
| 5-18-11 | Assunta Johnson vs. RMC | civil/defense (E) | deposition | Jackson County |
| 3-30-11 | Richard Godwin vs. Auto Owners Ins. | civil/defense (E) | deposition | |
| 10-5-10 | State of MO vs. Carlos Roberts | criminal/def (E) | trial | St. Louis City |
| 7-22-10 | State of MO vs. Chris Barnett | criminal/def (E) | trial | Pettis County |
| 8-20-09 | State of MO vs. Terrance Wainwright | criminal/def (E) | trial | Jackson County |
| 5-27-09 | Lori Hemphill vs. MCI | civil/defense (E) | deposition | Kansas City |
| 4-13-09 | Katherine Brandle vs. State Farm Ins. | civil/defense (E) | deposition | |

**Robert S. McKinzie**



16012 Metcalf, Suite 300
Stilwell, Kansas 66085-8960

W:  (913) 851-5831
Fax: (913) 851-5832

## Experience:

| | | |
|---|---|---|
| **1981**<br>**to 12-99** | **Kansas Highway Patrol**<br>**Sergeant** | **Troop A, Kansas City** |

Accident Reconstruction Specialist.
Served as the primary instructor of accident investigation at the Patrol academy, in Salina from 1987 through 1989
Advanced Accident Investigation Instructor 1993
Commercial Vehicle Accident Reconstruction Instructor 1993
Computer Aided Drafting for Accident Reconstruction, for the National Transportation Safety Board 1993
Advanced Accident Reconstruction with Micro Computers 1994
State Accident Reconstruction Coordinator for KHP's
Critical Highway Accident Response Team,
Accident Reconstruction Coordinator
Retired Sergeant

| | | |
|---|---|---|
| **1995-2002** | **TEEX,   Texas A&M**<br>**Adjunct Instructor** | **College Station Texas** |

Primary Instructor, Advanced Scene Investigation using Forensic Mapping and CAD.
Co-instructor, Advanced Commercial Vehicle Collision Reconstruction

| | | |
|---|---|---|
| **1990**<br>**to Present** | **McKinzie & Associates**<br>**Policy Statement** | **Olathe, Kansas  66061** |

McKinzie & Associates is dedicated to providing an accurate technical analysis of motor vehicle collisions, based on credible data.  The most modern techniques in accident reconstruction; Total Station Forensic Mapping, computer aided drafting, Crash 3, PC-Crash Simulations, Rectec, VC4000DA-DX dynamometer data acquisition performance computer, Stalker Radar, Performance Time Traps and the Gooch C.V. Brake analyzer are utilized to document evidence and substantiate the case.  Finally, a professional courtroom presentation can include simple to understand analysis of the collision and reconstruction process, color scale drawings, or real time animation.

Investigated / reconstructed over 3100 motor vehicle collisions as of March 17, 2014.

Robert S. McKinzie
Page 2

# Expert Witness Appearances

| 1985 | Atchison County District Court | | |
| State vs. Charles Jagle | | AR | 1 |

| 1987 | Wyandotte County District Court | | |
| State vs. Charles Womack | | AR | 2 |

| 1988 | Leavenworth County District Court | | |
| State vs. Gardner Jones III | | AR | 3 |

| 1989 | Wyandotte County District Court | | |
| State vs. Milton Patrick | | AR | 4 |

| 1989 | Wyandotte County District Court | | |
| State vs. Kevin Roseawitz | | AR | 5 |

| 1989 | Wyandotte County District Court | | |
| State vs. Johnny l. Dean | | DUI | 1 |

| 1990 | Johnson County District Court | | |
| State vs. Russel L. Runnels | | AR | 6 |

| 1990 | Wyandotte County District Court | | |
| State vs. Collis Holliday | | AR | 7 |

| 1991 | Wyandotte County District Court | | |
| State vs. Stephan Bailey | | AR | 8 |

| 1992 | Leavenworth County District Court | | |
| Rodgers v. State Farm | | AR | 9 |

| 1992 | Douglas County District Court | | |
| State v. Schaal | | AR | 10 |

| 1992 | Wyandotte County District Court | | |
| State v. Howell | | AR | 11 |

| 1992 | Doniphan County District Court | | |
| State v. Robinson | | AR | 12 |

| 4-93 | United States District Court | | |
| Schnucks v. Marten | | AR | 13 |

| 6-93 | Circuit Court of Jackson County MO. | | |
| Simple v. Block | | AR | 14 |

| 12-93 | Circuit Court of Jackson County MO. | | |
| Jines v. Amer. Fam. Ins. | | AR | 15 |

| 7-94 | Johnson County District Court | | |
| Williams v. Peters | | AR | 16 |

| 01-95 | Jackson County Circuit Court | | |
| Locker v. Corley | | AR | 17 |

| 02-95 | Jackson County Circuit Court | | |
| Fullerton v. Yellow Freight | | AR | 18 |

| 02-95 | Jackson County Circuit Court | | |
| Morgenson v. Houglund | | AR | 19 |

| 1995 | Wyandotte County District Court | | |
| Meyer v. State Farm | | AR | 20 |

| 03-95 | Sherman County District Court | | |
| Bentzinger/Smith v. Sherman Co. | | AR | 21 |

| 10-95 | Harvey County District Court | | |

Robert S. McKinzie                                                                                          Page 3

State v. Chastain  Judge Pillshaw          AR        22

11-95      Johnson Ct. Dist. Court KS.
Lester v. Robinson                         AR        23

12-95      Jackson Cty. Crt. Court Div. 10 MO.
Aston v. American Family                   AR        24

12-95      Clay Cty. Crt. Court MO.
McClaskey v. Ryder & Cannon                AR        25
Proctor, Judge Russell

3-96       JO. Co. Dist. Court KS.
Hansen v. Tucker                           AR        26
Musil, Judge Leben

06-96      JO. Co. Dist. Court KS.
Neidholdt v. Trinkler
Sloan, Judge McClain                       AR        27

06-96      JO. Co. Dist. Court KS.
Snyder/Davis v. Norfolk Southern RR
Cathcart, Hearing Officer Crabtree         AR        28

06-96      Finney Co. Grand Jury, KS.
State v. Harrison
Brown                                      AR        29

06-96      Clay. Co Crt. Court  Div. 2, MO.
Suyderhoud v. Orr
Rollins, Judge Russell                     AR        30

06-96      BB. Co. Dist. Court, KS.
State v. Shoenbarger
Swarts, Judge Hart                         AR        31

06-96      Ja. Co. Crt. Court Div. 12, MO.
Brown v. Foster
Turner, Judge Messina                      AR        32

10-96      Jf. Co. Dist. Court  KS.
State v. Murry
Jf. Co., Judge Nafziger                    AR        33

12-96      Dg. Co. Dist Court KS.
Erskins v. Goodtracks
Dg. Co., Judge Schmidt                     AR        34

01-97      Ja. Co Cirt. Court Div 6 MO
Peterman et al v. City of Kansas City et al & Mazda et al
Judge William Mauer                        AR        35

03-97      Wyandotte Co. Dist. Court
State v. Spielbusch
Wy. Co. Dist. Judge Bodine                 AR        36

06-97      Wyandotte Co. Dist. Court
Ungerman v. Bono
Wy. Co. Dist. Judge Duncan                 AR        37

06-97      Lebette Co. Dist. Court
State v. Binns
LB. Co. Dist. Judge Brewster               AR        38

09-97      Wyandotte Co. Dist Court
Singh v. Luminous Neon
Judge Gronaman                             AR        39

10-97      U.S. Dsit. Court W. MO.
Mazur v. Wilkey & American Freight

3/17/2014

Robert S. McKinzie                                                                                    Page 4

| | | |
|---|---|---|
| U.S. District Judge Laughrey | AR | 40 |
| 1-98   Jefferson County Disrtict Court<br>STATE V. KNOLL<br>Dist. Court Judge Nafzigner | AR | 41 |
| 4-98   Jackson County Circuit Court<br>Sallee V. Crouch & Lady Baltimore Foods<br>Cirt. Court Judge Holliger, Div. 9 | AR | 42 |
| 4-98   Johnson County Disrtict Court<br>State V. Severt<br>Dist. Court Judge Cleaver | AR | 43 |
| 12-98 Sedgwick County District Court<br>State v. Lockett<br>Dist. Court Judge Philshaw | AR | 44 |
| 2-99 Jackson County Circuit Court<br>Edwards v. Reiger Farms<br>Dist. Court Judge Van Amburg | AR | 45 |
| 3-99 Johnson Co. Dist Court, Div 7<br>Croft v. Colteryahn<br>Dist Court Judge Russell | AR | 46 |
| 4-99 Pawnee Co. Dist. Court<br>Philbern v. Keenan<br>District Court Judge Buster | AR | 47 |
| 4-99 Jackson Co. Circuit Court<br>Tracy v. Gillahand<br>Cirt. Court Judge Kramer | AR | 48 |
| 4-99 Johnson County District Court<br>State v. Barragan<br>District Court Judge Jones | AR | 49 |
| 5-99 Calloway County Circuit Court<br>Hopfer v. Freeman/Smith<br>Circuit Court Judge Conley | AR | 50 |
| 7-99 District Court of WY Co.<br>Henison v. City of Kansas City KS<br>District Court Judge Duncan | AR | 51 |
| 7-99 Jackson Co. Circuit Court<br>O'Connor v Lee<br>Circuit Court Judge Daugherty | AR | 52 |
| 11-99 Johnson Co.KS Dist. Ct.<br>State v Beatty<br>District Court Judge Davis | AR | 53 |
| 11-99 Johnson Co. MO. Circt. Ct.<br>Travis v. Hulse/ Apex et al<br>Circuit Court Judge Dandurand | AR | 54 |
| 12-99 Jackson Co. MO. Circt. Ct.<br>Cotter v. Miller<br>Circuit Court Judge Gray | AR | 55 |
| 12-99 Wyandotte Co. KS Dist. Ct.<br>Feden v Hartley/Decker<br>Dist. Ct. Judge Bukaty | AR | 56 |
| 4-00 Johnson Co. KS Dist. Ct.<br>State v. Beaty<br>Dist. Ct. Judge Davis | AR | 57 |

6-00 Jackson Co. MO. Circt Ct.
Pink v. State Farm/Knoche
Circuit Court Judge Atwell    AR    58

6-00 Riley Co. KS. Dist. Ct.
State v. Valentine
Magistrate Judge Wright    AR    59

8-00 Johnson Co. KS Dist. Ct.
Niles v Anderson et al
District Court Judge Isenhour    AR    60

10-00 Clay County MO Circt. Ct.
Shull v Roach
Circuit Court Judge Clark    AR    61

05-01 Codington County SD Circt. Ct.
State v Nelson
Circuit Court Judge Roehr    AR    62

05-01 Phillips County KS District CT.
Runion v. Russell
District Court Judge Elliott    AR    63

08-01 Jackson County Circuit Ct.
Walker v. City of Grandview MO
Video tape    AR    64

08-01 Hodgeman County KS, Dist CT
Medina v Oliphant by video
District Court Judge    AR    65

11-01 Finney County KS, Dist CT
State v Leyva    FRY Hearing
Disrtict Court Judge Richardson    AR    66

12-01 Grundy County MO Cirt. Court
Whitham v Owens
Circuit Court Judge Kohun    AR    67

12-01 Douglas County Dist. Court KS
Toshavik v George
Dist. Judge Martin    AR    68

01-02 Jackson County Cirt. Court MO
Robinson v. Safety Flare
Circuit Court Judge Moran    AR    69

02-02 Norton County Dist. Court KS
State v. Pfannenstiel
Dist. Court Judge Flax    AR    70

06-02 Johnson County Dist. Court KS
Graham v McAfee, et.al
Dist Court Judge John Bennett    AR    71

08-02 Saline Co. Cirt Court MO
State v. Kendrick
Circuit Court Judge Rolf    AR    72

04-03 Ray Co. Cirt. Court MO
Hendley v Coffey
Circuit Court Judge Moentmann    AR    73

05-03 Riley Co Dist. Court KS
Velez v Heintz
District Court Judge Paul Miller    AR    74

07-03 Jackson County Cirt. Court MO
Cotter v. Miller
Circuit Court Judge Jon Gray                    AR        75

09-03 Anderson County Dist. Court MO
State v. Ross
Associate Judge Edwin Smith                     AR        76

11-03 Anderson County Dist. Court MO
State v. Ross
District Court Judge King                        AR        77

02-04 Jackson County Cirt. Court MO
Gallagher v J & D Enterprises
Circuit Court Judge K.P. Dean                   AR        78

02-04 Lyon County District Court KS
Peterson v Peak / Henderson / Excel
District Court Judge Sanderson                   AR        79

05-04 Mediation MO
Perry v MSTC
Honorable John O'Leary                           AR        80

06-04 Jasper County Circuit Court MO
Burrell v O'Rielly
Div. 1 Circuit Court Judge Crawford             AR        81

08-04 Platte County Circuit Court MO
Ficher v Kelly Crossings
Div. 1 Circuit Court Judge Schafer              AR        82

10-04 US District Court, Western MO
Crowley et al. v. United States
U.S. District Judge Laughrey                     AR        83

12-04 Wyandotte Co. District Court KS
Sultani v Bungard
District Court Judge M. Harris                   AR        84

12-4 Washington County District Court KS
Lutjemier v Childs Transportation
District Court Judge Thomas M. Tuggle           AR        85

02-05 Franklin County District Court KS
Burke v Ottawa Sanitation
District Court Judge James Smith                AR        86

02-05 Jackson County Circuit Court, MO
Scudder v Hamilton
Ciucuit Court Judge Marco Roldan                AR        87

03-05 Gren County Circuit Court, MO
Dickey v. Mihalevich
Circuit Court Judge J. Miles Sweeney            AR        88

3-05 Shawnee County District Court KS
State v McKinney
District Court Judge Leuenberger                AR        89

9-05 Miami County District Court, KS
St. v Kitchen
District Court Judge Harth                        AR        90

10-05 Jackson County Circuit Court, MO
Carroll v Kelsey
Circuit Court Judge Scoville                      AR        91

3/17/2014

| | | |
|---|---|---|
| 1-06 Atchison County District Court, KS | | |
| McLaughlin v Hauk / AllState | | |
| District Court Judge Lacey | AR | 92 |
| | | |
| 2-06 Jasper County Circuit Court, MO | | |
| Price v Hayes | | |
| Testimony by video | AR | 93 |
| | | |
| 2-06 Johnson County Circuit Court, MO | | |
| Guin V Shelter Ins | | |
| Testimony by video | AR | 94 |
| | | |
| 2-06 Johnson County District Court, KS | | |
| State v Sandbeck | | |
| District Judge Steve Leban | AR | 95 |
| | | |
| 4-06 Green County Circuit Court | | |
| Sipple v D Bell, Bell Motors, Central Trucking, Swisher & Whinery | | |
| Circuit Court Judge Conklin | AR | 96 |
| | | |
| 12-06 Jackson County Circuit Court | | |
| Garoutte v Meyer and Stolt | | |
| Circuit Court Judge Midkiff | AR | 97 |
| | | |
| 12-06 Montgomery County District Court | | |
| Concordia v Schuler Trucking | | |
| District Court Judge Kanaday | AR | 98 |
| | | |
| 5-07 Cole County Circuit Court | | |
| Peters v Barber | | |
| Circuit Court Judge Chambers | AR | 99 |
| | | |
| 5-07 Lyon County District Court | | |
| State v Marks | | |
| District Court Judge Larson | AR | 100 |
| | | |
| 6-07 US District Court, Kansas | | |
| Thompson v Ediger | | |
| US District Court Judge Belot | AR | 101 |
| | | |
| 9-07 MO State Court | | |
| Jackson v Kansas City MO | | |
| Circuit Court Judge Midkiff | AR | 102 |
| | | |
| 9-07 MO Mediation | | |
| Westermier v MoDot | | |
| Ralston, Lowry & Smith | AR | 103 |
| | | |
| 10-07 Dickenson County District Court | | |
| Kling v Koling | | |
| District Court Judge Platt | AR | 104 |
| | | |
| 11-07 Johnson County District Court | | |
| Wergin vs Runnebaum | | |
| District Court Judge Moriarty | AR | 105 |
| | | |
| 01-08 Johnson County Circuit Court | | |
| Dillon v Ditzfeld | | |
| Assoc. Circuit Court Judge Crouch | AR | 106 |
| | | |
| 01-08 Geary County District Court | | |
| Kansas v Hager | | |
| District Court Judge Powers | AR | 107 |
| | | |
| 02-08 MO Mediation | | |
| Stroble v Ulmer et. at. | AR | 108 |
| Wagstaf | | |

3/17/2014

Robert S. McKinzie

| | | |
|---|---|---|
| 06-08 Leavenworth District Court | | |
| Aholt v Dixion | | |
| Dsitrict Court Judge King | AR | 109 |
| | | |
| 08-08 Tulare Ct Superior Court, CA | | |
| Climer v Gutierrez / Pizza Hut | | |
| Superior Court Div 10 Judge | AR | 110 |
| | | |
| 10-08 Johnson County Circuit Court, MO | | |
| Butler v Herman Lumber | | |
| Circuit Judge Crouch | AR | 111 |
| | | |
| 01-10 Adair County Circuit Court, MO | | |
| Walley v Mock et. Al | | |
| Circuit Judge Steel | AR | 112 |
| | | |
| 03-10 Platte County Circuit Court, MO | | |
| Montiel v Soil Tek | | |
| Circuit Judge Shafer | AR | 113 |
| | | |
| 10-10 Franklin County District Court | | |
| State v Shaw | | |
| District Judge Sachse | AR | 114 |
| | | |
| 10-10 Jackson County Circuit Court | | |
| Hannan v IAAC | | |
| Video testimony | AR | 115 |
| | | |
| 11-10 US District Court, Texas | | |
| Ashton v Knight    Evidence Hearing | | |
| Judge Jane Boyle | AR | 116 |
| | | |
| 4-11 Wyandotte County District Court | | |
| Barnhill v Babcock / BRW Trucking | | |
| Judge Daniel Duncan | AR | 117 |
| | | |
| 5-11 Fayette County Illinois | | |
| Ritchey v Hipsher, by Video | | |
| Judge Gene Schwarm | AR | 118 |
| | | |
| 8-11 Buchanan County Circuit Court, MO | | |
| Roubeaduex v Woosley | | |
| Judge Weldon Judah | AR | 119 |
| | | |
| 6-12 Wyandotte County District Court, KS | | |
| Harris v Schmitt, et al | | |
| Judge William Mahoney | AR | 120 |
| | | |
| 6-12 Buchanan County Circuit Court | | |
| Gilpatrick v Harley Davidson | | |
| Judge Randall Jackson | AR | 121 |
| | | |
| 8-12 Cass County Circuit Court | | |
| Kasper v Wellhoff et al | | |
| Judge Michael Wagner | AR | 122 |
| | | |
| 11-12 Jsckson County Arbitration | | |
| Larson v Modot | | |
| Panel | AR | 123 |
| | | |
| 12-12 Colin County Texas St Court 366 | | |
| State of Texas vs Espinosa | | |
| Judge Ray Wheless | AR | 124 |
| | | |
| 03-13 US District Court, Eastern Missouri | | |
| Tinker v Acuity | | |
| Judge Terry Adelman | AR | 125 |

3/17/2014

07-13 Seward County District Court, NE
State v Koslov
Hon. Patricia Lamberty          AR      126

11-13 US District Court Western Dist of MO
Salem v Safeco
Hon. Beth Phillips              AR      127

1-14 Sarpy County District Court, NE
Jenson v Bacon
Hon. Max Kelch                 AR      128

Effective March 17, 2014

## Deposition List

| | | |
|---|---|---|
| Schnucks Trans. v. Marten Transport. US District Court | 03-93 | 1 |
| Semple v. Block MO State Court | 05-93 | 2 |
| Howley v. Rex's Tire KS State Court | 09-93 | 3 |
| Jines v. American Family MO State Court | 11-93 | 4 |
| Williams v. Peters KS State Court | 07-94 | 5 |
| Henshaw v. Hommel KS State Court | 09-94 | 6 |
| Fullerton v. Yellow Freight MO State Court | 12-94 | 7 |
| Meyer v. State Farm KS State Court | 02-95 | 8 |
| Obermeyer v. Union Pacific KS State Court | 02-95 | 9 |
| Bentzinger/Smith v. Sherman County KS KS State Court | 03-95 | 10 |
| Evans/Dixon v. Thorpe KS State Court | 04-95 | 11 |
| Davis v. Jackson County MO MO State Court | 05-95 | 12 |
| Aston v. American Family MO State Court | 10-95 | 13 |
| McCaskey v. Ryder Corp / Canon MO State Court | 12-95 | 14 |
| Ruiz/Zavala v. Howard MO State Court | 04-96 | 15 |
| Vennemann v. Bentley Trucking MO State Court | 04-96 | 16 |

Robert S. McKinzie

| | | |
|---|---|---|
| Brown v. Foster<br>MO State Court | 05-96 | 17 |
| Suyderhoud v. Orr<br>MO State Court | 05-96 | 18 |
| Rocha v. Hailey / Zimmerman<br>MO State Court | 06-96 | 19 |
| Becker Corp. v. National Carriers Corp.<br>KS State Court | 11-96 | 20 |
| Derks v. Venture Corp.<br>KS State Court | 11-96 | 21 |
| Way v. Wever / Graves Food Service<br>MO State Court | 12-96 | 22 |
| Rusert v. City of Blue Springs<br>MO State Court | 12-96 | 23 |
| Sayles v. Vancom<br>MO State Court | 12-96 | 24 |
| Peterman v. Kansas City, MO<br>MO State Court | 12-96 | 25 |
| Sherrick v. Deffenbaugh<br>KS State Court | 02-97 | 26 |
| Bay v. Shea<br>MO State Court | 03-97 | 27 |
| Wolfe v. Cargill<br>MO State Court | 04-97 | 28 |
| Mazur v. Wilkey / American Freightways<br>US W. Dist. MO | 05-97 | 29 |
| Morgan v. Sumner<br>KS State Court | 05-97 | 30 |
| Ungerman v. Bono<br>KS State Court | 06-97 | 31 |
| Osborne v. Hoyt<br>KS State Court | 07-97 | 32 |
| Leppin v. Cardinal Transport<br>MO State Court | 10-97 | 33 |
| Tyler v. Hosler<br>KS State Court | 11-97 | 34 |
| Cass v. Coble<br>Mo. State Court | 11-97 | 35 |
| Counce v. Mast<br>KS. State Court | 01-98 | 36 |
| Kitchen v. Covell<br>MO. State Court | 04-98 | 37 |
| Braun v. Ferking<br>MO. State Court | 05-98 | 38 |
| Whedbee v. Deffenbaugh & Reed<br>MO. State Court | 05-98 | 39 |

| | | |
|---|---|---|
| Nguyen v Vaughn<br>Mo. State Court | 05-98 | 40 |
| Ana Maria Deras-Lopez v. Charles Estep<br>US W. Dist.of MO. | 07-98 | 41 |
| Pontius v Cameron Express<br>MO. State Court | 08-98 | 42 |
| Nguyen et al v. Vaughn<br>MO. State Court | 09-98 | 43 |
| Philbern v. Keenan<br>KS. State Court | 09-98 | 44 |
| Seiz, et us. v. Bailey<br>MO. State Court | 10-98 | 45 |
| Flicken v. City of Raytown<br>MO. State Court | 011-98 | 46 |
| Tracy v. Gillahand<br>MO. State Court | 03-99 | 47 |
| Hopfer v. Smith<br>MO. State Court | 04-99 | 48 |
| State v. Markee<br>KS. State Court | 05-99 | 50 |
| Morris, et al v Ace Taxi<br>KS. State Court | 06-99 | 51 |
| Williams v. KCATA<br>MO. State Court | 07-99 | 52 |
| McHugh v. Tyson Foods<br>St. Louis City Court | 09-99 | 53 |
| Cotter v. Miller<br>MO. State Court | 11-99 | 54 |
| O'Doniel v. Demtech Inc.<br>Mo. State Court | 12-99 | 55 |
| Henderson v Fields<br>Mo. State Court | 12-99 | 56 |
| Santillian v. O'Dell<br>MO State Court | 01-00 | 57 |
| Ewing v. Singleton et al.<br>MO State Court | 07-00 | 58 |
| Collins v. Blue Valley Court<br>MO State Court | 07-00 | 59 |
| McKinley v. Bevans – Nixon<br>MO State Court | 08-00 | 60 |
| Schofield v. OTR Express, Inc.<br>MO. State Court | 8-00 | 61 |
| Fortner v. Lanter<br>Mo. State Court | 10-00 | 62 |
| Carver v. Super S Auto Sales<br>MO. State Court | 11-00 | 63 |

| | | |
|---|---|---|
| Isaac v. Cornelius<br>MO. State Court | 11-00 | 64 |
| Willcockson v Plaza Express<br>MO State Court | 01-01 | 65 |
| Hughes v Laquement<br>MO State Court | 02-01 | 66 |
| Peine v Rooney Trucking<br>US W. Dist.of MO. | 03-01 | 67 |
| Garcia v Premium Standard Farms<br>US W. Dist.of MO | 03-01 | 68 |
| Whitham v. Owens<br>MO State Court | 03-01 | 69 |
| Knight v. Central Paving<br>KS State Court | 03-01 | 70 |
| Kah-Ho-Go v Johnson<br>US Dist of Kansas | 05-01 | 71 |
| Hengler v Liebst<br>KS State Court | 05-01 | 72 |
| Ballentine v Baxter, K&S Trk.<br>KS State Court | 06-01 | 73 |
| Des Camps<br>MO State Court | 07-01 | 74 |
| Miller v. KCMO<br>MO State Court | 07-01 | 75 |
| Gemmer v Eckert<br>MO State Court | 08-01 | 76 |
| Phillips v General Motors<br>MO State Court | 09-01 | 77 |
| Herrington V SPC Trans<br>MO State Court | 10-01 | 78 |
| Robinson v Safety Flare<br>MO State Court | 11-01 | 79 |
| Rush v Transport Service Co.<br>MO State Court | 11-01 | 80 |
| Lemons et al v Brown County KS<br>US Dist Court of KS | 11-01 | 81 |
| Beall v Yocum<br>MO State Court | 11-01 | 82 |
| Garrison v KCMO<br>MO State Court | 11-01 | 83 |
| Hughes v MidStates Retreaders<br>MO State Court | 04-02 | 84 |
| Barricklow et al vs Lindsay<br>MO State Court | 07-02 | 85 |
| State v Kendrick<br>MO State Court | 07-02 | 86 |

3/17/2014

Robert S. McKinzie

| | | |
|---|---|---|
| McCoy v Anderson Erickson et al<br>KS State Court | 08-02 | 87 |
| Downs v. Waller Trucking<br>MO State Court | 08-02 | 88 |
| Barnes v Gross<br>KS State Court | 08-02 | 89 |
| Montgomery v Jensen<br>MO State Court | 09-02 | 90 |
| Patrickus v Rooffner<br>MO State Court | 09-02 | 91 |
| Hendley v Coffey<br>MO State Court | 09-02 | 92 |
| Blevins v Huggard<br>US District of KS | 11-02 | 93 |
| Burke v Ottawa Sanitation<br>KS State Court | 11-02 | 94 |
| Jones v Glenn<br>KS State Court | 02-03 | 95 |
| McMan v McMan Blankenship<br>MO State Court | 03-03 | 96 |
| Newton V Amhoff Trucking & BNSF<br>US District Court Kansas | 05-03 | 97 |
| Zeckser v Markham, et al<br>KS State Court | 06-03 | 98 |
| Binci v Lawrence Bus Co.<br>KS State Court | 06-03 | 99 |
| Foster  v Pepsi<br>MO State Court | 08-03 | 100 |
| Garrett v McKnabb<br>KS State Court | 08-03 | 101 |
| Wilson v MFA<br>MO State Court | 10-03 | 102 |
| Heredia v Overall Express et al<br>MO State Court | 10-03 | 103 |
| Biggs v KCATA<br>MO State Court | 11-03 | 104 |
| Curl v PBX<br>MO State Court | 11-03 | 105 |
| Moore v English et al<br>MO State Court | 12-03 | 106 |
| Goff v Zerbe<br>MO State Court | 01-04 | 107 |
| Harmon v Saffees<br>MO State Court | 03-04 | 108 |
| Mustain v Freeway Express<br>MO State Court | 03-04 | 109 |
| Baumli v Lawrence Traffic | 03-04 | 110 |

3/17/2014

Robert S. McKinzie

MO State Court

| | | |
|---|---|---|
| Jessip v Campbell<br>MO State Court | 04-04 | 111 |
| Aderon v Freeman<br>MO State Court | 04-04 | 112 |
| Burrell v O' Rielly<br>MO State Court | 06-04 | 113 |
| Lane v Atmos Energy<br>KS State Court | 06-04 | 114 |
| Irvin v Odell<br>MO State Court | 06-04 | 115 |
| Beck v Sprint<br>MO State Court | 06-04 | 116 |
| Leutjemeyer v Childs Transport<br>KS State Court | 07-04 | 117 |
| Boarders v Heat & Rodeman<br>MO State Court | 08-04 | 118 |
| Fisher v Kelly Crossings<br>MO State Court | 08-04 | 119 |
| Dickey v Mihalevich<br>MO State Court | 09-04 | 120 |
| Carrol v Kelsey<br>MO State Court | 10-04 | 121 |
| Cantrell v Andrews<br>MO State Court | 12-04 | 122 |
| Gossett v Overland Park<br>KS State Court | 01-05 | 123 |
| Tanner v Kopf<br>US District Court | 01-05 | 124 |
| Riley v Hentz<br>MO State Court | 01-05 | 125 |
| Reynolds v Purington<br>MO State Court | 02-05 | 126 |
| Saulters V Atra Data<br>MO State Court | 03-05 | 127 |
| Smith v Smith<br>MO State Court | 04-05 | 128 |
| Kearnery v MHTC<br>MO State Court | 07-05 | 129 |
| Hoffer v Villega<br>KS State Court | 07-05 | 130 |
| Wheeler v Swift Trans.<br>KS State Court | 07-05 | 131 |
| Barreto v Recovery Management<br>MO State Court | 07-05 | 132 |
| Bottcher  v Failing<br>MO State Court | 08-05 | 133 |

| | | |
|---|---|---|
| Westermier v Headings<br>MO State Court | 08-05 | 134 |
| Schweiss v MTHC / MDOT<br>MO State Court | 08-05 | 135 |
| Fetty v Midwest DBN<br>MO State Court | 08-05 | 136 |
| Short v KDOT<br>KS State Court | 09-05 | 137 |
| Quin v Shelter Ins.<br>MO State Court | 09-05- | 138 |
| Price v Hayes<br>MO State Court | 11-05 | 139 |
| Guzman v Brooker<br>KS State Court | 11-05 | 140 |
| Rhoten v Dickson, et al<br>KS State Court | 12-05 | 141 |
| Twogood v Ryder<br>MO State Court | 12-05 | 142 |
| Denton v Schmidt<br>US District Court, Western District KS | 12-05 | 143 |
| Walley v Mock<br>MO State Court | 01-06 | 143 |
| Monroe / Perryman v Gillies<br>MO State Court | 02-06 | 144 |
| Halford V Nowak Const.<br>KS State Court | 03-06 | 145 |
| Van Deusen et al. vs. CRST Malone, Inc. et al.<br>MO State Court | 04-06 | 146 |
| Gibbs v State Auto Ins Co<br>MO State Court | 05-06 | 147 |
| Meyer v Garoutte<br>MO State Court | 05-06 | 148 |
| Zeller v Evans<br>MO State Court | 06-06 | 149 |
| Keathley v Firestone / Ford<br>MO State Court | 06-06 | 150 |
| Butler v Herman Lumber<br>MO State Court | 06-06 | 151 |
| Reed v. Cannon Trucking<br>Kansas State Court | 07-06 | 152 |
| Beaver v Century Ins.<br>MO State Court | 08-06 | 153 |
| Jackson v Deffenbaugh<br>KS WC Admin. | 09-06 | 154 |
| Boman v Impact Tow<br>MO state court | 09-06 | 155 |
| Gitschlag, et. al., vs Callaway Carriers et al | 12-06 | 156 |

Robert S. McKinzie

MO State Court

| | | |
|---|---|---|
| Mooran v Deffenbaugh<br>MO State Court | 12-06 | 157 |
| Tucker v Pratt<br>US District Court, Kansas | 01-07 | 158 |
| Peters v Barber<br>MO State Court | 02-07 | 159 |
| Melcher v Bowen / American Trucking<br>KS State Court | 02-07 | 160 |
| Brown v Aristocrat<br>MO State Court | 03-07 | 161 |
| Boatwright v Meyers<br>MO State Court | 03-07 | 162 |
| Willich v Zabel<br>KS State Court | 04-07 | 163 |
| Lunn v UPRR<br>MO State Court | 05-07 | 164 |
| James v Noland<br>MO State Court | 07-07 | 165 |
| Davis v Wilhelm<br>Mo State Court | 07-07 | 166 |
| Lee v Walton, Thompson & Five Star<br>MO State Court | 07-07 | 167 |
| Zaremba v Barry<br>MO State Court | 08-07 | 168 |
| Kling v Koling<br>KS State Court | 9-07 | 169 |
| Turnbull vs Bolivar Ready Mix<br>MO State Court | 11-07 | 170 |
| Faulf & Yunkers<br>Ks State Court | 02-08 | 171 |
| Oakwood Trans v Anderson Trucking et al<br>District Court of Lancaster CO NE | 02-08 | 172 |
| Helton C Small Transportation<br>MO State Court | 04-08 | 173 |
| Porter v MHTC<br>Mo Mediation | 04-08 | 174 |
| Aholt v Dixon<br>Kansas State Court | 05-08 | 175 |
| Climer v Gutierrez / Pizza Hut<br>Tulare Ct Superior Court, CA | 07-08 | 176 |
| Baker et al v Fedex et al<br>MO State Court | 09-08 | 177 |
| Lawrence v Callow<br>MO State Court | 11-08 | 178 |
| Bellamy v Westlund Diesel<br>US District Court, MO | 12-08 | 179 |

3/17/2014

| | | |
|---|---|---|
| Boudreaux v Woolsey<br>MO State Court | 12-08 | 180 |
| Smith v KCP&L<br>MO State Court | 01-09 | 181 |
| Collins v PTS and Ck Trucking<br>US Dist Court, Western Div of MO | 06-09 | 182 |
| Smith v KCMO,/ Board of Police Comm.<br>MO State Court | 06-09 | 183 |
| Alumbaugh v Tackett<br>MO State Court | 07-09 | 184 |
| Monteil v Richie<br>MO State Court | 07-09 | 185 |
| Lawrence v Callow<br>MO State Court | 09-09 | 186 |
| Phillips V Alviderz<br>KS State Court | 10-09 | 187 |
| Parrish v Complete Auto<br>MO State Court | 11-09 | 188 |
| Tharp v Jay Wolfe Imports MO<br>MO State Court | 11-09 | 189 |
| Kramer v Krupp Paving<br>MO State Court | 12-09 | 190 |
| Jackson v KCATA<br>MO State Court | 12-09 | 191 |
| Alarcon & Rodriguez v Salazar et al.<br>KS State Court | 12-09 | 192 |
| Ginger v Yarnell<br>MO State Court | 02-10 | 193 |
| Miller v Belfonte<br>MO State Court | 03-10 | 194 |
| Hayton v Enterprise Properties<br>MO State Court | 06-10 | 195 |
| Heim v Bishop<br>MO State Court | 06-10 | 196 |
| Green, Orr v Simonsson<br>KS State Court | 06-10 | 197 |
| Bowles v Shackelford<br>MO State Court | 09-10 | 198 |
| Bowles et al. v Shackelford et al.<br>MO State Court | 09-10 | 199 |
| Nokes v HMSHost USA<br>MO State Court | 09-10 | 200 |
| Barnhill v BRW et al<br>KS State Court | 10-10 | 201 |
| Corum v KDOT<br>KS State Court | 12-10 | 202 |

| | | |
|---|---|---|
| Newbrough v Barth<br>MO State Court | 01-11 | 203 |
| Prohaska v Kang trucking<br>MO State Court | 02-11 | 204 |
| Ridley v Myers<br>MO State Court | 02-11 | 205 |
| Coke v Johnson County<br>MO State Court | 04-11 | 206 |
| Harmon v Big Dog Motorcycle<br>MO State Court | 05-11 | 207 |
| Nkani v City of Kansas City et. al.<br>MO State Court | 05-11 | 208 |
| Hopkins v Shinn<br>US District Court, Southern Dist. Of Iowa Central Div. | 06-11 | 209 |
| Ewing v Williams<br>MO State Court | 07-11 | 210 |
| Slocum v Davcon Trucking LLC et. Al<br>KS State Court | 07-11 | 211 |
| Davidson v City of St. Louis<br>St. Louis City Court | 07-11 | 212 |
| Bertz v Rose<br>MO State Court | 08-11 | 213 |
| Smallwood V ABI<br>MO State Court | 9-11 | 214 |
| Gillpatrick v St. Joe Harley Davidson<br>MO State Court | 10-11 | 215 |
| Hilbers v Ram Rock Trucking<br>MO State Court | 11-11 | 216 |
| Yates v Hertzog<br>MO State Court | 01-12 | 217 |
| Tomlin / Anderson Erickson v AWG / Duren<br>MO State Court | 02-12 | 218 |
| Vest v FedEx<br>MO State Court | 03-12 | 219 |
| Abeyta v Sun<br>MO State Court | 03-12 | 220 |
| Hamm v PhotoFax<br>MO State Court | 04-12 | 221 |
| Associated Wholesale Grocers I-80<br>NE State Court | 05-12 | 222 |
| Lieurance v Yager<br>MO State Court | 07-12 | 223 |
| Galindo v Mansfield<br>KS State Court | 08/12 | 224 |
| Wilson V Wright et al<br>MO State Court | 03/13 | 225 |

Robert S. McKinzie

Page 19

| | | |
|---|---|---|
| Deaver v Lyon County<br>KS State Court | 03/13 | 226 |
| Kozlov v AWG<br>NE State Court | 04/13 | 227 |
| Northcraft v Thirlkel<br>US District Court, Western District of Missouri | 07/13 | 228 |
| Smalley v Skyy Drilling<br>Kansas Division of Workers Comp. | 10/13 | 229 |
| Jansen v Beacon Sales / Bray<br>NE State Court | 12/13 | 230 |
| Heller v Keen<br>MO State Court | 1/14 | 231 |
| Coughlin v Paul Mueller Company, et al<br>MO State Court | 2/14 | 232 |
| McCord v Keim<br>MO State Court | 3/14 | 233 |

Effective  March 17, 2014

# Education

| | | |
|---|---|---|
| Oct. 1981 | Kansas Highway Patrol<br>Basic Accident Investigation<br>• 35 training hours | Training Academy, Salina Kansas |
| Jan. 1984 | Traffic Institute, Northwestern University<br>Advanced Accident Investigation, Vehicle Dynamics<br>• 46 Hours | K.H.P. Academy, Salina |
| Jul. 1986 | National Police Institute<br>Accident Reconstruction<br>• 90 hours | B.C.C.C., Great bend Kansas |
| Oct. 1987 | I.A.T.A.I. Training Seminar<br>Annual Training Seminar<br>• 24 hours | Illinois State University |
| Jun. 1988 | I.A.A.R.S. Eighth Annual Training Seminar<br>International Training Seminar<br>• 20 hours | Lake Tahoe, Nevada |
| Jun. 1989 | I.A.A.R.S. Ninth Annual Training Seminar<br>International Training Seminar<br>• 28 hours | Minneapolis, Minnesota |
| Sept. 1989 | Accident Reconstruction<br>Commercial Vehicle Accident Reconstruction<br>• 40 hours | Arkansas State University |
| Jul. 1990 | I.A.A.R.S. Tenth Annual Conference<br>Training Seminar & Crash Test<br>• 24 hours | University of British Columbia |
| Aug. 1990 | Burlington / Sante Fe Railroad<br>Grade Crossing Collision Investigation<br>• 24 hours | Lenexa, Kansas |
| Jul. 1991 | I.A.A.R.S. Eleventh Annual Conference<br>Training Seminar<br>• 22 hours, Program committee | Kansas City, Missouri |
| Nov.1991 | S.O.A.R. Conference<br>Training Seminar & Crash Test<br>• 20 hrs. | Orlando Florida |
| May, 1992 | M.A.T.A.I.<br>Training Seminar & Crash Test<br>• 24 hours | West Des Moines, Iowa |
| Jul. 1992 | IAARS 12th Annual Seminar<br>Training seminar & crash test | Charleston, South Carolina |

|  | • 18 hours |  |
| --- | --- | --- |
| 1991 | **Barton County Community College** | **Great Bend Kansas** |
|  | **Associates** |  |
|  | • GPA 4.0, Presidents Honor Roll |  |
| Sept. 1992 | **ACTAR** | **Denver Colorado** |
|  | Certificate of Qualification |  |
|  | • Accreditation Commission for Traffic Accident Reconstructionist |  |
| Apr. 1993 | **Institute of Police Technology and Management** | **University of North Florida** |
|  | **Special Problems** |  |
|  | • 30 Hours |  |
| Apr. 1993 | **ACTAR** | **Denver Colorado** |
|  | Accredited Accident Reconstructionist |  |
|  | • Accreditation Commission for Traffic Accident Reconstructionist Registration Number 440 |  |
| Jun. 1993 | **Arkansas State University** | **Jonesboro, AR.** |
|  | **Commercial Vehicle Accident Reconstruction** |  |
|  | • 40 Hrs. |  |
| Jul. 1993 | **13th Annual IAARS Seminar** | **Minneapolis, MN.** |
|  | **Brake Testing** |  |
|  | • 24 Hrs. |  |
| Oct. 1993 | **U.S. Dept. of Transportation** | **Overland Park, Kansas** |
|  | **CVSA Level I Inspector** |  |
|  | • 80 Hrs. |  |
| May1994 | **Midwest Association of Technical Acc. Investigators** | **Iowa City, IA** |
|  | **8th Annual Seminar & Crash Test** |  |
|  | • 17 |  |
| Jun. 1994 | **International Association of Accident Reconstructionist** | **Portland, Maine** |
|  | **13th Annual Seminar & Skid Test** |  |
|  | • 24 |  |
| Sept. 1994 | **TAARS,-SOAR,-WATAI @ TEXAS A&M** | **College Station, Texas** |
|  | **Annual Reconstruction Seminar & Crash Test** |  |
|  | • 20 |  |
| Apr. 1995 | **Kansas Bureau of Investigation** | **KHP Academy, Salina Kansas** |
|  | **Blood Spatter Anaylsis** |  |
|  | • 40 |  |
| Apr. 1995 | **University of North Flordia** | **I.P.T.M., Jacksonville FL.** |
|  | **Special Problems in Accident Reconstruction** |  |
|  | • 27 |  |
| Apr. 1995 | **University of North Flordia** | **I.P.T.M., Jacksonville FL.** |
|  | **Advanced Accident Reconstruction** |  |
|  | • 40 |  |
| Jul. 1996 | **International Association of Accident Reconstructionist** | **Grand Rapids, MI** |
|  | **14th Annual Seminar \ Decel. Test** |  |
|  | • 19.75 |  |
| Sept. 1995 | **Illinois Association of Technical Accident Investigators** | **Collinsville, IL.** |
|  | **1995 Conference & Crash Test** |  |
|  | • 19.5 |  |
| Apr. 1996 | **University of North Florida** | **I.P.T.M. Jacksonville FL.** |
|  | **Special Problems in Accident Reconstruction** |  |
|  | • 28 |  |
| Jul. 1996 | **International Association of Accident Reconstructionist** | **Boise, ID** |
|  | **15th Annual Seminar \ Crash Test** |  |
|  | • 15 |  |
| Aug. 1996 | **Forensic Photography** | **Salina, Kansas** |
|  | **Nikon Forensic Photography** |  |
|  | • 48 |  |
| Feb. 97 | **Forensic Mapping Level II** | **Tampa, FL** |
|  | **Advanced Forensic Mapping** |  |
|  | • 16 |  |
| Mar. 1997 | **Texas A&M, TEEX, CRASH 97** | **College Station, TX** |
|  | **Reconstruction Seminar & Crash Test** |  |
|  | • 36 |  |
| Sept. 1997 | **Illinois Association of Technical Accident Investigators** | **Arlington Heights, ILL.** |
|  | **Reconstruction Conference** |  |
|  | • 19.0 |  |
| Oct. 1997 | **Allied Signal Bendix** | **Arlington, Tx.** |
|  | **Air Brkaes Systems** |  |
|  | • 22.0 |  |
| Dec. 97 | **Kansas Bureau of Investigation** | **Salina Kansas** |
|  | **Video Tape Training & Techniques** |  |
|  | • 8 |  |

| Date | Description | Location |
|---|---|---|
| Feb. 1998 | **Society of Automotive Engineers**<br>**Accident Reconstruction / PC Crash**<br>· 40 | **International Congress** |
| May 1998 | **Midwest Association of Technical Accident investigators**<br>**Annual Training Conference**<br>· 16 | **Kansas City, MO.** |
| Aug. 1998 | **Society of Accident Reconstructionist**<br>**Annual Training Conference**<br>· 32 | **Colorado Springs, CO.** |
| Sept. 1998 | **Illinois Assoc. of Technical Acc. Invest.**<br>**Annual Training Conference**<br>· 24 | **Springfield Ill** |
| Sept. 1998 | **Reconstruction Technology**<br>**Recon. & C.V.R. w/ Micro Computers**<br>· 40 | **Salina Kansas** |
| Oct. 1998 | **Texas A&M, TEEX, CRASH 98**<br>**Collision Reconstruction Conference**<br>· 36 | **College Station, TX** |
| July 2000 | **MicroSurvey**<br>**MapScenes Forensic Mapping & Recon Analysis**<br>40 | **Kalowna, BC** |
| Sept. 2000 | **WREX2000**<br>**World Reconstruction Exhibition @ Texas A&M**<br>36 | **College Station TX** |
| June 2001 | **Reconstruction Technology  Rec-Tec**<br>**Advanced Reconstruction with Micro-Computers**<br>40 | **Coco Beach Florida** |
| Aug. 2001 | **AIRIL**<br>**Accident Investigation & Reconstruction Interpretation and the Law**<br>**4ᵗʰ International conference @ University of BC**<br>32 | **Vancouver BC Canada** |
| Jan. 2002 | **PC-Crash**<br>**PC-Crash workshop**<br>16 | **Las Vegas NV** |
| June 2002 | **IAARS / MATAI**<br>**Annual training conference**<br>21 | **Minneapolis MN** |
| Aug. 2002 | **Reconstruction Technology Rec-Tec**<br>**Advanced Reconstruction with Micro-Computers**<br>24 | **Coco Beach FL** |
| Sept. 2002 | **Collision Safety Institute**<br>**Vetronix, Collision Data Retrieval**<br>16 | **Rockford IL** |
| Sept. 2002 | **IATAI**<br>**Annual Conference & Crash Test**<br>24 | **Rockford IL** |
| Jan. 2003 | **MicroSurvey**<br>**MapScenes Pro**<br>24 | **Kelowna BC Canada** |
| June 2003 | **MATAI**<br>**Annual Conference**<br>18 | **Ames IA** |
| July 2003 | **IAARS**<br>**Annual conference**<br>24 | **Olathe KS** |
| Sept. 2003 | **IATAI**<br>**Annual Conference**<br>20 | **Mt. Vernon IL** |
| May 2004 | **MATAI**<br>**Annual Conference**<br>20 | **Rock Island Il.** |
| May 2004 | **RECTEC Inc.**<br>**Advanced Physics and Analysis using REC-TEC Software**<br>40 | **Olathe KS** |
| June 2004 | **Institute of Police Technology & Management**<br>**Applied Physics for Accident Reconstruction**<br>40 | **Collinsville ILL** |
| June 2004 | **ARC-CSI Crash Conference 2004**<br>**Annual Conference**<br>21 | **Las Vegas NV** |

Robert S. McKinzie                                                                          Page 22

| | | |
|---|---|---|
| April 2005 | **Detroit Diesel**<br>**Electronic Controls DDDL / DDEC Reports**<br>16 | Redmond, MI |
| May 2005 | **Cummins Diesel**<br>**InSite**<br>12 | Kansas City, MO |
| June 2005 | **MapScenes Users Conference**<br>**Annual Conference**<br>16 | Las Vegas NV |
| June 2005 | **MATAI**<br>**Annual Conference**<br>20 | Rapid City SD |
| Sept. 2005 | **IATAI**<br>**Annual Conference**<br>19 | Springfield IL |
| Nov. 2005 | **Institute of Technical Accident Investigators**<br>**7th Annual Conference**<br>16 | Dunblane, Sterling, Scotland |
| Jan., 2006 | **Rec-Tec**<br>**Advanced Reconstruction**<br>20 | Orlando, FL |
| Sept. 2006 | **IATAI 20th annual conference**<br>18 | Normal IL |
| June, 2007 | **ARC-CSI Crash Conference**<br>**Annual Conference**<br>18 | Las Vegas NV |
| Sept, 2007 | **IATAI 21st annual conference**<br>20 | Bloomington, IL |
| Sept, 2007 | **CSI – CDR course**<br>30 | Bloomington IL |
| Jan., 2008 | **CDR Users Conference**<br>20 | Houston TX |
| June 2008 | **ARC Conference**<br>20 | Las Vegas NV |
| Sept 2008 | **IPTM Validating vehicle Testing**<br>20 | Bloomington IL |
| Sept. 2008 | **IATAI 22nd Annual Traffic Crash Conference**<br>20 | Bloomington, IL |
| March 2009 | **PC-Crash Advanced Workshop**<br>16 | Toronto CN |
| April 2009 | **Post Blast Investigation**<br>40 | Wichita, KS |
| Sept. 2009 | **Advanced Tire Analysis, Bridgestone/Bandag**<br>16 | Muscatine IA |
| Sept. 2009 | **IATAI 23rd Annual Traffic Crash Conference**<br>16 | Bloomington, IL |
| May 2010 | **ARC-CSI Crash Annual Conference**<br>26 | Las Vegas NV |
| Sept. 2010 | **Point Cloud Trainers Certification**<br>24 | West Kelowna, CN |
| March 2011 | **Rec-Tec Truck 2011**<br>40 | New Orleans, LA |
| Sept. 2011 | **IATAI Annual Conference**<br>40 | Bloomington, IL |
| Oct. 2011 | **Advanced Collision Reconstruction with CDR Applications**<br>40 | Las Vegas, NV |
| Sept. 2012 | **IATAI Annual Conference**<br>8 | Peoria, IL |
| Feb. 2013 | **National TIM Responder Training**<br>10 | Blue Springs, MO |
| Sept. 2013 | **IATAI Annual Conference**<br>18 | East Peoria, IL |
| Oct. 2013 | **Consortium for Kansas unmanned Systems, K-State**<br>12 | Manhattan , KS |

**TOTAL**      •2243.25

3/17/2014

## Professional:

October, 1987 Granted membership, Illinois Association of Technical Accident Investigators.

• November, 1987 Award for Outstanding Service on Catastrophic Car Wrecks, presented by the Kansas Bar Association.

• April, 1987 Authored the Troop A guidelines for Accident Reconstruction.

• July, 1987 Granted membership with the International Association of Accident Reconstruction Specialist.

• 1987-89 Primary Instructor, Acc.. Invest. Kansas Highway Patrol Training Academy.

• January, 1990 Granted membership with the National Association of Professional Accident Reconstruction Specialist.

• April, 1991 Instructor A / R course for the Kansas Motor Carrier Association.

• September, 1991 Granted membership with the Society of Accident Reconstructionists.

• January, 1993       Granted membership with the Midwest Association of Technical Accident Investigators

• Primary Instructor of Advanced Accident Investigation for the Kansas Highway Patrol Academy.

• April 1994 State Accident Reconstruction Coordinator, KHP

• January 1995, Instructor Forensic Mapping, Suffolk, Nassau Co. PD, New York State Police, Long Island NY.

• June 1995, Instructor, Accident Assessment for Administrators
• Greyhound Inc.

• August 1995  Instructor, Advanced Commercial Vehicle Accident Reconstruction, TEEX, Texas A&M University

• November 1995, Primary Instructor, Advanced Scene Investigation using Forensic Mapping & CAD, TEEX, Texas A&M University

• March 1996, Instructor, Forensic Mapping for Accident Reconstruction with CAD. Nebraska State Patrol Academy
• Nebraska State Patrol, Lincoln NE.

• April 1996, Instructor, Advanced Commercial Vehicle Accident Reconstruction, South Carolina Highway Patrol, Teex
• Texas A&M University

• February 1997, Granted membership into the Society of Automotive Engineers.

• June 1997, Instructor, Forensic Mapping
• Tampa Police Department Tampa, FL.

• Sept. 1997, Lecturer Forensic Mapping
• IATAI, Arlington Heights, IL.

3/17/2014

- April, 1998 Lecturer, Accident Reconstruction
- 80th Annual KS. Transportation Engineering Conference
- Kansas State University

- May, 1998 Lecturer, Expert Panel, New Technology
- Annual Training Conference, (MATAI) Midwest Association of Technical Accident Investigators.
- Kansas City, Missouri

- Sept. 1998 Lecturer
- Ill. Assoc. of Tech. Acc. Invest.
- Team approach to Catastrophic Highway Incidents
- Field demonstrations on C.V. brake analysis
- Springfield Ill.

- October, 1998 Lecturer
- Texas A&M, TEEX, CRASH 98
- Documentation of Crush damage
- Forensic Modeling W/a Total Station
- George Bush Presidential Conference Center
- College Station, TX

- December, 1998 Project Coordinator,
- Senior Reconstructionist
- Concluded a five year study of commercial
- Vehicle fatal crashes in Kansas. A cause analysis
- identified the probable cause and contributing factors.
- Report for US-DOT, FHA, OMC, KHP

- June, 1999 Panelist, Digital Camera Panel,
- Highway Innovative Technology Evaluation Center
- Civil Engineering Research Foundation
- Washington, DC

- August 1999, Primary Instructor, Advanced Scene
- Investigation using Forensic Mapping & CAD,
- Florida Highway Patrol

- February 2000, Primary Instructor, Advanced Scene
- Investigation using Forensic Mapping & CAD,
- Missouri State Highway Patrol

- April 2000, Primary Instructor, Forensic Mapping
- Massachusetts State Police

- April 2000, Granted membership with the Texas Association of Accident Reconstruction Specialists

- August 2001, Appointed to the International Advisory Committee
  Crash Investigation / Reconstruction Interpretation and the Law
  Birmingham England

- February 2002, Primary Instructor, Heavy Commercial Vehicle Crash
  Reconstruction, Royal New Zealand Police College, Wellington NZ

- August 2002, Instructor, Heavy Commercial Vehicle Braking
  Block instruction, Reconstruction Technology with Micro Computers
  Cocoa Beach FL.

- December 2002, Instructor, Commercial Vehicle Collision Reconstruction II
  Missouri Highway Patrol, Major Crash Teams, Kansas Highway Patrol, Critical Highway
  Accident Response Teams, Kansas City Missouri, Traffic Homicide Unit.

  December 2002, Instructor Forensic Mapping, Anchorage Police Department, Anchorage
  Alaska

  Licensed Private Investigator, Arkansas, Kansas

  June 2003, Granted membership, American Society for Law Enforcement Training

  June 2004, What is Forensic Mapping, Texas Div. International Association for Identification

  July 2004, US law Enforcement Conference, Washington DC, Forensic Mapping of Major
  Catastrophic Events

  June 2005, Presenter MapScenes Annual Conference, Las Vegas NV, Forensic Mapping
  Validation & Expert Witness/Mapping applications to the Judicial System

  June 2005, Presenter , Midwest Association of Technical Accident Investigators, annual
  conference, Rapid City SD, Diesel Engine - Electronic Control Module data extraction and
  interruption.

  June 2005, Adjunct Instructor, North American Transportation Management Institute.
  Motor Fleet Accident Investigation, Advanced Accident Investigation, Reconstruction

  July 2005, Primary Instructor, Forensic Mapping w/ MapScenes 2006 and EVR 3.0
  Instructors class for Micro Survey, West Bank British Columbia, CN.

  September 2005, Presenter, Illinois Association of Technical Accident Investigators, 2005
  Annual conference, Diesel Engine – Electronic Control Module data extraction and interruption.
  Dynamic testing and validation.

  January 2006, Instructor, REC-TEC Technology course. Topic, Heavy Truck Brakes, Brake
  Efficiency, Electronic Control Modules, data extraction and analysis. Orlando Florida.

  February 2006, Instructor, Missouri State Highway Patrol, Major Crash Team training.
  Electronic Control Module data extraction and analysis. Jefferson City, FL.

  April 2006 Instructor, , Ministry of Internal Affairs - Police Academy - Police College, Zagreb
  Police Department, Forensic Mapping Republic of Croatia, Zagreb Croatia

  June 2006 Guest Lecturer, Roadside Investigations / Forensic Mapping, First Russian American
  Accident Reconstruction Training Seminar,
  Saint Petersburg State University of Architecture and Civil Engineering, Department of
  International Education and Cooperation, Saint Petersburg Russia

  June 2007 Guest Lecturer, Second Russian American Accident Reconstruction Training
  Seminar and Practical Crash Tests, Saint Petersburg State University of Architecture and Civil
  Engineering, Department of International Education and Cooperation, Saint Petersburg Russia

September 2007 Guest Lecturer, Illinois Association of Technical Accident Investigators, Forensic Mapping Systems, Application Time. Bloomington IL

June 2008 Guest Lecturer, Third Russian American Accident Reconstruction Training Seminar and Practical Crash Tests, Saint Petersburg State University of Architecture and Civil Engineering, Department of International Education and Cooperation, Saint Petersburg Russia

Sept, 2008 Guest Lecturer, 22nd Annual Traffic Crash Reconstruction Conference. Illinois Association of Technical Accident Investigators, Second Division Commercial Vehicles; Super Loads, reconstructing heavy vehicle CG positions; Vehicle stability and roll over dynamics

Sept, 2009 Guest Lecturer, 23rd Annual Traffic Crash Reconstruction Conference. Illinois Association of Technical Accident Investigators, Call to Court, Scene Documentation methodology, collection, analysis, technical drawings and demonstrative exhibits.

Feb. 2010 Lead Instructor, Forensic Mapping, Queensland Police Department, Queensland Police Services Academy, Brisbane Australia.

Feb. 2010, Guest Lecturer, Queensland Police Service Forensic Science Unit. History of Forensic Mapping, 2010 and beyond.

Aug. 2010, Lead Instructor, Post Blast / Arson Forensic Mapping, ATF – National Response Teams. Sokkia North America

July 2012, Appointed to the Board of Directors, ACTAR

Sept. 2012 Guest Lecturer Cutting Economic Cost of Road Crashes. Russian Accident Reconstruction Training Seminar, Saint Petersburg State University of Architecture and Civil Engineering, Department of International Education and Cooperation, Saint Petersburg Russian Federation.

September, 2012  Appointed to the Governing Board of Directors Accreditation Commission for Traffic Accident Reconstruction Representing the Illinois Association of Technical Accident Investigation.

## Published: •

**Forensic Mapping Systems and Data Analysis Comparison**

| | | |
|---|---|---|
| **World Reconstruction Exhibition 2000** | **Texas A&M** | **College Station TX** |

**R.S. McKinzie   Sept. 2000**

**Friction Values of Sliding Commercial Vehicles vs. Autos**

| | | |
|---|---|---|
| **World Reconstruction Exhibition 2000** | **Texas A&M** | **College Station TX** |

**David Stopper, Texas A&M-TEEX, Instructor**
**Steve McKinzie, Texas A&M-TEEX, Instructor**
**Chris Voeglie, National Transportation Safety Board**
**Ron Heusser, Engineering Accident Analysis**
Sept. 2000

**Cutting the Economic Cost of Major Crashes**
**Australian & South Pacific Association of Collision Investigators**
**Adelaide Australia**
**RS McKinzie, John Ruller          March, 2002**

**The Forensic Mapping Challenge**
**The ARC Network accidentreconstruction.com**

**February / March 2003**

**Insurance Fraud and False Reporting**
**Saint Petersburg State University of Architecture and Civil Engineering, Department of**
**International Education and Cooperation, Saint Petersburg Russia**
**June 2007**

**Forensic Mapping Application Time**
**Illinois Association of Technical Accident Investigators, annual Seminar Bloomington, IL**
**September 2007**

**Forensic Mapping; The History of Cartography**
**University of Chicago Press**
**September 2010**

Robert S. McKinzie                                                                                          Page 28

## Personal:
·                 Single, 5 children, 3 grand children

## References:
                  Available upon request

## Rate Schedule:

Hourly while engaged in reconstruction, deposition or trial is $ 225.00.

Invoiced on tenths of the hour.

Plus mileage at $1.25 per mile CV or .68 PC.

General Aviation aircraft invoiced at aircraft type rate includes fuel

Commercial Airfare and lodging billed @ actual cost, plus $25.00 per qtr. day per-diem.

Accounts are invoiced at months end, payable upon receipt.

**All accounts 60 days past due are subject to interest on the unpaid balance of 18% apr.**

3/17/2014



**FAILURE ANALYSIS ACCIDENT RECONSTRUCTION**

**FAAR CONSULTING, LLC**

Ted T. Sokol, **Ph.D , P.E.**
Registered Professional Civil Engineer

Steve F. Sokol, **P.E., J.D.**
Registered Professional Civil Engineer

Jeff R. Riesselman, **P.E., P.T.O.E.**
Registered Professional Civil Engineer

# CURRICULUM VITAE

## BUSINESS INFORMATION:

- Office Address: 6719 Stones Throw Drive, Omaha, NE 68152
- Office Phone: 402-630-1638

- Email: ssokol@faarconsulting.net
- Website: www.faarconsulting.net

## EDUCATIONAL BACKGROUND:

**Creighton University School of Law**, Omaha, Nebraska
Juris Doctor, *cum laude* May 2007

**Iowa State University**, Ames, Iowa
Bachelor of Science, Civil Engineering, May 2001

## PROFESSIONAL REGISTRATIONS:

**Registered Professional Civil Engineer**
State of Nebraska - Registration Number E-13148

**Certified Traffic Accident Reconstructionist**
Accreditation Commission for Traffic Accident Reconstruction, ACTAR
Registration Number 2235

**Member of the Nebraska State Bar Association**
Attorney Number 23685

**Certified Crash Data Retrieval System Technician and Analyst**
Collision Safety Institute, San Diego, CA

Tax ID 90-0536337
6719 Stones Throw Drive - Omaha, Nebraska 68152 - www.faarconsulting.net



## PRIVATE INDUSTRY ENGINEERING EXPERIENCE:

**FAAR Consulting, LLC**, Omaha, Nebraska

*2003 to Present*

Civil Engineer/ Accident Reconstructionist

Responsible for the investigation and analysis of vehicle accident reconstructions and industrial accidents. Reconstructed motor vehicle accidents involving automobiles, motorcycles, trucks, bicycles and pedestrians. Evaluated transportation systems and roadway signage as it pertains to vehicle accidents. Performed vehicle and site inspection. Analyzed site distances related to accident reconstruction. Calculated pre-impact vehicle speeds. Causation analysis, accident avoidance maneuvers, vehicle and motorcycle braking analysis, collision analysis.

Prepared roadway plan and profile drawings. Retrieval of event data from vehicle Airbag Control Modules and Engine Control Modules. Analyzed roadway traffic control plans and construction work zone signage.

Investigations of various types of industrial accidents. Scissor lifts, ladders, and construction equipment. Analyzed Uniform Building Code and OSHA regulations as they apply to industrial accidents.

**Northern Natural Gas**, Omaha, Nebraska

*2003*

Civil Engineer / Project Engineer

Assessed gas pipeline projects, including shallow / exposed pipe remediation, horizontal directional drilling, maintenance of existing pipeline systems, and pipeline system integrity. Estimated project costs, coordinated with subcontractors, prepared preliminary and bid drawing packages, and worked with project managers to produce project scopes and schedules.

**CH2M Hill**, Denver, Colorado

*2001, 2002*

Civil Engineer / Transportation Engineer

Developed design alternatives and roadway plan and profile sheets. Prepared cost estimates and quantity calculations for roadway projects. Provided engineering services during the construction phase of roadway projects. Prepared traffic control plans, grading plans, and preliminary design plans for roadway projects.

**Burns and McDonnell**, Kansas City, Missouri

*2000*

Civil Engineer / Transportation Engineer

Designed aircraft terminal markings and engine danger zones. Verified the location of existing fuel pits and isolation values. Evaluated the current fuel pit layout for the terminals and made recommendations on the placement of proposed fuel pits.



**Kiewit Construction Co.,** Omaha, Nebraska

*1998 & 1999*

Construction Engineer

Assisted with the foundation layout of 90-inch diameter drilled shafts and the daily site log. Coordinated drilling schedule with drilling subcontractor.

Reviewed construction drawings, prepared RFI's (Request for Information), and reviewed shop drawings. Assisted with job site safety program and performed job site inspections to ensure compliance with OSHA regulations. Communicated daily with subcontractors, and gained knowledge of construction industry.

## PROFESSIONAL SOCIETY AFFILIATIONS:

Member – Society of Accident Reconstructionists, SOAR

Member – Society of Automotive Engineers, SAE

Member – Midwest Association of Technical Accident Investigators, MATAI

Member – National Society of Professional Accident Reconstruction Specialists, NAPARS

Member – Nebraska State Bar Association

## HONORS AND AWARDS:

Chi Epsilon National Civil Engineering Honor Society

Cum Laude Graduate, Creighton University School of Law, 2007

## UNIVERSITY COURSES TAKEN RELATING TO ACCIDENT RECONSTRUCTION:

- ➤ Algebra
- ➤ Trigonometry
- ➤ Analytical Geometry
- ➤ Calculus I, II, III
- ➤ Computer Programming
- ➤ Physics I, II
- ➤ Engineering Statics
- ➤ Computer Aided Drafting
- ➤ Route & Engineering Surveying

- ➤ Mechanics of Materials
- ➤ Structural Analysis
- ➤ Transportation Engineering
- ➤ Materials Testing
- ➤ Structural Steel Design
- ➤ Concrete & Pavement Structures
- ➤ Highway Design
- ➤ Engineering Dynamics
- ➤ Engineering Design



## SEMINARS & TRAINING ATTENDED RELATING TO ACCIDENT RECONSTRUCTION:

Advanced Crash Reconstruction Utilizing Human Factors Research, Northwestern University Center for Public Safety, Evanston, Illinois, May 20-24, 2013

Inspection and Investigation of Commercial Vehicle Crashes, Institute of Police Technology and Management – University of North Florida, Jacksonville, FL, February 18-22, 2013.

Motorcycle Crash Reconstruction, Northwestern University Center for Public Safety, Evanston, Illinois, September 10-14, 2012

How to Interpret Commercial Vehicle Event Data Recorders, The University of Tulsa, Tulsa, Oklahoma, March 26-30, 2012.

Cummins INSITE Training, Kansas City, MO, October 4-5, 2011.

INSITE Cummins Virtual College, Omaha, NE, September 17, 2011.

Trimble M3 Total Station Training, Seiler Instrument, Omaha, NE, April 6, 2011.

How to Interpret Commercial Vehicle Event Data Recorders, The University of Tulsa, Tulsa, Oklahoma, November 15 -19, 2010.

Advanced Crash Reconstruction, Fort McCoy, Wisconsin, October 4-8, 2010.

Human Factors For Traffic Crash Reconstruction Presented By The Crash Safety Research Center, Coralville, IA, May 26-28, 2010.

Certified Crash Data Retrieval Analyst Course, Chantilly, Virginia, February 16-19, 2010.

Certified Crash Data Retrieval Technician Course, Chantilly, Virginia, February 15, 2010.

ARC-CSI Crash Conference, Las Vegas, Nevada, June 1-4, 2009.

Crash Data Retrieval System Operator's Certification Course, Collision Safety Institute, Houston, Texas, June 9-11, 2004.

Physics Principles Applied to Accident Reconstruction, Hawkeye Community College, Midwest Association of Technical Accident Investigators, Waterloo, Iowa, February 9-13, 2004.

## SEMINARS PRESENTED RELATING TO ACCIDENT RECONSTRUCTION:

"Vehicle Accident Reconstruction," Lincoln/Nebraska Claims Association Fall Seminar, Ashland, NE. October 6, 2011.

"Accident Reconstruction Expert for Trial Demonstration", Nebraska Chapter of American Board of Trial Advocates Masters in Trial Seminar, LaVista, NE. August 26, 2011.

"Accident Reconstruction and Demonstrative Evidence", seminar presented to the Inns of Court, Lincoln, NE. April 12, 2011.

"Introduction To ACMs and EDRs", seminar presented to the Nebraska Defense Counsel Association, Ashland, NE. May 21, 2010.



"Introduction To ACMs and EDRs", seminar presented to Baylor Evnen law firm for the annual Baylor Evnen educational program, Lincoln, NE. April 1, 2010.

"Introduction To Event Data Recorders a.k.a. Black Boxes", seminar presented to the National Association of Trial Attorneys (NATA), Omaha, NE. October 2, 2009.

"Introduction To Event Data Recorders a.k.a. Black Boxes", seminar presented to the Nebraska State Bar Association, Lincoln, NE. August 19, 2009.

## RESEARCH AND COMPUTER PROGRAMS DEVELOPED RELATING TO ACCIDENT RECONSTRUCTION:

> ➢ Evaluation of braking distance from a known speed

> ➢ Research regarding edge drop-offs in construction work zones

> ➢ Reconstruction and analysis of staged collisions

> ➢ Review of current research literature relating to accident reconstruction

> ➢ Sight Distance Analysis

> ➢ Comparison studies relating to crush damage as it relates to real accidents

> ➢ Stopping Distance Calculations

> ➢ Low Speed Collision Analysis

> ➢ Linear Momentum Analysis

> ➢ Lane Change Maneuvers

> ➢ Clear Distance Calculations

> ➢ Post Impact Speed Calculation

**FORENSIC TESTING:**

- ➤ Nighttime Visibility Study of Pedestrians, Ames, IA, April 3, 2013.

- ➤ Motorcycle Acceleration, Evanston, IL, September 12, 2012.

- ➤ Motorcycle Lane Change Maneuver, Evanston, IL, September 12, 2012.

- ➤ Motorcycle Intersection Turning Time From Stopped Position, September 12, 2012.

- ➤ Motorcycle Deceleration: Braking, Evanston, IL, September 13, 2012.

- ➤ Motorcycle Deceleration: Post-Impact Sliding and Tumbling, Evanston, IL, September 13, 2012.

- ➤ Commercial Vehicle Event Data Recorder (EDR) forensic testing, Tulsa, OK, March 28, 2012.

- ➤ Nighttime visibility study of pedestrians, Kearney, NE, December 14, 2010.

- ➤ Commercial Vehicle Event Data Recorder (EDR) forensic testing, Tulsa, OK, November 17, 2010.



**FAILURE ANALYSIS ACCIDENT RECONSTRUCTION**

**FAAR // CONSULTING. LLC**

**Ted T. Sokol, Ph.D., P.E.**
Registered Professional Engineer
Accident Reconstruction Expert

# CURRICULUM VITAE

## BUSINESS INFORMATION:

- ☉ Office Address: 6719 Stones Throw Drive, Omaha, NE ☉ 68152
- ☉ Office Phone: 402-572-9164

Email: tsokol@faarconsulting.net
- ☉ Website: www.faarconsulting.net

## EDUCATIONAL BACKGROUND:

**Kansas State University**, Manhattan, Kansas
**Degree:** PhD., **Major**: Civil Engineering, May 1982 **Minor:** Engineering Mechanics & Mathematics

**University of Nebraska-Lincoln**, Lincoln, Nebraska
**Degree:** Master of Science, **Major**: Civil Engineering, January 1968
**Minor:** Engineering Mechanics

**University of Omaha**, Omaha, Nebraska
**Degree:** Bachelor of Science, **Major**: Civil Engineering, May 1965

## PROFESSIONAL REGISTRATIONS:

**Professional Registered Engineer**
State of Nebraska - Registration Number E03606

**Certified Traffic Accident Reconstructionist**
Accreditation Commission for Traffic Accident Reconstructionist, ACTAR
Denver, Colorado, Registration Number 174
Expiration Date 4/22/2014

**Certified Crash Data Retrieval System Specialist** Collision
Safety Institute, San Diego, CA.
June 11, 2004

**Professional Registered Engineer**
State of Colorado – Registration Number 11388

## PRIVATE INDUSTRY ENGINEERING EXPERIENCE:

**FAAR Consulting Company**, Omaha, NE
Accident Reconstruction and Failure Analysis Engineer
1982 to **Present**

**Kirkham Michael & Associates**, Omaha, NE
Highway and Bridge Design Engineer
1966, 1967, 1978

**HDR Consulting Engineers**, Omaha, NE
Bridge Design Engineer
1975

College of Engineering
Department of Civil Engineering
Instructor, 1979 to 1982

**Department of Defense, Office of Civil Defense,** Washington, DC
Assistant Director of Disaster Preparedness
Disaster Preparedness & Mitigation Engineer
1967 to 1971

**Ideal Cement Company,** Omaha, NE
Concrete Design Engineer
1963 to 1965

## PROFESSIONAL SOCIETY AFFILIATIONS:

**University of Nebraska-Lincoln,** Omaha Campus
College of Engineering & Technology
Department of Construction Systems Technology
Associate Professor, 1972 to 1979

## UNIVERSITY TEACHING EXPERIENCE

**University of Omaha,** Omaha, NE
College of Engineering
Department of Civil Engineering
Assistant Professor, 1965 to 1972

**University of Nebraska-Lincoln,** Omaha Campus
College of Engineering & Technology
Professor Emeritus, 2000 to Present

**University of Nebraska-Lincoln,** Lincoln, NE
College of Engineering & Technology
Department of Civil Engineering
Instructor, 1979 to 1982

**Kansas State University,** Manhattan, KS
Member – **Society of Accident Reconstructionist, SOAR,** 1987 to Present
Member – **Society of Automotive Engineers, SAE,** 1983 to Present
Member - **Midwest Association of Technical Accident Investigators, MATAI,** 1994 to Present
Member - **National Society of Professional Accident Reconstruction Specialist,  NAPARS,** 1992 to Present

## HONORS AND AWARDS:

**Engineer of the Year Award,**
Nebraska Society of Professional Engineers
Eastern Chapter NeSPE, Omaha, NE.  May 1994

**Recipient of Halliburton Distinguished Teaching Award**
College of Engineering & Technology
Sponsored by Halliburton Company, 1981

**Recipient of Distinguished Teaching Award,**
University of Nebraska –Lincoln, College of Engineering
Sponsored by Nebraska Legislature, 1987

**Member Omicron Delta Kappa,**
National Honor Society
Outstanding Teaching Award, 1972

## UNIVERSITY LEVEL COURSES TAUGHT:

| | | |
|---|---|---|
| Engineering Statics | Engineering Surveying | Engineering Dynamics |
| Structural Steel Design | Highway Surveying | Construction Equipment |
| Concrete Design | Formwork Design | Foundation Design |
| Timber Design | Construction Methods | Strength of Materials |
| Mathematics | Highway Design | |

## UNIVERSITY COURSES TAKEN RELATING TO ACCIDENT RECONSTRUCTION:

| | | |
|---|---|---|
| **Engineering Statics** | **Engineering Dynamics** | **Advanced Engineering Dynamics** |
| **Highway Engineering** | **Highway Surveying & Design** | **Transportation Engineering** |
| **Mathematics** | **Physics** | **Route Surveying** |
| **Materials testing** | **Computer Programming** | |

## SEMINARS ATTENDED RELATING TO ACCIDENT RECONSTRUCTION:

Attended, "Microcomputer Assisted Programs for Accident Reconstruction", Short Course, Northwestern University Traffic Institute, Evanston, IL., Engineering Dynamics Corporation, Sept. 1988.

Attended, "Pedestrian Accident Investigation", Eighth Annual Conference & Training Program", by Midwest Association of Technical Accident Investigators, MATAI, Lincoln, NE. , May 21 – 25, 1995.
Attended, "Motor Vehicle/Bicycle Accident Investigation", 9th Annual Conference, Midwest Association of Technical Accident Investigators, MATAI, Ames, Iowa, May 13-15, 1996.

Attended, "Commercial Motor Vehicle Accident Investigation", 10th Annual Conference Midwest Association of Technical Accident Investigators, MATAI, Cedar Rapids, Iowa, May 18-21, 1997.

Attended, "Analysis of Traffic Accidents Using Crush", 11th Annual Conference Midwest Association of Technical Accident Investigators, MATAI, Kansas City, Missouri, May 18-20, 1998.

Attended, "Analysis of Low Speed Collisions", 13th Annual Conference of Midwest Association of Technical Accident Investigators, MATAI, Eau Claire, WS, May 21-24, 2000.

Attended, "Dynamics in Motorcycle Crash Investigation", 14th Annual Conference Midwest Association of Technical Accident Investigators, MATAI, Fort Collins, CO, June 11-14, 2001.

Attended, "4th Annual Rocky Mountain Crash Conference", Denver, Co, May 6-9, 2003.

Attended, "Physics Principles Applied to Accident Reconstruction", Hawkeye Community College, Midwest Association of Technical Accident Investigators, Waterloo , Iowa, February 9-13, 2004.

Attended," 5th Annual Rocky Mountain Crash Conference, Investigating Commercial Vehicle Collisions and Reconstruction, Denver, CO, May 5-7, 2004.

Attended, "Crash Data Retrieval System Operator's Certification Course", Collision Safety Institute, Houston, TX, June 9-11, 2004.

Attended, "Conference on Motorcycle, Heavy Truck Braking Analysis, and Pole and Fixed Object Impacts", MATAI Conference, Rapid City, SD, June 8-10, 2005.

Attended, "ARC Network – Collision Safety Institute Crash Conference", Las Vegas, Nevada, June 5-8, 2006

Attended, "2008 Crash Data Retrieval User's Conference", Houston, Texas, January 28-30, 2008.

## RESEARCH IN ACCIDENT RECONSTRUCTION:

1) Evaluation of braking distance from known speed
2) Development of mathematical models for accident reconstruction
3) Reconstruction and analysis of staged collisions
4) Review of current research literature relating to accident reconstruction
5) Comparison studies relating to crush damage as it relates to real accidents
6 ) Writing of computer programs to assist in the analysis of accident reconstruction

## SEMINARS AND PAPERS PRESENTED RELATING TO ACCIDENT RECONSTRUCTION:

"Vehicular Accident Reconstruction Technology", seminar presented to the Nebraska Association of Trial Attorneys, Omaha, NE.  1978.

"Accident Reconstruction Techniques", a seminar presented to a Group of Plaintiff Attorneys, Omaha, NE., April 1985.

"The Use of Expert Witnesses in Trial", seminar presented to Nebraska Association of Trial Attorneys, October 1986.

"Reconstructing Vehicle Accidents to Establish Liability", seminar presented to the Safety & Health Council of Greater Omaha, Omaha, NE, April 1987.

"Methodology of Reconstructing Vehicular Accidents – What Facts are  Needed", a seminar presented to State Farm Insurance Company, July 1987.

"Reconstruction of Accidents Involving Large Trucks, Including Construction Equipment", seminar presented to National Indemnity Company, Omaha, NE., July 1987.

"Accident Reconstruction –What an Expert Can Do", seminar presented for Gaines, Mullen, Pansing & Hogan Law Firm, Omaha, NE., September 1998.

"Vehicle Accident Reconstruction Techniques Applied to Criminal Defense", seminar presented to Nebraska Criminal Defense Association Seminar, Lincoln, NE., March 2000.

"Claims Casualty Seminar"– Nationwide Insurance Co., "Interpretation of Output Data from Sensing Diagnostic Modules", October 9, 2007, Lincoln, NE.

## AREAS OF RECOGNIZED EXPERTISE:

### VEHICLE ACCIDENT RECONSTRUCTION:

Reconstruction of vehicle accidents relating to: automobiles, trucks, trains, motorcycles, bicycles, and pedestrians.
On site investigations, causation analysis, accident avoidance maneuvers, vehicle braking analysis, collision analysis, and sight distance investigations.  Retrieval of Crash Data from airbag control modules.

Thirty six years of experience in the area of accident reconstruction.   I have been responsible for the investigation and analysis of over 3200 vehicle accident reconstructions.

### FAILURE ANALYSIS:

Investigations relating to structural failures in steel, concrete, and timber structures.  Construction formwork systems collapses and material failures including scaffold collapses and roof collapses due to overloads.  Wind and snow load analysis.  Foundation investigations.  Stability analysis of self-propelled elevated work platforms, etc..

### INDUSTRIAL ACCIDENTS:

Investigations into various types of industrial accidents.  Power tools, elevators, cranes, ladders, forklifts, scissor lifts, construction equipment, and others.  Stability analysis.

## TECHNICAL PUBLICATIONS AND PAPERS:

Sokol, Ted T., "Determination of the Optimum Design Windspeed for Ordinary Structures", Engineering Research Center, University of Nebraska, 1975.

Sokol, Ted T., "Tornadoes: Their Characteristics and Their Effects on Buildings",  Disaster Review Task Force, City of Omaha, 1976.

Sokol, Ted T., "Engineering & Engineering Technology Students: Is Their a Difference?", American Society of Engineering Education Journal, 1978.

Sokol, Ted T., "Buckling of Eccentrically Loaded Curved Panels", Journal of Structural Engineering, American Society of Civil Engineers, Vol. 109, No. 9, September 1983, P. 2097.

Sokol, Ted T., "Full Scale Load Testing Program for Thin Walled Curved Panels", a paper presented at the Fifth ASCE-EDM Specialty Conference, University of Wyoming, Laramie, Wyoming, August 1984.

Sokol, Ted T., & Haggin, Ronald K., "Feasibility Study for the Usage of Solid Waste Bottom Ash As An Aggregate For Concrete",  Research for Ogden Corporation, New York, NY, May 1988.

## CONTINUING EDUCATION COURSES TAUGHT TO PRACTICING ENGINEERS:

**Engineering Refresher Course,** Parts I & II, a course for practicing engineers to review for the State Engineering Examination.

**Multi-Protection Design Course,** sponsored by American Society of Engineering education and the Department of Defense.

**Designing for Extreme Winds,** a course funded by National Society of Professional Engineers. Taught to design engineers in the Omaha area.

**Design of Steel Structures,** a short course sponsored by Nebraska Society of Professional Engineers, Omaha, NE.



**FAILURE ANALYSIS ACCIDENT RECONSTRUCTION**

FAAR CONSULTING, LLC

Ted T. Sokol, **Ph.D., P.E.**
Registered Professional Civil Engineer

Steve F. Sokol, **P.E., J.D.**
Registered Professional Civil Engineer

Jeff R. Riesselman, **P.E., P.T.O.E.**
Registered Professional Civil Engineer

**Trial and Deposition appearances by Ted T. Sokol 2007 thru 2014:**

Trial 1/31/07
Smith v. Ourada & Burd
Douglas County Nebraska
District Court
Doc 1048 No. 805
Attorney Todd Kinney

Deposition 5/4/07
Strong v. Peters
County of Union, SD
Fourth judicial Circuit
CIV NO: 06-65
Attorney Mark Arndt

Deposition 6/6/07
Olsen v. Schulte
Douglas County Nebraska
DOC. 1051  NO. 001
Attorney Tim O'Brien

Deposition 8/28/07
Richter v. Slaughter
Dakota County Nebraska
Case No. CI06-41
Attorney William Horneber

Deposition 9/6/07
Smolinski v. Cooper
Douglas County NE
Doc. 1060 No. 379
Attorney Michael Gibbons

Deposition 10/31/07
Nealon v. City of Omaha
Douglas County NE
DOC. 1043 NO. 580
Attorney Edward Pohren

Trial 3/21/07
Swanson v. Strong
Dakota County Nebraska
District Court
Case No. CI03-179
Attorney Robert B. Deck

Trial 5/25/07
State of Iowa v. Kvidera
Woodbury Count Iowa
District Court
Criminal No. FECR054015
Attorney Reinschmidt

Trial 7/10/07
Groat v. Gochenour & Werner Ent.
Harrison County Iowa
Case No. LACV026233
Attorney Clete Blakeman

Trial 9/5/07
King v. OK Electric Co.
Douglas County Nebraska
No. 1059-663
Attorney Edward Noethe

Trial 9/14/07
Swanson v. BNSF RR
Lancaster County NE
Case No. CI 04 2499
Thomas Beam

Trial 11/6/07
Smith v. Voss
Cherokee County IA
LAW NO. LACV017219
Attorney Willis Hamilton



Deposition 12/12/07
Rodgers v. Kuhlman
Crawford County IA
LAW NO. LACV 035253
Attorney Robert Laubenthal

Trial 1/9/08
Nealon v. City of Omaha
Douglas County NE
DOC. 1043 NO. 580
Attorney Edward Pohren

Trial 5/21/08
Mousa v. Helmstadter
Lancaster County NE
Case No. CI03-14
Attorney Andrew Smith

Deposition 6/4/08
Bohlmann v. Obermeier
Audubon County IA
NO. LACV019010
Attorney Dee Ann Wunschel

Deposition 12/1/08
Scott/Stark v. Western Express, Inc.
US District Court, Western Div. of Missouri
No. 07-0580-CV-W-DGK
Attorney Thomas M. White

Deposition 3/24/09
Hill v. State Farm Insurance Co.
District Court of Douglas County, NE
Docket 1048
Attorney Richard J. Stricker

Deposition 4/14/09
Vomund v. Signor Trucking, Inc.
US Dist. Court – Omaha Division
Case No. 8:08-CV-76-JFB-TDT
Attorney Stephen Gealy

Trial 12/20/07
Richter v. Slaughter
Dakota County NE
CASE NO. CI06-41
Attorney William Horneber

Deposition 2/13/08
Ruge v. Willoughby
Douglas county NE
DOC. 1054 NO. 656
Attorney John Sodoro

Deposition 5/22/08
Shonka v. Doernemann Construction
Platte County NE
Case No. CI06-687
Attorney Randall Goyette

Trial 6/26/08
Hayes v. Multiple Concrete Ent.
Keith County NE
Case No. CI 06-94
Attorney Daniel Shuck

Deposition 2/4/09
Webster v. Brimmerman
District Court of Boone County, NE
Case No. CI-07-35
Attorney Mark D. Fitzgerald

Deposition 1/31/08
Raulston v. Rutgens
Lancaster County Court, NE
CI 06-0991
Attorney Stephen Ahl

Trial 5/12/09
Raulston v. Rutgens
Lancaster County Court, NE
CI 06-0991
Attorney Stephen Ahl

Trial 8/26/09
Vomund v. Signor Trucking
US District Court - Nebraska
Case No. 8:08-CV-76-JFB-TDT
Attorney Stephen Gealy

Deposition 9/23/09
Rasmussen v. Hrouda
US District Court Madison County NE
Case No. CI08-474R
Attorney Todd Vetter

Deposition 10/14/09
Horn v. Novacek
District Court Lancaster County NE
Case No. CI08-654
Attorney Chris Ferdico

Trial 1/11/10
Horn v. Novacek
Dist. Court Lancaster Cty, NE
Case No. CI08-654
Attorney Chris Ferdico
Trial 3/3/10
Goos v. Wulf
Dist. Court Webster Cty., NE.
Case No. CI08-63
Attorney David Huston

Trial 3/23/10
SE Comm. College v. Snuttjer
County Court Lancaster Cty., NE
Case No. CI07 15419
Attorney
Travis O'Gorman

Deposition 6/9/10
Snodgrass v. Tri-State Paving et al.
Attorney
Attorney Rene Lapierre

Trial 8/24/10
Wynne transport Services – ADM
Platte Cty dist. Court
Case No. CI08-453
Attorney Julie Jorgensen

Deposition 9/21 09
McLain v. Wagman
District Court Wheeler County NE
Case No. CI08-5
Attorney Stephanie F. Stacy

Trial 10/8/09
Snodgrass v. Peterson Contractors
Iowa Dist. Court - O'Brien County
Law No. LACV020059
Daniel B. Shuck

Deposition 12/22/09
Goos v. Wulf
District Court of Webster Cty, NE
Case No. CI08-63
Attorney David Huston

Deposition 2/10/10
Geneski v. Woslager
Dist. Court Pierce Cty, NE
Case No. CI09-13
Attorney Douglas Stratton
Deposition 3/29/10
Keef v. Schultz
Dist. Court Douglas Cty., NE
Doc. 1070 No. 296
Attorney Rex Rezac

Deposition 6/22/10
Thorell v. Thomas
District Court of Madison County
Case No. CI09-588
Attorney
Todd Vetter

Deposition 7/14/10
Wynne transport Services v. ADM
Platte County Dist. Court
Case No. CI08-453
Attorney Julie Jorgensen

Deposition 8/19/10
State of NE v. Smith
Dist. Court of Lancaster Cty
Case No. CR09-955
Attorney Mark Rappl

FAAR CONSULTING CO.
FAILURE ANALYSIS
ACCIDENT RECONSTRUCTION

Trial 9/22/10
Campbell v. Portera
Sarpy Cty Dist. Court
Attorney David Mullen

Deposition 10/6/10
Lambert v. Classen
Dist. Court of Douglas Cty
Doc. 1088 No. 411
Attorney Stephen Glassman
Clayton, Missouri

Deposition 10/12/10
Gibbs v. Brockmeyer
Kossuth Cty District Court Iowa
No. LACV25515
Attorney Craig Kelley

Deposition 5/17/11
Watson v. Hodgson
Dist. Court of Douglas County, NE
DOC. 1083 Page 620
Attorney Matthew A. Lathrop

Deposition 6/28/11
Beans v. York Cold Storage
Dist. Court of York County, NE
Case No. CI 10-75
Attorney Charles W. Campbell

Trial 11/3/11
Lambert v. Classen
Dist. Court of Douglas County, NE
Docket 1088 Number 411
Stephen M. Glassman

Deposition 3/7/12
Davis v. Bamford, Inc.
US District Court
8:11-CV-00069
Attorney Brian Nolan

Deposition 4/9/12
Keller v. Wynn
Dist. Court of Douglas County, NE
DOC. 1108 No. 462
Attorney John M. Walker

Deposition 5/11/12
Kenney v. Clay County News
Nebraska Workers' Comp. Court
Docket 211 No. 1090
Attorney Michael W. Khalili

Deposition 6/20/12
Mapes v. Love
Iowa Dist., Court Franklin County
Law No. LACV500700
Attorney Channing L. Dutton

Deposition 8/22/2012
Owens v. Conder
US Dist Court for Nebraska
Case No. 8:11cv142
Attorney Thomas M. Locher

Deposition 9/5/2012
Even v. Kokrda
Dist. Court of Lancaster County, NE
Case No. CI 09-4368
Attorney Eugene l. Hillman

Deposition 10/17/2012
State of NE v. Kozlov
Dist. Court of Seward County, NE
Case No. CR 11-50
Attorney Office of Attorney General

Deposition 11/7/2012
Clark v. Ribi
Dist. Court of Douglas County, NE
DOC. 1115 NO. 570
Attorney Andrew T. Schlosser

Deposition 1/7/2013
Boggs v. City of Waterloo, IA
Iowa Dist Court – Black Hawk County
Law No. LACV114658
Attorney David A. Roth

Deposition 1/22/2013
Rice v. Coleman
NE Dist. Court for Douglas County
Case No. CI 11-8305
Attorney Michael F. Coyle

Deposition 2/19/2013
Buhr v. Williams
Dist. Court of Sarpy County, NE
ND. CI 11-689
Attorney Douglas Phillips

Deposition 5/24/2013
Davis v. State of NE
Dist. Court of Hall County, NE
Case No. CI 10-1142
Attorney Brian Gilbride

Trial 6/13/2013
Davis v. State of NE
Dist. Court of Hall County, NE
Case No. CI 10-1142
Attorney Brian Gilbride

Deposition 9/10/2013
Jansen v. Beacon Sales Acquisition
Dist. Court of Sarpy County, NE
CASE NO.: CI 11-684
Attorney Thomas White

Deposition 6/11/2013
Bessmer v. Three D Metal Works, Inc
& Nucor Steel Corp.
Dist. Court of Douglas County, NE
DOC. 1096 NO. 157
Attorney Terry Salerno

Deposition 11/26/2013
Woodruff v. Otte
Iowa Dist. Court – Taytlor County
NO. LACV009387
Attorney Douglas L. Phillips

Trial 1/14/2014
Bessemer v. Three D Metal Works, Inc
Dist. Court of Douglas County, NE
& Nucor Steel Corp.
DOC. 1096 NO. 157
Attorney Terry Salerno

Trial 2/27/2013
Boggs v. City of Waterloo, IA
Iowa Dist. Court-Black Hawk County
Law No. LACV114658
Attorney David A. Roth

Deposition 6/17/2013
Hall v. Norris School District
Dist. Court of Lancaster County
Case No. CI 10-3572
Attorney Susan K. Sapp

Deposition 6/13/2013
Bessmer v. Three D Metal Works
Dist. Court of Douglas County, NE
DOC. 1096 NO. 157
Attorney Terry Salerno

Deposition 9/24/2013
Reinders v. Starman
Dist. Court of Platte County, NE
CASE NO. CI 12-246
Attorney Matthew Heffron

Trial 7/15/2013
State of NE. v. Kozlov
Dist. Court of Sewrad County, NE
CASE NO. Cr 11-50

Trial 1/24/1014
State of NE v. Pierce
Lancaster County Dist. Court, NE
Attorney Todd Molvar



**Care Management
Consultants, Inc.**

# CATHLIN VINETT MITCHELL, RN, BSN, CRRN, CM

**Education**

1979    Bachelor of Science Degree in Nursing, University of Tennessee, Knoxville, TN

**Conferences/Seminars** (contact hours)

2013    ARN Nursing Traumatic Brain Injury (7.0)
        Elder Care (4.0)
        Pediatric Rehabilitation (5.0)
        Rehabilitation of Spinal Cord Injury (8.4)

2012    Core Curriculum for Case Management (23.0)
            Case Management Society of America
        Stroke Rehabilitation: A Function-Based Approach (7.0)
        Wound Care: Palliative, Home, and Clinical Practices (4.0)
        Evidence-Based Rehabilitation Nursing: Common Challenges and Interventions (10.0)
        Bowel Management in Rehabilitation (8.1)
        Rehabilitation of Brain Injury (7.0)
        Pediatric Rehabilitation (5.0)
        Nutrition and Dysphagia Management (3.0)
            Association of Rehabilitation Nurses

2011    Understanding Spinal Cord Injury (8.4)
        Understanding Brain Injury (8.4)
            Shepherd Center Foundation and American Trauma Society
        Assessment and Documentation of Pressure Ulcers (1.0)
            Kinetic Concepts Incorporated (KCI)
        Understanding Treatment of Chronic Pain (1.0)
        Understanding EMG/NCV (1.0)
            Middle Tennessee Case Managers' Association
        Neurostimulation (1.0)
            Mid-South Workers' Compensation Association
        Medical Case Management (7.5)
            Vanderbilt University

2010    Certified Rehabilitation Registered Nurse Review Seminar (20.5), covering:
        Life Care Planning; Ethical Issues; Changes in Healthcare: Technical, Role
        Related, and New Therapies; Cardiac Rehabilitation; Neuroanatomy; Traumatic
        Brain Injury; Spinal Cord Injury; Musculoskeletal/Orthopedic Disorders; Pain
        Management; Geriatric Rehabilitation; Trends in Rehabilitation; Achieving and
        Maintaining Health Maintenance Goals; Stroke; Pulmonary Rehabilitation;
        Pediatric Rehabilitation

P.O. Box 3101
Brentwood, TN 37024
(615) 373-2273
(615) 377-3916 Fax
cmc@caremgmtonline.com



## CATHLIN VINETT MITCHELL, RN, BSN, CRRN, CM

2009    Case Management Society of America (30.5)
Certified Rehabilitation Registered Nurse Seminar (20.5), covering:
Life Care Planning; Neuroanatomy; Traumatic Brain Injury; Spinal Cord Injury;
Musculoskeletal / Orthopedic Disorders; Stroke Patients; Achieving & Maintaining
Health Maintenance Goals; Pulmonary Rehabilitation; Cardiac Rehabilitation; Pain
Management; Pediatric Rehabilitation; Geriatric Rehabilitation

2008    Case Management Society of America (24.0)
Cultural and Language Impact on Health Care Delivery (1.0)
Ethical Issues with Patient Records & HIPPA (1.0)
Management of Chronic Pain in Occupational Health (2.0)
Medical Case Management – Vanderbilt (6.5)
Treatment of the Lumbar Spine & Physical Therapy Evaluation (1.0)

2007    Case Management Society of America (22.1)
Chronic Pain Intervention (1.0)
Orthopedic Shock Wave (1.5)
Reflux Sympathetic Dystrophy (1.2)
Treatment of Lumbar Spine Injuries (1.5)

2006    Advanced Catastrophic Case Management (12.0)
Advancement in Orthotics (1.5)
Case Management Society of America (20.0)
Life Care Planning (12.0)

2005    Advanced Practice in Case Management (25.0)
Case Management Society of America (20.0)

2004    Case Management Society of America (22.8)

2003    Case Management Society of America (25.0)

2002    Advanced Practice in Case Management (20.5)
Update in Life Care Planning (3.0)

2001    Case Management Society of America (31.3)

1999    Current Issues in Case Management (2.0)
Rehabilitation of the Injured Worker (2.0)

1998    Advanced Catastrophic Case Management (12.0)

1997    Case Management Society of America (21.6)
Life Care Planning (10.0)
Life Care Plans: Spinal Cord Injury (20.0)

2

## CATHLIN VINETT MITCHELL, RN, BSN, CRRN, CM

1996    Addressing Physical Therapy Needs (4.0)
        Case Management Society of America (21.0)
        Independent Study in Case Management (3.0)
        Spinal Cord Injury (5.0)

1995    Chronic Pain (3.0)
        Creating a Practical Measurement System in Post-Acute Rehabilitation for Persons
        with Acquired Brain Injury (12.0)
        Occupational Medicine (3.0
        Pediatric Physical Therapy (3.0)
        Scope and Function of Physical Medicine and Rehabilitation (5.0)

1994    Brain Injury (15.0)
        Case Management Society of America (15.0)
        Spinal Stenosis (2.0)

1993    Case Management Society of America (15.0)
        Managed Care (1.0)
        Mid-South Department of Labor (20.0)
        Quality Improvement and Ethics in Case Management (6.0)

1989    Expert Vocational Training (16.0)
        Life Care Planning (16.0)
        National Head Injury Seminar (including 1987 and 1986)

## Credentials
Certified Nurse Case Manager by American Nurses Association
Certified Rehabilitation Registered Nurse
State of Tennessee Nursing License

## Associations
American Nurses Association
Association of Rehabilitation Nurses
Brain Injury Association of America
International Academy of Life Care Planners
Middle Tennessee Case Managers Association
National Association of Rehabilitation Professionals in the Private Sector
National Rehabilitation Association
Past President of Local Association of Rehabilitation Nurses
Tennessee Business Association
Tennessee Claims Association

CATHLIN VINETT MITCHELL, RN, BSN, CRRN, CM

**Accomplishments**

| | |
|---|---|
| 1994 | Named one of the "Future 50" companies by the Nashville Area Chamber of Commerce. |
| 1993 | Care Management Consultants, Inc. was selected by the Tennessee Department of Labor to provide case management peer review. Developed the policies, procedures, and protocols for the practice of case management in the State of Tennessee for the Department of Labor. |
| 1992 | Began testifying as Life Care Planner. |
| 1989 | Life Care Planning Seminar and Training. Extensive experience in consulting and preparation of life care plans. |
| 1988 | Appointment by Intra Corp as Trainer for the Southeast Territory. Responsible for training over 100 new case managers. |
| 1987 – 1990 | Intra Corp Rehabilitation Regional Trainer for the Southeastern United States. Week long formalized training of new case managers that entailed coverage of Worker's Compensation laws, liability, long-term disability claims, case management, and communication skills. |
| 1986 | Committee for the Development of Regional Burn Unit at Vanderbilt University. |
| 1983 – 1991 | Extensive case experience in coordination of catastrophic injuries, which includes Head Injury, Spinal Cord Injury, Amputations, Burns, Psychiatric, and Multiple Trauma Cases. Experience in chronic illness as well. |
| 1981 – 1985 | Speaking assignments at Middle Tennessee School of Nursing. Topics on Fluid and Electrolyte Imbalance, Burns, Pancreatitis, and Head Injury. |
| 1981 | Appointment of Staff Nurse I at Vanderbilt University Medical Center. |
| 1980 | Presentations for Continuing Education at Blount Memorial Hospital. Topics included Arsenic Poisoning, Fluid and Electrolyte Imbalance, and Burns. Committee for Development of Quality Guidelines in Care Planning. Recruiter, spokesperson for Registered Nurses in East Tennessee. |

4

CATHLIN VINETT MITCHELL, RN, BSN, CRRN, CM

**Experience**
Extensive case experience and supervision of catastrophic injuries listed, i.e., head injury,
spinal cord injury, amputations, burns, multiple traumas

1990 – Present    Care Management Consultants, Inc., Brentwood, TN
                  President and Owner
                  Life Care Planner
                  Case Manager for Catastrophic Pediatric and Adult Cases
                  Manage 25 employees
                  26 years direct case management experience

1986 – 1989       Intra Corp, Brentwood, TN
                  Rehabilitation Specialist with promotion to Senior Rehabilitation Specialist
                  Strong experience with worker's compensation, auto liability claims, group
                  insurance, and long term care
                  Medical case management of catastrophic cases with emphasis on head
                  injury, spinal cord injury, amputations, and burns

1983 – 1985       Aetna Life & Casualty, Nashville, TN
                  Nurse Coordinator in the Claim's Department Staff
                  Experience with workers compensation and catastrophic injuries

1980 – 1983       Vanderbilt University Medical Center, Nashville, TN
                  Staff II Nurse
                  Charge Nurse of 32 bed unit providing care of high acuity trauma patients

1979 – 1980       Blount Memorial Hospital in Maryville, Tennessee.
                  Float Nurse
                  Worked throughout the hospital (mainly in ER, ICU, and Orthopaedics).

5



**Care Management
Consultants, Inc.**

**Depositions and Testimonies Relative to Life Care Plans**

Encompasses Four Years

| Deposition | Trial | Case | | Plaintiff Attorney Case Filed | Defense Attorney Case Filed |
|---|---|---|---|---|---|
| 10/3/2008 11/6/2012 | | Rodney | Johnson, Jr. | | Marcy Dodds Memphis, TN |
| 01/05/11 | 01/19/11 | Cynthia | Bearden | | Brian Cummings Nashville, TN |
| 02/22/11 | | Zona | Mayo | | James O'Kane Knoxville, TN |
| 03/22/11 05/11/11 | | Tyler | Fitzgerald | | Stacey Cischke Chicago, IL |
| 03/29/11 | | Richard | Crichton | | Fibbens Koranteng St. Louis, MO |
| 03/30/11 | 09/14/12 09/16/13 | Jacob | Ashford | | Richard Ramsey Jacksonville, FL |
| | 04/18/11 | Braelyn | Hines | | Jim Evangelista Tampa, FL |
| 04/29/11 | | Kaylee | Palacios | | Tracy Falkowitz Tampa, FL |
| 05/06/11 | | Jocelyn | Flores | | William Gault Brownsville, TX |
| 06/27/11 | | Amelia | Kilpatrick | Bill Moody Nashville, TN | |
| 07/07/11 | | Paige | Hofer | | Don Evans Oklahoma City, OK |
| 07/11/11 | | Klay | Armstrong | | Dennis Wither Atlanta, GA |
| 08/24/11 | | Luke | Davis | | Steve Horn Charleston, WV |
| 08/25/11 | | George | Chandler | | Brian Cummings Nashville, TN |
| 09/06/11 | | Dallas | Edens | | George Koonce, III Miami, FL |
| 09/07/11 | | Doniaya | Sloan | | Jonathan McCrary Memphis, TN |
| 09/20/11 | | Robert | DeMoss | John Norris Nashville, TN | |
| 09/21/11 | | Sara | Carmichael | Sean Martin Nashville, TN | |
| 09/28/11 | | Justin | Howard | | Wylie Blair St. Louis, MO |
| 11/14/11 | | David | Kelly | | Pamela Frazier Pensacola, FL |
| 11/16/11 | | Allette | Bell | | Kimberly Cook Miami, FL |
| 12/05/11 | | Jeremy | Loney | | Mitzy Fryer Oklahoma City, OK |

P.O. Box 3101
Brentwood, TN 37024
(615) 373-2273
(615) 377-3916 Fax
cmc@caremgmtonline.com

Cathlin Vinett, RN, BSN, CRRN, CM
Page 1 of 5
8/28/2014



## Depositions and Testimonies Relative to Life Care Plans
### Encompasses Four Years

| Deposition | Trial | Case | | Plaintiff Attorney Case Filed | Defense Attorney Case Filed |
|---|---|---|---|---|---|
| 12/05/11 | | Robert | Pyron | | Mitzy Fryer Oklahoma City, OK |
| 12/12/11 | 01/30/12 | MacKenzy | Murdock | | Debra Thompson Knoxville, TN |
| 12/19/11 | | Evonelle | Calkins | | Max Humphreys Columbia, MO |
| 01/31/12 | | Christopher | Sanchez | | Harpreet Chahal Chicago, IL |
| 02/06/12 | | Lazarus | Owens | | Tracy Falkowitz Tampa, FL |
| 03/01/12 | | Judy | Spagnoli | | CyndeeAllert Springfield, NJ |
| 03/07/12 | | Mary | Kerbler | | Ted Perryman St. Louis, MO |
| 03/22/12 | | Russell | Burnett | | Catherine Larson Salt Lake City, UT |
| 03/23/12 | | Melissa | Oaks | Brett Schubert Memphis, TN | |
| 03/27/12 | | Michael | McKinzie | | David Matthews Atlanta, GA |
| 04/03/12 | | Alexander | Flores | | Terry Rooney Salt Lake City, UT |
| 04/10/12 | | Charles | Giles | Nick Harris Franklin, TN | |
| 04/11/12 | | Albert | Holland, Jr. | | Jean Sieler Toledo, OH |
| 04/17/12 | 05/24/12 | Sam | Dowlen | | John Kitch Nashville, TN |
| 04/25/12 | | Dennis | Linton | | Robert Roth Bloomfield Hills, MI |
| 05/02/12 | | William | Leaton | | Robert Roth Bloomfield Hills, MI |
| 05/17/12 | | Francisco | Sanchez-Toribio | | Jessica Mahony Milburn, NJ |
| 05/30/12 | | Shontell | McKoy | | Kimberly Cook Miami, FL |
| 06/25/12 | | Gina | Ellis | | Kenneth Switzer Nashville, TN |
| 06/26/12 | | Joe Wayne | Bright | | Rocky McElhaney Nashville, TN |
| 07/30/12 | 08/20/12 | Nala | Evans | | Marilena DiSilvio Cleveland, OH |
| 08/02/12 | | Catherine | Powell | Rocky McElhaney Nashville, TN | |

**Depositions and Testimonies Relative to Life Care Plans**

Encompasses Four Years

| Deposition | Trial | Case | | Plaintiff Attorney Case Filed | Defense Attorney Case Filed |
|---|---|---|---|---|---|
| 08/14/12 | | Kenneth | Bing | | John Birath, Jr. Columbus, OH |
| 08/15/12 | | Pamela | Suplicki | | Joseph Kinman, Jr. Tampa, FL |
| 09/06/12 | 02/11/13 | Alexis | Cantore | | Scott Solomon Coral Gables, FL |
| 11/29/12 | | Barbara | Morello | | Eric Diamond Coral Gables, FL |
| 12/14/12 | | Tristin | Ramsay | | William Carcioppolo Ft. Lauderdale, FL |
| 12/17/12 | | Sergei | Foster | | Lisa Bowman Atlanta, GA |
| 01/03/13 | | Tajai | Rodriguez | | Jessica Mahony Milburn, NJ |
| 01/15/13 | | Dalian | Taylor | | Ben Patterson Chicago, IL |
| 03/19/13 | | Jenni | Christmas | | Larry Ashworth Nashville, TN |
| 05/08/13 | | Xavier | Holmes | | Marilena DiSilvio Cleveland, OH |
| 05/31/13 | | Robert | Veal | | Demetrios Batsides Newark, NJ |
| 06/03/13 | | Paxton | Siefert | | Thomas Doyle Sacramento, CA |
| 06/04/13 | | Michael | Zegarski | | Jennifer Lowis Chicago, IL |
| 06/10/13 | | Jonah | Aldoy | | Marilena DiSilvio Cleveland, OH |
| | 06/27/13 | Cody | Wade | | Chris Tardio Nashville, TN |
| 07/30/13 | | Carson | Richardson | | Mary Catherine Storen Okemos, MI |
| 08/08/13 | | Chelsie | Barker | | Margaret Philpot Detroit, MI |
| 08/09/13 | | Tallis | Thrift | | Jason Hendren Rogers, AR |
| 08/12/13 | | Stephany | Emamere | | Bret Jessee Chicago, IL |
| 08/15/13 | | Eliza | Gort | | Craig Neckers Grand Rapids, MI |
| 08/20/13 | | Tania | Taylor | | Matthew Blackman Millburn, NJ |
| 08/28/13 | | Brandon | Nist | | Marilena DiSilvio Cleveland, OH |

**Depositions and Testimonies Relative to Life Care Plans**

Encompasses Four Years

| Deposition | Trial | Case | | Plaintiff Attorney Case Filed | Defense Attorney Case Filed |
|---|---|---|---|---|---|
| 09/12/13 | | Netsai | Masomere | | Scott Sankey Fort Lauderdale, FL |
| 10/09/13 | | Trevion | Sanders | | Maggie Philpot Detroit, MI |
| 10/29/13 | | Gloria | Bush | | Joel Neckers Denver, CO |
| 10/30/13 | | Rachel | Cooper | | Mary Nielsen Chicago, IL |
| 11/04/13 | | Willie | Williams | | David Matthews Atlanta, GA |
| 11/22/13 | | Carrenten | Fields | | Lindsay Kelley-Blivin Detroit, MI |
| 01/06/14 | | Braden | Shull | | Kyle Sweet Oklahoma City, OK |
| | 01/23/14 | Michael | Morgan | | Ted Osburn Cape Girardeau, MO |
| 01/28/14 | | Matthew | Stone | | Alan Easterly Chattooga, TN |
| | 01/30/14 | Carlos | Buri | | Henry Schaub Lake Success, NY |
| 02/11/14 | | Sandra | Stein | | Viviana Varela Miami, FL |
| 02/13/14 | | Bradley | Wynveen | | Brian Gannon Cleveland, OH |
| 03/12/14 | | Tara | Feldkamp | | Halle Dimar St. Louis, MO |
| 08/08/13 | 03/13/14 | Chelsie | Barker | | Jenna Wright Detroit, MI |
| 03/25/14 | | Larry | Moss | | Scott Delius Atlanta, GA |
| 04/09/14 | | Michael | Keenan | | Charles Malone Nashville, TN |
| 04/22/14 | | Oscar | Diaz | | Charles Malone Nashville, TN |
| 05/06/14 | | Dairo | Galeano | | Jorge Silva Coral Gables, FL |
| 05/09/14 | | Latoya | Hill | | Jenna Wright Detroit, MI |
| 05/22/14 | | Travis | Scott | | John Mahon St. Louis, MO |
| 05/23/14 | | Wiley | Sawyer | | Ben Patterson Chicago, IL |
| 06/03/14 | | Draven | Robertson | | Fred Westfall Charleston, WV |

Cathlin Vinett, RN, BSN, CRRN, CM
Page 4 of 5
8/28/2014

### Depositions and Testimonies Relative to Life Care Plans
Encompasses Four Years

| Deposition | Trial | Case | | Plaintiff Attorney Case Filed | Defense Attorney Case Filed |
|---|---|---|---|---|---|
| 06/12/14 | | Jesse | Vargas | | Michele Anderson Chicago, IL |
| 06/13/14 | | Sofia | McPhillips | | Jamie Leavitt Chicago, IL |
| 07/02/14 | | Faviola | Ochoa | | Marilee Clausing Chicago IL |
| 07/16/14 | | Riley | Spreadbury | | Dan Pylman Chicago IL |
| | 07/23/14 | Donna | Shipley | | Wendy Longmire Nashville TN |
| 07/31/14 | | London | Rios | | William Gault Brownsville, TX |
| 08/20/14 | | Johnay | Lipsey | | Dave Hoff Urbana, IL |
| 08/25/14 | | Ta'Kahya | Little | | Matt Blackburn Westfield, NJ |

Cathlin Vinett, RN, BSN, CRRN, CM
Page 5 of 5
8/28/2014