IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IGOR KOZLOV, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10-cv-03211 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ASSOCIATED WHOLESALE | ) | |
| GROCERS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| ANDREI TCHIKOBAVA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10-cv-03212 |
| | ) | |
| vs. | ) | |
| | ) | |
| ASSOCIATED WHOLESALE | ) | |
| GROCERS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| PAMELA SCOTT, Personal | ) | |
| Representative of the Estate of Michael | ) | |
| E. Scott, Deceased, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10-cv-03191 |
| | ) | |
| vs. | ) | |
| | ) | |
| IGOR KOZLOV, ALBATROSS | ) | |
| EXPRESS, LLC and UNICK, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Igor Kozlov's ("Kozlov") Motion to Amend Trial Exhibit List. (Case No. 4:10-CV-3211, filing 474; Case No. 4:10-CV-3212, filing 475; Case No. 8:10-CV-3191, filing 490.) Kozlov requests that the Trial Exhibit List be amended to

include the following exhibits:

1. Exhibit 187 - Photographs from Peter Dill; and

2. Exhibit 188 - DDEC Instruction 2002 Manual.

Defendant Associated Wholesale Grocers has advised the Court that it has no objection to Kozlov's Motion to Amend, but that it does object to both exhibits on the basis of relevance, foundation, and hearsay.

Having considered the matter, the Court hereby grants the Motion to Amend. The Trial Exhibit List will be modified accordingly, with the objections noted.

**IT IS SO ORDERED.**

**DATED November 5, 2014.**

                                                              **BY THE COURT:**

                                                              S/ F.A. Gossett
                                                              **United States Magistrate Judge**