# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **IGOR KOZLOV,** | **VOIR DIRE** |
| **Plaintiff,** | |
| **vs.** | **CASE NO. 4:10CV3211** |
| **ASSOCIATED WHOLESALE GROCERS, INC.,**<br>**A Kansas Corporation;** | **LEAD CASE** |
| **Defendant.** | |
| **ANDREI TCHIKOBAVA,** | |
| **Plaintiff,** | |
| **vs.** | |
| **ASSOCIATED WHOLESALE GROCERS, INC.,**<br>**A Kansas Corporation; and ALBATROSS**<br>**EXPRESS, LLC;** | **CASE NO. 4: 10CV3212** |
| **Defendants.** | **MEMBER CASE** |
| **PAMELA SCOTT, Personal Representative of**<br>**the Estate of Michael E. Scott, Deceased,** | |
| **Plaintiff,** | **CASE NO. 8: 10CV3191** |
| **vs.** | **MEMBER CASE** |
| **IGOR KOZLOV, and ALBATROSS EXPRESS,**<br>**LLC;** | |
| **Defendants.** | |

This matter is before the Court on its own motion.  NECivR 30.1, governing video depositions, provides in part:

> **(e) Voluntary Resolution of Objections**. Before trial, a party seeking to use the deposition at trial must initiate the voluntary resolution of objections made at the deposition.

> **(f) Unresolved Objections**. The party seeking to use the deposition at trial must submit any unresolved objections to the court in a motion in

limine after the deposition, but no later than 7 days before trial or, alternatively, the date set by the pretrial order. A transcript of the video must accompany the motion.

By letter dated November 9, 2014, counsel for Andrei Tchikobava, Plaintiff in Case No. 4:10cv3212, has submitted to the Court the transcripts of video depositions of Leonid Reyfman, M.D, and Andrei Tchikobava, with a list of objections (including "standing objections") presented during the depositions, asking the Court to rule on the objections to facilitate the editing of the videos prior to trial.

IT IS ORDERED:

1.     The video deposition of Andrei Tchikobava will be edited to delete that portion of the testimony set out in page 118 line 5, through page 120 line 14, of the transcript of the deposition, per stipulation of the parties; and

2.     At the pretrial meeting on November 18, 2014, at 8:30 a.m., counsel for each party will present to the Court a written list of any unresolved objections to the video depositions of Andrei Tchikobava and Leonid Reyfman, M.D., specifying the testimony (by page and line of the transcript) that each party seeks to have stricken

Dated this 14th day of November, 2014

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

2